**Transportation**
**Land Development**
**Environmental**
Services



*Vanasse Hangen Brustlin, Inc.*

225 East Robinson Street, Suite 300
Landmark Center Two
Orlando, Florida  32801-2476
Telephone  407 . 839. 4006
FAX 407 839-4008
www.vhb.com

**Meeting Notes**

| | |
|---|---|
| Attendees: | David Valenstein, FRA<br>Catherine Dobbs, FRA<br>Margarita Martinez Miguez, AAF<br>Michael Carragher, VHB<br>Lisa Standley, VHB |
| Date/Time: | 11 April 2013 |
| Project No.: | 81795.13 |
| Place: | Conference Call |
| Re: | All Aboard Florida:<br>FRA NEPA Support<br>Project Understanding |
| Notes taken by: | L. Standley |

> **NOTE:** These meeting minutes are VHB's attempt at capturing the key discussion points, decisions, action items, and resolutions discussed at the meeting. If you would like to clarify or comment on any point, please notify LISA STANDLEY by phone (617-924-1770) or email (lstandley@vhb.com) within 48 hours of this email distribution. *If no comments are received within 48 hours, these meeting minutes will be assumed to serve as the official meeting record.*

The purpose of the conference call was to introduce the VHB team to FRA, and to clarify the scope of services.

1. L. Standley stated that VHB understands that they would be reviewing technical studies and analyses prepared by All Aboard Florida's (AAF) consultant, including a draft DEIS and draft FEIS, and that VHB would not be conducting environmental analyses, writing the DEIS or FEIS, or preparing graphics for these reports.  She noted that VHB would be assisting FRA with the scoping process, reviewing comments, helping prepare a scope for AAF's consultant, as well as drafting the ROD.

2. D. Valenstein agreed, and indicated that VHB's primary role would be to review and comment on the technical analyses to ensure that they were adequate for NEPA review.  AAF's consultants would prepare drafts of the DEIS and FEIS.  However, he expects VHB, as the independent consultant, to "take control" of the NEPA documents.  This would include editing the drafts provided by AAF, finalizing some text sections, and developing some sections (such as mitigation commitments) that FRA may need to develop without AAF's input.   He clarified that, if additional technical analyses are needed, these would be the subject of further discussion with AAF and not anticipated as part of this scope.

3. L. Standley agreed that this clarified VHB's understanding of the scope, and that VHB was prepared to undertake these tasks.

Date: 11 April 2013
Project No.: 81795.13:

2

4. M. Martinez Miguez will circulate a draft of the work order that defines the Independent Contractor's responsibilities.

5. L. Standley asked FRA to discuss their expectations for the public scoping sessions scheduled for early May. D. Valenstein said that FRA was not planning to attend, and expected VHB to represent them. AAF will present the project; VHB will present the NEPA process and the process for public input. AAF staff stated that they are planning an open-house format, with a continuous-loop video and will solicit comments via comment cards. They will circulate a draft of the format and presentation, as well as the scoping document. There will be an agency scoping session early in the day on May 1st, at the same venue as the afternoon-evening public session. FRA and VHB will attend the agency scoping. AAF will draft invitation letters – FRA would like VHB to send the letters on their behalf.

6. The Notice of Intent will be in the Federal Register on April 15th. The NOI will ask for scoping comments within 30 days, addressed to C. Dobbs. She will send the comments to VHB to be compiled.


cc:   Attendees
      Mike McArdle - VHB
      John Flint - AAF

Date: 11 April 2013
Project No.: 81795.13:

3