## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARTIN COUNTY, FLORIDA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-00333-CRC |

### NOTICE OF FILING OF THE JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS IN SUMMARY JUDGMENT BRIEFS

**[Appendices Filed Separately Due to Volume of Files –** *See* **Dkt. No. 42 for Primary Filing]**

Pursuant to Local Rule 7(n) of the Civil Rules of this Court, Plaintiffs hereby submit the enclosed Joint Appendix. As required by the Rule, the Joint Appendix contains the portions of the administrative record cited to or relied upon by the parties in their cross motions for summary judgment in the above-captioned matter. All parties to the case have reviewed and agreed to the contents of the Joint Appendix.

An index to the Joint Appendix follows.

1

Dated: October 19, 2018

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | BRYAN CAVE LEIGHTON PAISNER LLP |
| By:  /s/ Amandeep S. Sidhu | By:  /s/ Philip E. Karmel |
| Stephen M. Ryan (D.C. Bar No. 359099)<br>Amandeep S. Sidhu (D.C. Bar No. 978142)<br>Sam C. Neel (D.C. Bar No. 1027756)<br>The McDermott Building<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-756-8000<br>Email: sryan@mwe.com<br>Email: asidhu@mwe.com<br>Email: sneel@mwe.com<br><br>*Attorneys for Plaintiffs*<br>*Martin County and CARE FL* | Philip E. Karmel (Dist. Ct. Bar No. NY0196)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: 212-541-2311<br>Email: pekarmel@bclplaw.com<br><br>*Attorneys for Plaintiffs*<br>*Indian River County and Indian River County Emergency Services District* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, I caused copies of the foregoing materials to be served by electronic means on all counsel of record through the Court's CM/ECF system.

<u>s/ Amandeep S. Sidhu</u>
Amandeep S. Sidhu (D.C. Bar No. 978142)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
Tel: (202) 756-8000
Email: asidhu@mwe.com

*Counsel for Plaintiffs Martin County and CARE FL*