

FREIGHT/PASSENGER PROFILE 1.5% (40/60  MPH)