| From: | Bonanti, Christopher |
|---|---|
| To: | Standley, Lisa |
| Cc: | Winkle, John (FRA); Ward, Autumn |
| Subject: | RE: AAF - Responses to Queries |
| Date: | Monday, February 2, 2015 10:40:01 AM |
| Attachments: | image001.png |

Hello Lisa,

Thank you for your email.  Please see preliminary responses to your questions below.

As soon as I hear from John as to when he's available, we will set the call up regarding the navigational analysis.

Further, I've uploaded the revised plan sets to the share site as requested.

Question 88 – says "see response to Question 9".  I don't see that #88 was responded to under #9.  Please clarify. – Didn't VHB/FRA decided to use a different approach with the hotspot analysis regarding traffic emissions and vehicle counts, which superseded the request from Martin county to use their data?
Question 95 refers to "attached maps of the location of impacted wetlands along the E-W corridor".  These were not provided. – This has been uploaded to the shareware site.
Question 99 states "AAF is coordinating with the land managers and FWC for design and installation of appropriate wildlife crossings".  We need more information on this coordination.  Which land managers?  What locations?  What is AAF's commitment? - Pulling together additional information for clarification of this issue.
Land acquisition – please provide more detail (numbers of parcels, acres, land use) - Pulling together additional information for clarification of this issue.

Thanks,

Chris

**Christopher Bonanti | All Aboard Florida**
305.520.2347 | Christopher.Bonanti@allaboardflorida.com | www.allaboardflorida.com

**From:** Standley, Lisa [mailto:LStandley@VHB.com]
**Sent:** Saturday, January 31, 2015 1:44 PM
**To:** Bonanti, Christopher
**Cc:** john.winkle@dot.gov; Ward, Autumn
**Subject:** AAF - Responses to Queries

Chris- we've done a preliminary review of the materials that AAF has provided in response to our questions.  On the whole, these seem to answer the questions.  We're having our technical experts do further review on the analyses and information provided concerning traffic, air quality, noise, and cultural resources.   I have a few questions on this material:

Question 88 – says "see response to Question 9".  I don't see that #88 was responded to under #9.  Please clarify.
Question 95 refers to "attached maps of the location of impacted wetlands along the E-W corridor".  These were not provided.
Question 99 states "AAF is coordinating with the land managers and FWC for design and installation of appropriate wildlife crossings".  We need more information on this coordination.  Which land managers?  What locations?  What is AAF's commitment?
Land acquisition – please provide more detail (numbers of parcels, acres, land use)

Also, we would like to schedule a conference call with AAF and AMEC to review the updated navigation analysis.  We're available on:
Tuesday 4:00
Weds PM

AAF-AR0039151

Thurs PM

John, what is your availability?

Thanks
Lisa

**Lisa A. Standley Ph.D.**
Chief Environmental Scientist



Same people. Same passion. **Fresh look.**

101 Walnut Street
Watertown, MA 02472
**P** 617.607.2164 | **M** 617.272.5803 | **F** 617.924.2286
lstandley@vhb.com

**Engineers | Scientists | Planners | Designers**
**www.vhb.com**

This communication and any attachments to this are confidential and intended only for the recipient(s). Any other use, dissemination, copying, or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us and destroy it immediately. Vanasse Hangen Brustlin, Inc. is not responsible for any undetectable alteration, virus, transmission error, conversion, media degradation, software error, or interference with this transmission or attachments to this transmission. Vanasse Hangen Brustlin, Inc. | info@vhb.com

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying of this transmission or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this transmission in error, please immediately reply to sender that you have received this communication in error and then delete it. Thank you.