| | |
|---|---|
| **From:** | Bonanti, Christopher |
| **To:** | Lisa A. Standley Ph. D (lstandley@vhb.com) |
| **Cc:** | Winkle, John (FRA) |
| **Subject:** | Grade crossing language |
| **Date:** | Tuesday, March 17, 2015 2:34:41 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image006.jpg |

Lisa,

As we've discussed, below is the language that we would ask be included in the FEIS. The language highlighted in yellow is additional text from what we've provided in our comment submission.

As part of its infrastructure program, AAF has voluntarily assumed the cost of grade crossing safety improvements related to the introduction of passenger rail service, in conjunction with ==county and municipal execution of== amendments to existing crossing license agreements, which includes several components that are also necessary in the establishment of Quiet Zones.

==AAF will, after execution of amendments to existing crossing license agreements, ensure that where defined sidewalks exist that pedestrian crossing gates will be installed to ensure pedestrian safety.==

Thank you,
Chris

**Christopher Bonanti**
**Director of Environmental Planning**
**All Aboard Florida**

2855 Le Jeune Road | 4th Floor
Coral Gables, FL 33134

T: 305.520.2347 | C: 571.334.4807

Christopher.Bonanti@allaboardflorida.com | allaboardflorida.com

*Follow us:* 

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying of this transmission or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this transmission in error, please immediately reply to sender that you have received this communication in error and then delete it. Thank you.

AAF-AR0039805