# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Stephen M. Ryan
Attorney at Law
sryan@mwe.com
+1 202 756 8333

July 28, 2015

Mr. John Winkle
Federal Railroad Administration
1200 New Jersey Avenue, SE
Room W38-311
Washington, DC 20590

**Re: New Data from Martin County, Florida, Affecting FRA's Draft Environmental Impact Statement for the Proposed All Aboard Florida Passenger Rail Project**

Dear Mr. Winkle:

I am writing on behalf of Martin County (the County) with respect to the proposed All Aboard Florida (AAF) passenger rail project and related increases in freight rail traffic.

On November 18, 2014, the County submitted comments to the Federal Railroad Administration (FRA) on the Draft Environmental Impact Statement (DEIS) for the AAF project. To date, the County's comments have not been addressed and a Final Environmental Impact Statement (FEIS) has not been issued.

In the interim, Martin County has identified additional, significant negative impacts and, more importantly, new data to prove that the proposed AAF project and increased freight will have such negative impacts on the County and its residents. These new facts are significant, and the County therefore believes it is crucial that they be submitted and considered by the FRA with respect to the DEIS.

Attached to this letter please find eight reports from County officials and expert consultants engaged by the County. These reports have been completed since the County submitted its DEIS comments in November 2014, and the County is therefore submitting them today as new information:

1. St. Lucie River Railroad Bridge Boat Count Project Update
2. Railcar Chemical Release Vulnerability Study
3. Traffic Engineer Report on Rail Crossings – Effects on Vehicular Delay and Fuel Costs
4. Collection of Bicycle and Pedestrian Counts at FEC Railroad Crossings
5. Wetland and Listed Species Assessment
6. FEC Corridor Research and Mapping Update
7. Measuring the Short-Term, Perceived Impacts of the All Aboard Florida Project Announcement on Residential Property Values in Martin County, FL
8. Cultural and Historical Impacts

The following is a brief summary of the eight reports and their findings:

U.S. practice conducted through McDermott Will & Emery LLP.

500 North Capitol Street, N.W. Washington DC 20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com

AAF-AR0044026

John Winkle
July 28, 2015
Page 2

## 1. St. Lucie River Railroad Bridge Boat Count Project Update

Martin County has important new data and information to share about the number of vessels transiting the St. Lucie River at the Florida East Coast Railway Bascule Bridge. The bottom line is that the new data indicates there is far more vessel traffic than projected in the DEIS. Thus, the expected increase in bridge closures is an even more serious problem, due to the larger number of vessels.

The DEIS utilized boat traffic data from a two week video assessment in January 2014 indicating that winter months are "peak boat traffic season." But data collected by Taylor Engineering over the past year shows that April counts are 83 percent higher than January counts. In fact, according to Taylor Engineering's data, the highest daily average to date was in April 2015, with an average of 280.9 boats per day. By comparison, the DEIS shows the average daily boat count during daylight hours to be 121 boats per day, and they included "casual observations at night" in that count.

Given this discrepancy, the DEIS is totally misleading in terms of: 1) what the peak vessel traffic season is for Martin County; 2) what the average daily boat count is in those peak months; and 3) what the average boat count is on weekends. Martin County's new data indicates far more boat traffic than projected in the DEIS for AAF, and this further exacerbates the County's concern that maritime traffic will be adversely affected by the project. Passenger rail traffic combined with an increase in freight traffic will result in significantly greater frequency and duration of bridge closures and additional impacts on a bridge that is already an unreasonable obstruction to navigation.

Please see Attachment A for the County's June 29, 2015, letter to the U.S. Coast Guard on this subject, which includes the full boat count report.

Please also see Attachment B for a related letter to the U.S. Coast Guard on rail bridge concerns from Citizens Against Rail Expansion in Florida (CARE FL). Martin County wholly supports the requests and concerns raised in this letter, dated July 28, 2015.

## 2. Railcar Chemical Release Vulnerability Study

The Martin County Fire Rescue Department conducted an extensive risk assessment of the potential release of chemicals being transported on Florida East Coast Railway (FEC) rail cars, to assess increased risks and gaps in capabilities. The Department utilized three Martin County intersections to demonstrate displays of a rail car crash at a crossing and the potential release of various chemicals.

The Department's plume modeling of the potential chemical cloud was prepared using software programs from the Environmental Protection Agency (EPA) to predict chemical movement, based on chemical properties, toxicity, weather conditions and release rate. The models are broken down by three "threat zones"—yellow, orange and red—ranging from notable discomfort to life threatening adverse effects and death.

