Martin County, Florida, Comments on the August 2015
FEIS for the All Aboard Florida Intercity Passenger Rail Project

# Exhibit F

AAF-AR0044462

# Railcar Chemical Release Vulnerability Study

Martin County Fire Rescue

May 2015




AAF-AR0044463

# Risk Assessment

- Due to proposed increased railcar traffic and public concern about AAF impacts to Martin County;
- Fire Rescue Department assessed increased risk and gaps in capabilities;
- Displays of a rail car crash at a crossing and potential release of chemical;
- Utilizes three intersections, but can occur anywhere on railroad.




# Plume "Chemical Cloud" Map

- Uses EPA Software programs to predict chemical movement;
    - Based on chemical properties, toxicity, weather conditions, and release rate;
    - Population impacted according to 2010 Census Data;
        - Does not identify critical facilities;
        - Does not identify potential business or roadway population;
- Scenario:
    - Train crash with a single chemical car release;
    - Prevailing weather: temperature 85°F, winds SE at 11 mph, 50% cloud cover, 50% humidity;
    - Release Point: 4" hole ;
- Max distance modeling limited to 6 miles.




# Threat Zones





**Yellow Zone**

notable discomfort, irritation or sensory effects, but effects are not disabling and are reversible

**Orange Zone**

irreversible or other serious, long-lasting adverse health effects or an impaired ability to escape

**Red Zone**

experience life-threatening adverse health effects or death






# Liquefied Anhydrous Ammonia Railcar Accident
# SE Monterey Road and SE Dixie Highway

**Container:**
DOT 112J340W
Railcar
19,522 gallons
**Red Zone**:
People: 490
Homes: 304
**Orange Zone:**
People: 897
Homes: 498
**Yellow Zone:**
People: 694
Homes: 482

**THREAT ZONE:**
**Red:** 1.4 miles
**Orange:** 4.3 miles
**Yellow:** greater than 6 miles




# Liquefied Anhydrous Ammonia Railcar Accident
## SE Monterey Road and SE Dixie Highway



West wind

AAF-AR0044468




# Liquefied Anhydrous Ammonia Railcar Accident
## SE Monterey Road and SE Dixie Highway





 

# Liquefied Anhydrous Ammonia Railcar Accident
## SE Cove Road and SE Dixie Highway

**Container:** DOT 112J340W Railcar 19,522 gallons

**Red Zone:**
People: 585
Homes: 225

**Orange Zone:**
People: 667
Homes: 368

**Yellow Zone:**
People: 5,024
Homes: 3,055

**THREAT ZONE:**
**Red:** 1.4 miles
**Orange:** 4.3 miles
**Yellow:** greater than 6 miles

AAF-AR0044470



# Liquefied Anhydrous Ammonia Railcar Accident
## SE Bridge Road and SE Dixie Highway

**Container:** DOT 112J340W Railcar 19,522 gallons
**Red Zone:** People: 578 Homes: 271
**Orange Zone:** People: 268 Homes: 165
**Yellow Zone:** People: 2,169 Homes: 1,355

**THREAT ZONE:**
**Red:** 1.4 miles
**Orange:** 4.3 miles
**Yellow:** greater than 6 miles

AAF-AR0044471




# Liquefied Chlorine Gas Railcar Accident
## SE Monterey Road and SE Dixie Highway



**Container:** DOT 105S500W Railcar 17,290 gallons

**Red Zone:**
People: 2,131
Homes: 1,312

**Orange Zone:**
People: 2,907
Homes: 1,582

**Yellow Zone:**
People: 1,026
Homes: 510

**THREAT ZONE:**
**Red:** greater than 6 miles
**Orange:** greater than 6 miles
**Yellow:** greater than 6 miles

AAF-AR0044472




# Liquefied Chlorine Gas Railcar Accident
## SE Cove Road and SE Dixie Highway



**Container:**
DOT 105S500W
Railcar
17,290 gallons

**Red Zone:**
People: 5,317
Homes: 3,249

**Orange Zone:**
People: 5,602
Homes: 3,061

**Yellow Zone:**
People: 1,740
Homes: 99

**THREAT ZONE:**
**Red:** greater than 6 miles
**Orange:** greater than 6 miles
**Yellow:** greater than 6 miles

AAF-AR0044473





**Liquefied Chlorine Gas Railcar Accident**
**SE Bridge Road and SE Dixie Highway**

**Container:** DOT 105S500W Railcar 17,290 gallons
**Red Zone:** People: 2,655  Homes: 1,609
**Orange Zone:** People: 2,969  Homes: 1,658
**Yellow Zone:** People: 1,412  Homes: 815

**THREAT ZONE:**
**Red:** greater than 6 miles
**Orange:** greater than 6 miles
**Yellow:** greater than 6 miles

AAF-AR0044474

 

# Liquefied Propane Gas Railcar Explosion
## SE Monterey Road and SE Dixie Highway



**Container:** DOT 112J340W Railcar 19,522 gallons

**Red Zone:**
People: 167
Homes: 62

**Orange Zone:**
People: 596
Homes: 277

**Yellow Zone:**
People: 815
Homes: 330

**THREAT ZONE:**
**Red:** 466 yards
**Orange:** 658 yards
**Yellow:** 1,025 yards

AAF-AR0044475




# Liquefied Propane Gas Railcar Explosion
## SE Cove Road and SE Dixie Highway



**Container:** DOT 112J340W Railcar 19,522 gallons

**Red Zone:**
People: 396
Homes: 164

**Orange Zone:**
People: 521
Homes: 243

**Yellow Zone:**
People: 1,493
Homes: 658

**THREAT ZONE:**
**Red:** 466 yards
**Orange:** 658 yards
**Yellow:** 1,025 yards

AAF-AR0044476




# Liquefied Propane Gas Railcar Explosion
## SE Bridge Road and SE Dixie Highway



**Container:** DOT 112J340W Railcar 19,522 gallons

**Red Zone:**
People: 336
Homes: 136

**Orange Zone:**
People: 660
Homes: 284

**Yellow Zone:**
People: 677
Homes: 351

**THREAT ZONE:**
Red: 466 yards
Orange: 658 yards
Yellow: 1,025 yards

AAF-AR0044477

# Summary

- Risk exists today but potential will increase;
- Unquantifiable increase in potential;
  - Up to a 300% increase in trains at our 28 crossings;
    - 43% increase in freight trains (1.5 miles in length);
    - 32 high-speed passenger trains;
- Potential to rapidly exceed the public safety response system:
  - Mass casualty incident
  - Evacuation of population center
  - Limited response resources
  - Large negative environmental impact


