# Acronyms and Abbreviations/Glossary

**Acronyms**

| | |
|---|---|
| AADT | Annual Average Daily Traffic |
| AAF | All Aboard Florida – Operations LLC |
| AAR | Association of American Railroads |
| ACHP | Advisory Council on Historic Preservation |
| ACS | American Community Survey |
| ACSC | Areas of Critical State Concern |
| ADA | Americans with Disabilities Act |
| APE | Area of Potential Effect |
| AQCR | Air Quality Control Region |
| AQI | air quality index |
| AREMA | American Railway Engineering and Maintenance-of-Way Association |
| ASLRRA | American Short Line and Regional Railroad Association |
| ASM | Areas of Special Management |
| AST | above ground storage tank |
| ASTM | American Society of Testing and Materials |
| BA | Biological Assessment |
| BBCS | Florida Department of Environmental Protection Bureau of Beaches and Coastal Systems |
| BCT | Broward County Transit |
| BGEPA | Bald and Golden Eagle Protection Act |
| BLS | Bureau of Labor Statistics |
| BMP | Best Management Practice |
| CAAA | Clean Air Act Amendments |
| CAMA | Florida Department of Environmental Protection's Office of Coastal and Aquatic Managed Areas |
| CEQ | President's Council on Environmental Quality |
| CFA | Core Foraging Areas |
| CFR | Code of Federal Regulation |

| | |
|---|---|
| CFX | Central Florida Expressway Authority |
| $CH_4$ | methane |
| CLG | Certified Local Governments |
| CO | carbon monoxide |
| $CO_2$ | carbon dioxide |
| CR | County Road |
| CRAS | Cultural Resource Assessment Survey |
| CRM | Cultural Resource Management |
| CWA | Clean Water Act |
| CZMA | Coastal Zone Management Act |
| dB | decibels |
| dBA | A-weighted decibel |
| DEIS | Draft Environmental Impact Statement |
| DEO | Department of Economic Opportunity |
| EA | Environmental Assessment |
| EDM | Environmental Data Management, Inc. |
| EDR | Environmental Data Resources, Inc. |
| EEL | Environmentally Endangered Lands |
| EFH | Essential Fish Habitat |
| EIS | Environmental Impact Statement |
| EO | Executive Order |
| EPA | United States Environmental Protection Agency |
| ERP | Florida Department of Environmental Protection Environmental Resource Permit |
| ESA | Endangered Species Act |
| E-W Corridor | East-West Corridor |
| FAA | Federal Aviation Administration |
| FAC | Florida Administrative Code |
| FCMP | Florida Coastal Management Program |
| FDACS | Florida Department of Agriculture and Consumer Services |
| FDEP | Florida Department of Environmental Protection |
| FDHR | Florida Division of Historic Resources |
| FDOT | Florida Department of Transportation |

| | |
|---|---|
| FECR Corridor | Florida East Coast Corridor |
| FECI | Florida East Coast Industries, Inc. |
| FECR | Florida East Coast Railway LLC |
| FEMA | Federal Emergency Management Agency |
| FERC | Federal Energy Regulatory Commission |
| FHSRA | Florida High Speed Rail Authority |
| FHWA | Federal Highway Administration |
| FIHS | Florida Interstate Highway System |
| FIRM | Flood Insurance Rate Map |
| FLAQS | Florida's Air Quality System |
| FLEPPC | Florida Exotic Pest Plant Council |
| FLL | Fort Lauderdale-Hollywood International Airport |
| FLUCCS | Florida Land Use, Covers and Forms Classification System |
| FMC | Fishery Management Councils |
| FMSF | Florida Master Site File |
| FNAI | Florida Natural Area Inventory |
| FONSI | Finding of No Significant Impact |
| FPL | Florida Power & Light Company |
| FPPA | Farmland Protection and Policy Act |
| FRA | Federal Railroad Administration |
| FS | Florida Statutes |
| FTA | Federal Transit Administration |
| FTE | Florida Turnpike Enterprise |
| FWC | Florida Fish and Wildlife Conservation Commission |
| FY | fiscal year |
| GBN | ground-borne noise |
| GHG | Greenhouse Gas |
| GIS | Geographic Information System |
| GOAA | Greater Orlando Airport Authority |
| HAPC | Habitat Areas of Particular Concern |
| HSA | Highway Safety Act |
| HSR | Hal Scott Regional Preserve |

