# 2 Purpose and Need for the Proposed Action

## 2.1 Introduction

All Aboard Florida LLC (AAF) proposes to institute intercity passenger rail service between Orlando and Miami, Florida with station stops in Orlando, West Palm Beach, Fort Lauderdale, and Miami. The Project would consist of a 235-mile long intercity passenger rail service with an anticipated three-hour travel time. Improvements needed to support the service would include both construction within existing railroad rights-of-way (ROW) and new construction outside of existing railroad corridors. AAF has applied for a loan from the Federal Railroad Administration (FRA) to fund a portion of the costs of building the Project and acquiring equipment. If approved and constructed, AAF would be responsible for covering the costs of operating its services and for repaying FRA the borrowed funds in accordance with financial terms that would be agreed upon by AAF and FRA. As a private applicant, AAF has identified the basic components of the project it is proposing to build and operate, and has identified the purpose and need for the Project. Given the private sector nature of the Project, FRA has independently validated the purpose and need for the Project identified by AAF to assure that this Environmental Impact Statement (EIS) appropriately articulates that purpose and need consistent with the National Environmental Policy Act (NEPA), its implementing regulations and procedures, and related statutes and regulations.

## 2.2 Purpose

The purpose of the Project is to provide reliable and convenient intercity passenger rail transportation between Orlando and Miami, Florida (the Project Corridor), by extending (in Phase II) the previously reviewed Phase I AAF passenger rail service between West Palm Beach and Miami and by maximizing the use of existing transportation corridors. This transportation service would offer a safe and efficient alternative to automobile travel on congested highway corridors, add transportation capacity within those corridors (particularly Interstate 95), and encourage connectivity with other modes of transportation such as light rail, commuter rail, and air transportation.

The additional purpose of Phase I of the Project, as stated in the Finding of No Significant Impact (FONSI), is to "provide intercity passenger rail service that addresses South Florida's current and future needs to enhance the transportation system by providing a transportation alternative for Floridians and tourists, supporting economic development, creating jobs and improving air quality." (Appendix 1.1-A2)

Some commenters on the DEIS stated their opinion that the purpose is defined too narrowly and excludes consideration of other alternatives.  FRA has developed this statement in accordance with CEQ Regulations (40 C.F.R 1502.13) which state that an EIS shall briefly specify the underlying purpose and need to which the agency is responding in proposing the alternatives including the proposed action.  For this project, AAF is the project proponent and is responsible for defining the purpose of the proposed project that FRA is reviewing in this EIS.  FRA has issued a FONSI for AAF's Phase I project, which is currently under construction.  It is reasonable for AAF to define the purpose of Phase II as extending the

previously-reviewed passenger rail system. This statement of AAF's purpose did not unreasonably constrain the analysis of alternatives presented in Chapter 3 of this EIS.

## 2.3 Need

The Project is needed to provide a fast, sustainable, and reliable means of travel that responds to the transportation needs of the existing population as well as future population growth. The need for the Project stems from several factors: increasing congestion on the I-95 corridor and State Road (SR) 528, long travel times, limited existing capacity, limited and constrained opportunities for corridor expansion, limited alternative modes of transportation, and increasing travel demand generated by growth in population and tourism. Transportation demand and travel growth in Florida is outgrowing the capacity available on the existing and future transportation network between Orlando and Miami (Louis Berger Group 2013). Increasing population, employment, and tourism continue to elevate travel demand in the Project Corridor, as documented by population and employment forecasts from the Office of Economic and Demographic Research and Florida Department of Economic Opportunity (FDEO) (Office of Economic and Demographic Research 2013; FDEO 2013). Transportation options between these two cities have become more limited with the decline of air service in the Project Corridor, limits on roadway expansions, and the lack of adequate, reliable alternative modes of transportation (Louis Berger Group 2013). As a result, AAF has concluded that there is a need for a safe, efficient, reliable transportation alternative to the dominant mode of travel (automobile). Finally, with funding at the state and national level being limited, there is a need for a privately operated passenger railroad project. FRA concurs that the Project could help address a need for improved transportation in the markets that would be served.

These existing and future transportation conditions and resulting needs are described in more detail below.

