# 3    Alternatives

The Council on Environmental Quality (CEQ) regulations that implement the National Environmental Policy Act of 1969 (NEPA) state that the alternatives section is the heart of an Environmental Impact Statement (EIS) (40 CFR § 1502.14). Those regulations and accompanying guidance, *Forty Most Asked Questions Concerning CEQ's National Environmental Policy Act Regulations* (CEQ 1981), require a federal decision-maker, in this case the Federal Railroad Administration (FRA), to:

- Develop and describe the range of alternatives capable of achieving the purpose and need (1505.1(e)), including alternatives not within the jurisdiction of the lead agency and the No-Action Alternative (1502.14(d)); and

- Rigorously explore and objectively evaluate these alternatives, and provide reasons why the lead agency eliminated certain alternatives from further study (1502.14(a)).

This chapter describes the process through which the Proposed Action (Build) Alternatives and the No-Action Alternative for the All Aboard Florida Intercity Passenger Rail Service Project, Phase II, Orlando to West Palm Beach were identified and evaluated, and provides a detailed description of the alternatives evaluated in this Final Environmental Impact Statement (FEIS). This chapter also identifies and describes All Aboard Florida LLC.'s (AAF) Preferred Alternative, FRA's preferred alternative, and responds to substantive comments on the Draft Environmental Impact Statement (DEIS). Because the project is proposed by a private entity, FRA has presented AAF's preferred alternative as well as the agency's preferred alternative. As required by NEPA, FRA has reviewed the alternatives analysis, required AAF to evaluate alternatives other than the proposed action, and has verified the analyses.

The environmental impacts of each of the alternatives that were carried forward from this screening process are evaluated in Chapter 5, *Environmental Consequences*, of this FEIS.

## 3.1    Proposed Action

All Aboard Florida (AAF) is proposing to construct and operate a privately owned, intercity passenger railroad system that will connect Orlando and Miami. Phase I of the Project includes infrastructure improvements, stations, and initial passenger rail service from West Palm Beach to Miami. Phase I, which FRA determined has independent utility, and which was the subject of a FRA-led Environmental Assessment (EA) and finding of no significant impact (FONSI) in 2012. Because Phase I has independent utility and can be constructed without constructing Phase II, the NEPA analysis is in full compliance with federal regulations.

Phase II of the Project would extend that service to Orlando by maximizing the use of existing transportation corridors. As noted in Chapter 2, *Purpose and Need for the Proposed Action*, AAF identified its primary objective, which is to provide an intercity rail service that is sustainable as a private commercial enterprise. "Sustainable" services means that the rail operator can attract sufficient riders to meet revenue projections and operate at an acceptable profit level. The two principal components of this

AAF-AR0073674

objective are the basis for developing the criteria and framework for evaluating the Project alternatives. The two primary goals are to:

- Provide a reliable and convenient intercity rail service between Orlando and Miami with an approximate 3-hour trip time between the terminal stations; and

- Provide an intercity rail service that is sustainable as a private commercial enterprise. Sustainable means that the rail service can attract sufficient riders to meet revenue projections, and can operate at an acceptable profit level.

## 3.2      Alternatives Identification and Screening

This section describes the alternatives that were identified and developed for the Project and the criteria used to evaluate each alternative. The analysis also included a preliminary comparison of potential impacts to key environmental resources. Alternatives were identified and screened in an iterative, three-level process:

- Level 1 identified and screened overall routes connecting Orlando with the previously reviewed West Palm Beach to Miami service, and identified a preferred route alternative.

- Level 2 was more fine-grained and evaluated segment alternatives within the preferred route.

- Level 3 evaluated alternatives within one segment (the Central Florida Expressway Authority [CFX], formerly the Orlando-Orange County Expressway Authority-controlled segment of the East-West Corridor) of the preferred route.

Figure 3.2-1 shows the screening process graphically. In order to identify and consider alternatives that will satisfy the Project's purpose, including its feasibility as a private enterprise, AAF developed evaluation criteria, including six critical determining factors (Critical Determining Factors) that must be met in order for AAF to be able to proceed with the Project. These screening criteria recognize that AAF is a private enterprise that cannot rely on government operating subsidies and that does not have the authority to acquire property by eminent domain (condemnation). To be feasible as a private enterprise, AAF must be able to:

- Provide reliable and convenient intercity passenger rail transportation connecting Orlando and Miami, Florida, by extending previously reviewed passenger rail service between West Palm Beach and Miami;

- Gain access to the lands on which alternatives are proposed through viable acquisitions, leases, licenses, permits, or other arrangements that do not preclude the feasibility of the Project as a private enterprise;

- Deliver a travel time that will meet the ridership targets necessary for a sustainable commercial initiative;

- Commence construction in the near term in order to control costs, as delayed or increased construction times would add to the cost of construction and would delay initiating revenue service.;

AAF-AR0073675





| Alternatives Screening Process |
| All Aboard Florida Intercity Passenger Rail Project |

U.S. Department of Transportation
Federal Railroad Administration

3.2-1

AAF-AR0073676

- Remain in close proximity to existing or planned transportation corridors in order to limit land acquisitions and related impacts; and

- Limit cost of development, including cost of land acquisitions, access, construction, and environmental mitigation.

AAF identified the alternatives at each level, and developed and applied screening criteria to determine whether each alternative was reasonable and capable of being implemented in accordance with these overall objectives. FRA has independently evaluated AAF's analysis, validated assumptions, and has prepared the following summary of the alternatives evaluation process.

### 3.2.1      Level 1 - Route Alternatives

AAF evaluated four route alternatives to connect the Greater Orlando Airport Authority's (GOAA) proposed Intermodal Facility at the Orlando Airport (MCO) with the West Palm Beach Station (the terminus of Phase I). These route alternatives were developed and evaluated by other entities in previous planning initiatives to connect Orlando and Miami through intercity passenger rail. The two most recent studies were the *Florida High Speed Rail Express Service from Orlando to Miami*, proposed by the Florida Rail Enterprise in 2009 (Florida Rail Enterprise 2009) as part of the American Recovery and Reinvestment Act High Speed Rail initiative, and the *Orlando-Miami Planning Study* conducted by the Florida High Speed Rail Authority in 2003 (HNTB 2003).

The four route alternatives evaluated by AAF in Level 1 were:

- The CSX Route Alternative

- The Florida's Turnpike Route Alternative

- The Interstate 95 (I-95) Route Alternative

- The Florida East Coast Railroad (FECR) Route Alternative

#### 3.2.1.1      Screening Criteria

The primary screening criteria used at this level were developed to assess (1) whether the alternative satisfies the purpose and need of the Project, (2) whether the alternative is feasible to construct and operate (satisfies AAF's specified Critical Determining Factors), and (3) to what degree the alternative would have impacts to key environmental resources.

**Access to Land**

The alternatives analysis assumes that a 100-foot wide right-of-way (ROW) would be required for the rail corridor to construct a single and double-track system and to accommodate stormwater management elements, utilities, signal equipment, and maintenance roads. As AAF does not have the authority to condemn land through the use of eminent domain, it can only obtain access to property through negotiating agreements with property owners. Agreements may include lease arrangements with the owners of existing ROW or purchasing property. This criterion was evaluated based on the estimated number of properties crossed by the alternative, using a geographic information systems (GIS) analysis.

AAF-AR0073677

Land access contributes to the logistical feasibility of an alternative, as the number of parcels requiring acquisition is directly related to the cost of the Project and the time of execution, due to the time necessary to complete transactions. The need for land access also contributes to risk, since any party that was not willing to enter into negotiations could block construction.

Some alternatives require that AAF negotiate an agreement for perpetual access to and operation of a shared use environment with other railroads. A shared-use environment is one in which freight and passenger trains operate over the same network. Both types of trains must share common resources such as track, signaling, and traffic control facilities, as well as terms regarding dispatching and priority. The shared-use arrangement is challenging because passenger and freight trains operate at different speeds (freight trains are limited to 70 mph) and passenger trains frequently need to pass freight trains going in the same direction. This passing movement uses both tracks of a two-track line, and can interfere with movements in the opposite direction. The Train Dispatcher is responsible for determining the order in which trains will move, and for determining which train will be delayed. Although operational priority is established in the individual agreements, in practice in shared-use environments where the freight operator controls the line, passenger service is frequently delayed by freight. Amtrak's Silver Service/Palmetto line had a 66-percent on-time performance in February 2014, and 60-percent on-time performance for the previous 12 months. The primary causes of delay were train interferences (39 percent of the total delay, of which 84 percent occurred on the CSX-dispatched line) and track and signal problems (25 percent of the total delay, of which 79 percent occurred on the CSX lines) (Amtrak 2014). This low on-time performance means that, by the time a southbound train gets to Orlando, it can be anywhere between 2 and 3 hours late. Negotiating shared-use agreements presents the risk of delays to the schedule, and the risk that the controlling railroad would not agree to acceptable terms for a shared use environment. Any alternative requiring extensive acquisitions or use negotiations would have substantial cost, delay, and risk, which affect the determination of whether an alternative is commercially viable.

Commenters stated that AAF should attempt to negotiate a shared-use agreement for tracks west of the FECR Corridor. Based on the dispatching and on-time performance issues detailed above, a shared-use agreement with CSX and Amtrak would not enable AAF to provide reliable service, which would not satisfy the project purpose.

Activities associated with an alternative that could potentially delay the completion of the Project and thus increase Project costs include the need to negotiate with numerous parties for land acquisition or access as well as other uncertainties. For purposes of this screening process, access to land involves the need to obtain satisfactory railroad operating agreements, land acquisition to construct a new rail connector across West Palm Beach, land acquisition from private land owners, and leasing land within public transportation ROW.

**Logistics**

Logistics includes the subcategories of train signaling and control systems and route length, time, and schedule. The ability to use existing rail technology and infrastructure was an important factor in the alternatives screening process. This criterion considers the level of difficulty, costs, and risks associated with constructing an entirely new rail corridor or adapting an existing rail corridor. Constructing new at-

AAF-AR0073678

grade or grade-separated crossings and bridges would introduce significant costs and would not meet the purpose and need of the Project.

### Train Signaling and Control Systems

The Project is subject to all regulatory requirements governing the safe operation of passenger rail. These regulations require rail signaling, control and communications systems, including the current requirement for Positive Train Control (PTC) systems (49 CFR part 236; subpart I). Corridors that currently have no signaling and control systems would require constructing and testing new systems, which would delay construction and operations of the proposed intercity passenger rail.

### Route Length, Time and Schedule

The economic viability of the Project is dependent on ridership. A ridership study (Appendix 3.2.1) was used to develop ridership projections. The study determined that ridership is based on travel time, the amount of time required to reach an AAF station, and the frequency of service. Travel time is dependent on route length and operating speeds, which depend on infrastructure features such as curvature and density of development near at-grade crossings. The study also found that trip time is the most sensitive predictor of ridership, (see Section 3.5, *Ridership*). The study found that the ridership necessary for a sustainable commercial venture was obtained with a total trip time of 3 hours 15 minutes or less. Therefore, the goal for the Project is to provide an approximately 3-hour trip time, targeting travel times of less than 3 hours 15 minutes. The convenience of a reduced trip time and a reliable service is necessary in order to ensure a viable Project.

## Environmental Impacts

The potential environmental impacts of each alternative were evaluated at this level based on the amount of each resource present within a 300-foot wide corridor centered on the track. This corridor includes the 100-foot ROW in which direct consequences (losses) of the resource would be anticipated, and an additional 100 feet on either side of the ROW where indirect effects to the resource could occur. This criterion serves as an estimate of potential mitigation costs, which are assumed to be proportional to the acres of wetland loss. Environmental impacts, depending on their severity and the quality of affected resources may affect Project viability.

Commenters noted that the DEIS did not consider the effects of rising sea level and storm surge in the Level 1 screening analysis. This was not a consideration in the preliminary screening because sea level rise is not anticipated to affect AAF's ability to operate within the FECR corridor. Climate change impacts are considered in Chapter 5, *Environmental Consequences*.

### Wetlands and Waterways

The potential direct and indirect impacts to wetlands were estimated based on a GIS analysis, and include the acreage of wetlands within the 300-foot construction footprint (150 feet from the center line of the rail on each side) of each route alternative. Impacts to waterways at this level of the alternatives analysis were assessed based on the number of new bridges over waterways that would be required.

AAF-AR0073679

Commenters stated that the DEIS should have included the analysis of practicable alternatives under the Section 404 (b)(1) Guidelines, since the U.S. Army Corps of Engineers (USACE) is a cooperating agency. It should be noted the USACE will complete its Section 404 (b)(1) Guidelines analysis and public interest review in its record of decision following publication of the Final EIS.

### Conservation Lands

Publicly owned conservation lands are protected under Section 4(f) of the Department of Transportation Act (49 U.S.C. § 303). The potential direct and indirect impacts to conservation lands were assessed based on the miles of conservation land crossed by or adjacent to each alternative.

### Threatened and Endangered Species

Potential direct and indirect impacts to federal- and state-listed threatened and endangered species were evaluated based on information provided by the Florida Fish and Wildlife Conservation Commission, and included:

- Bald eagle nest locations;
- Florida wood stork nesting areas;
- Florida scrub-jay habitats; and
- Recorded observations for additional federal and state listed species.

Impacts were assessed based on the number of listed species observations within or adjacent to the 300-foot corridor for each alternative. The analysis did not include plant species or aquatic species such as the West Indian manatee.

### 3.2.1.2    Description and Analysis of Route Alternatives

The four route alternatives would use existing transportation infrastructure to the extent feasible. The description of the CSX, Florida Turnpike, and I-95 Route Alternatives is based on information from the 2003 *High Speed Rail Study* (HNTB 2003). This study assumed that each route alternative would support high-speed rail service within a dedicated ROW adjacent to existing rail or highway ROW, to the extent feasible. The four route alternatives (Figure 3.2-2) are described below.

### CSX Route Alternative

The CSX Route Alternative (Figure 3.2-2) would extend from the West Palm Beach Station to the GOAA Intermodal Station. This route would depart from the FECR ROW, require a new rail connection between the FECR and CSX corridors north of West Palm Beach (0.45 miles), and connect to the existing CSX Sanford Subdivision rail corridor. This route would follow the CSX corridor to State Route (SR) 27 west of Haines City, then follow SR 27 north to Interstate 4 (I-4) in Orlando. From I-4, the route would follow either SR 417 or SR 528 to the GOAA Intermodal Station. The southern portion assumes shared use of the existing CSX infrastructure. The northern portion would require a new dedicated ROW along the west side of SR 27, and would be constructed within the median of I-4. Property acquisition between Orlando and West Palm Beach was estimated as 1,200 acres. This route would be approximately 264 miles from

AAF-AR0073680

Orlando to Miami, with an estimated trip time of 3 hours and 15 minutes, not including likely delays in the shared-use environment. As stated previously, this route currently experiences low on-time performance due to the share-use environment. By the time a southbound train gets to Orlando, it can be anywhere between 2 and 3 hours late.

Based on land access, logistics, and environmental impacts, this alternative does not meet the screening evaluation criteria and is, therefore, not feasible to implement. Although portions of the CSX Route may allow a shared-use operating environment, extensive upgrades to the track, grade crossings, and infrastructure would be required. AAF does not have operating rights on the CSX portion of this route, and would have to negotiate agreements for a shared use environment. This creates increased risk of significant delays to the schedule, as well as the risk that CSX would not be willing to enter into such a transaction. In other portions of the route, AAF would need to purchase or lease land from many different public and private landowners, including properties in or immediately north of West Palm Beach for a new rail connector, which results in a substantial impact on the time required to complete construction. As previously discussed, this also substantially increases the risk that AAF would not be able to acquire all of the property required for this alternative. Due to the long trip length and speed reductions, this route alternative would not provide a trip time consistent with the ridership target needed to sustain a viable private enterprise. With respect to environmental criteria, this alternative would also result in the highest potential adverse direct and indirect impacts to wetlands and protected species, and may require acquisition of conservation land for an aggregate distance of 13 miles (AMEC 2014d).

**Florida's Turnpike Route Alternative**

The Florida's Turnpike Route Alternative (Figure 3.2-2), as described in the 2003 *High Speed Rail Study*, would extend from the Miami station to the GOAA Intermodal Station. This route would depart from the FECR Corridor, require a new rail connection between the FECR Corridor and Florida's Turnpike corridors north of West Palm Beach (4.5 miles), then follow the Turnpike to Boggy Creek Road south of MCO. This route would then extend north to the terminal station. This alternative assumes that a new 100-foot wide ROW would be required along most of the route, as there is insufficient land within the highway ROW to support the 2-track railroad. New ROW would also be needed to minimize curves. Property acquisition between Orlando and Miami was estimated as 2,678 acres. This route would be approximately 226 miles from Orlando to Miami, with an estimated trip time of 3 hours.

Based on land access, logistics, and environmental impacts, this alternative does not meet the screening evaluation criteria and is, therefore, not feasible to implement. Extensive new construction of track, grade crossings, and infrastructure would be required, including a completely new train signaling and control system, as this route does not currently support rail infrastructure. AAF would need to purchase or lease land from many different public and private landowners, including the Florida Turnpike Authority and private properties in or immediately north of West Palm Beach, for a new rail connector. This would result in a substantial impact on the time required to complete construction. As previously discussed, this also substantially increases the risk that AAF would not be able to acquire all of the property required for this alternative. This route alternative would provide a trip time consistent with the ridership target needed to sustain a viable private enterprise. With respect to environmental criteria, this alternative would also result in high potential adverse direct and indirect effects to wetlands (AMEC 2014d).