In summary, the Department concluded that the increase in freight rail will increase the County's risk of such a scenario occurring. The increase in potential risk is unquantifiable, however, with an up to

AAF-AR0044027

John Winkle
July 28, 2015
Page 3

300 percent increase in trains traveling through the County's 28 crossings, a chemical release incident at any of these locations has the potential to rapidly exceed the County's public safety response system.

Please see Attachment C for the detailed plume model maps and findings.

## 3. Traffic Engineer Report on Rail Crossings – Effects on Vehicular Delay and Fuel Costs

Martin County—in collaboration with Indian River County and St. Lucie County—retained a traffic engineer to study the effects of additional railroad crossings on vehicular delay, including time and fuel costs. The study included ten railroad crossings affecting adjacent signalized intersections in the three Counties, including two crossings located in Martin County—South Colorado Avenue and SR-714 (SE Monterey Road).

The study anticipated daily delays due to 32 new AAF passenger trains, with each closure lasting 120 seconds, and at least 20 longer freight trains. The traffic engineer applied the following rates to the anticipated delay to estimate the cost of delay—citizen time at $10 per hour and citizen cost of fuel consumption at $3 per gallon.

Using the estimated time delays and fuel costs for the two Martin County crossings that were included in the report, the County then used that data to estimate total impacts on all 28 crossings in Martin County, using conservative estimates. Monterey Road carries the most traffic in the County, and if the anticipated delays at Colorado Ave are applied to the other 26 crossings, over $1 million of time and money will be lost annually.

Specifically, the County found that the increases in AAF and freight rail closures would amount to 89,800 total delay hours annually, with $10 per hour costs equaling $898,000. With respect to fuel costs, the County estimated 44,900 additional fuel gallons related to the delays, at an annual cost of $134,600. Adding those two numbers together, estimated annual costs County-wide would be $1,032,800.

Please see Attachment D for this report on traffic impacts at rail crossings.

## 4. Collection of Bicycle and Pedestrian Counts at FEC Railroad Crossings

There are 28 intersections in Martin County that intersect with the FEC tracks. These tracks run through some of the County's most congested areas. For this study, the County examined four such intersections—Bridge Road, Salerno Road, Indian Street and Jensen Beach Boulevard—all of which are the primary at-grade FEC crossings within the County's Community Redevelopment Areas (CRAs) that abut or are bisected by the railroad. These CRAs are areas of the County in which the poverty level and the percentage of those commuting via bicycle or walking are higher than County-wide averages.

The County sought to examine the effects that rail traffic has on individuals and families who have to transit the tracks via alternative forms of transportation beyond standard automobiles. Some of these residents are on foot, some are on bicycles, some parents have children in tow, some are carrying

AAF-AR0044028

John Winkle
July 28, 2015
Page 4

groceries or other goods, some are commuting to work, some taking their children to school. Regardless of the particulars, these CRA residents and other citizens are accustomed to the current freight rail traffic, its frequency and, most importantly, its average speed of 32 miles per hour in Martin County.

Should the AAF project and related increases in FEC freight rail move forward, the current experiences that these CRA pedestrians and bicyclists have in safely transiting the tracks will not have prepared them for the new high speed world they will face. Freight trains will be more frequent and longer, taking more time to fully clear the crossings and traveling at higher speeds than they do today. Further, adding 32 AAF passenger trains per day traveling through these crossings at much higher speeds than current freight traffic (at an average speed of 77 miles per hour in Martin County, according to the DEIS) will also add a new dimension to the crossings—leaving open the possibility that bicyclists and pedestrians could significantly misjudge the speed of an oncoming train when transiting the tracks.

This drastic change will be true along <u>any</u> of the FEC/AAF crossings in Martin County, but will be particularly noticed at these four crossings within the County's CRAs, where the poverty levels are more pronounced and the percentage of residents walking or bicycling as their primary form of transportation is higher.

The following two reports provide the data at these four intersections and within the CRAs that demonstrate the frequency and demographics of those who will be encountering the increased rail traffic on a daily basis. The first is the Collection of Bicycle and Pedestrian Counts at FEC Railroad Crossings, and the second is a report and statement produced by the Community Development Department (CDD) of Martin County in response to the DEIS.

Please see Attachments E and F for these two reports.

**5. Wetland and Listed Species Assessment**

Martin County—along with Indian River County and St. Lucie County—commissioned Passarella & Associates, Inc. to conduct a wetlands and listed species assessment of the DEIS. The assessment noted threatened and endangered plant species omitted from the DEIS and reviewed the Florida scrub jay surveys provided in the DEIS.