| | |
|---|---|
| Hz | hertz |
| I-4 | Interstate 4 |
| I-95 | Interstate 95 |
| ICU | Intersection Capacity Utilization |
| LBG | Louis Berger Group |
| $L_{dn}$ | A-weighted average day-night sound level |
| $L_{eq}(h)$ | A-weighted hourly equivalent sound level |
| LEDPA | Least Environmentally Damaging Practicable Alternative |
| LRT | light rail |
| LOS | Level of Service |
| LRTPs | Long Range Transportation Plans |
| M | million |
| MCO | Orlando International Airport |
| MIA | Miami International Airport |
| MIC | Miami Intermodal Center |
| MINWR | Merritt Island National Wildlife Refuge |
| MOA | Memorandum of Agreement |
| MP | Mile Post |
| mph | miles per hour |
| MPO | Metropolitan Planning Organizations |
| MRS | Munitions Response Sites |
| MSA | Metropolitan Statistical Area |
| msl | mean sea level |
| $N_2O$ | nitrous oxide |
| NAAQS | National Ambient Air Quality Standards |
| NASA | National Aeronautics and Space Administration |
| NB | northbound |
| n.d. | not dated |
| NEPA | National Environmental Policy Act |
| NHPA | National Historic Preservation Act |
| nm | nautical mile |
| NMFS | National Marine Fisheries Service |

| | |
|---|---|
| $NO_2$ | nitrogen dioxide |
| NOAA | National Oceanic and Atmospheric Administration |
| NOI | Notice of Intent |
| $NO_x$ | oxides of nitrogen |
| NPDES | USEPA National Pollutant Discharge Elimination System |
| NRCS | Natural Resource Conservation Service |
| NRHP | National Register of Historic Places |
| N-S Corridor | North-South Corridor |
| NWI | National Wetland Inventory |
| $O_3$ | ozone |
| OFW | Outstanding Florida Waters |
| OOCEA | Orlando Orange County Expressway Authority |
| OUC | Orlando Utilities Commission |
| Pb | lead |
| PD&E | Project Development and Environment |
| PM | particulate matter |
| $PM_{10}$ | particulate matter sized 10 micrometers or less |
| $PM_{2.5}$ | particulate matter sized 2.5 micrometers or less |
| ppb | parts per billion |
| ppm | parts per million |
| PTC | Positive Train Control |
| ROW | right-of-way |
| RRIF | Railroad Rehabilitation and Improvement Financing |
| SAFMC | South Atlantic Fishery Management Council |
| SB | southbound |
| SEL | Sound Exposure Level |
| SFECC | South Florida East Coast Corridor Study |
| SFECCTA | South Florida East Coast Corridor Transit Analysis |
| SFRC | South Florida Rail Corridor |
| SFRTA | South Florida Regional Transportation Authority |
| SFWMD | South Florida Water Management District |
| SHPO | State Historic Preservation Officer |

| | |
|---|---|
| SIP | State Implementation Plan |
| SJRWMD | St. Johns River Water Management District |
| $SO_2$ | sulfur dioxide |
| SPCC | Spill Prevention, Control, and Countermeasures Plan |
| SR | State Road |
| SRPP | Strategic Regional Policy Plans |
| SSA | sole source aquifer |
| SWAPP | Source Water Assessment and Protection Program |
| SWIM | Surface Water Improvement and Management |
| SWPPP | Storm Water Pollution Prevention Plan |
| THPO | Tribal Historic Preservation Officer |
| TOD | Transit-Oriented Development |
| TSR | Tosohatchee State Reserve |
| USACE | United States Army Corps of Engineers |
| USAF | United States Air Force |
| USC | United States Code |
| USCB | United States Census Bureau |
| USCG | United States Coast Guard |
| USDA | United States Department of Agriculture |
| USDOT | United States Department of Transportation |
| USFWS | United States Fish & Wildlife Service |
| USGS | United States Geological Survey |
| UST | Underground Storage Tank |
| V/C | volume to capacity |
| VdB | vibration decibels |
| VMF | Vehicle Maintenance Facility |
| VMT | vehicle miles traveled |
| VOC | volatile organic compound(s) |
| WEG | The Washington Economics Group, Inc. |
| WMA | Wildlife Management Area |
| WMD | Water Management Districts |

# Glossary

## A

**Accessibility**: The ease with which a site or facility may be reached by passengers and others necessary to the facility's intended function. Also, the extent to which a facility is usable by persons with disabilities, including wheelchair users.

**Action Alternative**: An alternative that proposes some action in contrast to the No-Action Alternative.

**Adverse**: Negative or detrimental.

**Affected Environment**: The physical, biological, social, and economic setting potentially affected by one or more of the alternatives under consideration.

**Air Pollution**: A general term that refers to one or more chemical substances that degrade the quality of the atmosphere.

**Alignment**: The horizontal and vertical route of a transportation corridor or path.

**Allelopathic:** Beneficial or harmful effects of one plant on another plant from the release of biochemicals.

**Americans with Disabilities Act (ADA)**: Federal regulation establishing legal requirements for accessibility for those with disabilities.