### 2.3.1 Congestion on Existing Road Systems

The Project Corridor and transportation network are shown in Figure 2.3-1. There are two main north-south interstate highways along the southeast coast of Florida, I-95 and Florida's Turnpike, which is a toll road. These two roads run roughly parallel to the east coast of Florida and connect Orlando with Miami, as well as intermediate destinations. The current travel time between Orlando and Miami via automobile is approximately 4 hours via SR 528 to I-95 and 3 hours, 30 minutes via Florida's Turnpike. These times can vary substantially based on traffic, congestion, weather, and other factors.



SEMINOLE
VOLUSIA
LAKE
ORANGE
Orlando
MCO
Cocoa
BREVARD
Melbourne
OSCEOLA
POLK
INDIANRIVER
HARDEE
HIGHLANDS
OKEECHOBEE
STLUCIE
Fort Pierce
Stuart
DESOTO
MARTIN
CHARLOTTE
GLADES
West Palm Beach
PBI
PALMBEACH
LEE
HENDRY
COLLIER
BROWARD
Fort Lauderdale
FLL
MIAMI-DADE
MIA
Miami
MONROE
Explanation of Features
FEC Corridor
E-W Corridor
CSX Corridor
I-95 Corridor
Florida's Turnpike
Amtrak Corridor
Major Airports
Proposed Stations - WPB-M Corridor
Proposed Station (By Others)
Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013
Project Corridor
All Aboard Florida Intercity Passenger Rail Project
N
0
10
20 Miles
U.S. Department of Transportation
Federal Railroad Administration
2.3-1

According to the United States Department of Transportation's (USDOT) Federal Highway Administration (FHWA), the annual average daily traffic (AADT) on I-95 between Orlando and Miami is between 48,500 and 283,774, depending on the location (Louis Berger Group 2013). Florida's Turnpike, which parallels I-95 in southeastern Florida, has an AADT of between 26,000 and 113,369, depending on the location (Louis Berger Group 2013). Traffic levels on these two corridors are expected to grow by 52 percent between 2007 and 2040 as population and vehicular travel in Florida increases (Louis Berger Group 2013). By 2040, traffic volume is expected to be at or exceeding capacity for almost all segments (Table 2.3-1).

**Table 2.3-1   Existing and Projected Annual Average Daily Traffic (AADT) and Volume to Capacity (V/C) Ratios**

| Highway | Segment | County | 2007 AADT | 2040 AADT | 2007 V/C | 2040 V/C |
|---|---|---|---|---|---|---|
| Florida's Turnpike | South of U.S. 441 | Osceola | 30,050 | 45,818 | 0.71 | 1.01 |
| | North of SR 60 | Osceola/ Okeechobee/ Indian River/ St. Lucie/ Indian River | 26,000 | 39,642 | 0.53 | 0.79 |
| | North of SR 706 | Indian River/ St. Lucie/ Martin/ Palm Beach | 36,000 | 54,890 | 0.57 | 0.87 |
| | North of SR 870 | Palm Beach/ Broward | 94,200 | 143,629 | 0.94 | 1.42 |
| | North of SR 820 | Broward | 113,369 | 172,857 | 1.12 | 1.71 |
| Interstate 95 | South of SR 528 | Brevard/ Indian River/ St. Lucie/ Martin | 48,500 | 73,949 | 0.87 | 1.25 |
| | North of SR 706 | Palm Beach | 70,954 | 108,185 | 0.72 | 1.05 |
| | North of SR 870 | Broward/ Palm Beach | 274,277 | 418,198 | 1.31 | 2.00 |
| | North of SR 820 | Broward | 283,774 | 432,678 | 1.07 | 1.64 |

Source: Louis Berger Group. 2013. All Aboard Florida Ridership and Revenue Study: Summary Report. September 2013.