AAF-AR0073681



Explanation of Features

FECR Corridor
Tri-Rail
CSX Corridor
Turnpike Corridor
I-95 Corridor

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

**N-S Corridor Alternatives**

**All Aboard Florida Intercity Passenger Rail Project**

N
0    10    20 Miles

U.S. Department of Transportation
**Federal Railroad Administration**

3.2-2

Alternatives                    3-9

**I-95 Route Alternative**

The I-95 Route Alternative (Figure 3.2-2), as described in the 2003 *High Speed Rail Study*, would extend from West Palm Beach station to the GOAA Intermodal Station. This route would depart from the FECR Corridor, require a new rail connection between the FECR Corridor and I-95 corridor north of West Palm Beach (2 miles), and follow the I-95 corridor to U.S. 192 near Melbourne, where it would diverge and follow SR 528 west to MCO. This alternative assumes that a new 100-foot wide ROW would be required along most of the route, as there is insufficient land within the highway ROW to support the 2-track railroad. New ROW would also be needed to minimize curves. Property acquisition between Orlando and West Palm Beach was estimated as 1,890 acres. This route would be approximately 229 miles from Orlando to Miami, with an estimated trip time of 3 hours. (AMEC 2014d).

Based on land access, logistics, and environmental impacts, this alternative does not meet the screening evaluation criteria and is, therefore, not feasible to implement. Extensive new construction of track, grade crossings, and infrastructure would be required, including a completely new train signaling and control system, as this route does not currently support rail infrastructure. AAF would need to purchase or lease land from many different public and private landowners, including Florida Department of Transportation (FDOT) and private properties in or immediately north of West Palm Beach for a new rail connector. This would result in a substantial impact on the time required to complete construction. Negotiating land access agreements results in a substantial impact on the time required to complete construction and substantial risk to the ability to secure access to the land required for the rail corridor. This route alternative would provide a trip time consistent with the ridership target needed to sustain a viable private enterprise. With respect to environmental criteria, this alternative would also result in the second highest potential adverse direct and indirect impacts to wetlands and protected species (AMEC 2014d).

**FECR Route Alternative**

The FECR Route Alternative (Figure 3.2-2), would extend from West Palm Beach Station to the GOAA Intermodal Station. From the West Palm Beach Station, the alignment would follow the FECR Corridor to Cocoa, where it would diverge and follow SR 528 west to MCO. As described in the 2003 *High Speed Rail Study,* this alternative assumes that the AAF service would operate in a shared-use environment within the FECR Corridor, and that a 60- to 100-foot wide ROW would be necessary to accommodate the track and infrastructure between the FECR Corridor and MCO. Because AAF and FECR are owned by the same company, Florida East Coast Industries (FECI), AAF has the right to develop passenger rail service within the FECR Corridor, and has negotiated an agreement for shared use of the FECR rail line. Property acquisition between Orlando and West Palm Beach was initially estimated as 418 to 423 acres. This route would be approximately 235 miles from Orlando to Miami, with an estimated trip time of 3 hours (AMEC 2014d).

Based on land access, logistics, and environmental impacts, this alternative is feasible to implement. AAF has the right to use the FECR Corridor between West Palm Beach and Cocoa. The FECR Corridor is an active freight railroad, in continuous use for over 100 years. Originally constructed with two tracks, the railroad currently operates with a single track. Bridges, signals, and railroad infrastructure are in place, but would need to be upgraded to accommodate passenger rail service, and the second track would need

AAF-AR0073683

to be restored. New construction of track, grade crossings, and infrastructure would be required only along the segment between MCO and Cocoa.

Some commenters noted that the FECR Route Alternative would require purchase or lease of land from more than five landowners (as stated in the DEIS) in order to construct the East-West (E-W) Corridor. Additionally, a commenter noted that conservation easements would be needed near SR 417. The E-W ROW will be within an easement or leased area based on agreements with FECR, FDOT, CFX and GOAA. The purchase of private property (44.3 acres) by AAF will be required to complete the corridor. Property has been purchased, or is under consideration for purchase, and will result in all construction conducted within the corridor ROW. Acquiring the necessary land would have a negligible effect on the time required to complete construction because these public agencies have entered into lease agreements with AAF, which are currently in escrow.

Commenters noted that the 2003 *High Speed Rail Study* concluded that the FECR Route Alternative would have the worst environmental impacts of any of the routes evaluated. However, the 2003 study evaluated an alternative with significantly different infrastructure than the proposed project, and included a completely grade-separated parallel railroad.

This route alternative would provide a trip time consistent with the ridership target needed to sustain a viable private enterprise (AMEC 2014d). With respect to environmental criteria, this alternative would also minimize potential adverse direct and indirect impacts to wetlands and protected species because it maximizes the use the existing rail corridor. Use of the FECR Corridor would return the existing rail corridor to its prior dual-track system, and maximizes the use of existing rail infrastructure including grade crossings, bridges, and signal systems. Because AAF has the right to develop passenger rail service within the West Palm Beach to Cocoa corridor, no land access, rail access, or acquisition is required on this segment, and there is a reasonable likelihood that the Project can be completed on schedule. Use of this existing developed rail corridor would minimize impacts to environmental resources between West Palm Beach and Cocoa.

### 3.2.1.3    Route Alternatives Screening

The four Level 1 Route Alternatives were evaluated using screening criteria specific to the overall Project objectives and the level of design available for these routes. This section describes the screening criteria and how the criteria were applied to identify a preferred route. Table 3.2-1 presents the results of the Level 1 screening analysis. Shaded cells indicate that the alternative does not satisfy the screening criterion. As shown in Table 3.2-1, the CSX, Florida's Turnpike, and I-95 Route Alternatives do not meet the overall screening criteria.

Many commenters suggested that the alternatives analysis presented in the DEIS was flawed, and that a more westerly route—the CSX, Florida Turnpike, or Interstate 95 corridor—should have been selected rather than the FECR railroad corridor. Many noted that the FECR Route Alternative along the coast travels through densely populated and environmentally sensitive areas, compared to a westerly route. Many commenters believe a westerly route would have a smaller effect on the quality of life and economic vitality of Florida residents because it would travel through areas of lower population density.

AAF-AR0073684

**Table 3.2-1    Screening Analysis Results – Level 1 Route Alternatives**

| Criterion | Metric | Alternative | | | |
| --- | --- | --- | --- | --- | --- |
| | | CSX | Florida Turnpike | I-95 | FECR |
| Land Access | Requires new rail connector across West Palm Beach | Yes [4] | Yes | Yes | No |
| | Requires RR operating agreement for shared use | Yes | No | No | Yes [5] (in place) |
| | Requires land from private landowners | Substantial (1,556 parcels) | Substantial (211 parcels) | Substantial (743 parcels) | Minor (44 acres) |
| | Requires lease from public transportation agencies | Yes | Yes | Yes | Yes (in place) |
| Logistics | | | | | |
| Use of Existing Infrastructure | Does the alternative use existing infrastructure? | Partially [6] | No | No | Partially [6] |
| Train Signaling and Control Systems | Does the alternative have a rail signal and control system in place? | Partially [6] | No | No | Partially [6] |
| Route Length and Time | Does the alternative meet the target travel time (3 hrs. 15 min. or less)? | 264 miles Time > target | 226 miles Time = target | 229 miles Time = target | 235 miles Time = target |
| Environmental | | | | | |
| Wetlands and Waterways[1] | Amount of resource directly or indirectly affected | 268 acres | 243 acres | 272 acres | 188 acres |
| Conservation Lands[2] | Amount of resource potentially affected | 13 miles | 9 miles | 12 miles | 0 miles |
| Threatened and Endangered Species[3] | Number of habitats directly or indirectly affected | 14 | 10 | 3 | 11 |

Source; AMEC 2014d, *Addendum to Technical Memorandum 3, Screening Analysis for Alternatives Identification.*
1    Within a the construction footprint (100-feet wide for new track)
2    Miles crossed or adjacent to the alternative
3    Within a 300-foot corridor centered on the track
4    This is already programmed in the FDOT District 4 work program and will be built regardless of this Project.
5    This cell is not shaded because AAF and FECR are owned by the same company, FECI, and AAF has negotiated an agreement for shared use of the FECR rail line.
6    Partially indicates that these alternatives have at least some existing infrastructure that could be used in the Project. For example, both CSX and FECR have existing N-S railroads, and some railroad segments with signaling / control systems.

Because AAF is a for-profit private enterprise, alternatives were evaluated primarily in the light of whether they could be constructed and operated in accordance with AAF's financial model. AAF selected the alternative that would deliver the targeted ridership and that would have acceptable construction and operating costs. AAF selected the FECR Corridor as the preferred Level 1 alternative because this

AAF-AR0073685

presented the most favorable construction and operating costs, with trip times that are predicted to yield high ridership.

The CSX Route Alternative does not meet the Project purpose. Trip times would exceed the 3-hour 15-minute target. AAF does not have operating rights needed for the CSX route, which would also require extensive upgrades to the track, grade crossings, and new infrastructure. AAF would also need to purchase or lease land from many different public and private landowners. Because of the considerable number of private land acquisitions, the Project could not be constructed in a reasonable time frame and would not be feasible if AAF was unable to purchase these properties. Because it requires an operating agreement with CSX, there is a potential that an acceptable operating agreement would not be developed and this route would not be feasible. In addition, the CSX Route Alternative would have the second-highest level of wetland loss based on wetland acreage.

The CSX route alternative would also result in the highest potential adverse direct and indirect impacts to protected species, and may require acquisition of conservation land for a total distance of 13 miles. Due to land access, logistics, and environmental impacts, the CSX Route Alternative is not feasible to implement.

The Florida Turnpike Route Alternative does not meet the Project purpose. The Florida Turnpike Route Alternative would require a new 100-foot wide ROW along most of the route, as there is insufficient land within the highway ROW to support the 2-track railroad. AAF would need to purchase or lease land from many public and private landowners, including the Florida Turnpike Authority. Because of the substantial number of private land acquisitions, the Project could not be constructed in a reasonable time frame and would not be feasible if AAF was unable to purchase these properties. This alternative would require new tracks, grade crossings, and infrastructure. AAF would need to bridge over, or tunnel under, each of the existing highway interchanges. Because it requires entirely new rail infrastructure, signal and control systems, this alternative would not be feasible. In addition, the Florida Turnpike Route Alternative would have the third-highest level of wetland loss based on wetland acreage. For these reasons, the Florida Turnpike Route Alternative is not feasible to implement.

The I-95 Route Alternative does not meet the Project purpose. AAF would need to purchase or lease land from many public and private landowners, including FDOT. Because of the substantial number of private land acquisitions, the Project could not be constructed in a reasonable time frame. This alternative would not be feasible if AAF was unable to purchase these properties. The I-95 route would require new tracks, grade crossings, and infrastructure. AAF would need to bridge over, or tunnel under, each of the existing highway interchanges, substantially increasing construction costs. Because it requires entirely new rail infrastructure, signal and control systems, this alternative would not be feasible. In addition, the I-95 Turnpike Route Alternative would have the highest level of wetland loss, and would have high direct and indirect effects to protected species. For these reasons, the I-95 route is not feasible to implement.

The FECR Route Alternative meets the Project purpose. Trip times would meet the 3-hour target. Because of the small number of private land acquisitions, the Project could be constructed in a reasonable time frame and would be feasible. Because it does not require entirely new rail infrastructure, signal and control systems, this alternative would be feasible. In addition, the FECR Alternative would have the lowest level of wetland loss based on wetland acreage, although impacts to threatened and endangered species habitats could be greater than for the Florida's Turnpike and I-95 alternatives.

AAF-AR0073686

AAF evaluated alternatives under the primary screening criteria of meeting the purpose and need, feasibility to construct and operate, and impacts to the environment. Because AAF is a for-profit private enterprise, alternatives were evaluated primarily in the light of whether they could be constructed and operated in accordance with AAF's financial model. AAF selected the alternative that would deliver the targeted ridership and that would have acceptable construction and operating costs. AAF selected the FECR Corridor as the preferred Level 1 Route Alternative because this presented the most favorable construction and operating costs, with trip times that are predicted to yield high ridership. The FRA has reviewed AAF's analysis and validated the conclusions. The USACE will complete its Section 404 (b)(1) Guidelines analysis and public interest review in its record of decision following publication of the Final EIS.

## 3.2.2 Level 2 – Corridor Connection Alternatives

The FECR Route Alternative (connecting Orlando at the proposed GOAA Intermodal Station to the proposed AAF West Palm Beach Station) consists of a sequence of connected segments. The segments include the western terminus at MCO (the MCO Segment), the East-West Corridor (E-W Corridor), the connection between the E-W and the North-South Corridors (E-W/N-S Connector), and the North-South Corridor (N-S Corridor). The N-S Corridor consists of the existing FECR Corridor.

The four alternatives described and evaluated in this section assume use of the E-W Corridor and the N-S Corridor, and differ in two locations: the alignment that connects the MCO terminus with the E-W Corridor, and the alignment that connects the E-W Corridor with the N-S Corridor.

### 3.2.2.1 Level 2 Screening Criteria

The screening criteria used for the Level 2 analysis are the same as used in the Level 1 Route Alternatives screening process. Three criteria, Time of Execution, Cost of Construction and Engineering Design, and Grade Crossings/Bridges, were added to help refine the analysis.

**Time of Execution**

The timing and duration of construction is an important consideration in evaluating feasibility as a private enterprise, as delayed or increased construction times would add to the cost of construction and would delay initiating revenue service.

**At-Grade Crossings and Railroad Bridges**

The alternatives analysis considers the number of existing at-grade crossings that would have to be modified and the number of new at-grade crossings that would need to be constructed where a grade-separated crossing was not feasible or necessary. The total number of at-grade crossings would potentially impact train speeds as trains must reduce speeds in some areas with at-grade crossings. New at-grade crossings would add to the Project cost and would impact traffic on local roads. Improvements or widening of existing at-grade crossings would also impact Project cost. The number of at-grade crossings for each alternative was estimated using GIS mapping.

The alternatives analysis also considers the number of new bridges over waterways or highways that would be required for each alternative. Bridge construction would impact Project cost and schedule, as

AAF-AR0073687

bridges require longer construction time than at-grade railroad infrastructure. The number of new or modified bridges associated with each alternative was estimated using GIS mapping. For the FECR Corridor, the analysis includes those existing bridges that would require modification or replacement.

### 3.2.2.2     Alternative Level 2A – SR 407 Alternative (Connection Alternative 1A)

Alternative 2A (Figure 3.2-3) consists of four segments. The AAF tracks would originate at the proposed Vehicle Maintenance Facility (VMF) location, extending north to the proposed GOAA Intermodal Station at the future MCO South Terminal. From the GOAA Intermodal Station, the alignment would parallel the North Airport Boulevard through the airport, cross under the North Crossfield Taxiway and the Mid Crossfield Taxiway (both of which were designed and constructed to accommodate a transit line). The alignment would curve to the east and would parallel SR 528. All land for the railway alignment would be leased from GOAA and FDOT. The E-W Corridor would parallel SR 528 on the south side. The rail line would turn north off of the SR 528 ROW at the Challenger Memorial Parkway interchange. Connection Alternative 2A would then proceed northeast, cross over SR 407, and travel along the eastern ROW of SR 407. It would transition from SR 407 to the Orlando Utilities Commission (OUC) transmission line corridor. Alternative 2A would follow the transmission line northeast to Delespine, Florida and then transition in a generally southeast direction onto the FECR Railway (N-S Corridor) at milepost (MP) 160.5.

### 3.2.2.3     Alternative Level 2B – Cocoa Curve (Connection Alternative 1B)

Alternative 2B, the Cocoa Curve Connection, would be the same as Alternative 2A from MCO through the E-W Corridor. It would follow the SR 528 ROW to the Industry Road interchange. At this point, the alignment would rise up on an embankment, cross Industry Road via a bridge, return to grade and cross under SR 528 to the south side at the interchange with U.S. 1 and merge with the N-S Corridor at MP 167 (Figure 3.2-3).

### 3.2.2.4     Alternative Level 2B – with GOAA South Loop Alternative (Connection Alternative 1C)

Another alternative was developed based on a modification of Alternative 2B. The GOAA South Loop would leave the GOAA Intermodal Station to the south, partially on new alignment, parallel SR 417, and use the existing OUC freight tracks. This rail line would connect with the E-W Corridor just west of the SR 528 and Econlockhatchee River crossing (Figure 3.2-3). The remaining sections of this alternative would be identical to the other Alternative 2B.

The GOAA South Loop Alternative would place the passenger trains on the existing OUC freight tracks. OUC uses this railroad to transport coal to the power plant north of SR 528. This would mean that AAF would need to operate in a shared use environment, affecting the operation and speed at which AAF's passenger trains would be able to travel. Speed is critical in this area in order to achieve the overall travel times that are targeted for the Orlando to Miami trip. The GOAA South Loop Alternative would use OUC's existing rail corridor from south of the GOAA property up to the International Corporate Park (ICP) Boulevard. The existing curved OUC alignment restricts train speeds and can only accommodate approximately 60 mph average speeds in this stretch, without further land acquisition to straighten the curves. In order for AAF to use the OUC tracks, AAF would need to negotiate an access and operating agreement, including terms regarding the manner in which freight and passenger trains would share track, signaling, and traffic control facilities as well as terms regarding dispatching and priority.

AAF-AR0073688



Data Sources: 2012 ESRI, AAF 2012, AMEC 2012

**Corridor Connection Alternatives**

**All Aboard Florida Intercity Passenger Rail Project**

3.2-3

AAF-AR0073689

The need for such an agreement that would be mutually acceptable to both AAF and OUC presents risks to the Project, including schedule, cost, and overall feasibility.

The total length of the segment from ICP Boulevard to the proposed VMF is 12.2 miles rather than 12.5 miles to the proposed GOAA Intermodal Station. There are approximately eight existing roadway grade crossings along the GOAA South Loop Alternative that would require grade-separated crossings (road bridging over rail) due to high traffic volumes. The alignment and grade separations would require ROW access from about 100 parcels with this alternative. The rail alignment passes near several residential communities, and AAF considers that there is a substantial potential for opposition from these communities that increases risk for the Project.

This alternative is not consistent with GOAA's future plans (GOAA 2012a, 2012b, 2013). GOAA's planned multi-modal connections incorporate the OUC railroad to provide commuter rail and light rail to the Lake Nona Medical City, University of Central Florida, and other destinations. The combined use of the OUC corridor for freight, passenger, commuter, and light rail would require substantial infrastructure modifications and the crossing movements at the intermodal station would present operational and safety concerns.