The assessment concludes that DEIS does not provide a full alternatives analysis and additional study is warranted for the alternative corridors located west of the FEC. The alternatives discussion focuses on insignificant corridor shifts in ten percent of the proposed alignment. The DEIS precludes meaningful alternatives comparison of impacts to wetlands and wildlife in the CSX, Turnpike, and I-95 alternative corridors. The alternatives analysis does not adequately discuss impacts in proportion to their significance. Habitat fragmentation and barriers as experienced along high speed, high traffic transportation corridors are a significant environmental impact to wildlife.

The assessment also concludes that the DEIS does not adequately characterize the threatened and endangered species within the alternative corridors and the potential direct and indirect impacts to

AAF-AR0044029

John Winkle
July 28, 2015
Page 5

wetlands and listed species, and does not adequately address listed plant and animal species in the analysis.

The DEIS analysis of impacts to wetlands and wildlife is lacking. Its wetland impact analysis uses an inadequate and outdated database and does not adequately address the potential for wetlands to exist within the existing railroad right of way. The limited listed species surveys that were provided, including scrub jay surveys, were not conducted in accordance with federal survey guidelines.

Please see Attachment G for this report.

## 6. FEC Corridor Research and Mapping Update

Approximately 25 miles of the FEC corridor resides in Martin County. The County recently consulted with a surveying and mapping contractor for the purpose of researching and mapping FEC corridor ownership in the County. This project included the compilation and review of many documents of record identifying deeds, condemnations, fee simple and grants of permissions, along with other instruments, within the FEC right-of-way corridor.

The project's review and analysis has determined that approximately 76 percent of the FEC corridor in Martin County can be successfully mapped using relevant contemporaneous documents to indicate that FEC's ownership is clear. With respect to the remaining 24 percent that the County was unable to map, it has requested FEC's assistance in verifying and confirming ownership. To date, the FEC has been unresponsive.

In addition to the missing sections of the FEC corridor in which the County could not properly verify ownership, the County was also unsuccessful in finding sufficient ownership documents permitting it to determine or verify ownerships, rights, condemnation or grant of use inclusive of the following at river and grade road crossings on the FEC corridor in Martin County:

- Crossing over the St. Lucie River
- Crossing at N.E. Dixie Highway (Rio)
- (Portion of) Crossing at Monterey Road
- Crossing at Indian Street
- Crossing at Salerno Road
- (Portion of) Crossing at Cove Road
- Crossing at S.E. County Line Road

The County has made no conclusions regarding FEC corridor ownership and has simply been seeking documented proof that FEC or its sister companies do, in fact, own the areas for which the County's research could not produce the relevant public documents. Again, the FEC has not been responsive to date. We assume AAF has represented to DOT that FEC owns the corridor. This remains to be proven.

Please see Attachment H for this report.

AAF-AR0044030

John Winkle
July 28, 2015
Page 6

**7.  Measuring the Short-Term, Perceived Impacts of the All Aboard Florida Project Announcement on Residential Property Values in Martin County, FL**

The Martin County Property Appraiser's Office commissioned Dr. Jesse Saginor (Director of Housing, Economy, and Urban Development, Center for Urban and Environmental Solutions, and Associate Professor, School of Urban and Regional Planning, Florida Atlantic University) to measure the short-term, perceived impacts of the AAF announcement on residential property values.

The report examined the short-term perceived impacts of the AAF announcement in March 2012 on single-family residential property values located within 400 feet and 1,000 feet of the rail line and waterfront homes west of the rail bridge.  The results are based on 13,332 residential property sales throughout Martin County stratified by living area size from 2005 until February 2015.

Notably, the findings of this study show that the AAF announcement had the greatest impact on smaller homes (homes less than 1,532 square feet) within 400 feet as well as from 400 feet to 1,000 feet of the FEC East Rail Line.  The typical impact on sales prices for smaller homes that sold after the announcement was -$16,681 for homes within 400 feet of the rail and -$10,502 for homes from 400 feet to 1,000 feet.

Please see Attachment I for the full property value report.

**8.  Cultural and Historical Impacts**

In June, Martin County—along with Indian River County and St. Lucie County—commissioned Mr. Bob Carr of Archeological and Historical Conservancy, Inc. to conduct a cultural resource assessment of the DEIS and the Draft Determination of Effects Phase 2 for All Aboard Florida.  In addition, archaeologist Theresa Schober released a report in May on the cultural resources in Martin County within 1,000 feet of the FECR right of way.