**Anthropogenic:** Relating to, or resulting from the influence of, human beings on nature.

**Aquatic Managed Areas:** Submerged lands and select coastal uplands managed by the Florida Department of Environmental Protection's Office of Coastal and Aquatic Managed Areas. The Office manages 41 aquatic preserves, three National Estuarine Research Reserves and the Florida Keys National Marine Sanctuary.

**Aquifer:** Subsurface geologic unit (rock or sediment) that contains and transmits groundwater.

**Area of Critical State Concern:** An area containing, or having a significant impact upon, environmental or natural resources of regional or statewide importance.

**Area of Potential Effect (APE):** The geographic area or areas within which an undertaking may directly or indirectly cause alterations in the character or use of historic properties, if any such properties exist. The area of potential effects is influenced by the scale and nature of an undertaking and may be different for different kinds of effects caused by the undertaking (36CFR800, 800.16.d).

**Artesian conditions:** Artesian conditions exist where an inclined aquifer is overlain and underlain by impervious rock layers.

**At-Grade**: At ground surface level; used to describe roadways, track alignments, and road-track intersections.

**Attainment**: An air basin is considered to be in attainment for a particular pollutant if it meets the federal or state standards set for that pollutant. See also **Maintenance** and **Nonattainment.**

**A-Weighted Sound Level**: A measure of sound intensity that is weighted to approximate the response of the human ear so it describes the way sound will affect people in the vicinity of a noise source.

## B

**Ballasted Track:** Railways installed over a specific type of crushed rock that is graded to support heavily loaded rolling stock.

**Baseline:** Foundation or basis to use for comparison purposes.

**Best Management Practices (BMPs):** Methods designed to minimize adverse effects to the environment. Examples of BMPs include practices for erosion and sedimentation controls, watering for dust control, perimeter silt fences, rice straw bales, and sediment basins.

**Biodiversity:** An assessment of the numbers, types, and relative abundance of plant and animal species in natural (biotic) communities. Biodiversity encompasses species richness as well as the genetic differences among individuals, abundance or variety of habitats, communities, ecosystems, and landscapes where species occur.

**Biological Resources:** Plant and wildlife species, terrestrial and aquatic habitats (including jurisdictional waters), and habitats of concern (including sensitive plant communities, critical habitat, core recovery areas, mitigation banks, and wildlife corridors).

**Bubble Curtain:** An underwater system that produces bubbles in a deliberate arrangement serving as a barrier in order to break up the propagation of sound waves.

## C

**Capital Cost:** The total cost of acquiring an asset or constructing a project.

**Carbon Dioxide ($CO_2$):** A colorless, odorless gas that occurs naturally in the atmosphere; fossil fuel combustion emits significant quantities of $CO_2$.

**Carbon Monoxide (CO):** A colorless, odorless gas generated in the urban environment primarily by the incomplete combustion of fossil fuels in motor vehicles.

**Census Block:** A subdivision of a census block group (or, prior to 2000, a block numbering area), a block is the smallest geographic unit for which the U.S. Census Bureau tabulates 100-percent data. Many census blocks correspond to individual city blocks bounded by streets; but census blocks – especially in rural areas – may include many square miles and may have some boundaries that are not streets.

**Central Florida Expressway Authority (CFX):** District agency of the State of Florida responsible for building and operating an expressway system to support the Central Florida area. Subsequent to the DEIS, the Authority was re-named the Central Florida Expressway Authority (CFX).

**Class IV Track:** The class of a section of track determines the maximum possible running speed limits and the ability to run passenger trains. Class IV Track is characterized by a maximum freight train speed of 60 miles per hour (mph) and passenger train speed of 80 mph.

**Class VI Track:** The class of a section of track determines the maximum possible running speed limits and the ability to run passenger trains. Class VI Track is characterized by a maximum freight and passenger train speed of 110 miles per hour (mph).

**Clean Air Act (CAA):** The law that defines the U.S. Environmental Protection Agency's responsibilities for protecting and improving the nation's air quality and the stratospheric ozone layer. The CAA protects the general public from exposure to airborne contaminants that are known to be hazardous to human health.

**Clean Water Act (CWA):** The primary federal law protecting the quality of the nation's surface waters, including wetlands. The CWA regulates discharges and spills of pollutants, including hazardous materials, to surface waters and groundwater.

**Construction:** The act or process of building.

**Cooperating Agency:** Any agency invited by the lead federal agency that has agreed to participate in the NEPA process, and has legal jurisdiction over, or technical expertise regarding, environmental impacts associated with a proposed action.

**Corridor:** A geographic belt or band that follows the general route of a transportation facility (e.g., highway or railroad).