Florida's existing transportation infrastructure is overloaded due to a substantial increase in population, business, and tourism over the last 30 years (I-95 Corridor Coalition 2013). Without further improvements to the existing I-95 corridor, by 2035 100-percent of the urban segments within the I-95 corridor will be under "heavy congestion, and 55 percent of the non-urban segments will see increased congestion" (I-95 Corridor Coalition 2013). Mobility is hampered in Florida because of chronic congestion and delays due to inadequate roadway capacity and the inability to expand most of the State's urban roadway capacity, according to Florida Department of Transportation (FDOT) and FHWA research (FDOT 2010; FHWA 2005a). Under the Intermodal Surface Transportation Efficiency Act of 1991, FDOT established a limit of ten lanes (five lanes in either direction) at any location on the Florida Interstate Highway System (FIHS) (FRA 2005). This limit to capacity was further solidified in 2002 and 2003, when FDOT procedures 525-030-250-f and 525-030-255-c (FDOT Procedures) set up specific criteria for widening all roads on the FIHS. These FDOT Procedures were based on 2000 legislation (Section 225.02(3) of the Florida Statutes [FS]), which establishes criteria that must be considered when determining the number of lanes on the FIHS. The criteria include consideration of multi-modal

alternatives and considerations of local comprehensive plans and approved metropolitan long range transportation plans. The FDOT Procedures (FDOT 2003) note:

"Nothing in Section 335.02 (3) FS precludes a number of lanes in excess of ten lanes. However, before the Department may determine the number of lanes should be more than ten, the availability of [right-of-way] (ROW), and the capacity to accommodate other modes of transportation within the existing ROW must be considered."

The need for a solution to the problem of roadway congestion has been recognized by many, including FDOT. In June 2009, FDOT released the *Florida Rail Project Plan: Policy Element* (FDOT 2009) concluding, among other things, that:

"In spite of recent slowing of growth due to a downturn in the national and state economy, by 2030 more than 25 million people will call Florida home, an increase of over 35 percent since 2007. The expected growth in population over the long-term reinforces the value of investing in rail as part of a multimodal transportation strategy to more efficiently accommodate the mobility needs of future populations." (FDOT 2009)

### 2.3.2 Safety on the Existing Highway System

On a national level, comparing miles traveled via commercial aircraft, trains, and automobiles on highways, auto travel on highways has the highest rate of passenger fatalities per mile traveled. In 2011, more than 34 percent of all transportation fatalities involved occupants of passenger cars, while there were no fatalities related to passenger rail (USDOT 2012). These statistics indicate that a passenger rail system would provide a safer travel option than passenger cars traveling on I-95 and other area highways.

### 2.3.3 Alternative Modes of Transportation – Orlando to Miami

The transportation alternatives to cars for travel within the Orlando to Miami corridor currently include passenger train, airplane, and motor bus. Amtrak currently operates two separate train services in the Project Corridor, the Silver Star and Silver Meteor (both between New York City, New York and Miami, Florida). There are two southbound trains per day and two northbound trains per day. The travel time between Orlando and Miami on the two Amtrak services is between 5 hours, 45 minutes and 7 hours, 34 minutes. Annual ridership on these two routes was 23,300 (Louis Berger Group 2013). Ridership on Amtrak in the Project Corridor has grown by over 8 percent (compounded annually) since 2006 (Louis Berger Group 2013). By 2030, these volumes are expected to grow to 120,000 passengers per year (Louis Berger Group 2013).

Intercity train travel in the Project Corridor is limited by reliability issues, infrequent service, and a long overall travel time, among other factors (Louis Berger Group 2013). The Amtrak services operate for only a small portion of their route on tracks owned by Amtrak, with the rest of their route primarily on tracks owned by CSX Corporation or FDOT. The number of trains that they are able to operate is limited by the time slots available from CSX. With limited control over the primary causes of delay, Amtrak's Silver Service/Palmetto line had a 66-percent on-time performance in February 2014, and 60-percent on-time performance for the previous 12 months. The primary causes of delay were train interferences

(39 percent of the total delay, of which 84 percent occurred on the CSX-dispatched line) and track and signal problems (25 percent of the total delay, of which 79 percent occurred on the CSX lines) (Amtrak 2014). This low on-time performance means that by the time a southbound train gets to Orlando, it can be anywhere between 2 and 3 hours late.

American Airlines, United Airlines, and Silver Airways provide air service between Orlando and Miami, Silver Airways and Spirit Airlines provide service between Orlando and Fort Lauderdale, and Silver Airways provides service between Orlando and West Palm Beach. The average flight time is 60 minutes, which does not include the time required to reach the airport, pass security, and board the aircraft. Several smaller airlines and charter services provide service between the various smaller "executive" airports in the region. In total, there are more than 30 flights per day between Orlando International Airport (MCO) and the West Palm Beach (PBI)/Fort Lauderdale (FLL)/Miami Airports (MIA). There are 244 daily and 88,900 annual passengers who travel between Orlando and Miami via airplane (Louis Berger Group 2013). In 2012, 96,112 daily and 35.1 million annual passengers used MCO and 108,969 daily and 39.5 million annual passengers used Miami Airport (MCO n.d.). By 2030, the number of passengers is expected to grow to 74M per year, an increase of 45 percent (Louis Berger Group 2013).