### 3.2.2.5    Alternative Level 2C – Melbourne South Loop Alternative

Alternative 2C, the Melbourne South Loop, would be the same as Alternative 2B from MCO through the western portion of the E-W corridor (Figure 3.2-3). It would diverge from the SR 528 ROW west of the SR 520 interchange, approximately 1.5 miles east of the Dallas Boulevard interchange, cross through private property, and connect with the N-S Corridor in Melbourne. The proposed alignment was developed to follow existing transportation and utility infrastructure to the extent possible, and to minimize impacts to environmental resources. The route would follow a southerly alignment and then turn east to parallel the north side of Nova Road. The route would continue east, cross the St. Johns River and then turn south to parallel the west side of I-95 before curving east to cross over I-95 and a proposed new interchange for Ellis Road.

The portion of this alternative on private land is approximately 45.6 miles long and results in an overall routing that is 3.3 miles longer than Alternative 2B between the same beginning and ending points due to the circuitous routing of the alignment that would be necessary through private properties. These curves would restrict speeds to 60 mph.

The Melbourne South Loop (Alternative 2C) is estimated to increase travel time by approximately 12 minutes over other connection alternatives due to the need for reduced speeds at grade crossings and curves.

### 3.2.2.6    Level 2 Alternatives Evaluation

Table 3.2-2 presents the results of the Level 2 screening analysis. Shaded cells indicate that the alternative does not satisfy the screening criterion. As shown in the table, Level 2 Alternative 2A does not meet the Project purpose because it would not deliver a trip time of less than 3 hours 15 minutes, and because it could not be constructed in the short-term. Because of the substantial number of private land acquisitions, this alternative could not be constructed in a reasonable time frame and would not be feasible if AAF was

AAF-AR0073690

unable to purchase these properties. This alternative has the -highest wetland impacts based on acres of wetland lost.

**Table 3.2-2      Screening Analysis Results – Level 2 FECR Corridor Connection Alternatives**

| Criterion | Metric | 2A | 2B | 2B GOAA | 2C |
|---|---|---|---|---|---|
| Time of Execution | Can the alternative be constructed in the near-term? | No | Yes | No | No |
| Logistics | | | | | |
| Land Access | Number of landowners | 279 | 5 | 100 | 63 |
| At-Grade Crossings | Number of new or extended crossings | 8 | 0 | 8 (existing) | 16 |
| Bridges | Number of new or reconstructed bridges over waterways/over roads | 27/10 | 27/10 | 27/8 | 26/37 |
| Route Length and Time | Does the alternative meet the target travel time (3 hrs. 15 min. or less)? | 248 miles Time> target | 235 miles Time= target | 233 miles Time>target | 238 miles Time>target |
| Environmental | | | | | |
| Wetlands and Waterways [1] | Amount of resource directly or indirectly impacted | 243 acres | 188 acres | 226 acres | 227 acres |
| Conservation Lands [2] | Amount of resource potentially impacted | 7 miles | 5 miles | 9 miles | 5 miles |
| Threatened and Endangered Species [1] | Number of habitats directly or indirectly impacted | 33 | 16 | 22 | 16 |

Source; AMEC 2014d, *Addendum to Technical Memorandum 3, Screening Analysis for Alternatives Identification.*
1    Within a 300-foot corridor centered on the track
2    Miles crossed or adjacent to the alternative

Alternative 2B meets the Project purpose because it would deliver a trip time of less than 3 hours 15 minutes, and because it could be constructed in the short-term. Because of the few private land acquisitions, this alternative could be constructed in a reasonable time frame and would be feasible because AAF has secured agreements to purchase these properties. This alternative has the lowest wetland impacts based on the acres of wetland loss.

Alternative 2B with GOAA South Loop does not meet the Project purpose because it would not deliver a trip time of less than 3 hours 15 minutes, and because it could not be constructed in the short-term. Because of the substantial number of private land acquisitions, this alternative could not be constructed in a reasonable time frame and would not be feasible if AAF was unable to purchase these properties. This alternative has the third-highest wetland impacts based on the acres of wetland loss.

Alternative 2C does not meet the Project purpose because it would not deliver a trip time of less than 3 hours 15 minutes, and because it could not be constructed in the short-term. Because of the

AAF-AR0073691

substantial number of private land acquisitions, this alternative could not be constructed in a reasonable time frame and would not be feasible if AAF was unable to purchase these properties. This alternative has the second highest wetland impacts based on the acres of wetland loss, would result in substantial habitat fragmentation along the new alignment route.

### 3.2.3 Level 3 Screening – East-West Corridor Alignment Options

The FECR Route Alternative (Alternative 2B) described above would follow the SR 528 alignment between MCO and the FECR Corridor, maximizing the use of existing transportation infrastructure. Several variations of this route—the E-W Corridor—were developed based on the existing ROW and adjacent land uses, as well as the future development plans of the transportation agencies. Based on these considerations, AAF determined that new rail could be accommodated within the FDOT-controlled segment of SR 528, west of the SR 520 interchange, and that a lease of the FDOT ROW was feasible. This within-ROW alignment minimizes impacts to natural and social resources. From MCO to SR 520, SR 528 is controlled by CFX, and is largely bordered by undeveloped land to the south. Level 3 evaluates the E-W Corridor alignment options developed within the CFX segment (SR 417 to SR 520) to evaluate alternatives which would minimize environmental impacts and which were compatible, to varying degrees, with future plans for highway improvement.

#### 3.2.3.1 Screening Criteria

Two additional criteria were used to screen the E-W Corridor alignment options. These criteria, Stakeholder (Planning) Consistency and stormwater management (as a subcategory of Logistics) are unique considerations at this level of evaluation, and are relevant to the determination of practicability.

**Planning Consistency**

This criterion evaluates the extent to which each alternative for the E-W Corridor (parallel to SR 528) is consistent with the plans of transportation stakeholders and other adjacent property owners.

Portions of the E-W Corridor are within the jurisdiction of GOAA, CFX, and FDOT, each of which has plans for future expansion and operation. The feasibility of each alternative must be evaluated based on the compatibility of the alignment with stakeholder plans. Alternatives that are consistent with the plans of each entity could be accomplished through access agreements or leases, within the current or future ROW of each transportation agency, and would not require negotiating land purchase with numerous property owners outside of the transportation ROW. As previously discussed under Logistics, the number of parcels to be acquired affects costs and schedule, and presents a risk that owners could block construction by refusing to sell. Specific agency plans are described below.

- GOAA has plans to develop the eastern portion of the property. GOAA's proposed East Airfield Development Area would develop all of the area south of SR 528 and west of North Narcoossee Road for aircraft support (hangars, cargo, and maintenance facilities), airport support, stormwater management, and a fuel farm (GOAA 2009).

AAF-AR0073692

- CFX's plan to expand SR 528 includes additional lanes to the outside so that it is in total an 8-lane roadway with an open median, and adding or modifying eight interchanges. CFX has already expanded two mainline toll plazas to accommodate the future widening (OOCEA 2008).

- FDOT's plan to expand SR 528 east of SR 520 includes widening by an additional one to two lanes, creating a four- to six-lane roadway in total, partially toward the median and partially to the outside.

Each E-W Corridor Alignment Option was evaluated based on consistency with future plans, as well as the willingness of these transportation entities to assume certain costs of completion, operation, or maintenance of facilities such as bridges or interchanges. An alternative is reasonable and practicable only where the controlling entity (GOAA, CFX, or FDOT) is willing to accept the location or added cost of an alternative.

In addition to planned transportation improvements of these three agencies, AAF has considered current and future development plans of adjacent property owners.

**Logistics**

Additional logistical considerations in the Level 3 alternatives analysis for the E-W Corridor include stormwater management.

***Stormwater Management***

Stormwater management systems are required to capture and treat runoff during and after construction. Where an alignment option is close to the existing highway, the existing stormwater system may be able to accommodate the runoff from the railroad as well as both existing and planned future highway facilities. Options that are farther from the existing highway would require new separate stormwater systems that would increase the cost and complexity of construction and future maintenance.

### 3.2.3.2    Alignment Option 3A

E-W Corridor Alignment Option 3A would construct a new 60-foot wide rail line within the SR 528 ROW east of SR 417 (Figures 3.2-4 and 3.2-5). The 60-foot ROW would accommodate two tracks, but would not include a parallel access road for maintenance of the rail alignment, as the rail line could be reached from SR 528. Land required to construct Option 3A would be leased from CFX and FDOT. However, since the publication of the DEIS, CFX has evaluated this alternative and finds that it is not feasible. This alignment would require extensive retaining walls and bridges in order to minimize its footprint and accommodate existing and future SR 528 infrastructure without extending outside the ROW. Option 3A requires bridge viaducts to cross eight interchanges, with extensive bridging and elevated facilities. These complex components would increase design time, construction time, and costs.

In a letter to FRA (December 3, 2014, Appendix 3.2.3), CFX stated that Alignment Option 3A (referred to as Alternative A) "...could potentially impact the future operations and expansion of SR 528."

AAF-AR0073693

Additionally, "The Authority would not grant permission for this option." Based on CFX's comments, Alignment Option 3A is not feasible to construct.

Although several agencies (U.S. Environmental Protection Agency, National Marine Fisheries Service, and the Florida Environmental Protection Department) indicated that Alignment Option 3A would have the least environmental impacts; therefore would be their environmentally preferred alternative, it is not feasible to construct because the land is not available to AAF.

### 3.2.3.3    Alignment Option 3C

E-W Corridor Alignment Option 3C would create a new 100-foot wide rail alignment (in order to construct two tracks and a parallel maintenance access road) that "straddles" the SR 528 southern ROW line within the CFX segment, with approximately 10 feet of the proposed rail line width within the ROW and approximately 90 feet of the rail line width south of the ROW (Figures 3.2-4 and 3.2-5). This alternative would include a parallel access road for maintenance of the rail alignment. CFX would acquire the land, which would then be leased by AAF. According to AAF, Option 3C would not preclude future expansion of SR 528. Within the FDOT segment, Option 3C would be identical to Option 3A. Option 3C requires bridge viaducts to cross eight interchanges, with extensive bridging and elevated facilities. These complex components would increase design time, construction time, and costs. A minor variant of this alternative (Option 3B) was developed during early planning, but was dismissed by AAF because the interchange configurations were not acceptable to CFX and were not compatible with CFX's future expansion plans.

AAF has secured lease agreements with FDOT that would allow the construction of Option 3C; however, since the publication of the DEIS, the CFX Board determined that it is not feasible to construct because "...locating the tracks within the 528 right of way will limit the Authority's future opportunities for maintaining and expanding its system and possibly result in increased costs." (Appendix 3.2.3). Therefore, FRA has determined that Option 3C is not reasonable or feasible to construct.

### 3.2.3.4    Alignment Option 3D

E-W Corridor Alignment Option 3D represents a new rail line location with an alignment separated from the SR 528 ROW for 17.4 miles (parallel to SR 528) within the CFX segment of SR 528. Under Option 3D, the proposed 100-foot wide E-W Corridor (in order to construct two tracks and a parallel maintenance access road) would be located approximately 400 feet south of the SR 528 southern ROW boundary line. Within the FDOT segment, Option 3D would be identical to Option 3A. Within the CFX segment, the adjacent property owners have stated that they would not be willing to sell this land to AAF.

AAF-AR0073694



**Explanation of Features**

▬ ▬ ▬ E-W Corridor - Alternative A
▬▬▬ E-W Corridor - Alternative C
•••••••• E-W Corridor - Alternative E
▬▬▬ MCO Segment

Data Sources: ESRI 2012, NWI 2013, AMEC 2013

| CFX Section of the E-W Corridor, Alignments Alternatives A, C, and E |
|---|
| All Aboard Florida Intercity Passenger Rail Project |

0   0.25   0.5

U.S. Department of Transportation
**Federal Railroad Administration**

3.2-4

### 3.2.3.5    Alignment Option 3E

E-W Corridor Alignment Option 3E would be located on average between 100 and 200 feet south of the southern edge of the existing SR 528 ROW with the exception of two interchanges (Figures 3.2-4 and 3.2-5). At the Dallas Boulevard interchange the proposed rail line would be approximately 700 feet south of the current SR 528 ROW. This option would include a parallel access road for maintenance of the rail alignment. At the SR 520 interchange the proposed rail line would be approximately 500 feet south of the current SR 528 ROW. The Option E alignment would be an average of 100 feet wide in order to construct two tracks and a parallel maintenance access road. Land required to construct Option E would be leased from CFX and FDOT. CFX would acquire the land south of the existing ROW limits to accommodate future highway widening and a transit corridor, and would lease an approximately 100-foot wide strip to AAF. AAF would secure lease agreements with FDOT and CFX that would allow the construction of Option 3E, provided CFX was able to acquire all of the necessary property. Option 3E would not preclude future expansion of SR 528. Within the FDOT segment, Option 3E would be identical to Option 3A. Because Option 3E is substantially south of SR 528, it would not require crossing the eight interchanges along SR 528 and would be primarily constructed at-grade within the CFX segment. This would reduce design and construction time, as well as construction costs. Alignment Option 3E is therefore feasible to construct because AAF has access to the required land.

AAF-AR0073695



Typical Section, Alternatives A, C, & E
(Facing East)



| Typical Section, Alignment Alternatives A, C, & E within CFX Section | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| NTS | | 3.2-5 |

### 3.2.3.6     Summary – East-West Alignment Options

Table 3.2-3 provides a summary of the East-West corridor screening analysis. Based on this analysis, Alignment Option 3D was dismissed from further consideration because it would require a significant amount of land acquisition from private entities that have indicated that they are not willing to sell the land. Therefore, Option 3D is not a feasible option. Alignment Option 3D would also have the highest amount of wetland impacts. Alignments 3A, 3C and 3E were retained for additional analysis. However, since the publication of the DEIS, CFX has evaluated these alternatives and determined that it would not grant authorization/right-of-way to AAF to construct Alignment Options 3A and 3C (Appendix 3.2.3). FRA has therefore determined that these are not reasonable or feasible because they are not available to AAF.

AAF-AR0073696

| Table 3.2-3 | Screening Analysis Results –East-West Corridor Alignment Options | | | | |
|---|---|---|---|---|---|
| **Criterion** | **Metric** | **3A** | **3C** | **3D** | **3E** |
| Cost of Construction | Estimated Cost | $1.5B | $1.5B | $1.4B | $1.4B |
| Time of Execution | Can the alternative be constructed by 2016? | No [1] | No [1] | No [2] | Yes |
| Planning Consistency | Consistency with plans of transportation agencies and landowners | Yes | Yes | No | Yes |
| Logistics | | | | | |
| Land Access | Can access be secured by project start date? | No | No | No | Yes |
| Stormwater Management | Is a new separate stormwater system required? | No | No | Yes | Yes |
| Bridges | Number of new or reconstructed bridges over roads | 37 [3] | 37 | 34 | 34 |
| Route Length and Time | Does the alternative meet the target travel time (3 hrs. 15 min. or less)? | 235 miles Time=target | 235 miles Time=target | 235 miles Time=target | 235 miles Time=target |
| Environmental | | | | | |
| Wetlands and Waterways | Amount of resource directly affected | 130 acres | 167 acres | 178 acres | 160 acres |
| Conservation Lands [4] | Amount of resource potentially affected | 5 miles | 5 miles | 5 miles | 5 miles |

Source; AMEC 2014d, Addendum to Technical Memorandum 3, Screening Analysis for Alternatives Identification.
1    Construction time extended due to bridges
2    Construction time extended due to land acquisition
3    Values are for the entire Alternative, Orlando to Miami
4    Miles crossed or adjacent to the alternative

## 3.2.4    Vehicle Maintenance Facility Alternatives

The Project includes a dedicated VMF located at the northern terminus of the route (Figure 3.2-6). AAF evaluated two sites: the proposed site, located on GOAA property south of MCO, and a second location along SR 528 east of Dallas Boulevard.

AAF-AR0073697



**Explanation of Features**

— Proposed VMF Layout


☐ Limit of Lease Area

Data Sources: ESRI 2012, NWI 2012, AMEC 2013

| Proposed VMF Layout | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| N ▲ 0 0.5 1 2 Mile | U.S. Department of Transportation **Federal Railroad Administration** | 3.2-6 |

Path: F:\FECI\FECI_GDBMX D\EIS\VMA Location_KJS_Rev1.mxd



Alternatives                                    3-25

AAF-AR0073698

AAF selected the GOAA site because it would be consistent with future plans by GOAA and others for SunRail and other commuter rail systems, as well as be consistent with future expansion plans for the airport (GOAA 2012a, 2012b, 2013). The site is less than 2 miles from the GOAA Intermodal Facility, and would minimize non-revenue trip costs between the VMF and the station. GOAA has already secured wetland permits for portions of the proposed site (USACE 1996), and all necessary utilities are already available at the site. Based on cost, logistics, and environmental impacts, this alternative is feasible to implement.

A site along the south side of SR 528, east of Dallas Boulevard, was proposed by an abutting landowner. This site is 16 miles from the GOAA Intermodal Station, and would result in increased non-revenue costs to move empty trains between the VMF and the station at the start and end of each run. This site would require fill of approximately 67 acres of wetland, and the only available utility is electricity. Due to the distance from fuel providers, an on-site fuel tank farm (propane, diesel, and other required fuels) would be needed. Previous subsurface investigations showed that sections of this site have unsuitable muck subsoils that would require removal and replacement with suitable structural fill materials. This alternative would have substantially higher costs, logistic problems, and environmental impacts than the GOAA site and was, therefore, dismissed.

### 3.2.5    Station Alternatives

The Project includes one station between Orlando and West Palm Beach, the proposed GOAA Intermodal Facility that is being planned and constructed by GOAA (Figure 3.2-7). According to GOAA, work on this facility has begun and construction is expected to be completed in 2018. AAF selected this location because it would be consistent with GOAA's plans for future intermodal connections, including connections to the airport's People Mover system. AAF determined that no other location with the same intermodal connectivity is available in Orlando. A site in downtown Orlando would add travel time, and would not deliver the approximately three-hour trip time required to meet the ridership targets necessary for a sustainable commercial initiative. Additional stations along the N-S Corridor (for example, Cocoa, Melbourne, or Fort Pierce) were not considered because any additional stations would increase travel time between Orlando and Miami to an unacceptable duration of greater than 3 hours 15 minutes. A duration of less than 3 hours 15 minutes is required to ensure sustainable rail service. However, the Project would not preclude future stations.