The assessment found insufficient compliance with consulting procedures under Section 106 of the National Historic Preservation Act (NHPA).  In addition, the Carr assessment found the "area of potential effect" (APE) used in the DEIS to be inadequate and incomplete.  The APE for the North-South (N-S) corridors in the AAF study was limited to 150 feet on either side of the FECR easement.  This corridor is insufficient to adequately assess adverse impacts to historic districts and structures in regard to indirect effects such as vibration, noise, visual changes, heritage tourism, and other potential impacts.

The County believes that an APE of 1,000 feet on either side of the FECR corridor is a more accurate and appropriate width because it realistically considers these impacts. The May 2015 assessment by Theresa Schober for the County (*Desktop Analysis for Cultural Resources within 1000 feet of the Florida East Coast Railway Right-of-Way, Martin County, Florida*) uses a 1000 foot APE, and a similar APE should be the guideline for assessing the entire N-S corridor. Without an adequate and reasonable APE, it is impossible to assess the adverse impact to historic districts and structures resulting from the proposed AAF project.

AAF-AR0044031

John Winkle
July 28, 2015
Page 7

As noted by Mr. Carr, historic districts are integral parts of Florida Main Street program areas and Community Redevelopment Areas (CRA), and indirect effects should therefore be measured in these broader contexts where effects on circulation and heritage tourism come into play. One result of FRA's failure to consult with local governments and other knowledgeable organizations is that it has continued to overlook structures that contribute to local or National Register historic districts.

For example, the Draft Determination failed to mention, discuss, or analyze the historic district of Stuart. The historic downtown of Stuart in Martin County surrounds the FECR corridor as does its Florida Main Street program area and a significant part of its CRA. Within downtown Stuart is a historic theater—the Lyric Theater—that is adjacent to the FECR corridor and is of great concern to the County. The Theater has historical significance, has been restored within the last decade, and is an important and vibrant venue in the town of Stuart.

The Lyric Theater is central to the downtown historic district, and noise effects on the Draft Determination chart are found to be severe when unmitigated and none when mitigated, presumably by the pole mounted horns and improved infrastructure, which is unsubstantiated. Vibration effect both during construction and during operation of AAF according to the Draft Determination chart are expected to "exceed annoyance level," yet this apparently does not meet the threshold of adverse effect and no mitigation is proposed.

The County believes that the indirect effects of noise, vibration, and visual changes on Stuart's historic districts and structures—such as our treasured Lyric Theater—are inadequately addressed, and less tangible effects on circulation and heritage tourism are not addressed. The County recommends that independent experts evaluate all of these indirect effects. Without an adequate and complete assessment of historic districts and structures, it is impossible to assess the adverse impact to historic districts and structures resulting from the proposed AAF project.

On June 29, 2015, the FRA responded to these reports, noting that it had carefully considered the information but stated "but we do not believe that what was submitted necessitates substantial revisions" to its Draft Determination of Effects. The County respectfully disagrees with this assessment and is therefore resubmitting these reports to stress the negative impacts the AAF project will have on these sites.

Please see Attachments J and K for the reports from Bob Carr and Theresa Schober.

**Final Forthcoming Reports**

Finally, while the report has not been finalized to date, the County has engaged a noted rail safety expert to assess safety issues at rail crossings. The expert has identified significant safety issues at Martin County rail crossings, and the County will be sending you this report upon its completion in the coming weeks.

**Conclusion**

This new data, coupled with the data and information included in Martin County's November 18, 2014, DEIS comments, makes it even more clear that the AAF DEIS is inadequate, invalid and not in

John Winkle
July 28, 2015
Page 8

compliance with the minimum requirements of the National Environmental Policy Act of 1969 (NEPA). As such, Martin County reiterates its call for the FRA to reject the DEIS as inadequate and insufficient, and refrain from issuing a FEIS until all of the aforementioned deficiencies—in addition to those set forth in the County's November 18, 2014, comments—have been addressed, a valid analysis of alternatives has been conducted, adequate mitigation of adverse impacts have been identified, and compliance with NEPA has been assured.

Thank you for your prompt attention to the contents of this letter and its attachments. Please do not hesitate to contact me directly should you have questions or require additional information.

Sincerely,

Stephen M. Ryan, Esq.
Martin County Legal Counsel

Attachments

CC:    Doug Smith, Board of County Commissioners, Martin County
       Ed Fielding, Board of County Commissioners, Martin County
       Anne Scott, Board of County Commissioners, Martin County
       Sarah Heard, Board of County Commissioners, Martin County
       John Haddox, Board of County Commissioners, Martin County
       Michael Durham, Martin County Attorney
       Tanya Fender, Martin County Attorney