**Cowardin Classification System:** A comprehensive classification system of wetlands and deepwater habitats developed for the U.S. Fish and Wildlife Service in 1979. Under this system, wetlands are of two basic types: coastal (also known as tidal or estuarine wetlands) and inland (also known as non-tidal, freshwater, or palustrine wetlands).

**Criteria Pollutants:** Pollutants for which federal and state air quality standards have been established: carbon monoxide (CO), sulfur oxides ($SO_x$), nitrogen oxides ($NO_x$), ozone ($O_3$), particulate matter with a diameter of 10 microns or less ($PM_{10}$), particulate matter with a diameter of 2.5 microns or less ($PM_{2.5}$), and lead (Pb).

**Critical Habitat:** Designated areas that provide suitable habitat for federally listed threatened or endangered species, and in which are the geographical locations and physical features essential to the conservation of a particular species.

**Cultural Resources:** Resources related to the tangible and intangible aspects of cultural systems, living and dead, that are valued by a given culture or contain information about the culture. Cultural resources include, but are not limited to, sites, structures, buildings, districts, and objects associated with or representative of people, cultures, and human activities and events.

**Cumulative Impact:** (1) CEQ — the result of two or more individual impacts that, when considered together, are considerable or that compound or increase other environmental impacts; (2) NEPA — an impact on the environment that results from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions.

# D

**Decibel (dB):** A logarithmic measurement of noise intensity.

**Degreasers:** Chemical products/substances that remove greases and oils from surfaces.

**Demographics:** Quantifiable statistics of a given population such as race, age, sex, income, etc.

**Demucking:** To remove muck or peat to provide a stable substrate for construction.

**Detention Pond:** A pond designed to temporarily store and slowly release runoff.

**Disproportionately High Adverse Effects:** An Environmental Justice term used to describe the unequal treatment to low income and minority populations as a result of a proposed project and action. Executive Order 12898 directs each federal agency to identify and address disproportionately high and adverse human health or environmental effects of its projects and actions.

**Disturbance:** A discrete natural or human-induced event that causes a change in the condition of an ecological system.

# E

**Ecosystem:** An interconnected network of living organisms, including people, and their local physical environment; often viewed as an ecological unit.

**Ecotone**: A transitional zone between two communities containing the characteristic species of each.

**Effect:** A change in the condition or function of an environmental resource or environmental value as a result of human activity.

**Endangered Species:** Any species listed under the federal Endangered Species Act as being in danger of or threatened with extinction throughout all or most of its range.

**Environmental Impact Statement (EIS):** Documentation required by the National Environmental Policy Act (NEPA) for certain actions "significantly affecting the quality of the human environment." An EIS is a decision-making tool that presents detailed analysis of a proposed action and alternatives to the proposed action. The EIS presents the project's potential effects – both beneficial and adverse – and any mitigation measures to reduce adverse effects.

**Environmental Justice:** Identifying and addressing the potential for disproportionately high and adverse effects of programs, policies, and activities on minority and low-income populations.

**Erosion:** Process by which earth materials are worn down by the action of flowing water, ice, or wind.

**Essential Fish Habitat:** Includes all types of aquatic habitat—wetlands, coral reefs, seagrasses, rivers—where fish spawn, breed, feed, or grow to maturity.

**Estuary:** A tidal body of water where salt water from an ocean mixes with fresh water from a river.

**Ethnicity:** A grouping or categorization of people based on shared cultural traits such as ancestral origin, language, custom, or social attitude.

**Exotic Species:** Plant or animal species introduced into an area where they do not occur naturally; non-native species.

# F

**Farmland of Statewide Importance:** Farmlands that are similar to prime farmlands but are less valuable because they have steeper slopes, less ability to retain moisture in the soil, or other characteristics that limit their use. To qualify as Farmland of Statewide Importance, a property must have been used for production of irrigated crops at some time during the previous 4 years.

**Feasible:** Capable of being implemented.

**Federal Endangered Species Act (Federal ESA):** The federal ESA and subsequent amendments (Sections 7, 9, and 10) provide guidance for conserving federally listed species and the ecosystems upon which they depend.

**Federal Railroad Administration (FRA):** An agency within the U.S. Department of Transportation that administers financial assistance programs and regulates the operation and safety of freight and passenger rail throughout the United States.

**Floating Turbidity Barrier:** Designed to contain and control the dispersion of silt in a water body. Often implemented in areas with marine construction, pile driving, site work or dredging activities.

**Footprint:** The area covered by a facility or affected by construction activities.

## G

**General Conformity Rule:** The requirement that federal, state, tribal, and local governments in air quality nonattainment or maintenance areas ensure that federal actions conform to the initiatives established in the applicable state implementation plan or tribal implementation plan.

**Geographic Information System (GIS):** An information management system designed to store and analyze data referenced by spatial or geographic coordinates.