Air travel within Florida is limited by the availability of flights, increasing prices, and delays. Currently, there are only two major, national air carriers that provide service between Central and Southeast Florida. This limitation on competition has resulted in higher prices and fewer options to travel within the state (prices have increased by almost 15 percent in the last 10 years) (USDOT 2013). Increasing delays have also made air travel less reliable; in 2012, approximately 18 to 23 percent of all flights in the Project Corridor were considered "late" by the FAA (Table 2.3-2).

| Table 2.3-2 | Aviation Delays in the Project Corridor (2012) | | |
|---|---|---|---|
| Route | Total Number of Flights | Total Number of Delayed Flights | Percent of Flights Delayed |
| Orlando - Miami | 3,496 | 802 | 23 |
| Orlando - Fort Lauderdale | 1,468 | 266 | 18 |

Source: BTS. 2013. Summary Statistics, Origin and Destination Airport: January 1, 2012 to January 1, 2013. http://apps.bts.gov/xml/ontimesummarystatistics/src/ddisp/OntimeSummarySelect.xml?tname=OntimeSummaryBoth Data; Accessed September 12, 2013.

Greyhound Bus Service offers a variety of motor coach services between Orlando and Miami, and intermediate destinations, with 20 daily departures. The average trip time varies between 4 and 7 hours. There are approximately 10 southbound buses and 10 northbound buses between the two cities each day. Trip time is strongly influenced by highway congestion.

Multiple local transit operating authorities provide connecting service in areas around the proposed stations. These transit providers do not provide service over the entire length of the Project Corridor. The only transit service currently operating along part of the Project Corridor is the South Florida Regional Transportation Authority (SFRTA), which operates the "Tri-Rail" commuter train service between West Palm Beach and Miami. SFRTA operates commuter train service on the CSX railroad ROW, which is

approximately one mile west of the Florida East Coast Railway Corridor ROW. Tri-Rail service has 17 stations within this 72-mile corridor, with a total travel time of approximately 1 hour, 50 minutes. There are 25 southbound and 25 northbound trains per weekday within this southern portion of the corridor (SFRTA 2013a).

Based on the available data, trip times for alternative modes of long-distance intercity transportation are often unreliable and roadway congestion is increasing due to limited capacity for expansion.

### 2.3.4 Population, Employment, and Tourism Growth

Growth in population, employment, and tourism is anticipated to exacerbate existing highway congestion and increase the demand for alternative modes of transportation (Louis Berger Group 2013). Florida has a current population of 19 million people, which is expected to increase by almost 5M people in the next 20 years (Figure 2.3-2). The cities at the two ends of the Project Corridor are among the five largest in Florida, with increasing population growth. Orlando, at the northern end of the Project Corridor, is the fourth largest city in Florida and had the second highest population growth in the state. Miami, at the southern end of the Project Corridor, is the second largest city in Florida (BEBR 2011a; Schlueb 2013).

As of June 2013, the Florida economy employed approximately 8,751,000 people according to the United States Department of Labor, Bureau of Labor Statistics (BLS) (BLS 2013). In the last two years, employment in Florida has grown by over 450,000 people and the number of people employed is approaching pre-recession levels (BLS 2013). Since 2011, employment in the combined Metropolitan Statistical Areas (MSAs) has grown by three percent or more per year (Table 2.3-3).



**Figure 2.3-2   Projected Population for the State of Florida**

Source: Office of Economic and Demographic Research. 2013. *Total County Population: April 1, 1970-2040.* http://edr.state.fl.us/Content/population-demographics/data/CountyPopulation.pdf. Accessed September 22, 2013.