Commenters objected that communities along the "Treasure Coast" north of West Palm Beach would experience negative effects of increased passenger rail traffic (noise, bridge closures, grade crossing delays and traffic congestion, etc.) but receive none of the benefits of convenient travel, potential jobs from transit-oriented development, tourism, etc. of nearby passenger rail station stops. Many commenters requested that AAF provide stations along the N-S Corridor between West Palm Beach and Cocoa.

AAF-AR0073699



**Explanation of Features**

— E-W Corridor

— MCO Segment

● Proposed MCO Intermodal Station

Data Sources: 2012 ESRI

**MCO Intermodal Station Location**

**All Aboard Florida Intercity Passenger Rail Project**

U.S. Department of Transportation
**Federal Railroad Administration**

3.2-7

Alternatives                    3-27

AAF-AR0073700

AAF has no plans in place at this time to provide direct passenger rail service to Martin, St. Lucie, or Indian River counties through the construction of stations and the use of regular, intermittent or skip-stop service. A major criterion for success of the AAF rail service is ridership. The ridership study (Appendix 3.2.1) indicated a rail service trip time of 3 hours 15 minutes or less between Miami and Orlando is one of the most critical factors in the service meeting ridership goals. With the current planned stations the trip time is approximately 3-hours between Miami and Orlando. The addition of stops beyond the four stops planned at this time would increase overall trip time and negatively impact achieving the number of passengers (ridership) critical for overall Project success. AAF has not precluded additional stations as demands warrant in the future. Brevard County is currently evaluating options for a possible station and locations where such a station, in the future, might be located. Indian River, Martin, and St. Lucie counties may decide to identify station locations and cooperate with AAF on a predevelopment process to determine if stations are feasible. Development of any future stations which are not currently planned as part of the Project would undergo independent environmental review as required.

## 3.3      Alternatives Studied in Detail in the EIS

Chapter 5, *Environmental Consequences*, of this FEIS provides a detailed analysis of the environmental impacts of the No-Action Alternative and three Action Alternatives (Alternative A, Alternative C, and Alternative E). Each of the three Action Alternatives incorporates the same proposed action for these components: the MCO Segment and VMF, the E-W Corridor parallel to SR 528, and the N-S Corridor within the FECR Corridor. The three alternatives differ with respect to the alignment within the 17.4-mile segment of the E-W Corridor between the MCO Segment and SR 520 (within the CFX-controlled portion of SR 528 between SR 417 and SR 520). These alternatives were designed to accommodate CFX's long-term plan to expand the overall cross-section of SR 528 to an 8-lane roadway, as described in the agency's *SR 528 Multi-Use/Multi-Modal Corridor Study* (OOCEA 2008). They were also designed to be flexible depending upon the outcome of ongoing property negotiations between FECR, FDOT, CFX, and private landowners.

Commenters noted that the analysis in the DEIS was based on 30 percent design plans and that the EIS should be updated based on 90 percent design plans. Consistent with standard practice, environmental compliance is completed during the preliminary (30 percent) design phase. Following these initial planning efforts, more detailed design plans are typically developed once the NEPA process has been completed. AAF will develop more detailed design plans as part of the environmental permit application process.

AAF executed a lease agreement with CFX that allows them to construct any of the three alternatives, pending a CFX Board vote establishing that the land to be occupied by AAF is "surplus." AAF has provided design concepts, which have been reviewed by CFX, that show any of the three alternatives can be constructed provided CFX was able to acquire all of the necessary property, and not preclude future BeachLine Expressway widening. The CFX Board voted against declaring any of the land within their existing ROW to be "surplus." Therefore, Alternatives A and C have been dismissed since it would not be possible to lease the land. According to the CFX Board, Alternative E is the only feasible alternative. Therefore, Alternative E is the Preferred Alternative. All land acquisitions required for this segment of the Project would be carried out by CFX.

The sections belowF provide a detailed description of the No-Action Alternative and the three Action Alternatives studied in this FEIS. Section 3.4 provides information on the operations common to all

---

AAF-AR0073701

alternatives, and Section 3.5 provides information on ridership, which would be the same for each alternative. AAF estimates a 2016 completion date for Phase I and Phase II, assuming project financing and equipment are available. Ridership is anticipated to increase from 2016 to 2019, and remain stable after 2019. The analyses in this FEIS are based on these assumptions.

### 3.3.1     Phase I

This section provides a description of Phase I of the Project, based on information presented in the 2012 *Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida* (2012 EA). As summarized in Section 1.1 of the 2012 EA, Phase 1 would provide intercity passenger rail on a 66-mile corridor from West Palm Beach to Miami, within the FECR railroad ROW. Three new stations would be located in the central business districts of West Palm Beach, Fort Lauderdale and Miami. The existing track would be upgraded, with 49.2 miles of new second main line track, 8.3 miles of siding rehabilitation, and new track signal controls. Existing highway and pedestrian at-grade crossings would be upgraded to enhance safety. Three bridges would have a second track added but would not require construction in the water (C-15 Canal, Cypress Creek Canal, and Snake Creek Canal). Hourly service would be provided, consisting of 16 daily roundtrip trains.

Subsequent to the publication of the 2012 EA and the FONSI issued by the FRA in 2013 (2013 FONSI), AAF proposed shifting the proposed Fort Lauderdale Station building to the opposite (west) side of the tracks, along NW 2nd Avenue between NW 4th Street and Broward Boulevard. On March 27, 2014 FRA issued a Re-Evaluation that determined the new location would not change the environmental impacts identified in the 2012 EA and previously found to be not significant (Appendix 3.3.1-A1).

Subsequent to the publication of the 2012 EA and 2013 FONSI, AAF has proposed a shift of the proposed Fort Lauderdale VMF to an existing freight rail yard in West Palm Beach. Concurrently with the DEIS, FRA prepared a Supplemental Environmental Assessment (SEA) for this facility (Appendix 3.3.1-A2). A FONSI was issued on January 29, 2015 (Appendix 3.3.1-A3). The SEA and FONSI are available on the FRA website at www.fra.dot.gov.

The Project's Phase I environmental impacts were evaluated in the 2012 EA and FRA's 2013 FONSI (Appendix 1.1-A1 and A2); it was confirmed that the West Palm Beach to Miami phase of the Project would have no significant environmental impacts (FRA 2013). The effects of this phase of the Project, also described as the West Palm Beach-Miami Segment (WPB-M Segment), are considered in this FEIS in order to provide a complete description of the cumulative environmental impacts of the Project. Subsequent sections of this FEIS will also describe changes to the WPB-M Segment since the publication of the 2012 EA and 2013 FONSI and subsequent re-evaluations.

### 3.3.2     No-Action Alternative

The No-Action Alternative involves no changes to the rail line within the FECR Corridor beyond regular maintenance and improvements that have been currently planned and funded and assumes that this project could not be constructed. Under the No-Action Alternative, existing freight operations and infrastructure would be maintained by FECR. The No-Action Alternative would also include future planned and funded roadway, transit, air, and other intermodal improvements likely to be completed within the Project study area by the 2016 target date. To support the NEPA analysis, existing operations were

AAF-AR0073702

documented and anticipated future freight operations were forecasted. Table 3.3-1 shows the anticipated future freight operations within the FECR Corridor that would occur in the absence of the Project. Under the No-Action Alternative, freight trains would continue to operate under current maximum operating speed limits of 60 mph.

| Table 3.3-1 | Existing and Future Freight Train Operations (No-Action Alternative) | | | |
|---|---|---|---|---|
| | 2013 (Existing) | | 2016 | |
| Day | Number of trains per day (7:00 AM-10:00 PM) | Number of trains per night (10:00 PM-7:00 AM) | Number of trains per day (7:00 AM-10:00 PM) | Number of trains per night (10:00 PM-7:00 AM) |
| Monday | 10 | 5 | 16 | 8 |
| Tuesday | 11 | 6 | 16 | 9 |
| Wednesday | 11 | 6 | 17 | 9 |
| Thursday | 10 | 7 | 15 | 9 |
| Friday | 11 | 5 | 12 | 6 |
| Saturday | 6 | 3 | 8 | 2 |
| Sunday | 4 | 6 | 11 | 6 |
| Total | 63 | 38 | 95 | 49 |
| Average Trains per Day | 14 | | 20 | |

Source: AAF. 2013a. Modeling Assumptions. May 2013. Report.

Many DEIS comments received stated that freight operations were underestimated because of the upcoming Panamax expansion and the dredging and rail infrastructure improvements planned at Port Miami and Port Everglades to accommodate the larger post-Panamax expansion container ships. The anticipated increase in future freight traffic, including the increase in freight traffic as a result of the post-Panamax expansion, is included in the No-Action Alternative based on FECR's business case projections of future freight demands.

The DEIS/FEIS analysis incorporates 20 through freight trains, which is consistent with the latest available freight forecasts from FECR. In addition, there are local freight trains that operate a variety of short routes from Jacksonville to Miami and these are included in the modeling where appropriate. If, hypothetically, the volume of cargo moved along the corridor increases due to the growth of port activity, additional units can be moved in existing double-stack trains with corresponding increases in average train length, thereby reducing the need for new train sets. Due to the imbalance in freight traffic, occasionally trains currently operate with empty cars, enabling the railroad to absorb increases in freight without increases in train length. Increases in freight train length was incorporated into the DEIS modeling. Containerization has facilitated added capacity without any new train starts. In fact, FECR has previously responded to community concerns by running fewer, but longer, trains as opposed to many shorter trains. These trains used to be 7,500 feet, but now they range from 9,000 to 10,000 feet. FECR's freight forecast takes into account that not everything that arrives at the port will be transported by the FECR railroad. Freight will also move by truck and possibly the CSX freight system.

Some commenters also stated that the No-Action Alternative should include AAF's Phase I, West Palm Beach to Miami Passenger Rail because Phase I has been reviewed under NEPA and portions of that

AAF-AR0073703

project are currently under construction. FRA agrees that Phase I is included in the No-Action Alternative, but the environmental effects of Phase I are described in this FEIS (the WPB-Miami Corridor) in order to fully describe the cumulative effects of the complete Orlando to Miami Passenger Rail project.

Currently, the prevailing train control system on the FECR Corridor is commonly known as a "cab with wayside" type system. It utilizes wayside color light signals at interlockings that control safe switching of trains from mainline track to mainline track, or mainline track to controlled sidings. These signals are remotely controlled by dispatchers from an operations control center in Jacksonville, Florida. Safe braking distance is maintained through automatic signals (also color lights) used as intermediates between controlled interlocking signals. The control system is "route-signaling" augmented by in-cab signals that display the state of the wayside signals continuously in the locomotive cab via electronic coded track. This electronic coded track also provides broken rail detection. FECR is not required by FRA regulations to implement a new signal system that will provide positive train control (PTC) by 2015 (49 CFR part 229) because it is not a Class I railroad.[1] PTC systems are integrated command, control, communication, and information systems for controlling train movements with safety, precision, and efficiency. PTC systems are comprised of digital data link communication networks, continuous and accurate positioning systems such as Nationwide Differential Global Positioning Systems, on-board computers with digitized maps on locomotives and maintenance-of-way equipment, in-cab displays, throttle-brake interfaces on locomotives, wayside interface units at switches and wayside detectors, and control center computers and displays.

Under the No-Action Alternative, it is assumed that land use development would continue consistent within the approved and adopted local comprehensive, master and/or visioning plans of each municipality. For the purposes of this analysis, it was also assumed that only planned and funded improvements will be completed.

### 3.3.3    Alternative A

Alternative A (Figure 3.3-1) includes four segments:

- The MCO Segment, which includes the proposed VMF and new railroad infrastructure between the VMF and the E-W Corridor;

- The E-W Corridor on new alignment (Alternative Option 3A) between MCO and Cocoa, paralleling SR 528;

- The N-S Corridor within the FECR ROW between Cocoa and West Palm Beach; and

- The WPB-Miami Corridor within the FECR ROW between West Palm Beach and Miami (the Phase I Project evaluated in the previous EA and FONSI). Since the publication of the 2012 EA and 2013 FONSI, AAF has determined that it is necessary for the Phase II Project to reconstruct seven bridges over waterways, and to modify the turnout at the Miami Viaduct. The Project evaluated in this EIS also includes bridge reconstruction within the WPB-M Corridor within the FECR ROW.

---

1    Class I: Carriers having annual carrier operating revenues of $250 million or more after applying the railroad revenue deflator formula (49 CFR part 1201).

AAF-AR0073704



**Explanation of Features**

N-S Segment
SR 528 Corridor
WPB-M Corridor
MCO Segment

Major Airports
Proposed Stations - WPB-M Corridor
Proposed Station (By Others)

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

| **Alternative A** | |
|---|---|
| **All Aboard Florida Intercity Passenger Rail Project** | |

U.S. Department
of Transportation
**Federal Railroad
Administration**

3.3-1

Alternatives                    3-32

AAF-AR0073705



**Explanation of Features**

- ━━━ E-W Corridor
- ━━━ N-S Corridor
- ━━━ MCO Segment
- ⬤ Proposed Station (By Others)

**MCO Segment and E-W Corridor**

**All Aboard Florida Intercity Passenger Rail Project**

U.S. Department of Transportation
Federal Railroad Administration

3.3-2

Alternatives                    3-33

AAF-AR0073706

Generally, the Project includes additional rail infrastructure improvements from Orlando to West Palm Beach, including new track, new bridges, drainage systems and the development of all communications, signaling, safety and security systems. A new signal system would be implemented as part of the Project that will provide a PTC overlay system with a back office server in the operations control center to achieve compliance with 49 CFR part 229.

This alternative also builds on and incorporates Phase I of the Project and includes two modifications of the previously reviewed WPB-M Segment. Alternative A would be identical to Alternative E except for the Mid-Section of the E-W Corridor (Figure 3.2-3). Detailed plans of Alternative A are provided in Appendix 3.3.3-A1 through 3.3.3-A5.

Because CFX stated that it would not grant permission for Alignment Option 3A, Alternative A is not reasonable and has been dismissed.

Alternative A differs from Alternative E only in the Middle Section of the East-West Corridor (SR 417 to SR 520). This section is approximately 15.5 miles long and is unique to Alternative A. East of SR 417, Alternative A would be within the SR 528 ROW. The alignment would be comprised of mostly a single new track, but would require extensive retaining walls and bridges in order to minimize its footprint and accommodate existing and future SR 528 infrastructure. Constructing a new rail line along this corridor would require stormwater features to capture and treat the runoff. Drainage would be comingled with the existing SR 528 drainage ditch. The proposed ROW in this section is an average of 60 feet wide and would impact approximately 127 acres of land.

This section of Alternative A would begin at grade east of SR 417 and would rise up to an embankment almost 7,000 feet west of the interchange with ICP Boulevard. The alignment would alternate between embankment and bridge structure to span the proposed interchange with Innovation Way (a planned roadway in this vicinity), ICP Boulevard, the CSX Rail Line, and Farm Access Road #1. After a short section at-grade, the alignment would again alternate between bridges and embankments to cross the Econlockhatchee River and the interchange with Dallas Boulevard, which would be expanded in the future as part of improvements to SR 528. The alignment would be on an embankment in the vicinity of the Dallas Mainline Toll Plaza and would remain at grade until Farm Access Road #2 and SR 520, which would be crossed using bridges. The structures in this section are listed in Table 3.3-2.

AAF-AR0073707

**Table 3.3-2     Proposed Structures Alternative A, E-W Corridor Middle Section**

| Bridge | Proposed Structure Length (ft) | Proposed Structure Width (ft) | Number of Spans |
|---|---|---|---|
| Innovation Way, ICP Boulevard, CSX Rail | 5,500 | 17 | 70 |
| Beachline Entrance (at ICP) | 1,500 | 17 | 17 |
| BeachLine Exit | 1,300 | 17 | 15 |
| Beachline Entrance (at Farm Access Road #1) | 1,300 | 17 | 15 |
| Farm Access Road #1 | 200 | 17 | 3 |
| Econolockhatchee River | 1,700 | 17 | 21 |
| Dallas Boulevard Off-Ramp | 500 | 17 | 6 |
| Dallas Blvd | 165 | 17 | 2 |
| Future Dallas Boulevard On-Ramp | 250 | 17 | 4 |
| Future Dallas Boulevard Interchange | 1,200 | 17 | 17 |
| Beachline Entrance (at Farm Access Road #2) | 1,300 | 17 | 15 |
| Farm Access Road #2 | 180 | 17 | 3 |
| Beachline Exit (at Farm Access Road #2) | 800 | 17 | 10 |
| SR 520 | 215 | 17 | 2 |
| Beachline Exit (at SR 520) | 800 | 17 | 10 |
| Ramp Connecting SR 520 to SR 528 | 1,300 | 17 | 16 |

### 3.3.4     Alternative C

Alternative C includes four segments: the MCO Segment, which includes the proposed VMF and new railroad infrastructure between the VMF and the E-W Corridor; the E-W Corridor on new alignment (Option 3C) between MCO and Cocoa, paralleling SR 528; the N-S Corridor within the FECR ROW between Cocoa and West Palm Beach, and the WPB-M Corridor within the FECR ROW. This alternative also builds on and incorporates Phase I of the Project and includes two modifications of the previously reviewed WPB-M Segment. Alternative C would be identical to Alternative E except for the Mid-Section of the E-W Corridor (Figure 3.2-3; see Appendix 3.3.4 for detailed plans).

Because CFX stated that it would not grant permission for Alignment Option 3C, Alternative C is not reasonable and has been dismissed.

Alternative C differs from Alternative E only in the middle section of the E-W Corridor as described below. East of SR 417, Alternative C "straddles" the SR 528 southern ROW line in this section, with 10 feet of the proposed rail alignment width within the existing SR 528 ROW and approximately 90 feet extending south of the existing SR 528 ROW (Figure 3.2-4). This alternative includes an access road. This alternative is an average of 100 feet wide and will impact approximately 225 acres of land to construct the new rail line. In accordance with the draft lease agreement with CFX, CFX would acquire the land and lease the railroad ROW to AAF. The alignment would be comprised of mostly a single new track, but would require extensive retaining walls and bridges in order to minimize its footprint and accommodate existing and

AAF-AR0073708

future SR 528 infrastructure. Constructing a new rail line along this corridor will require stormwater features to capture and treat the runoff. Stormwater from the proposed rail line will drain to its own, new stormwater management system and will not comingle with SR 528 drainage.