**Grade Crossing:** The intersection of a railroad and a highway at the same elevation (grade); an intersection of two or more highways; an intersection of two railroads. Same as at-grade crossing.

**Grade-Separated:** At different elevations; on separate levels.

**Greater Orlando Airport Authority (GOAA):** Operating agency for the Orlando International Airport and Orlando Executive Airport in Orlando, Florida.

**Greenhouse Gases:** A class of air pollutants believed to contribute to the greenhouse global warming effect, including nitrogen oxides ($NO_x$), hydrocarbons (HC), and carbon dioxide ($CO_2$).

**Groundwater:** Water contained and transmitted through open spaces within rock and sediment below the ground surface.

## H

**Habitat:** An environment where plants or animals naturally occur; an ecological setting used by animals for a particular purpose (e.g., roosting habitat or breeding habitat).

**Hazardous Materials:** Any material that, because of quantity, concentration, or physical or chemical characteristics, poses a significant present or potential hazard to human health and safety, or the environment, if released.

**Hazardous Waste:** A hazardous material that is no longer of use and will be disposed of. Hazardous waste is regulated by the U.S. Environmental Protection Agency under the Resource Conservation and Recovery Act.

**Headway:** The time between buses, trains, or other transit vehicles at a given point. For example, a 15-minute headway means that one bus arrives every 15 minutes.

**Historic Property, or Historic Resource:** Any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the National Register of Historic Places maintained by the Secretary of the Interior. This term includes artifacts, records, and remains that are related to and located within such properties. The term includes properties of traditional religious and cultural importance to an Indian tribe or Native Hawaiian organization and that meet the National Register criteria (36CFR800, 800.16.l).

**Hydric:** Relating to, characterized by, or requiring considerable moisture.

**Hydrocarbons:** Various organic compounds, including methane, emitted principally from the storage, handling, and combustion of fossil fuels.

**Hydroperiod:** The seasonal pattern of the water level of a wetland.

**Hydrostratigraphic unit:** A body of rock that forms a distinct hydrologic unit with respect to the flow of ground water.

# I

**Impact:** A change in the condition or function of an environmental resource or environmental value as a result of human activity.

**Impervious Surface:** Surface covered by impenetrable materials, such as parking lots and buildings, that increases the potential for water runoff and reduces the potential for groundwater recharge.

**Important Farmland:** Categorized as **Prime Farmland, Farmland of Statewide Importance, or Unique Farmland.** The categories are defined according to U.S. Department of Agriculture land inventory and monitoring criteria.

**Indirect Impact:** The consequences of a project's direct impacts. These impacts are generally not quantifiable and may occur over a larger area or a longer period.

**Induced Growth:** An indirect impact of a project triggering community growth (increases in population, development, etc.) that is influenced and stimulated by the Proposed Action.

**Infrastructure:** The facilities required for a societal function or service (such as transportation and utility infrastructure – roads, bridges, railroads, pipelines, power lines, etc.).

**Interlocking:** An arrangement of train signal apparatus that prevents conflicting movements through an arrangement of tracks such as junctions or crossings.

**Intermodal:** Transportation that involves more than one mode (e.g., walk, bike, auto, transit, taxi, train, bus, and air) during a single journey.

**Intermodal Station:** A transit station that provides connections among more than one mode of transportation.

**Invertebrate:** Organisms lacking a vertebral column.

AAF-AR0044630

# L

**Lead (Pb):** A stable element that can have toxic effects and that persists and accumulates in the environment, humans, or animals.

**Lead Agency:** The public agency that has the principal responsibility for carrying out or approving a project or action and is responsible for preparing environmental review documents in compliance with CEQ and/or NEPA.

**$L_{eq}$:** A measure of the average noise level during a specified period of time.

**$L_{eq}$(h), dBA:** Equivalent or average noise level for the noisiest hour, expressed in A-weighted decibels.

**Level of Service (LOS):** A rating using qualitative measures to characterize operational conditions within a traffic stream and their perception by motorists and passengers.

# M

**Maintenance:** An air basin that was formerly in nonattainment but now meets the established standards for that pollutant. See also **Attainment** and **Nonattainment**.

**Mesoscale:** Describes an air quality analysis at the regional level.

**Metapopulation:** A group of spatially separated populations of the same species which interact at some level.

**Microscale:** Describes an air quality analysis for a localized area such as an intersection.

**Mitigation:** Action or measure undertaken to minimize, reduce, eliminate, or rectify the adverse impacts of a project, practice, action, or activity.

**Mitigation Bank:** A large block of land that is preserved, restored, and enhanced for the purpose of mitigating for projects that impact special-status species, wetlands or otherwise vegetated biological communities.

**Mobility:** Movement of people across areas.

**Monospecific:** Relating to or consisting of only one species.

# N

**National Ambient Air Quality Standards (NAAQS):** Federal standards stipulating the allowable ambient concentrations of specific criteria pollutants.