Purpose and Need for                            2-7
the Proposed Action

Table 2.3-3    Employment Growth by Metropolitan Statistical Area

| Year | Miami-Fort Lauderdale-Pompano Beach | | Orlando-Kissimmee-Sanford | | Total | |
|---|---|---|---|---|---|---|
| | Employment | Growth Rate (%) | Population | Growth Rate (%) | Population | Growth Rate (%) |
| 2003 | 2,440,482 | - | 885,928 | - | 3,326,410 | - |
| 2004 | 2,486,155 | 1.9 | 920,858 | 3.9 | 3,407,013 | 2.4 |
| 2005 | 2,561,772 | 3.0 | 971,929 | 5.5 | 3,533,701 | 3.7 |
| 2006 | 2,647,953 | 3.4 | 1,016,278 | 4.6 | 3,664,231 | 3.7 |
| 2007 | 2,765,416 | 4.4 | 1,062,268 | 4.5 | 3,827,684 | 4.5 |
| 2008 | 2,698,722 | -2.4 | 1,052,279 | -0.9 | 3,751,001 | -2.0 |
| 2009 | 2,515,298 | -6.8 | 992,687 | -5.7 | 3,507,985 | -6.5 |
| 2010 | 2,524,021 | 0.3 | 991,964 | -0.1 | 3,515,985 | 0.2 |
| 2011 | 2,606,069 | 3.3 | 1,014,675 | 2.3 | 3,620,744 | 3.0 |
| 2012 | 2,698,050 | 3.5 | 1,050,951 | 3.6 | 3,749,001 | 3.5 |

Source: BLS, 2013. *Local Area Unemployment Statistics*. http://data.bls.gov/pdq/querytool.jsp?survey=la. Accessed September 13, 2013.

Orange County and Miami-Dade County are the main centers of employment in the Project Corridor. This concentration of employment leads to a substantial jobs-housing imbalance for some counties in the corridor that are more residential, which leads to longer home-to-work travel. According to the 2010 American Community Survey 5-year estimates, more than 20 percent of employed populations within St. Lucie, Martin, Osceola, and Broward Counties work outside of their counties or state of residence (Table 2.3-4). Data on the counties in which these populations are employed are not readily available.

In 2012, 91.4 million people visited Florida for tourist purposes, including theme parks in Orlando, beaches along the coast, and other attractions (Visit Florida 2013a). Although the majority of these visitors came from the United States, a growing number come from international locations. In 2012, 50 percent of all visitors arrived via airplane (Visit Florida 2013a). Orlando is the most visited destination in the United States, with over 50 million visitors a year. The number of visitors has increased from approximately 49 million in 2008 to 57 million in 2012, and is forecast to reach more than 59 million in 2014 (Visit Orlando 2014). Miami saw 4.1 million cruise passengers embark in 2010 (Miami-Dade County 2014), and saw 13.9 million visitors in 2012, with a nine percent increase in hotel occupancy from 2008 to 2013 (Greater Miami Convention Center and Visitors Bureau 2014). As discussed previously, there are few transportation options connecting Orlando and Miami other than private automobiles.

**Table 2.3-4  Population Employed Outside of the County of Residence**

| County | Population | |
|---|---|---|
| | % Employed in County of Residence | % Employed Out of County of Residence |
| Orange County | 86.3 | 13.8 |
| Osceola County | 48.8 | 51.2 |
| Brevard County | 92.1 | 7.9 |
| Indian River County | 82.9 | 17.1 |
| St. Lucie County | 64.3 | 35.7 |
| Martin County | 65.7 | 34.3 |
| Palm Beach County | 87.5 | 12.4 |
| Broward County | 77.2 | 22.9 |
| Miami-Dade County | 92.0 | 8.0 |

Note: Numbers may not add to 100 due to rounding.
Source: U.S. Census Bureau. 2010b *2006-2010 American Community Survey 5-Year Estimates: S0801, Commuting Characteristics by Sex.* http://factfinder2.census.gov/. Accessed September 12, 2013.

The increasing number of people living, working and visiting the Project Corridor will result in a greater number of people traveling in the corridor. This increase in travel between Orlando and Miami, Florida places increased pressure on the highways and other modes serving the region.