East of SR 417 Alternative A would rise up to an embankment almost 1,700 feet west of the interchange with ICP Boulevard. The alignment would alternate between embankment and bridge structure to span the proposed interchange with Innovation Way (a planned roadway in this vicinity), ICP Boulevard, the CSX Rail Line, and Farm Access Road #1. After a short section at-grade, the alignment would again alternate between bridges and embankments to cross the Econlockhatchee River and the interchange with Dallas Boulevard (which would be expanded in the future as part of improvements to SR 528). The alignment would be on embankment in the vicinity of the Dallas Mainline Toll Plaza and would remain at grade until Farm Access Road #2 and SR 520, which would be crossed using bridges. The structures in this section are listed in Table 3.3-3.

| Table 3.3-3 Proposed Structures Alternative C, E-W Corridor Middle Section | | | |
|---|---|---|---|
| **Bridge** | **Proposed Structure Length (ft)** | **Proposed Structure Width (ft)** | **Number of Spans** |
| Innovation Way Ramp over RR | 350 | 35 | 3 |
| Innovation Way over Rail | 400 | 150 | 4 |
| SR 528 Ramp to Innovation Way | 350 | 35 | 3 |
| ICP Boulevard/RR | 350 | 14 | 3 |
| ICP Boulevard Ramp | 350 | 14 | 4 |
| Future Farm Access Road #1 Ramp | 400 | 14 | 5 |
| Farm Access Road #1 | 200 | 14 | 3 |
| Future Farm Access Road #1 Ramp | 350 | 14 | 4 |
| Econolockhatchee River | 249 | 14 | 3 |
| Dallas Boulevard off-Ramp | 850 | 14 | 10 |
| Dallas Blvd | 165 | 14 | 2 |
| Future Farm Access Road #2 Ramp | 400 | 14 | 5 |
| Farm Access Road #2 | 180 | 14 | 3 |
| Future Farm Access Road #2 Ramp | 300 | 14 | 4 |
| Ramp Connecting SR 528 to SR 520 | 420 | 14 | 5 |
| SR 520 | 300 | 14 | 4 |
| Ramp Connecting SR 520 to SR 528 | 300 | 14 | 4 |

### 3.3.5    Alternative E

Alternative E is AAF's preferred alternative and proposed action. It includes four segments: the MCO Segment, which includes the proposed VMF and new railroad infrastructure between the VMF and the E-W Corridor; the E-W Corridor on new alignment (Option 3E) between MCO and Cocoa, paralleling SR 528;

AAF-AR0073709

the N-S Corridor within the FECR ROW between Cocoa and West Palm Beach, and the WPB-M Segment within the FECR ROW. This alternative also builds on and incorporates Phase I of the Project and includes two modifications of the WPB-M Segment. Alternative E would be identical to Alternatives A and C except for the middle section of the E-W Corridor (Figure 3.2-3; see Appendix 3.3.5-A for detailed plans). The proposed alignment of Alternative E enables the railroad to be constructed at-grade within the SR 528 segment and would only require a perpendicular grade-separated crossing of the main roadway for each of the interchanges along SR 528 instead of all of the roadway approaches and ramps.

Commenters suggested that the 30-foot-wide median along a portion of SR 528 should be studied as an alternative alignment. This alternative alignment would be for the portion of Alternative E that swings south of the SR 528/SR 417 interchange along the E-W corridor, from Narcoossee Road into the center median of SR 528 to 0.5 miles east of International Corporate Park Boulevard, a distance of 6.7 miles. The Median Alternative was developed in coordination with the CFX in light of challenges with it acquiring all of the property needed for the portion of Alternative E south of the SR 528/SR 417 interchange and as a result of public comments. The Median Alternative was presented to the CFX Board. The Board members agreed that the existing Alternative E alignment is CFX's Preferred Alternative (Appendix 3.2.3). However, if condemnation of the necessary property is not finalized, this alternative alignment may be necessary.

### 3.3.5.1    MCO Segment

The MCO Segment (Figure 3.3-2) is approximately 4.5 miles long (starting from the VMF) and would consist of two tracks, extending from the VMF to the east of SR 436. The track would be at-grade between the VMF and the Intermodal Terminal Complex, where it would rise on structure to a three-track station with center platforms. The track would return to grade and would parallel North Airport Boulevard, crossing under Mid Crossfield Taxiways F and E. Tug Roads #2 and #4, and the A2 Service Road, would be realigned and lowered to allow the track to pass over these service roads. The track would pass under North Crossfield Taxiway J and the Cargo Road, requiring the Cargo Road Ramp be re-aligned. The Crossfield Taxiway bridges were constructed with an extra bay to accommodate future rail; however, the Cargo Road Bridge would be widened for the AAF tracks. The proposed track would continue at-grade around the west and north sides of the Employee Parking Lot before joining the E-W Corridor along the south side of SR 528 east of SR 436. The FAA must review all leases and/or agreements between AAF and GOAA prior to execution and have a determination of object/no object.

### 3.3.5.2    East-West Corridor

The E-W Corridor between Orlando and Cocoa, which is approximately 35 miles long, would require all new rail infrastructure, structures, and systems (Figure 3.3-2). The E-W Corridor would begin at the north end of the MCO Segment (SR 436) and then parallel SR 528, a transportation corridor controlled by two public transportation agencies:

- The approximately 20 miles from SR 436 to SR 520, which is, or will be, controlled by CFX (pending additional land acquisition involving private landowners); and

- The eastern-most 15 miles, which is owned by FDOT (pending additional land acquisition by AAF from one private landowner).

AAF-AR0073710

From Orlando to Cocoa, AAF plans to maintain track conditions in accordance with FRA safety standards permitting maximum train speeds of 125 mph (FRA 2012b and 2012c). Standard FDOT highway fencing, or its equivalent, would be installed throughout the length of the corridor, and all road crossings would be grade-separated. Based on coordination with the natural resource agencies, the standard fencing may be modified or substituted with fencing appropriate to discourage wildlife crossings where unmitigated impacts may exist. The following sections provide detailed descriptions of each section of the E-W Corridor. The west and east sections of the E-W Corridor, described below, are common to the three alternatives (A, C, and E) while the central section differs for each.

**West Section of the E-W Corridor (SR 436 to SR 417)**

This section is approximately 4.5 miles long and is common to all alternatives. It would begin at the northern terminus of the MCO Segment on GOAA property (SR 436), and follow an at-grade route consistent with GOAA's planned expansion. Access to land owned by GOAA is subject to agreements being negotiated between AAF and GOAA on the ultimate alignment and approach.

The alignment, comprised of two tracks, would continue at grade and pass under Goldenrod Road, as planned for the design of the interchange. Between Goldenrod Road and Narcoossee Road, the alignment would travel along the south side of SR 528, including constructing a bridge over the on-ramp at Narcoossee Road, and begin to straddle the property line between the properties owned by CFX and GOAA. The alignment would be at grade and would begin to climb above grade on fill as it approaches the SR 528/Narcoossee Road interchange. The eastbound off-ramp at the interchange would be re-aligned and the rail alignment would pass over this ramp and Narcoossee Road using a bridge. To accommodate the proposed alignment, Jetport Drive and a drainage canal would also be realigned. A new stormwater detention pond would be located at the southwest corner where the alignment crosses Narcoossee Road. East of the SR 528/Narcoossee Road interchange the alignment would continue above grade for 3,000 feet before returning to an at-grade elevation. The alignment would begin to climb above grade again west of the SR 528/SR 417 interchange, which it crosses using an overhead bridge before returning back to grade. No at-grade crossings would be required in this segment. As described in Table 3.3-4, there would be three structures in this section; all would be approximately 35 feet wide.

| Table 3.3-4 | Proposed Structures Alternative E, E-W Corridor West Section | | |
|---|---|---|---|
| **Structure** | **Proposed Structure Length (ft)** | **Proposed Structure Width (ft)** | **Number of Spans** |
| Goldenrod Road Tunnel | 300 | 34 | NA |
| Narcoossee Road and Ramp Bridges | 400, 170, 650 | 34 | 4, 1, 6 |
| SR 417 Tunnel | 700 | 34 | 7 |

AAF-AR0073711

**Middle Section of the E-W Corridor (SR 417 to SR 520)**

East of SR 417, Alternative E would diverge to the south and would be located on average between 100 and 200 feet south of the southern edge of the existing SR 528 ROW (Figure 3.2-4) with the exception of two interchanges. Around the interchange at Dallas Boulevard the proposed rail line would be approximately 700 feet south to the centerline of SR 528 and at the SR 520 interchange the proposed rail line would be approximately 500 feet south to the centerline of the SR 528.

This alternative includes an access road and is an average of 100 feet wide and will require approximately 225 acres of land for the construction of the new rail line. In accordance with the lease agreement with CFX, CFX would acquire the land and lease the railroad ROW to AAF. The alignment would be comprised of mostly a single new track but would require extensive retaining walls and bridges in order to minimize its footprint and accommodate existing and future SR 528 infrastructure. Constructing a new rail line along this corridor will require stormwater features to capture and treat the runoff. Stormwater from the proposed rail line will drain to its own, new stormwater management system (will not comingle with SR 528 drainage).

This section of Alternative E would begin at grade east of SR 417 and would rise up to an embankment and bridge to cross ICP Boulevard, the CSX Rail Line, Econlockhatchee River, and Dallas Boulevard. Farm Access Roads #1 and #2 would be closed. Alternative E would cross SR 520 on a bridge. The structures in this section, based on the conceptual design, are listed in Table 3.3-5.

| Table 3.3-5 | Proposed Structures Alternative E, E-W Corridor Middle Section | | |
|---|---|---|---|
| **Bridge** | **Proposed Structure Length (ft)** | **Proposed Structure Width (ft)** | **Number of Spans** |
| ICP Boulevard/RR | 160 | 17 | 2 |
| ICP Boulevard Ramp | 190 | 17 | 2 |
| Econlockhatchee River | 144 | 17 | 4 |
| Dallas Blvd | 165 | 17 | 2 |
| SR 520 | 215 | 17 | 2 |

**East Section of the E-W Corridor (SR 520 to N-S Corridor)**

This section is approximately 15 miles long and would be comprised of two tracks. This section is common to all alternatives. The segment begins west of SR 520 where the alignment would be at grade and then climb above grade onto an embankment 1,000 feet west of the William Beardall Tosohatchee State Reserve. The alignment would then pass over Second Creek and Jim Creek on bridges and remain elevated for 5,500 feet, after which it would return to grade level. To climb over Long Bluff Road, the alignment would again rise onto an embankment and an above-grade bridge for a total distance of 3,500 feet before returning to grade. This would continue until 1,500 feet before Taylor Creek, at which point the alignment would use a series of bridges and semi-retained fill to cross Taylor Creek and the St. Johns River. The alignment would

AAF-AR0073712

pass south of the SR 528/SR 407 interchange. New retention ponds would be built in the middle of the interchange.

East of the SR 528/SR 407 interchange, the alignment would be mostly at-grade except for one small embankment and bridge section over an unnamed creek. Three retaining ponds would be built adjacent to the alignment in this area. Approaching I-95, the alignment would rise up to an embankment and would bridge the interchange with SR 528 and I-95. A new retention pond would be constructed in the southeast quadrant of the I-95/SR 528 interchange. AAF would acquire property at the interchange with Industry Road and I-95.

Immediately east of the SR 528/I-95 interchange, the alignment would follow the Cocoa Curve connection to the N-S Corridor. It would shift to the north side of SR 528 using a bridge and embankment, and would return to grade until the SR 528/Industry Road interchange. At this point, the alignment would rise up on an embankment, cross Industry Road on a bridge, return to grade and cross under SR 528 to the south side at the interchange with U.S. 1. AAF would like to construct a pond/borrow pit in the northeast quadrant of this location. At the end of this section, the E-W Corridor would merge with the N-S Corridor (discussed below). No at-grade crossings would exist in this section. Table 3.3-6 lists the structures in this section.

| Table 3.3-6 | Proposed Structures Alternative E, E-W Corridor East Section | | |
|---|---|---|---|
| Bridge | Proposed S Structure Length (ft) | Proposed S Structure Width (ft) | Number of Spans |
| Second Creek | 350 | 34 | 5 |
| Jim Creek | 250 | 34 | 4 |
| Long Bluff Road | 80 | 34 | 1 |
| Future Wildlife Crossing | 60 | 34 | 2 |
| Taylor Creek | 150 | 34 | 3 |
| St. Johns River | 550 | 34 | 13 |
| Un-named Creek | 100 | 34 | 1 |
| Pine Street | 80 | 34 | 1 |
| I-95 Ramp | 187 | 34 | 2 |
| I-95 Ramp | 222 | 34 | 2 |
| I-95 | 288 | 34 | 2 |
| I-95 Ramp | 71 | 34 | 1 |
| I-95 Ramp | 115 | 34 | 1 |
| SR 528 | 1,200 | 34 | 11 |
| Industry Road | 180 | 34 | 2 |
| SR 528 (tunnel) | 260 | 34 | NA |

AAF-AR0073713

### 3.3.5.3    North-South Corridor

The approximately 128.5 miles of the N-S Corridor between Cocoa and West Palm Beach (Figure 3.3-3) is part of a larger existing 351-mile system currently operating as a freight railroad and is common to all alternatives. FECR, an affiliate of AAF's parent company, operates the mainline track within the FECR Corridor from Miami to Jacksonville, with direct rail access to South Florida's ports and a high reliability and safety record. FECR owns the fee simple title in the ROW and owns the existing railroad infrastructure within the corridor over which FECR operates this freight rail service. AAF owns the permanent, perpetual and exclusive rights, privileges and easements on, over, and across all of the real property within FECR's mainline ROW located in the State of Florida, for the passenger rail purposes that would be provided by AAF through the Project.

Originally, the entire FECR system was built and operated as a double track railroad but, since the early 1970s, much of the double track has been removed to balance railroad service needs with capacity, operating, and maintenance costs. The railroad subgrade embankments and track bed still exist in most places along the system and the consolidated sub-base, primary drainage systems and bridge substructures remain for a complete, double-track railroad system. Existing ROW widths are typically at least 100 feet throughout the existing system. The existing system was built and is maintained to FRA Class IV track standards, permitting freight and passenger operations. Ruling grades are predominantly 0.3 percent with the horizontal alignment predominantly tangent, with typical curves 2 degrees or less. In isolated locations where curves exceed 2 degrees, operating speeds are reduced.

Improvements to the N-S Corridor for the Project would take place entirely within the existing developed FECR Corridor. The FECR Corridor today is mostly a single-track system with several sidings. The roadbed for the original second track would be used for the additional track improvements. This would include upgrades to, and relocation of, existing tracks, as well as installing new tracks. The proposed improvements include upgrades to bridges and grade crossings, as well as new signalization, new communication systems, and PTC systems. In addition to the track construction between Cocoa and West Palm Beach, 18 bridges will be reconstructed to accommodate the second track.

The new construction and improvements proposed along the FECR Corridor are:

- Improve approximately 128.5 miles of rail line;
- Add approximately 109 miles of new second track;
- Add eight miles of new third track;
- Reconstruct or replace 18 bridges;
- Upgrade highway and pedestrian crossings; and
- Upgrade signals and grade crossings.

The sections below provide detailed descriptions of each element.

AAF-AR0073714



Alternatives                                    3-42

AAF-AR0073715

**Track**

The N-S Corridor would primarily consist of two tracks from Cocoa to West Palm Beach. As the majority of the existing FECR alignment is a single track, this would require constructing an additional second track within the existing ROW. AAF plans to install a third track in some portions of the N-S Corridor. All construction would be within the existing FECR ROW. Triple track, like double track, is a series of adjacent mainline tracks built to allow multiple train movements at various speeds and directions. Unlike passing sidings or "storage tracks", which are constructed to hold trains that have come to a complete stop, triple track is like an additional lane on a highway built to keep traffic flowing. The AAF and FECR operating plan does not call for holding trains in any triple track section. Approximately eight miles total of third track would be constructed within the FECR right-of-way in the following approximate locations (for more information, please refer to the track charts included in Appendix 3.3.3-A4 and 3.3.3-A5).

Brevard County:

- At the northern end of the corridor, in the vicinity of SR 528;
- In the vicinity of Poinset Road;
- North of Gus Hipp Boulevard;
- In the vicinity of Carver Street;
- South of Suntree Boulevard;
- South of Sarno Road; and
- In the vicinity of University Boulevard/Apollo Boulevard.

Indian River County:

- In the vicinity of 16th Street.

St. Lucie County:
- In the vicinity of Indian River Drive; and
- South of Savannah Road.

Martin County:

- In the vicinity of Pinewood Street.

The existing track would be modified to reduce the overall curvature and increase the maximum allowable operating speeds for the train. This work would all be constructed in the existing ROW:

Brevard County:

- In the vicinity of MP 170.94/Dixon Boulevard;
- In the vicinity of MP 174.47/Barton Boulevard;
- In the vicinity of MP 177.97/McIver Lane; and
- In the vicinity of MP 202.5/North of Valkaria Road.

Indian River County:

- In the vicinity of MP 221.23/73rd Street;
- In the vicinity of MP 225.44/41st Street;

AAF-AR0073716

- In the vicinity of MP 226.22/Pickerill Lane;
- In the vicinity of MP 229.02/Glendale Road; and
- In the vicinity of MP 230.98/9th Lane SW.

St. Lucie County:

- In the vicinity of MP 243.30/Savannah Road;
- In the vicinity of MP 245.49/North of E. Midway Road;
- In the vicinity of MP 250.02;
- In the vicinity of MP 251.93.

Martin County:

- In the vicinity of MP 255.75/NE Skyline Drive;
- In the vicinity of MP 260/NE Dixie Highway;
- In the vicinity of MP 265.80/SE Golf Trail;
- In the vicinity of MP 267.3/SE Cove Road;
- In the vicinity of MP 273.31/SE Oleander Street; and
- In the vicinity of MP 274.9/Water Street.