**National Environmental Policy Act (NEPA):** Federal legislation that establishes national policies and goals for the protection of the environment and requires federal agencies to consider the environmental impacts of major federal projects or decisions, to share information with the public, to identify and assess reasonable alternatives, to identify appropriate measures to mitigate potential impacts, and to coordinate efforts with other planning and environmental reviews taking place. Codified at: 42 U.S.C.A. § 4331 et seq.

**Nitrogen Oxides ($NO_x$):** A class of pollutant compounds that include nitrogen dioxide ($NO_2$) and nitric oxide (NO), both of which are emitted by motor vehicles. See **Criteria Pollutants**.

**No-Action:** Under NEPA, refers to an alternative under which no action would be taken (no infrastructure would be built and no new management or operational practices would be instituted).

**Nonattainment:** An air basin that exceeds federal or state standards for a particular pollutant.

See also **Attainment** and **Maintenance**.

**Nonpoint Source Pollution:** Pollution that collects from a wide area and cannot be traced to a single source. Examples include pesticides or fertilizers that wash into rivers or percolate through the soil into groundwater.

**Notice of Intent (NOI):** Formal notice published in the Federal Register by the federal lead agency stating that an EIS will be prepared for a proposed project.

**National Priorities List/Superfund List:** A federal list of sites that have been identified as posing an immediate public health hazard and where an immediate response is necessary.

# O

**On-time Performance:** The level of success of the train service remaining on the published schedule. Factors that influence on-time performance include traffic, accidents, detours, weather, increased ridership, and breakdowns.

**Orlando-Orange County Expressway Authority (OOCEA):** District agency of the State of Florida responsible for building and operating an expressway system to support the Central Florida area. Subsequent to the DEIS, the Authority was re-named the Central Florida Expressway Authority (CFX).

**Over-grade Bridge:** A bridge structure located above standard grade.

**Ozone ($O_3$):** A photochemical oxidant that is a major cause of lung and eye irritation in urban environments.

# P

**Particulate Pollution:** Air pollution such as dust, soot, and smoke that is irritating but usually not poisonous. Particulate pollution also can include bits of highly toxic solid or liquid substances. Of particular concern are particles smaller than, or equal to, 10 microns ($PM_{10}$) or 2.5 microns ($PM_{2.5}$) in size.

**Passing Track:** A track connected to the main line on both ends that allows a train to stop for commercial reasons (in a station for example) or operating purposes (to deal with a delayed train) and that allows other trains to pass.

**Phase II Investigation:** Part of an Environmental Site Assessment, which assesses whether identified historic on-site or off-site hazardous uses have impacted the soil and/or groundwater conditions beneath a property.

**Pile Bent:** Two or more piles driven in a row transverse to the long dimension of a structure and fastened together by capping and (sometimes) bracing.

**Pile Bent Cap:** Structural members placed on, and usually fastened to, the top of a pile and used to transmit loads into the pile or group of piles and, in the case of a group, to connect them into a pile bent.

**Pine Flatwoods:** The most extensive terrestrial ecosystem in Florida characterized by low, flat topography and relatively poorly drained, acidic, sandy soil.

**Point Source Pollution**: Pollution that can be traced to a single source (e.g., a smokestack at a factory).

**Polychlorinated Biphenyls (PCBs):** Chemicals used in electrical transformers, hydraulic equipment, capacitors, and similar equipment.

**Positive Train Control (PTC) Infrastructure**: Integrated command, control, communications, and information systems for controlling train movements that improve railroad safety by significantly reducing the probability of collisions between trains, casualties to roadway workers, and damage to equipment.

**Positive Train Control (PTC) Systems**: The Rail Safety Improvement Act requires that railroads implement PTC systems to prevent train-to-train collisions on certain rail lines by the end of 2015.

**Potentially Contaminated Site:** Land that may contain substances in or under the land that are potentially hazardous to health or the environment, but have not been tested yet for contamination.

**Poverty Level**: The income at which a family or individual is considered poor. In 2009 the U.S. Census Bureau defined the poverty level for a family of four as an income of $21,954 or less.

**Practicable**: Available and capable of being done after taking into consideration cost, existing technology, and logistics in light of overall project purposes.

**Preferred Alternative**: The alternative identified as preferred by the lead agency or project proponent (the applicant's preferred alternative).

**Prime Farmland**: Rural land that has the best combination of physical and soil chemistry characteristics for producing food, feed, forage, fiber, and oilseed crops, and is available for these uses.

**Public Transportation**: Includes bus, trolley bus, streetcar or trolley car, subway or elevated, railroad, ferryboat, and taxicab service.