### 2.3.5 Financing and Public Initiatives

A number of public agencies and private entities have studied the development of an intercity passenger rail system in Florida. Intercity passenger rail is recognized as a viable and needed service, given the level of travel activity and the existing and growing congestion on Florida's highways. Tables 2.3-5 and 2.3-6 provide a summary of prior rail legislation and high speed rail legislation in Florida from 2000 to 2010 (FDOT 2010). Available funding for capital and operating costs of transportation projects is limited at the state and national level, and none of these projects have advanced, primarily due to lack of funding. At a national level, funding for the capital cost of highway/transit projects has remained flat in the latest transportation authorization budget (*Moving Ahead for Progress in the 21st Century, Federal Public Transportation Act of 2012*). Florida has not committed to funding the operating and capital costs for the Tampa to Miami High Speed Rail project due to limited resources.

| Table 2.3-5 | Summary of Rail Legislation and Related Activities in Florida 2000 – 2010 |
|---|---|
| Date/Title | Description |
| 2000<br>Constitutional Amendment on High Speed Rail Approved by Florida Voters | Florida's voters adopted an amendment to the Constitution of the State of Florida that mandated the construction of a high-speed transportation system in the state. The amendment required the use of train technologies that would operate at speeds in excess of 120 miles per hour and would consist of dedicated rails or guideways separated from motor vehicle traffic. The system was to link the five largest urban areas of Florida and construction was mandated to begin by November 2003. |
| 2001<br>Florida Legislature Enacts the Florida High Speed Rail Authority Act | Florida Legislature enacted the Florida High Speed Rail Authority Act and created the Florida High Speed Rail Authority (FHSRA). The FHSRA was charged with the responsibility for planning, administering, and implementing a high-speed rail system. |
| 2001<br>High Speed Rail Authority Issues Vision Plan | The FHSRA crafted a vision for a high-speed rail network linking the major population centers of Florida. The FHSRA's long-term vision for a statewide high-speed rail system included the provision for high-speed rail along Florida's east coast, linking Jacksonville and Miami. |
| 2002<br>Report to the Governor and the Legislature Issued | The FHSRA issued a request for proposal in 2002 to design, build, operate, maintain, and finance an initial high-speed rail service between Tampa and Orlando. The cost estimate was $2.4 billion. The route was planned to begin near the Tampa Central Business District and travel parallel to Interstate 4 into Orlando, then to the MCO, along with a future extension into St. Petersburg. A Draft Environmental Impact Statement (DEIS) was prepared for Tampa-Orlando project in 2003 and a Final EIS was released in 2005 (re-evaluation and Record of Decision in 2010). |
| 2003<br>Funding Vetoed by Governor Jeb Bush | Governor Jeb Bush vetoed funding approved by the Legislature for the High Speed Rail project and for the continuation of activities by the Board. The FHSRA was able to continue the project development and environmental process and procurement process with funds previously earmarked by the federal government. |
| 2004<br>Constitutional Requirement is Repealed | Growing concern over the costs of implementing a high-speed rail network led to efforts to repeal the amendment. In November 2004, Florida voters chose to overturn the original amendment, resulting in the removal of the constitutional mandate. |
| 2009<br>Florida Rail Project Plan | The 2009 Florida Rail Plan was an update to the 2006 Florida Freight and Passenger Rail Plan and built upon previous rail planning efforts, including the 2006 Florida Intercity Passenger Rail Vision Plan. The Project was developed in response to this policy plan. |

| Table 2.3-6 | Summary of High Speed Rail Legislation in Florida 2000 – 2010 |
|---|---|
| Date/Title | Description |
| December 2009<br>Florida Statewide Passenger Rail Commission created | Governor Charlie Crist signed House Bill 1B, creating the Florida Statewide Passenger Rail Commission. The commission will monitor Florida's passenger rail systems, advise the Florida Department of Transportation concerning passenger rail service, evaluate passenger rail policies, and provide advice and recommendations to the legislature. |

Source: Florida House of Representatives, 2009. *HB 1B – Transportation*. http://www.myfloridahouse.gov/Sections/Bills/billsdetail.aspx?BillId=42784. Accessed September 21, 2013.

## 2.4 Project Objectives

AAF identified its primary objective for the Project, which is to provide an intercity rail service that is sustainable as a private commercial enterprise. Sustainable means that the rail service can attract sufficient riders to meet revenue projections and operate at an acceptable profit level. FRA agrees that there is an identified need for a reliable and convenient intercity passenger rail service between Orlando and Miami and that the private sector nature of the proposal requires that the system operate as a sustainable private commercial enterprise.

**This page intentionally left blank**