Palm Beach County:

- In the vicinity of MP 282.66/Seminole Avenue;
- In the vicinity of MP 289.31/Kyoto Gardens Drive;
- In the vicinity of MP 290.81/Entrada Way; and
- In the vicinity of MP 291.9/Richard Road.

From Cocoa to West Palm Beach, AAF plans to build and maintain track conditions in accordance with FRA safety standards that permit maximum passenger train speeds of 110 mph and maximum freight train speeds of 75 mph (FRA 2012b and 2012c). Speed limits are restricted in certain locations due to track curves, junctions, bridges, or other infrastructure. Table 3.3-7 lists locations where speed limits will be reduced. Track charts are included in Appendix 3.3.3-A4 and 3.3.3-A5.

To maintain this track classification, AAF will complete infrastructure improvements to the mainline, including replacing the second mainline track, reconstructing existing crossovers and adding crossovers to facilitate operational efficiencies. The corridor will be fenced in locations where an FRA hazard analysis review determines that fencing is required for safety; this will be in populated areas where restricting access to the rail corridor is necessary for safety. Fencing will not be used in natural areas, where such fences could interfere with wildlife movement.

AAF-AR0073717

| Table 3.3-7    Reduced Maximum Speed Locations | | Maximum Speed | |
|---|---|---|---|
| Location | Milepost | Freight | Passenger |
| Eau Gallie curve | 189 | 70 | 90 |
| Hall curve | 191 | 70 | 90 |
| Melbourne Curve | 195 | 70 | 80 |
| St. Sebastian River | 212 | 55 | 60 |
| Fort Pierce (Taylors Creek to Moores Creek) | 241 | 40 | 40 |
| Fort Pierce (Junction) | 243 | 70 | 80 |
| Rio (Palmetto Ave south to St Lucie Bridge) | 257.5-261 | 60-35 | 60-35 |
| Salerno curve | 268 | 65 | 75 |
| Hobe Sound NWR curve | 274-275 | 60 | 60 |
| Loxahatchee (Jupiter) Bridge north approach | 282-283 | 55 | 60 |

**Drainage**

Drainage would be accommodated using an existing channel along the east or west side of the ROW. In some cases, this would require relocating existing drainage channels within the ROW.

**At-grade Crossings**

As part of the planning for the Project, the FRA's Office of Railroad Safety - Highway Rail Crossing and Trespasser Program Division conducted a Diagnostic Safety Review, the results of which are included in the "On-Site Engineering Report" parts 1 and 2 (Appendix 3.3.5-B). The Diagnostic Safety Review consists of a simple survey procedure utilizing experienced individuals from several sources (including representatives from the FRA and FECR, as well as state and local departments of transportation; the diagnostic team). The diagnostic team evaluated each of the crossings in the field, identified its deficiencies and came to a consensus on the recommended improvements. These recommended improvements are listed below in Tables 3.3-8 through 3.3-12. Road crossings that are not listed in the table were evaluated by the diagnostic team but no improvements were recommended. As part of its infrastructure program, AAF will pay the cost of the recommended grade crossing safety improvements related to the introduction of passenger rail service, in conjunction with county and municipal execution of amendments to existing crossing license agreements. AAF will, after execution of amendments to existing crossing license agreements, ensure that, where defined sidewalks exist, pedestrian crossing gates will be installed to ensure pedestrian safety.

There are 170 highway-rail grade crossings within the N-S Corridor, of which 159 are at-grade and 11 are grade-separated (Appendix 3.3.5-C). The ultimate number of at-grade crossings may increase or decrease depending upon the distances required for the PTC entry track or permanent road closures. Of the 159 at-grade crossings, all but three use active warning devices with a minimum of flashing lights, gates, and bell(s), and a substantial number of crossings have cantilevers or bridges for lane coverage of flashers. These crossing warning systems are operated by either phase motion detection or crossing predictor

AAF-AR0073718

units. FECR is responsible for maintenance of the crossing equipment. To mitigate noise impacts from train horns AAF will install pole-mounted horns at highway-rail grade crossings where needed to reduce a "severe" noise impact unless the community establishes a quiet zone (see Appendix 3.3.5-D). The grade crossings are described in more detail in Appendix 3.3.5-C. The range of grade crossing improvements includes:

- **Pedestrian Gates:** Pedestrian gates would only be installed at locations where there is an agreement with municipalities to maintain the gates.

- **Vehicle Presence Detection:** Public and private crossings between 80-110 MPH would be equipped with Vehicle Presence Detection (VPD), where the presence of a vehicle within a crossing area for a fixed length of time would be reported through the Cab Signaling system, allowing trains to slow down/stop before reaching the crossing.

- **Other Treatments (gates/raised medians, etc.):** Other treatments include:

  - **Four Quadrant Gates:** Four-quadrant gate systems consist of a series of automatic flashing light signals and gates in which the gates extend across both the approach and the departure side of roadway lanes. Unlike two-quadrant gate systems, four-quadrant gates provide additional visual constraints and inhibit nearly all traffic movements over the crossing after the gates have been lowered.

  - **Three Quadrant Gates:** Three quadrant gates are a variation of four quadrant gates, consisting of two entrance gates and one exit gate.

  - **Locked Gate with Dispatcher Permission:** Locked gates can be opened upon receipt of permission from the train's dispatcher, who monitors and controls track access.

  - **100-150 foot non-traversable medians:** 100-150 foot non-traversable medians are installed at locations with existing 3-quadrant gates or less, and may physically prevent motorists from driving around lowered crossing gates.

  - **Close:** In some cases, the diagnostic team recommended that grade crossings be closed, due to issues with roadway geometry, site lines, or low volumes of traffic.

As shown in Tables 3.3-8 through 3.3-12, four at-grade crossings are recommended to be closed, and three are recommended to be closed if it is not feasible to install four-quadrant gates. FRA recommends "sealed corridor treatments" at all highway grade crossings where train speeds are expected to exceed 79 mph. Sealed corridor treatments, as described above, include four-quadrant gates, median separators, or other crossing devices to prevent vehicles from entering a grade crossing.

AAF-AR0073719

| Table 3.3-8 | Proposed Improvements to Grade Crossings in Brevard County | | | |
|---|---|---|---|---|
| **Street Name** | **City/Town** | **Milepost** | **DOT #** | **Proposed Action** |
| Dixon Blvd. | Cocoa | 171.52 | 272 095 K | Three-Quadrant Gate |
| Highland Drive | Cocoa | 172.45 | 272 866 L | Three-Quadrant Gate |
| Peachtree Street | Cocoa | 172.90 | 272 096 S | Sealed (four Quadrant Gates) |
| Rosa Jones Blvd. | Cocoa | 173.51 | 272 099 M | 100-Foot Non-Traversable Medians |
| Barton Blvd. | Rockledge | 175.02 | 272 101 L | Three-Quadrant Gate |
| Eyster Blvd. | Rockledge | 175.57 | 272 908 V | Sealed (four Quadrant Gates) |
| Rinker Way | Rockledge | 176.10 | 272 908 V | Locked gate with dispatcher permission |
| Gus Hipp Blvd | Rockledge | 177.13 | 272 926 T | Three-Quadrant Gate |
| Carver Road | Bonaventure | 179.14 | 272 109 R | Three-Quadrant Gate |
| Ansin Road | Bonaventure | 179.40 | 272 110 K | Three-Quadrant Gate |
| Viera Blvd. | Bonaventure | 180.28 | 272 976 W | Three-Quadrant Gate |
| Suntree Blvd. | Pineda | 182.65 | 272 115 U | 100-Foot Non-Traversable Medians |
| Post Road | Pineda | 186.86 | 272 117 H | Sealed (four Quadrant Gates) |
| Parkway Avenue | Melbourne | 187.91 | 272 118 P | 100-Foot Non-Traversable Medians |
| Lake Washington | Melbourne | 188.70 | 272 926 T | Sealed (four Quadrant Gates) |
| Masterson Street | Melbourne | 189.32 | 272 121 X | Sealed (four Quadrant Gates) |
| Aurora Road | Melbourne | 189.68 | 272 122 E | Sealed (four Quadrant Gates) |
| Creel Street | Melbourne | 189.92 | 272 123 L | Close or four quadrant gate if unable to close |
| Eau Galle Blvd. | Melbourne | 190.10 | 272 112 T | Sealed (four Quadrant Gates) |
| Sarno Road | Melbourne | 190.58 | 272 125 A | Three-Quadrant Gate |
| So. Babcock St. | Melbourne | 192.39 | 272 128 V | 100-Foot Non-Traversable Medians |
| Hibiscus Ave | Melbourne | 193.75 | 272 132 K | 100-Foot Non-Traversable Medians |
| Silver Palm Ave | Melbourne | 193.83 | 272 133 S | Sealed (four Quadrant Gates) |
| Seminole Ave | Melbourne | 193.89 | 272 134 Y | Three-Quadrant Gate/Possible One-way street |
| East Fee Avenue | Melbourne | 194.00 | 272 135 F | Three-Quadrant Gate |
| Lincoln Avenue | Melbourne | 194.07 | 272 136 M | Sealed (four Quadrant Gates). Possible one-way street to be determined through traffic study. |
| Palmetto Ave | Melbourne | 194.13 | 272 137 U | 100-Foot Non-Traversable Medians |
| Strawbridge Ave | Melbourne | 194.19 | 272 138 B | 100-Foot Non-Traversable Medians |
| Jernigan Avenue | Melbourne | 195.02 | 272 143 X | Close |
| University Blvd. | Melbourne | 195.34 | 272 144 E | 100-Foot Non-Traversable Medians |
| Hessey Avenue | Palm Bay | 197.36 | 272 146 T | Close/three quadrant gate if unable to close |
| Palm Bay Road | Palm Bay | 197.46 | 272 147 A | Sealed (four Quadrant Gates) |
| Malabar Road | Malabar | 199.94 | 272 149 N | Sealed (four Quadrant Gates) |
| Jordan Blvd. | Malabar | 201.50 | 272 150 H | 100-Foot Non-Traversable Medians |
| Valkaria Road | Grant Valkaria | 203.00 | 272 151 P | 100-Foot Non-Traversable Medians |
| 1st Street | Grant Valkaria | 205.61 | 272 152 W | Three-Quadrant Gate |

**Alternatives**    3-47

| Table 3.3-8 | Proposed Improvements to Grade Crossings in Brevard County | | | |
|---|---|---|---|---|
| Shell Pit Road | Grant Valkaria | 207.13 | 272 153 D | Three-Quadrant Gate |
| Senne Road | Grant Valkaria | 208.13 | 272 154 K | 100-Foot Non-Traversable Medians |
| Barefoot Blvd. | Micco | 208.99 | 272 155 S | Three-Quadrant Gate |
| Micco Road | Micco | 209.23 | 272 156 Y | Three-Quadrant Gate |
| Main Street | Sebastian | 214.42 | 272 161 V | Three-Quadrant Gate |
| Old Dixie Hwy | Sebastian | 216.00 | 272 163 J | Sealed (four Quadrant Gates) |
| Schumann Drive | Sebastian | 216.59 | 272 164 R | Three-Quadrant Gate |
| 99th Street | Sebastian | 217.61 | 272 165 X | Three-Quadrant Gate |
| Barber Street | Sebastian | 218.03 | 272 974 H | 100-Foot Non-Traversable Medians |
| Wabasso Road | Winter Beach | 219.58 | 272 168 T | Three-Quadrant Gate |
| Hobart Road | Winter Beach | 220.70 | 272 170 U | Sealed (four Quadrant Gates) |
| 69th Street | Winter Beach | 221.80 | 272 172 H | Sealed (four Quadrant Gates) |
| Winter Beach Rd. | Winter Beach | 222.32 | 272 173 P | Three-Quadrant Gate |
| Hawks Nest | Vero Beach | 223.18 | 272 175 D | |
| 53rd Street | Vero Beach | 223.90 | 273 108 M | Three-Quadrant Gate |
| 49th Street | Vero Beach | 224.42 | 272 177 S | Sealed (four Quadrant Gates) |
| 45th Street | Vero Beach | 224.94 | 272 178 Y | Three-Quadrant Gate |
| 43rd Street | Vero Beach | 225.12 | 272 179 F | Sealed (four Quadrant Gates) |
| 41st Street | Vero Beach | 225.46 | 272 180 A | Three-Quadrant Gate |
| 32nd Street | Vero Beach | 226.65 | 273 047 Y | Three-Quadrant Gate |
| 26th Street | Vero Beach | 227.06 | 272 189 L | Sealed (four Quadrant Gates) |
| 14th Avenue | Vero Beach | 227.14 | 272 190 F | Close |
| 23rd Street | Vero Beach | 227.31 | 272 191 M | Sealed (four Quadrant Gates) |
| 21st Street | Vero Beach | 227.48 | 272 192 U | Close/three quadrant gate if unable to close |
| 16th Street | Vero Beach | 228.02 | 272 195 P | 100-Foot Non-Traversable Medians |
| 12th Street | Vero Beach | 228.66 | 272 196 W | Sealed (four Quadrant Gates) |
| Glendale Road | Vero Beach | 229.19 | 272 197 D | Sealed (four Quadrant Gates) |
| 4th Street | Vero Beach | 229.75 | 272 198 K | Sealed (four Quadrant Gates) |
| 1st Street | Vero Beach | 230.15 | 272 199 S | Three-Quadrant Gate |
| Oslo Road | Vero Beach | 231.31 | 272 200 J | 100-Foot Non-Traversable Medians |

Source: Federal Railroad Administration, On-Site Engineering Field Report - Part 2, September 23, 2014.

AAF-AR0073721

**Table 3.3-9    Proposed Improvements to Grade Crossings in Indian River County**

| Street Name | City/Town | Milepost | DOT # | Proposed Action |
|---|---|---|---|---|
| Highlands Drive SE | Vero Beach | 232.86 | 272 201 R | 100-Foot Non-Traversable Medians |
| Private Road | Indrio | 233.90 | 272 204 L | Private (locked with procedures seeking permission from RR Dispatch to cross) |
| Private Road | Indrio | 234.50 | 272 205 T | Private (locked with procedures seeking permission from RR Dispatch to cross) |
| Harbor Branch Rd | Indrio | 235.10 | 272 206 A | Sealed (four Quadrant Gates) |
| Wilcox Road | Indrio | 235.60 | 272 207 G | Sealed (four Quadrant Gates) |
| Michigan Street | Indrio | 236.10 | 272 208 N | Sealed (four Quadrant Gates) |
| Rouse Road | Indrio | 236.70 | 272 209 V | Sealed (four Quadrant Gates) |
| Torpey Road | Indrio | 237.10 | 272 210 P | Sealed (four Quadrant Gates) |
| Milton Road | Indrio | 237.80 | 272 211 W | Sealed (four Quadrant Gates) |
| Chamberlain Blvd. | Indrio | 238.40 | 272 213 K | Sealed (four Quadrant Gates) |
| St. Lucie Lane | Indrio | 238.80 | 272 214 S | Sealed (four Quadrant Gates) |
| Tarmac Road | Indrio | 239.20 | 272 215 Y | Private (equip with Four-Quadrant gates and VPD) |
| Shimoner Ln | Indrio | 239.50 | 272 217 M | Private (equip with Four-Quadrant gates and VPD) |
| No. Bch. Causeway | Indrio | 239.80 | 272 218 U | Sealed (four Quadrant Gates) |

Source: Federal Railroad Administration, On-Site Engineering Field Report - Part 2, September 23, 2014.

**Table 3.3-10    Proposed Improvements to Grade Crossings in St. Lucie County**

| Street Name | City/Town | Milepost | DOT # | Proposed Action |
|---|---|---|---|---|
| Avenue A | Fort Pierce | 241.30 | 272 238 F | 100-foot non-traversable medians |
| Orange Avenue | Fort Pierce | 241.50 | 272 239 M | Three-Quadrant Gate |
| Savannah Road | Fort Pierce | 243.80 | 272 330 F | Sealed (four Quadrant Gates) |
| Midway Road | Walton | 246.30 | 272 331 M | Sealed (four Quadrant Gates) |
| Walton Road | Walton | 252.50 | 272 332 U | Sealed (four Quadrant Gates) |

Source: Federal Railroad Administration, On-Site Engineering Field Report - Part 1, March 20, 2014.

AAF-AR0073722

| **Table 3.3-11** | **Proposed Improvements to Grade Crossings in Martin County** | | | |
|---|---|---|---|---|
| **Street Name** | **City/Town** | **Milepost** | **DOT #** | **Proposed Action** |
| County Line Road | Rio | 255.30 | 272 336 W | Sealed (four Quadrant Gates) |
| Skyline Drive | Rio | 255.50 | 272 337 D | Sealed (four Quadrant Gates) |
| Pitchford Lnd | Rio | 256.20 | 272 338 K | Private (equip with Four-Quadrant gates and VPD) |
| Jenson Beach Blvd. | Rio | 256.80 | 272 340 L | Sealed (four Quadrant Gates) |
| Miracle Way | Rio | 257.10 | 272 341 T | Private (locked with procedures seeking permission from RR Dispatch to cross) |
| Palmetto Drive | Rio | 257.40 | 272 342 A | Sealed (four Quadrant Gates) |
| Florida Street | Stuart | 262.30 | 272 349 X | Sealed (four Quadrant Gates) |
| SR A1A | Stuart | 262.50 | 272 350 S | Sealed (four Quadrant Gates) |
| Monterey Road | Stuart | 263.30 | 272 353 M | Sealed (four Quadrant Gates) |
| Seaward Street | Salerno | 266.50 | 272 356 H | Close (only crossing to be closed along 110 MPH segment) |
| Salerno Road | Salerno | 266.60 | 272 357 P | Sealed (four Quadrant Gates) |
| Broward Street | Salerno | 266.80 | 272 358 W | Sealed (four Quadrant Gates) |
| Cove Road | Salerno | 267.14 | 272 359 D | Sealed (four Quadrant Gates) |
| SR A1A | Salerno | 268.65 | 272 360 X | 150-foot non-traversable medians |
| Osprey Street | Salerno | 270.90 | 272 934 K | Sealed (four Quadrant Gates) |
| Crossrip Street | Salerno | 271.40 | 272 362 L | Sealed (four Quadrant Gates) |
| Pettway Street | Hobe Sound | 272.70 | 272 365 G | Sealed (four Quadrant Gates) |
| Bridge Road | Hobe Sound | 274.10 | 272 366 N | Sealed (four Quadrant Gates) |
| Gleason Street | Hobe Sound | 274.50 | 272 367 V | Sealed (four Quadrant Gates) |
| Park Road | Hobe Sound | 277.70 | 272 370 D | 100-foot non-traversable medians |
| County Line Road | Hobe Sound | 280.90 | 272 372 S | 100-foot non-traversable medians |

Source: Federal Railroad Administration, On-Site Engineering Field Report - Part 1, March 20, 2014.