**Purpose and Need:** The reason(s) why a project or action is undertaken, and the need(s) it is intended to meet or fulfill.

# R

**Reasonably Foreseeable Future Action:** Those future actions that are likely to occur or probable, rather than those that are merely possible. Used in determining indirect and cumulative impacts for a Proposed Action.

**Regulated waste:** Pathological and microbiological wastes containing blood or other potentially infectious materials.

**Retention Pond:** A pond designed to hold and infiltrate most or all of the runoff that it receives.

**Ridership:** The number of people who ride a transportation system.

**Right-of-Way:** A legal right of passage over a defined area of real property. In transit usage, the corridor along a roadway or railway that is controlled by a transit or transportation agency/authority.

**Riparian:** Relating to, living, or located on the bank of a natural water course, lake, or tidewater.

# S

**Scoping:** A process used under NEPA to determine the scope of issues to be addressed and for identifying the significant issues related to the proposed action or project to be addressed in an EIS (under NEPA).

**Seagrass:** A group of grass-like, flowering plants which grow in sub-tidal marine environments.

**Secondary Impact:** Reasonably foreseeable indirect consequences to the environment caused by a proposed project that would occur either in the future or in the vicinity of, but not the same location as, the direct impacts associated with the project.

**Section 4(f):** Provisions originally enacted as Section 4(f) of the U.S. Department of Transportation Act of 1966 codified in 49 United States Code, Subtitle I, Section 303(c). Section 4(f) addresses the potential for conflicts between transportation needs and the protection of land for recreational use and resource conservation by providing protection for publicly owned parkland, recreation areas, and historic sites from use. Specifically, the provisions prohibit the Secretary of Transportation from approving any program or project that would require the use of any publicly owned land from a public park, recreation area, wildlife or waterfowl refuge, or land of an historic site of national significance as determined by the officials having jurisdiction over these lands unless there are no feasible and prudent alternatives to the use of these lands.

**Section 6(f):** Section 6(f) of the Land and Water Conservation Fund Act of 1964 prohibits the conversion of property acquired or developed with funds granted through the act to a nonrecreational purpose without the approval of the National Park Service. Section 6(f) directs the

Department of the Interior to ensure that replacement lands of equal value (monetary), location, and usefulness are provided as conditions to such conversions.

**Sensitive Natural Communities:** Communities of plants and wildlife interacting in the same ecosystem whose extent has been much reduced in the state and which are locally rare.

**Sensitive Receiver:** Noise-sensitive locations where increased annoyance can occur, such as residences, schools, hotels/motels, medical facilities, or other vibration-sensitive receivers.

**Sensitive Receptors:** Locations considered more sensitive to adverse effects from air pollution (e.g., residences; preschools and kindergarten through grade 12 schools; daycare centers; health-care facilities such as hospitals, retirement homes, and nursing homes; and parks and/or playgrounds).

**Shared-use Track:** Use of the same track and corridor by two transit modes (light rail transit vehicles and heavy rail, or passenger and freight).

**Significant:** In CEQ usage, describes an impact that is sufficiently adverse, intense, or prolonged to require mitigation. In NEPA, to determine an impact is significant the context and intensity (the degree to which the effects on quality of human environment are controversial, whether the action threatens a violation of federal, state or local law, and others) of the action must be considered.

**Sole Source Aquifer (SSA):** An aquifer designated by the United States Environmental Protection Agency (USEPA) as the sole or principal source of drinking water for an area pursuant to § 1424(e) of the federal

Safe Drinking Water Act, as amended. USEPA defines a sole or principal source aquifer as one that supplies at least 50 percent of the drinking water consumed in the area overlying the aquifer. These areas can have no alternative drinking water source(s) that could physically, legally, and economically supply all those who depend upon the aquifer for drinking water.

**Sound Exposure Level (SEL):** A time-integrated metric (i.e., continuously summed over a time period) that quantifies the total energy in the A-weighted sound level measured during a transient noise event. SEL accounts for both the duration and the loudness of a noise event.

**Special-Status Species:** Plants and animals that are legally protected under the federal Endangered Species Act of 1973, the Florida Endangered Species Act, or other regulations, such as those species that meet the definitions of rare or endangered under CEQ Guidelines Sections 15380 and 15125.

**State Implementation Plan (SIP):** Statewide plan for complying with the federal Clean Air Act. The SIP consists of narrative, rules, and agreements that Florida will use to clean up polluted areas.

**Stormwater Pollution Prevention Plan (SWPPP):** A plan that specifies site management activities to be implemented during site development, including construction stormwater best management practices, erosion and sedimentation controls, dewatering (nuisance water removal), runoff controls, and construction equipment maintenance.

**Sulfur Oxides (SOx)**: Sulfur-oxygen compounds that include the important criteria pollutants sulfur dioxide ($SO_2$) and sulfur trioxide ($SO_3$).