AAF-AR0073723

| Table 3.3-12 | Proposed Improvements to Grade Crossings in Palm Beach County | | | |
|---|---|---|---|---|
| **Street Name** | **City/Town** | **Milepost** | **DOT #** | **Proposed Action** |
| Indiantown Road | Jupiter | 283.60 | 272 377 B | Three-Quadrant Gate |
| Toney Penna Dr. | Jupiter | 284.20 | 272 378 H | Sealed (four Quadrant Gates) |
| Fred Small Road | Jupiter | 286.20 | 273 020 P | Sealed (four Quadrant Gates) |
| Donald Ross Road | Palm Beach Gardens | 287.20 | 272 379 P | Three-Quadrant Gate |
| Hood Road | Palm Beach Gardens | 288.50 | 272 380 J | Three-Quadrant Gate |
| RCA Blvd. | Palm Beach Gardens | 290.30 | 272 382 X | Sealed (four Quadrant Gates) |
| Burns Road | Palm Beach Gardens | 290.80 | 272 383 E | Three-Quadrant Gate |
| Lighthouse Drive | Palm Beach Gardens | 291.70 | 272 384 L | Sealed (four Quadrant Gates) |
| Richard Road | Palm Beach Gardens | 292.20 | 272 385 T | Sealed (four Quadrant Gates) |
| Park Ave | Lake Park | 293.30 | 272 387 G | Sealed (four Quadrant Gates) |
| Silver Beach Road | Lake Park | 293.75 | 272 389 V | Sealed (four Quadrant Gates) |
| Blue Heron Blvd. | Rivera Beach | 294.90 | 272 390 P | Three-Quadrant Gate |
| Flagler Street | Rivera Beach | 295.15 | 272 399 B | Sealed (four Quadrant Gates) |
| Inlet Blvd. | Rivera Beach | 295.45 | 272 400 T | Sealed (four Quadrant Gates) |
| 49th Street | West Palm Beach | 296.30 | 272 240 G | 100-foot non-traversable medians |
| 45th Street | West Palm Beach | 296.65 | 272 403 N | 100-foot non-traversable medians |
| 36th Street | West Palm Beach | 297.10 | 272 405 C | 100-foot non-traversable medians |
| 30th Street | West Palm Beach | 297.40 | 272 406 J | Sealed (four Quadrant Gates) |
| Hunter Street | West Palm Beach | 303.18 | 272 450 W | Close |

Source: Federal Railroad Administration, On-Site Engineering Field Report - Part 1, March 20, 2014.

AAF-AR0073724

**Bridge and Structures**

Bridge construction over waterways in the N-S Corridor would be required at the 19 locations listed in Table 3.3-13, either to rehabilitate the existing bridges (two locations), replace the original bridge with two new single-track bridges (nine locations), or retain the existing bridge and construct a new single-track bridge adjacent to the existing (eight locations) (Figure 3.3-4). Bridge plans are currently at the conceptual design level. Seventeen new fixed-span bridges would be constructed; 16 are in-water or over water and one is over a roadway. All new structures would be concrete, supported on concrete pilings, and would retain the existing vertical and horizontal clearances. The Project also includes rehabilitating the two moveable bridges at the St. Lucie River and Loxahatchee (Jupiter Inlet) River as part of Phase II

**Table 3.3-13    Proposed Bridges, N-S Corridor**

| Bridge | Existing | Number of New Single-Track Bridges | Length (ft) | Width (ft) | Number of Spans |
|---|---|---|---|---|---|
| Horse Creek | Retain | 1 | 72 | 16 | 3 |
| Eau Gallie River | Demolish | 2 | 580 | 16 | (15)[1] |
| Crane Creek | Demolish | 2 | 660 | 16 | (17) |
| Turkey Creek | Demolish | 2 | 180 | 16 | 3 |
| Goat Creek | Demolish | 2 | 120 | 16 | 5 |
| St. Sebastian River | Demolish | 2 | 1625 | 16 | (43) |
| North Canal | Retain | 1 | 100 | 16 | 4 |
| Main Canal | Retain | 1 | 118 | 16 | 4 |
| South Canal | Retain | 1 | 125 | 16 | 5 |
| Taylor Creek | Rehabilitate | 0 | 210 | 16 | 8 |
| Moores Creek | Retain | 1 | 72 | 16 | 3 |
| Rio Waterway | Demolish | 2 | 95 | 16 | 4 |
| St. Lucie River | Rehabilitate | 0 | 1270 | 24 | 49 |
| Salerno Waterway | Retain | 1 | 40 | 16 | 2 |
| Salerno Waterway 2 | Demolish | 2 | 103 | 16 | 4 |
| Manatee Tributary 1 | Demolish | 2 | 34 | 16 | 1 |
| Manatee Tributary 2 | Demolish | 2 | 34 | 16 | 1 |
| Loxahatchee River | Rehabilitate | 0 | 585 | 28 | 9 |
| Earman River | Retain | 1 | 175 | 16 | 7 |

[1]    Number of spans has not been determined for the new structure. (X) is number of existing spans.

AAF-AR0073725



**Explanation of Features**

- 🔴 Existing Bridges
- 🔵 Proposed Bridges

- ▬▬ MCO Segment
- ▬▬ E-W Corridor
- ▬▬ N-S Corridor
- ▬▬ WPB-M Corridor

Data Sources: ESRI Bing Maps 2012 Imagery, FRA 2012, AMEC 2013

| Existing and Proposed Bridges over Waterways |
| --- |
| All Aboard Florida Intercity Passenger Rail Project |

U.S. Department of Transportation
**Federal Railroad Administration**

3.3-4

Alternatives

3-53

AAF-AR0073726

Several comments on the DEIS concerned bridges. Commenters noted that the existing Taylor Creek bridge is too low for boat access, and that the City of Fort Pierce had completed a study that recommended opening up Taylor Creek. They recommended that the Project should include improvements to the Taylor Creek bridge to increase its vertical clearance. The Taylor Creek bridge is in suitable condition for the proposed passenger rail and does not require replacement. The Taylor Creek bridge is approximately 0.3 miles south of the SR A1A at-grade crossing, and 0.1 mi north of the railroad turnout to the former Union Carbide Plant and Fisherman's Wharf, as well as the at-grade crossing for Avenue H. Raising the Taylor Creek bridge would require raising the adjacent grade crossings and the approaches on both SR A1A and Avenue H, and would require that the railroad spurs be abandoned. AAF has determined that it is not feasible to raise the bridge due to cost and logistics, and FRA concurs with this determination.

Many commenters were concerned that AAF was not proposing to replace the three moveable bridges (the St. Lucie River Bridge and the Loxahatchee [Jupiter] River Bridge are in the Phase II Project, while the New River Bridge is in the Phase I Project (described in Section 3.3.5.4.) Commenters stated that these bridges are old and failing, and that they need to be replaced with either new moveable structures that provide greater reliability and greater horizontal clearance, or by new elevated bridges. In particular, many commenters stated that the DEIS did not provide reliable cost estimates for replacing the drawbridges with new fixed bridges and, therefore, cannot reasonably dismiss these alternatives.

AAF has committed to replacing or repairing the mechanical and electrical systems for each of the three moveable bridges to ensure their operational condition and reliability is maintained, and recognizes that this is essential to the successful operation of the passenger rail system and continued operation of the freight rail system, as well as to maintaining the navigational capacity of each waterway. AAF is not proposing to replace these bridges because they are structurally sound and do not require reconstruction or replacement for the proposed passenger rail service.

AAF has evaluated several alternatives and associated costs for replacing the movable bridges with high-level fixed bridges. Two options were evaluated for the high-level fixed bridges, one for passenger trains only and the other for all trains. In the analysis of these potential bridges, the new bridges are presumed to have a height that matches the nearest adjacent fixed bridge. While detailed cost estimates have not been performed for these options, operational logistics, limitations of surrounding property, and order of magnitude estimates establish that none of the alternatives are sufficiently feasible to warrant further consideration. Infrastructure and operational considerations are provided in Table 3.3-14.

### 3.3.5.4    West Palm Beach – Miami Corridor

The Project within the WPB-M Segment remains the same as the project evaluated in the 2012 EA and 2013 FONSI. Phase I of the Project includes reconstructing the former second track within the FECR ROW from West Palm Beach to Miami and constructing new passenger rail stations in West Palm Beach, Fort Lauderdale, and Miami.

AAF-AR0073727

**Table 3.3-14    Moveable Bridge Replacement Alternatives Analysis**

| Alternative | St. Lucie River | Loxahatchee River | New River |
|---|---|---|---|
| High-Level Fixed Bridge, Passenger Trains Only | Not feasible because:<br><br>• Multiple grade crossings on either side of the bridge would need to be permanently closed to accommodate the bridge approaches.<br><br>• Due to the height of the bridge and the required gradients, there is insufficient vertical clearance between top of rail and the underside of the US-1 Bridge which crosses above the tracks. | Not feasible because:<br><br>• Multiple grade crossings on either side of the bridge would need to be permanently closed to accommodate the bridge approaches.<br><br>• There is insufficient Right-of-Way for an adjacent double-track and current track modeling necessitates a double-track bridge at this location in order to meet operational constraints.<br><br>• Requires a significant track outage to make the rail connection at the shoreline. This will negatively impact freight operations.<br><br>• The FECR industry tracks (CEMEX) north of the bridge would need to be changed to a stub-ended operation, introducing unfavorable inefficiencies and subsequent adverse impacts to the rail network.<br><br>• The current bascule bridge will still be required for freight trains. | Not feasible because:<br><br>• Due to the height of the bridge and the required gradients, there is insufficient room to bring the tracks down to grade prior to reaching the Fort Lauderdale station. |
| High-Level Fixed Bridge, All Trains | Not feasible because:<br><br>• Multiple grade crossings on either side of the bridge would need to be permanently closed to accommodate the bridge approaches.<br><br>• Due to the height of the bridge and the required gradients, there is insufficient vertical clearance between top of rail and the underside of the US-1 Bridge which crosses above the tracks. | Not feasible because:<br><br>• Multiple grade crossings on either side of the bridge would need to be permanently closed to accommodate the bridge approaches.<br><br>• There is insufficient Right-of-Way for an adjacent double-track and current track modeling assumes a double-track bridge at this location in order to meet operational constraints.<br><br>• Requires phased construction, which impacts current freight operations with a bascule bridge.<br><br>• Requires significant track outage to make the rail connection at the shoreline. This will negatively impact freight operations.<br><br>• The FECR industry tracks (CEMEX) north of the bridge would need to be changed to a stub-ended operation, introducing unfavorable inefficiencies and subsequent adverse impacts to the rail network. | Not feasible because:<br><br>• Due to the height of the bridge and the required gradients, there is insufficient room to bring the tracks down to grade prior to reaching the Fort Lauderdale station. This would preclude mixed freight and passenger service and is not a feasible option. |

Source: AAF, 2015.

AAF-AR0073728

As mentioned in the Phase II discussion of the N-S Corridor above (Section 3.3.5.3), many commenters were concerned that the New River Bridge is old and failing and needs to be replaced with either a new moveable structure that provides greater reliability and greater horizontal clearance, or a new elevated bridge. Many of these commenters noted that a feasibility study for Tri-Rail had evaluated several alternatives for the New River Bridge and stated the DEIS did not provide reliable cost estimates for replacing this drawbridge with new a fixed bridge and, therefore, this alternative cannot be reasonably dismissed.

AAF has committed to replacing or repairing the mechanical and electrical system for the New River Bridge to ensure its operational condition and reliability is maintained, and recognizes that this is essential to the successful operation of the passenger rail system and continued operation of the freight rail system, as well as to maintaining the navigational capacity of each waterway. AAF is not proposing to replace this bridge because it is structurally sound and does not require reconstruction or replacement for the proposed passenger rail service.

AAF has evaluated alternatives and associated costs for replacing the New River Bridge with a high-level fixed bridge. Two options were evaluated for the high-level fixed bridges, one for passenger trains only and the other for all trains. In the analysis of these options, the new bridge is presumed to have a height that matches the nearest adjacent fixed bridge. While detailed cost estimates have not been performed for this option, operational logistics, limitations of surrounding property, and order of magnitude estimates establish that none of the alternatives are sufficiently feasible to warrant further consideration. Infrastructure and operational considerations are provided in Table 3.3-14.

New elements of the Phase II Project that were not previously evaluated in the WPB-M Segment include replacing or reconstructing seven bridges over waterways. This EIS, therefore, includes a description and evaluation of the proposed replacement and/or rehabilitation of these seven bridges between WPB and Miami.

## Bridges

As shown in Table 3.3-6, AAF proposes to improve seven bridges within the WPB-M Segment to accommodate the proposed second track. As long-range operational flexibility for full operations from Orlando to Miami has been further studied and understood, AAF has determined that double-tracking these bridges would be warranted for Phase II operations. As shown in Table 3.3-15, four bridges would be rehabilitated, and three would require construction to replace the original bridge with two new single-track bridges (the two Middle River crossings and the Oleta River). At five locations the existing bridges will be retained and AAF will construct new single-track bridges adjacent to the existing structures (Figure 3.3-4). All new structures would be concrete, supported by concrete pilings, and would retain the existing vertical and horizontal clearances. As explained above, the moveable bridge at the New River in Fort Lauderdale would be rehabilitated as part of Phase I.

AAF-AR0073729

| Table 3.3-15 | Proposed Bridges over Waterways, West Palm Beach-Miami Corridor | | | | |
| --- | --- | --- | --- | --- | --- |
| **Bridge** | **Existing** | **Number of New Single-Track Bridges** | **Length (ft)** | **Width (ft)** | **Number of Spans** |
| West Palm Beach Canal | Retain | 1 | 200 | 16 | 9 |
| Boynton Canal | Retain | 1 | 154 | 16 | 6 |
| Hidden Valley Canal | Rehabilitate | - | 171 | 22 | 6 |
| Hillsboro Canal | Retain | 1 | 206 | 16 | 8 |
| Cypress Creek Canal | Retain | - | | | |
| North Fork Middle River | Demolish | 2 | 192 | 16 | 8 |
| South Fork Middle River | Demolish | 2 | 192 | 16 | 8 |
| New River | Rehabilitate | - | 210 | 30 | 6 |
| Tarpon River | Retain | - | | | |
| Dania Canal | Rehabilitate | - | 79 | 30 | 1 |
| Oleta River | Demolish | 2 | 82 | 16 | 3 |
| Snake Creek Canal | Rehabilitate | - | 160 | 27 | 7 |
| Arch Creek | Retain | 1 | 75 | 16 | 1 |
| Biscayne Park Canal | Retain | - | | | |
| Little River Canal | Retain | - | | | |
| Warner Creek | Retain | - | | | |
| Avenue C | Retain | 1 | 33 | 16 | 2 |

**Fort Lauderdale Station**

Subsequent to the publication of the 2012 EA and 2013 FONSI, AAF shifted the proposed Fort Lauderdale Station building to the opposite (west) side of the tracks, along NW 2nd Avenue between NW 4th Street and Broward Boulevard. On March 27, 2014 FRA issued a Re-Evaluation that determined the new location would not change the environmental impacts identified in the 2012 EA and previously found to be not significant (Appendix 3.3.1-A1).

**West Palm Beach Vehicle Maintenance Facility**

Subsequent to the publication of the 2012 EA and 2013 FONSI, AAF shifted the proposed Fort Lauderdale VMF to an existing freight rail yard in West Palm Beach. The AAF 2012 EA and 2013 FONSI evaluated a VMF to support AAF passenger service at an existing rail maintenance yard in Fort Lauderdale (Andrews Yard) owned and operated by FECR. However, the Andrews Yard location is unavailable in a configuration necessary for AAF's use at this time; therefore, AAF has identified an alternative location. The new location (the WPB Rail Yard), is an active FECR freight layover yard currently used for staging and building freight trains. This site is 0.9 miles north of the West Palm Beach Station, the terminus of the Phase I Project evaluated in the 2012 EA. FRA prepared a Supplemental EA and FONSI (January 29, 2015) for this facility which is available for public review on the FRA website (www.fra.dot.gov/page/P072).

AAF-AR0073730

### 3.3.5.5    Orlando Vehicle Maintenance Facility

AAF's proposed Orlando VMF would occupy approximately 47 acres of land leased from GOAA (subject to FAA review and approval), and would include four storage tracks, a maintenance building with five tracks, and a secondary maintenance building. The two buildings would occupy approximately 216,000 square feet and 60,000 square feet, respectively. The smaller building would include an EPA-certified paint booth. Planned operations at the VMF, such as vehicle fueling, maintenance, repair and washing include use of hazardous materials (primarily petroleum products, lubricants and degreasers). The typical materials that would be stored and used at the VMF include diesel fuel, motor oils, lubricants, and degreasers. Current conceptual plans include two 10,000-gallon aboveground storage tanks for diesel fuel and one 500-gallon aboveground storage tank for gasoline. The VMF would also provide overnight train storage at the north end of the Project. The facility would have 80 to 90 employees, with a 90-space parking lot. Access to the facility would be from Boggy Creek Road (SR 527A/530).