**Surficial Aquifer:** The surficial aquifer system in Florida includes any otherwise undefined aquifers that are present at land surface. The surficial aquifer is mainly used for domestic, commercial, or small municipal supplies (Florida Department of Environmental Protection).

**Surficial Geology:** Unconsolidated geologic materials lying on top of bedrock. Common surficial materials include sand and gravel, glacial tills, and clay and silts.

**Switch:** A mechanical installation enabling trains to be guided from one track to another at a railway junction.

# T

**Take:** To harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct (as defined in Section 3 of the **federal ESA**).

**Tangent:** Meeting a curve or surface in a single point if a sufficiently small interval is considered.

**Terminal Station:** The first or last station of a passenger railway route.

**Traditional Cultural Properties and Resources (TCPs):** Places associated with the cultural practices or beliefs of a living community that are rooted in that community's history. Examples of TCPs include, but are not limited to, any place where people practice a ritual activity or festival; any place where something happened that is of significance to a group or community and is referred to in stories; any place that is a vital and beloved part of the community and that may give the community a special identity or defining character.

**Train Control System:** System of railroad equipment designed to ensure safety by monitoring locations of trains and providing analysis and reporting.

**Train set:** A complete single train, including engine(s) and cars.

**Travel Time:** The time spent traveling from a place of origin to a place of destination. Total travel time includes the time required to reach a station or an airport, time spent waiting for the next scheduled train or flight, time spent getting to the boarding area, time spent checking and retrieving luggage, time spent getting a rental car or taxi, as well as time spent to reach the final destination.

# U

**Under-grade Bridge:** A bridge structure located below standard grade.

**Unique Farmland:** Farmland with soils of lower quality than either **Prime Farmland** or **Farmland of Statewide Importance**, but still used for the production of crops. To qualify as unique farmland, a property must have been in crops at some time during the previous 4 years.

# V

**V/C Ratio:** Volume to capacity ratio; describes the relationship between the amount of traffic a roadway was designed to carry and the amount of traffic it actually carries. Related to the **Level of Service (LOS)** the roadway can provide.

**Vehicle Maintenance Facility (VMF):** A dedicated facility for vehicle fueling, maintenance, repair and washing.

**Vertebrate:** Organisms with a vertebral column (fish, reptiles, amphibians, birds and mammals).

**Viaduct:** A long and high bridge composed of several small spans for carrying a railroad over a valley, gorge, or other topographic feature.

**Vibration:** A rapid linear motion of a particle or of an elastic solid about an equilibrium position.

**Viewshed:** The total area visible from a single observer position, or the total area visible from multiple observer positions. Viewsheds include scenes from highways, trails, campgrounds, towns, cities, or other viewer locations.

**Visual Character:** The physical attributes of the landscape.

**Visual Quality:** The character or inherent features of a viewshed.

**Visual Resources:** The natural and artificial features of a landscape that characterize its form, line, texture, and color.

**Volatile Organic Compounds (VOCs):** Colorless gaseous compounds originating, in part, from the evaporation and incomplete combustion of fuels. In the presence of sunlight VOCs react to form ozone, a pollutant regulated by the Clean Air Act Amendments.

# W

**Waters of the United States:** The federal CWA defines waters of the United States as (1) All waters that are currently used, or were used in the past, or may be susceptible to use in interstate or foreign

commerce, including all waters subject to the ebb and flow of the tide; (2) All interstate waters including interstate wetlands; and (3) All other waters, such as intrastate lakes, rivers, streams (including intermittent streams), mudflats, sandflats, wetlands, sloughs, prairie potholes, wet meadows, playa lakes, or natural ponds, the use, degradation, or destruction of which could affect interstate or foreign commerce (33 CFR 328.3[a]).

**Watershed:** The area that contributes water to a drainage system or stream.

**Wayside Signaling:** A visual form of railway signaling which uses elevated flags or balls.

**Wetland:** An area of land with soil that is saturated with moisture, either permanently or seasonally. According to the U.S. Army Corps of Engineers Wetland Delineation Manual, three criteria must be satisfied to classify an area as a jurisdictional wetland: (1) a predominance of plant life that is adapted to life in wet conditions (hydrophytic vegetation), (2) soils that saturate, flood, or pond long enough during the growing season to develop anaerobic conditions in the upper part (hydric soils), and (3) permanent or periodic inundation or soils saturation, at least seasonally (wetland hydrology).

**Wildlife Corridor:** A belt of habitat that is essentially free of physical barriers such as fences, walls, and development, and connects two or more larger areas of habitat, allowing wildlife to move between physically separate areas.

# X

**Xeric:** Relating to, characterized by, or containing little moisture.

**This page intentionally left blank.**