### 3.3.5.6    Positive Train Control (PTC) System

PTC is a system designed to prevent train-to-train collisions, derailments caused by excessive speeds, unauthorized train movements in work zones, and the movement of trains through switches left in the wrong position. PTC networks enable real-time information sharing between trains, rail wayside devices, and "back office" applications, concerning train movements, speed restrictions, train position and speed, and the state of signal and switch devices. The Rail Safety Improvement Act of 2008 and the corresponding FRA regulations require passenger and major freight railroads to implement PTC on major freight lines and all new passenger lines.

AAF will implement a PTC system throughout the Project, including the E-W Corridor between Orlando and Cocoa, and the N-S Corridor between Cocoa and Miami. The new PTC system will be interoperable between the AAF and FECR trains. AAF will outfit 55 FECR locomotives as well as its own locomotives to avoid any incompatibility issues. AAF will also expand and supplement FECR's Digicon Digital Traffic Control systems and add a new Back Office Server to satisfy FRA's requirements (49 CFR part 236). The system will also use the existing Parallel Infrastructure LLC's fiber optic system within the FECR Corridor.

Along the N-S Corridor and WPB-M Segment, AAF will use the existing FECR Radio Base Stations. Parallel Infrastructure LLC (a subsidiary of FECI) currently owns six radio towers on the FECR Corridor, with an additional 11 towers in the planning process.

The existing and future Parallel Infrastructure towers will be considered for use as part of the PTC system, with additional towers placed along the E-W Corridor and N-S Corridor where required. AAF will commission a propagation and interference study to determine where towers are required, tower spacing, and tower height. AAF anticipates that two core communications towers will be needed to support the PTC system on the E-W Corridor: an existing tower at City Point in Cocoa, and a new tower to be located along SR 528 approximately 20 miles west of City Point. This tower would be either a monopole or lattice construction and would be 60 to 100 feet in height. Additionally, an approximate 55 poles (monopoles), 30 to 60 feet in height, will be required along the E-W Corridor to support the PTC and to provide WiFi. All of the proposed poles would be located within the AAF 100-foot ROW.

AAF-AR0073731

DEIS commenters requested the location of the additional 11 towers. AAF has been working closely with FECR to advance the proposed PTC strategy in conjunction with FRA's Office of Safety. The next step in this process is for FECR/AAF to submit to FRA an Implementation Plan for PTC. In recent months, AAF/FECR have been collectively exploring two alternate strategies for implementing PTC, one an Enhanced Traffic Management System (ETMS) based approach, and the other is an Enhanced Automatic Train Control (E-ATC) approach. Both of these PTC strategies have been approved by FRA. Regardless of which PTC system is selected, existing FECR infrastructure will be utilized to its greatest extent, including signal antenna masts, communications antenna masts, and cellular towers. A new fiber backbone will be installed as part of the AAF project with each signal and highway-rail grade crossing accessible to the fiber. Utilization of the fiber backbone will minimize the necessity for new wayside antenna masts. As noted above, FECR/AAF will submit to FRA a PTC Implementation Plan, which will identify the proposed approach and will include any new tower locations if found to be necessary. All tower locations would be within the FECR right-of-way.

## 3.4      Operations

The Project's planned service between Orlando and Miami would consist of 16 revenue round-trips leaving hourly in each direction from 5:00 AM to 9:00 PM, with planned stops at the two intermediate stations in West Palm Beach and Fort Lauderdale. The last Orlando-bound revenue train would arrive in Orlando at 12:10 AM and the last Miami-bound revenue train would arrive in Miami at 11:10 PM.

To support the NEPA analysis, AAF and FECR developed forecasts for future freight operations and travel times for passenger and freight operations. Total scheduled travel time, including stops, is anticipated to be 3 hours, 10 minutes between the terminal stations. Station to station travel time would be 1 hour, 50 minutes from Orlando to West Palm Beach, and 1 hour, 20 minutes from West Palm Beach to Miami. The planned operating speed has three components: a maximum speed of 125 mph from Orlando to Cocoa; a maximum speed of 110 mph from Cocoa to West Palm Beach; and a maximum speed of 79 mph from West Palm Beach to Miami. Table 3.3-16 depicts the projected average operating speeds for passenger and freight rail service by county and the net change in freight rail average operating speed over today's performance. The E-W Corridor from MCO to Cocoa would be a dedicated-use corridor with only passenger service and no grade crossings, while the N-S Corridor would be a shared-use corridor with freight and passenger service and grade crossings.

From Cocoa to West Palm Beach, AAF plans to build and maintain track conditions in accordance with FRA safety standards that permit maximum passenger train speeds of 110 mph and maximum freight train speeds of 75 mph (FRA 2012b and 2012c). Speed limits are restricted in certain locations due to track curves, junctions, bridges, or other infrastructure. Table 3.3-7 lists locations where speed limits will be reduced (see Track Charts, Appendix 3.3.3-A4 and 3.3.3–A5).

AAF-AR0073732

| Table 3.3-16 | Projected Average Passenger Rail Operating Speeds by County | | | |
|---|---|---|---|---|
| County | 2013 Freight/ 2016 No-Action Alternative (mph) | 2016 Freight (with Project) (mph) | 2016 Passenger (mph) | Change in Average Freight Speed with Project (mph) |
| Orange | N/A[1] | N/A | 68.47[2] | N/A[1] |
| Brevard | 31.95 | 40.97 | 93.77 | 9.02 |
| Indian River | 38.57 | 43.45 | 103.34 | 4.88 |
| St. Lucie | 33.48 | 35.55 | 93.38 | 2.07 |
| Martin | 31.76 | 37.06 | 76.96 | 5.30 |
| Palm Beach | 34.89 | 40.42 | 75.37 | 5.53 |
| Broward | 31.57 | 38.11 | 61.72 | 6.54 |
| Miami-Dade | 39.63 | 39.91 | 55.67 | -0.72 |

Source: AAF. 2013a. Modeling Assumptions. May 2013. Report.
1        Only the E-W Corridor enters Orange County, which does not carry freight traffic

The intercity passenger rail service would operate with new diesel-electric locomotives and single-level coach trains. The rolling stock for the Project would consist of ten train sets. Eight train sets would be required to be in concurrent operation along the AAF route to deliver regularly scheduled, hourly-service frequency. Each train set would be comprised of two locomotives, and seven coach-type passenger cars (two Business Cars, a Café/Economy Car, four Economy Coach Cars). In addition, AAF would procure one spare locomotive and one spare café car. The two-locomotive arrangement provides redundant push/pull operation and would assure smooth operations up to the maximum speed of 125 mph even with an expansion of the train set to nine cars, if needed. The fleet and all facilities (stations and maintenance) are designed to accommodate expansion to nine-car trains. Five train sets would be stored in the VMF near MCO with the remaining five train sets being stored at the West Palm Beach VMF or Miami Station.

The floor height of the train cars would be the same height as the proposed station platforms and will enable level boarding of all the passenger cars. The entire train would fully conform to Americans with Disabilities Act (ADA) access compliance requirements. To provide easy and safe train boarding and de-boarding and to minimize the dwell time at stations, passengers would be distributed evenly along the platform. When AAF passengers purchase their tickets, they would select their seat, similar to the experience of airline passengers today. Along with each seat assignment, the tickets would indicate a number that coordinates with large numbering on each coach door location along the platform where the customer should wait to enter the train. These large numbers would be also affixed along the platform edge to assist with wayfinding. Uniform consistency of the AAF train sets would simplify this procedure, and give comfort to passengers that they have confirmed seating, and know exactly where it will be. These train features would support the planned dwell times at intermediate stations of 1 minute.

AAF-AR0073733

## 3.5        Ridership

AAF commissioned the Louis Berger Group to develop an investment grade ridership and revenue forecast for this Project. The study was based upon substantial research and development of a travel demand forecasting model. AAF commissioned a peer review to validate the study. A summary of the *Ridership and Revenue Study* is provided in Appendix 3.2.1-A. FRA has reviewed this summary. In May, 2015, AAF released an updated version of the summary and ridership study, provided in Appendix 3.2.1-B. FRA has reviewed but has not validated this updated study.

Many commenters questioned AAF's ridership projections and noted that the full ridership study has not been made publicly available for review. Commenters also suggest that the projected level of ridership is unlikely to be attained. Many commenters suggest that Florida does not have conditions to support the success of AAF, because the Amtrak service currently operating between Miami and Orlando has low ridership. Some commenters suggested that since AAF will be operating in the same market as Tri-Rail and Amtrak, a third rail system is redundant and would not attract the predicted ridership.

AAF developed a twelve-month ridership study to make a business case for high-speed rail that would not rely on grants or operating subsidies, and would be financeable and profitable. The ridership study has been reviewed by the FRA. However, this detailed study contains confidential business information and AAF has not released the complete study to the public. Based on this study and its financial analysis, AAF is confident that a profitable passenger rail service can be operated between Orlando and Miami. The report indicates that Amtrak's low ridership is related to the long travel time and unreliable service, and that Tri-Rail is a short-distance commuter rail system serving a different pool of potential riders.

In response to comments, FRA has reviewed ridership estimates provided in the EIS (this chapter as well as Section 5.2.1) and corrected the document where necessary for consistency.

### 3.5.1        Methodology

The ridership study assessed the existing and future intercity travel market, attributes of the current modes of travel, and estimated future growth in travel. Specific elements of the study included:

- Establishing the market size and catchment area using data on current levels of travel by auto, rail, air, and bus, as well as information on traveler origin and destination patterns. The summary estimates that as a result of the Project, the central Florida to Southeast Florida travel market would draw over 50 million person-trips annually.

- Identifying the travel network and the schedule, journey time, and costs of all modes of travel using the network.

- Establishing growth rates for the overall market based on trends in each segment.

- Using stated preference surveys to understand how travelers make mode choices based on access time, in-vehicle time, headways, and cost.

- Estimating diversion from existing modes of travel to AAF intercity passenger rail and ridership volumes on each city-pair segment of the AAF system.

- Testing the sensitivity of the ridership model to changes in key forecast assumptions.

AAF-AR0073734

Key assumptions of the ridership forecast include:

- The study area was limited to the metropolitan areas of Central and Southeast Florida.

- Trip tables for auto travel were developed based on information from Metropolitan Planning Organizations (MPOs), planning agencies, and operators of other transit services.

- Station market catchment areas were developed as boundaries for the market area.

- Growth in the future travel market was assumed to keep pace with regional projections in growth of populations and households. The published forecasts of Amtrak, Tri-Rail, and the FAA were used to model future rail and air modes of travel.

- Congested auto travel times were used to account for station access and long-distance auto travel times.

- The forecast assumed that short distance vehicle occupancies were 2.2 persons per auto while long distance auto occupancies equaled 2.38 persons per auto.

- Induced demand potential was included in the model, based on methods used in prior Florida high speed rail studies.

- The model assumes that AAF would initiate service in 2016, and that ridership would grow to a stable volume after 3 years.

Sensitivity tests were conducted to determine the change in ridership associated with changes in model assumptions, including trip time, frequency of service, time to access a station, changes in auto travel time, changes in fuel costs, and changes in air fares.

AAF's 2013 *Ridership and Revenue Study* (Appendix 3.2.1-A) provided ridership estimates for three scenarios:

- Base Case – the most conservative scenario. This does not include potential future changes in the transportation network, potential connections with other transit systems, or marketing initiatives.

- Investment Case – an intermediate scenario that includes future connections to other transit services and marketing initiatives targeted to resort customers and travel packagers.

- Management Case – the most optimistic scenario. This includes a broader range of marketing initiatives such as frequent rider loyalty programs, block ticket agreements with resorts and educational institutions, increased potential connections with other transit systems.

AAF's 2015 updated *Ridership and Revenue Study* (Appendix 3.2.1-B) provided an updated analysis of the Management Case only. In preparing this update, AAF revised its assumptions and evaluated additional sources of ridership and marketing strategies.

### 3.5.2    Ridership Projections

Table 3.3-17 presents AAF's ridership estimates for the four scenarios evaluated in the *Ridership and Revenue* studies. For NEPA purposes, this EIS evaluates only the most conservative, Base Case, scenario in the 2013 study. The other scenarios may have greater benefits (with respect to air quality and

AAF-AR0073735

economics) but would not have any greater environmental impacts than the Base Case. The ridership analysis forecasts that passenger rail ridership would total approximately 3.5 million annual riders in 2019 (Table 3.3-17). Of these, approximately 2 million annual riders would be making short distance trips using Phase I of the Project (Fort Lauderdale-Miami, West Palm Beach-Miami, West Palm Beach-Fort Lauderdale). Phase II of the Project, connecting Orlando to West Palm Beach, would add approximately 1.5 million riders making long distance trips (Orlando-Southeast Florida). AAF projects that total annual ridership would exceed 4 million by year 2030. These ridership estimates predict that the AAF rail service will capture 7.2 percent of the long distance market share (Orlando to Miami) and 5.6 percent of the combined long distance and short distance market share. Rail ridership will be drawn from the following modes:

- 69 percent of the forecast riders will shift from long distance automobile travel;

- 10 percent of the forecast riders will shift from airline travel;

- 10 percent of the forecast riders will shift from bus travel;

- 2 percent of the forecast riders will shift from Amtrak rail services; and

- 9 percent of the forecast riders will be from new or "induced" trips.

| Table 3.3-17    Projected Ridership (2019) | | | |
|---|---|---|---|
| Analysis Case | Short-Distance Service (West Palm Beach to Miami) | Long-Distance Service (Orlando to Southeast Florida) | Total |
| Base Case | 1,944,500 | 1,526,300 | 3,470,800 |
| Investment Case | 2,010,900 | 2,002,100 | 4,013,000 |
| Management Case  (2013 Study) | 2,671,556 | 2,434,300 | 5,105,856 |
| Management Case (2015 Study) | 2,813,200 | 2,534,100 | 5,347,300 |

Source:  Louis Berger Group. 2013. *All Aboard Florida Ridership and Revenue Study: Summary Report*. September 2013.

Sensitivity analyses showed that forecasted AAF ridership was sensitive to travel factors such as train running time, service frequency, access time to stations, competing auto travel times, fuel costs, and competing airline fares. An increase of 10 percent in running time (approximately 18 minutes) would result in an approximately 7-percent decrease in forecast ridership (and vice versa). An increase in the frequency of service by 20 percent would result in a 5.4-percent increase in ridership.

The ridership analysis also estimated the number of automobiles that would be removed from the region's roadways (Table 3.3-18). In 2016 the study estimates that approximately 336,000 cars would be removed with approximately 209,000 coming from short distance trips and 126,000 coming from long distance trips. By 2030, this estimate increases to 1.35 million annual automobiles removed from the roadways.

AAF-AR0073736

| Table 3.3-18    Estimate of Auto Vehicle Trips Diverted to AAF | | | |
|---|---|---|---|
| Year | Short Distance Service | Long Distance Service | Total |
| 2016[1] | 209,896 | 125,733 | 335,628 |
| 2019[2] | 723,005 | 442,937 | 1,165,942 |
| 2030 | 815,471 | 530,228 | 1,345,699 |

Source: Louis Berger Group. 2013. *All Aboard Florida Ridership and Revenue Study: Summary Report.* September 2013. Prepared for Florida East Coast.
1      2016 is the anticipated first year of revenue service
2      2019 is the anticipate year at which ridership reaches planned full-service levels.

## 3.6      Preferred Alternative

AAF has identified Alternative E as its Preferred Alternative because it is the only alternative that is reasonable and feasible to construct. This alternative would include a new rail corridor extending north through MCO to SR 528 (the MCO Segment); a new rail alignment 200 feet south of the SR 528 ROW (the E-W Corridor) from MCO to SR 520 and then within the SR 528 FDOT ROW to the FECR Corridor in Cocoa; and would use the existing FECR ROW from Cocoa to West Palm Beach (the N-S Corridor). AAF has secured lease agreements with GOAA, CFX, and FDOT to construct the MCO and E-W Corridors, and has an operating agreement with FECR to use the N-S corridor and construct the necessary infrastructure improvements. CFX would acquire the land south of the existing ROW limits to accommodate future highway widening and a transit corridor, and would grant an easement of an approximately 100-foot wide strip to AAF.

The location of the proposed Project should not impede the ability for FDOT or the CFX to expand SR 528 to an 8-lane facility extending from Orlando International Airport to I-95; CFX's conceptual plans to reconstruct the Dallas Boulevard interchange, which includes a southerly shift in the SR 528 mainline; nor the ability to extend the Osceola County Expressway Authority's proposed Northeast Connector Expressway to intersect with SR 528. As stated by the CFX Authority, Alternative E is the only acceptable alternative for CFX and the Authority is pursuing obtaining the right of way necessary to implement this option. FRA has evaluated AAF's analysis and concurs that Alternative E is its preferred alternative that would fulfill its statutory mission and responsibilities, giving consideration to economic, environmental, technical and other factors.

## 3.7      Summary

As required by NEPA, this FEIS presents the alternatives developed for the Project, and evaluates these alternatives in light of their ability to satisfy the Project purpose and meet the primary objective of the Project (to provide reliable and convenient intercity rail service that is sustainable as a private commercial enterprise while maximizing the use of existing infrastructure). This chapter describes the alternatives identified within each of the connected segments of the Project, and reports the results of applying screening criteria. The chapter presents the reasons why each alternative was either withdrawn or retained, and describes in detail the No-Action Alternative and the three Action Alternatives evaluated in this FEIS. These Action Alternatives (Alternative A, Alternative C, and Alternative E) differ only in the

AAF-AR0073737

location of the proposed tracks in the 15.5-mile segment of the E-W Corridor parallel to SR 528 between the interchanges with SR 417 and SR 520. All other elements of the Action Alternatives are identical. The CFX Board found that Alternatives A and C are not reasonable and feasible; therefore Alternative E is the Preferred Alternative. Chapter 5, *Environmental Consequences*, of this FEIS provides an evaluation of the environmental impacts of the three Action Alternatives, in comparison to the No-Action Alternative. Chapter 5 also describes the environmental impacts of activities within the Phase I WPB-M Segment that were not previously evaluated in the 2012 EA and 2013 FONSI and subsequent re-evaluations, including the seven new or reconstructed bridges over waterways and minor changes to the Miami Viaduct, and summarizes the environmental consequences as described in the 2012 EA.

AAF-AR0073738

**This page intentionally left blank**

AAF-AR0073739