# 4     Affected Environment

This chapter describes the affected environment in which the All Aboard Florida (AAF) Passenger Rail Project (Project) would be constructed and operated. Characteristics of the surrounding area are given to familiarize the reader with the geography, land use, demographics and economics, and the physical and natural environment. The Council on Environmental Quality (CEQ) regulations at 40 CFR § 1502.15 require that an Environmental Impact Statement (EIS)

> "shall succinctly describe the environment of the area(s) to be affected or created by the alternatives under consideration. The descriptions shall be no longer than is necessary to understand the effects of the alternatives. Data and analyses in a statement shall be commensurate with the importance of the impact, with less important material summarized, consolidated, or simply referenced."

The level of information provided in this chapter for each resource is proportionate to that resource's potential to be affected by the Project. The baseline conditions presented in this chapter reflect 2013 Existing Conditions or the most recent year for which data are available. Information on the affected environment is presented in a north-to-south order:

- Orlando International Airport (MCO) Segment (MCO Segment) – the portion of the Project on Greater Orlando Airport Authority (GOAA) property;

- East-West Corridor (E-W Corridor) – from the GOAA property line to the connection with the Florida East Coast Railway (FECR) corridor in Cocoa;

- North-South Corridor (N-S Corridor) – the FECR Corridor from Cocoa to West Palm Beach, the terminus of the Project evaluated in this EIS; and

- West Palm Beach-Miami Corridor (WPB-M Corridor) – the FECR Corridor from West Palm Beach to Miami that was previously evaluated as Phase I.

## 4.1     Land Use and Transportation

This section provides an overview of the existing land uses and transportation systems within the Project Study Area. The Project Study Area for these resources includes the portion of central and southeast Florida proximate to the Project, including the counties through which it passes. The Project Study Area for land use includes the 50-foot wide existing track bed along the N-S Corridor plus 125 feet on either side (east and west) and a 50-foot central track bed plus 125 feet on either side (north and south) for each of the E-W Corridor alternatives.

### 4.1.1     Land Use

This section describes the methods used to evaluate existing land uses and provides an overview of the land uses and land use plans and policies within the Project Study Area.

AAF-AR0073740

### 4.1.1.1    Methodology

Florida Land Use, Cover and Forms Classification System (FLUCCS) geographic information systems (GIS) data derived from the South Florida Water Management District (SFWMD) and the St. Johns River Water Management District (SJRWMD) were the primary sources of data (SFWMD 2008; SJRWMD 2009). The land use data presented in this section include the FLUCCS category designation (with description), acreage, and aerial cover (by percent) of each mapped land use within the Project Study Area (FDOT 1999). 'Predominant' land uses are those categories of land use, as represented by mapped land use, that encompass at least 10 percent of the total aerial cover of the Project Study Area.

### 4.1.1.2    Affected Environment

This section describes the existing land uses and provides an overview of the land uses and land use plans and policies within the Project Study Area, for each segment of the Project.

**Existing Land Uses**

The MCO Segment is on GOAA property. Primary land uses include Transportation, Water, and undeveloped lands. Transportation land uses include airport infrastructure and parking lots. Existing land uses along the MCO Segment are shown in Appendix 4.1.1.

The E-W Corridor crosses Orange and Brevard Counties. The western terminus of the E-W Corridor is in the City of Orlando in Orange County, while the eastern terminus of the E-W Corridor is in the City of Cocoa in Brevard County. Land uses adjacent to the E-W Corridor within Orlando are primarily Transportation, Commercial and Services, and undeveloped lands. Land uses adjacent to the E-W Corridor within Cocoa are primarily Transportation, Low Density Residential, Commercial and Services, and undeveloped lands. The remaining areas along the E-W Corridor are primarily Transportation, Cropland and Pastureland, and undeveloped land adjacent to State Road (SR) 528. Figures 4.1.1-A2 through 4.1.1-A38 in Appendix 4.1.1 depict the existing land uses along the E-W Corridor as well as the incorporated municipal boundaries of Orlando and Cocoa.

The E-W Corridor passes through the Innovation Way Overlay Area, the unincorporated community of Wedgefield, and the Tosohatchee Wildlife Management Area (WMA). The Innovation Way Overlay Area is a designated special use area in Orange County, (Orange County Planning Division 2013). The intent of the Innovation Way Overlay Area is to promote high tech business jobs and growth, along with quality housing, new schools, parks, trails, and natural spaces. Amendment 2006-1-B-FLUE-2 also includes a multi-modal transportation plan. The unincorporated community of Wedgefield is west of the SR 520 interchange, and has a total population of 6,679 within a land area of 23.4 square miles, for a population density of approximately 285.4 persons per square mile (USCB 2012). The WMA is east of the SR 520 interchange, and is managed by the Florida Fish and Wildlife Conservation Commission (FWC). The WMA consists of 30,701 acres within the St. Johns River Watershed (FWC 2013).

AAF-AR0073741

The N-S Corridor, which is entirely a Transportation land use and within the existing FECR Corridor, crosses Brevard, Indian River, St. Lucie, Martin, and Palm Beach counties. The existing FECR Corridor within the Project Study Area is typically 100 feet wide and has had freight and/or passenger service within the corridor throughout its 100-year plus history. The FECR Corridor is largely parallel to U.S. Route 1 or Route 1A1. Land uses transition from high density, central business district urban, to medium density residential, to industrial and commercial uses, with extensive areas of vacant and/or undeveloped land along the corridor. The N-S Corridor passes through the central business districts of Melbourne, Vero Beach, Fort Pierce, Stuart, Port Salerno, and Jupiter. The predominant land uses adjacent to the N-W Corridor in each county are shown in Appendix 4.1.1 and include:

- Brevard County: Commercial and Services, Transportation, and Medium Density Residential;

- Indian River County: Commercial and Services, Industrial, and undeveloped lands;

- St. Lucie County: Low Density Residential and undeveloped lands, with some Medium Density Residential, Commercial and Services in Fort Pierce;

- Martin County: Transportation, Medium Density Residential, Commercial and Services, and undeveloped lands; and

- Palm Beach County: Transportation, Commercial and Services, and Medium Density Residential.

The N-S Corridor passes through several incorporated municipalities: Cocoa, Melbourne, Sebastian, Vero Beach, St. Lucie Village, Fort Pierce, Stuart, Jupiter, Palm Beach Gardens, Riviera Beach, and West Palm Beach. More information on these municipalities is provided in Section 4.4.1, *Communities and Demographics*. Appendix 4.1.1 depicts the existing land uses along the N-S Corridor as well as any incorporated municipal boundaries crossed by this segment.

The WPB-M Corridor crosses Palm Beach, Broward, and Miami-Dade Counties. The existing FECR Corridor within the Project Study Area is typically 100 feet wide and has had freight and/or passenger service within the corridor throughout its 100-year plus history. The existing FECR Corridor traverses established and heavily developed areas of the three counties. Land uses transition from high density, central business district urban, to medium density residential, to industrial and commercial uses. Little vacant and/or undeveloped land exists along the corridor. Established neighborhoods and communities have evolved in conjunction with the corridor due to the age of the existing corridor. The WPB-M Corridor passes through the central business districts of West Palm Beach, Fort Lauderdale, and Miami. The West Palm Beach Station area is within the designated Downtown Planned Unit Development. The Fort Lauderdale Station area is within the Regional Activity Center/West Mixed-Use Area, and the Miami Station area is currently designated as High-Density Residential area.

**Land Use Plans**

As per the Chapter 163, Part II, Florida Statutes (FS) (the Community Planning Act), local governments in the State of Florida are required to create, adopt, and maintain a comprehensive plan to guide and manage future development. Amendments to the Comprehensive Plan are typically made twice per year, and may include changes to the future land use designation of public or private properties, changes to the schedule of capital improvements necessary to support future population

AAF-AR0073742

growth, or amendments to goals, objectives, and/or policies for growth management. Private development must conform to any applicable local comprehensive plans, or elements or portions thereof (Florida Legislature 2012). Table 4.1.1-1 lists the relevant land use plans for those counties crossed by the Project.

| Table 4.1.1-1    Local Land Use Plans | | |
|---|---|---|
| Title | Last Update | Preparer |
| Growth Management Plan, City of Orlando | 2011 | City of Orlando, Planning Division |
| Orange County, Florida; Comprehensive Plan 2010-2030, Destination 2030 | 2012 | Orange County Community, Environmental, and Development Services; Planning Division |
| The 1988 Brevard County Comprehensive Plan | 2011 | Brevard County Planning and Development |
| Indian River County 2020 Comprehensive Plan | 2006 | Indian River County, Planning Division |
| St. Lucie County Comprehensive Plan | 2010 | St. Lucie County, Planning Division |
| Martin County Comprehensive Growth Management Plan | 2013 | Martin County Growth Management Department |
| Palm Beach County, 1989 Comprehensive Plan | 2013 | Palm Beach County, Planning Division |
| West Palm Beach Master Plan Update | 2009 | City of West Palm Beach |
| Fort Lauderdale Downtown Master Plan | 2007 | City of Fort Lauderdale |
| 2025 Downtown Miami Master Plan | 2009 | Miami Downtown Development Authority |

Many commenters suggested the Final Environmental Impact Statement (FEIS) should review all relevant comprehensive plans and community redevelopment plans. As the Project is a regional-scale action, the Draft Environmental Impact Statement (DEIS) primarily reviewed comprehensive plans at the county level. Since the Project would not result in substantial land use conversions in the communities it traverses (see Section 5.1.1, *Land Use*), conditions of land use consistency would not change. For that reason, the FEIS did not review land use planning documents other than those identified in Table 4.1.1.-1. The *2060 Florida Transportation Plan* (FDOT 2011d) was also reviewed for planning consistency. The 2012 *Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida* (2012 EA) reviewed land use planning consistency for the Phase I stations, which are currently under construction.

### 4.1.2    Transportation

This section provides an overview of the existing transportation infrastructure within the Project Study Area. Transportation infrastructure includes automobile, motorbus, pedestrian, train, and aviation.

#### 4.1.2.1    Rail Transportation

There are three primary north-south rail corridors in the Project Study Area. One corridor runs along the east coast of Florida between Jacksonville and Miami and is owned by FECR. According to the FECR operations data from 2012, this route consists of four flat switching yards, 72 industry turnouts, and 21 over-grade and under-grade bridges. CSX owns tracks through the center of the state between Winter

Haven and Palm Beach that connect to a third set of tracks owned by the State of Florida between Palm Beach and Miami (South Florida Rail Corridor). There is no existing rail infrastructure in the E-W Corridor.

**Existing Passenger Train Service**

The National Railroad Passenger Corporation (Amtrak) provides passenger rail service between Orlando and Miami on their Silver Star and Silver Meteor services. These services originate in New York City and operate between Orlando and Miami via CSX tracks to West Palm Beach and the South Florida Rail Corridor tracks between West Palm Beach and Miami. These services stop at ten stations including Orlando, Kissimmee, Winter Haven, West Palm Beach, and Miami. One train operates per service each day in each direction with travel times ranging from 5 hours, 45 minutes to 7 hours, 34 minutes. The average round trip cost for the service is $100.00 for one adult passenger. In 2012, ridership for the entire Silver Star service was 425,794 passengers, while ridership for the entire Silver Meteor service was 375,164 passengers. Combined ridership was 800,958 annual passengers (Brookings 2013). Figure 4.1.2-1 depicts the Amtrak service.

The South Florida Regional Transit Authority (SFRTA) serves the Project Study Area with commuter rail service between Mangonia Park in West Palm Beach and Miami (approximately 70 miles), called "Tri-Rail." Only the northernmost station, Mangonia Park, is within the Orlando to West Palm Beach study area. Tri-Rail operates on the South Florida Rail Corridor and serves 17 stations with 25 southbound (SB) and 25 northbound (NB) trains per weekday, and 15 SB/15 NB trains per weekend day. The travel time between West Palm Beach and Miami is 1 hour, 40 minutes. Tri-Rail has a zone based fare system which ranges from $2.50 to $6.90 per trip. Fare discounts are available. Average monthly ridership for 2012 ranged from less than 12,000 to over 14,000 riders, which is an increase over the previous year (SFRTA 2013b). Figure 4.1.2-2 shows the Tri-Rail service.

**Existing Freight Rail Service**

Regular freight traffic currently operates within the FECR Corridor from Jacksonville to Miami. The freight track within the FECR Corridor was evaluated from Mile Post (MP) 170 in Cocoa (Brevard County) to MP 299 in West Palm Beach (Palm Beach County). The existing freight traffic consists of an average of 14 trains per day with a low of nine daily trains on Saturday and a high of 17 daily trains Tuesday through Thursday. This includes both NB and SB trains. The average train length is 8,150 feet, which includes two locomotives and 101 cars. Regular freight traffic also operates within the CSX/South Florida Rail corridors from Orlando to Miami. Figure 4.1.2-3 shows the CSX tracks in the Project Study Area.

AAF-AR0073744



**Explanation of Features**

● Amtrak Stations

━━ Amtrak Alignment

✈ Major Airports

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

| Amtrak System |
|---|
| All Aboard Florida Intercity Passenger Rail Project |

| | U.S. Department of Transportation **Federal Railroad Administration** | 4.1.2-1 |
|---|---|---|

Affected Environment                    4-6

AAF-AR0073745



Tri-Rail System

All Aboard Florida Intercity Passenger Rail Project

Explanation of Features
- Tri-Rail
- Major Airports
- Tri-Rail Stations

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

U.S. Department of Transportation
Federal Railroad Administration

4.1.2-2

Affected Environment                    4-7

AAF-AR0073746



**Explanation of Features**

••••• CSX Alignments

✈ Major Airports

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

| CSX System | | |
| --- | --- | --- |
| All Aboard Florida Intercity Passenger Rail Project | | |
| 0    10    20 Mile | U.S. Department of Transportation Federal Railroad Administration | 4.1.2-3 |

Affected Environment                4-8

AAF-AR0073747

### 4.1.2.2    Inter-City Motorbus Service

Miami Orlando Shuttle Bus provides five bus trips daily, seven days a week between Orlando and West Palm Beach. From West Palm Beach the route follows Florida's Turnpike, passing through Fort Pierce and Kissimmee before arriving in Orlando. It takes about 4 hours and the average round trip cost for the service is $60.00 for one adult passenger (Miami Orlando Shuttle Bus 2014).

Greyhound provides passenger bus service between Orlando and West Palm Beach. The route runs four times daily from Orlando to West Palm Beach. From West Palm Beach the route follows Florida's Turnpike, passing through Fort Pierce and Kissimmee before arriving in Orlando. It takes about 4 hours one way and the average round trip cost for the service is $60.00 for one adult passenger (Greyhound 2014).

RedCoach provides passenger bus service between Orlando and West Palm Beach. The route north to south (Orlando to West Palm Beach) runs along Florida's Turnpike, passing through Fort Pierce before arriving in Orlando. The route runs four times daily on Tuesday, Wednesday, Thursday, and Saturday. This route also runs two times daily on Monday, Friday, and Sunday. The route south to north (West Palm Beach to Orlando) runs along Florida's Turnpike, passing through Fort Pierce before arriving in West Palm Beach. The route runs four times daily on Monday, Tuesday, Wednesday, and Saturday. This route also runs two times daily on Thursday, Friday, and Sunday. It takes about 3 hours one way and the average round trip cost for the service is $100.00 for one adult passenger (RedCoach USA 2014).

### 4.1.2.3    Local Transit Service

Orlando, West Palm Beach, Fort Lauderdale, and Miami all have local transit service that circulates within each jurisdiction.

LYNX is the transit operator in Orlando; it provides local, limited, and express bus service throughout Orange, Seminole, and Osceola Counties and portions of Lake, Volusia, and Polk Counties. MCO is currently served by multiple local bus routes that provide connections to Walt Disney Universal Studios, the Florida Mall, and Downtown Orlando. Local bus fare is $2.00.

Palm Tran is the primary transit operator in Palm Beach County, providing local and express bus service throughout Palm Beach County. Local bus fare is $1.50.

Broward County Transit (BCT) provides local bus service within Fort Lauderdale, and connects Broward County to multi-modal transit options in Palm Beach and Miami-Dade Counties. BCT operates 285 fixed route buses along 43 bus routes on weekdays and 28 to 30 bus routes on weekends. BCT fares range between $1.75 for regular service and $2.35 for express service. Senior, youth, disabled, and Medicare discounts are available, which reduce regular service to $0.85 and express service to $1.15. Children less than 40 inches in height ride free (Broward County Transit 2013).

Miami-Dade Transit is the transit operator in Miami-Dade County; they provide local, limited stop, and express bus and rail service throughout Miami-Dade County. The single ride fare is $2.00.

Several counties and municipalities along the N-S Corridor provide local transit services, including the Sebastian Go-Line Transit Service, Martin County's transit system, and the Treasure Coast Connector.

AAF-AR0073748

#### 4.1.2.4    Aviation System

Orlando, West Palm Beach, Fort Lauderdale, and Miami all have international airports with multiple commercial flights each day. In 2012, 96,112 daily and 35.1 million annual passengers used MCO (MCO n.d.) and 108,969 daily and 39.5 million annual passengers used Miami International Airport (MIA) (MIA 2013). There are 244 daily and 88,900 annual passengers who travel between Orlando and Miami via airplane (Louis Berger Group 2013). American Airlines, United Airlines, and Silver Airways provide air service between Orlando and Miami, Silver Airways and Spirit Airlines provide service between Orlando and Fort Lauderdale, and Silver Airways provides service between Orlando and West Palm Beach. The average flight time is 60 minutes, which does not include the time required to reach the airport, pass security, and board the aircraft. Several smaller airlines and charter services provide service between the various smaller "executive" airports in the region. In total, there are more than 30 flights per day between MCO and the West Palm Beach (PBI)/Fort Lauderdale (FLL)/Miami (MIA) Airports. There are 244 daily and 88,900 annual passengers who travel between Orlando and Miami via airplane (Louis Berger Group 2013). In 2012, 96,112 daily and 35.1 million annual passengers used MCO and 108,969 daily and 39.5 million annual passengers used MIA (MCO n.d.). By 2030, the number of passengers is expected to grow to 74 million per year, an increase of 45 percent (Louis Berger Group 2013).

Melbourne International Airport (MLB) has commercial air service (Delta, US Airways) serving Atlanta and Charlotte. St. Lucie County International Airport (FPR) currently has no scheduled air carrier service.

#### 4.1.2.5    Roadway Network

The Project Study Area includes the regional road network between Orlando and Miami, and the local road system.

**Regional Roadway Network**

The primary regional roadways between Orlando and West Palm Beach are shown in Figure 4.1.2-4 and include SR 528 (which runs east-west), Florida's Turnpike (which runs northwest-southeast) and Interstate 95 (I-95) (which runs north-south). SR 528 is a 53.5-mile partial toll road that is operated and maintained by the Central Florida Expressway Authority (CFX) from Sand Lake Road to SR 520, and by the Florida Department of Transportation (FDOT) from Interstate 4 (I-4) to Sand Lake Road and from SR 520 to its eastern terminus at SR 401. The roadway has four to six lanes in each direction. The CFX section has two toll plazas. The FDOT sections are not tolled. Florida's Turnpike is a multi-lane, limited access toll road that is operated and maintained by the Florida Turnpike Enterprise (FTE) from Wildwood to Miami. The FTE section in the Project Study Area has six toll plazas. I-95 is a multi-lane limited access interstate highway that is operated and maintained by FDOT that covers the entire length of the state of Florida.

The Level of Service (LOS) and Average Annual Daily Traffic (AADT) for the highways were determined from the FDOT District 4 and 5 Generalized Tables and the FTE (FDOT 2011a and 2011b; CFGIS 2012). Overall the LOS through the analyzed roadway corridors has reasonably stable flow, at or near free flow traffic (LOS C), which is the target for highway systems outside urbanized areas according to FDOT. There are several segments within the roadway corridors where the LOS approaches an unstable flow in traffic, LOS D, but according to FDOT LOS D is the target for highway systems inside urbanized areas. Therefore, these highways currently meet or exceed the LOS standard for state highway systems according to FDOT.

AAF-AR0073749



Regional Roadway Network

All Aboard Florida Intercity Passenger Rail Project

4.1.2-4

Data Sources: 2012 ESRI

Affected Environment                    4-11

AAF-AR0073750

The average travel time between Orlando and Miami via automobile is 4 hours via I-95 and 3 hours, 30 minutes via Florida's Turnpike. The travel time between MCO and I-95 on SR 528 is 31 minutes. Table 4.1.2-1 shows the volume and operating conditions on major area highways.

| Table 4.1.2-1 | Existing Highway Volumes and Operational Characteristics | | | |
|---|---|---|---|---|
| **Highway** | **County** | **Lanes** | **Average Annual Daily Traffic** | **Level of Service** |
| State Road 528 | Orange | 4-6 | 30,000-78,300 | B-C |
| | Brevard | 4 | 20,200-30,000 | B |
| Interstate 95 | Brevard | 4-6 | 26,500-55,000 | B-C |
| | Indian River | 4 | 38,000-41,000 | B |
| | St. Lucie | 6-8 | 35,000-67,000 | B-C |
| | Martin | 6 | 39,000-66,500 | B-C |
| | Palm Beach | 10 | 66,000-179,500 | B-D |
| Florida's Turnpike | Orange | 4 | 55,900 | C |
| | Osceola | 4 | 25,300-55,900 | B-C |
| | Indian River | 4 | 26,400 | B |
| | Okeechobee | 4 | 26,400 | B |
| | St. Lucie | 4 | 26,400-40,700 | B |
| | Martin | 4 | 35,700-40,700 | B |
| | Palm Beach | 4 | 35,700-56,300 | B-C |

Source: FDOT. 2011a. *2011 SHS LOS Maps.* Secure download from Chon Wong, District 4 Contact. Received May 2013;
FDOT. 2011b. *Florida's Turnpike AADT and LOS Request.* Email from Kim Cromartie Samson, Florida's Turnpike Enterprise to author. Received May 2013;
Central Florida Geographic Information Systems. 2012. District 5 LOS Spreadsheet for 2012. http://www.cfgis.org/FDOT-Resources/TrafficData.aspx. Accessed May 7, 2012.

**Local Roadway Network**

MCO is south of SR 528 and north of SR 417 (the Central Florida Greenway). Roadway access from the north is primarily from Jeff Fuqua Boulevard and from the south on the South Access Road (Figure 4.1.2-5). Vehicular volumes for the South Access Road (County Road [CR] 530/Boggy Creek Road) are shown in Table 4.1.2-2. Table 4.1.2-1 also includes traffic information for the access roads serving the three Phase I stations evaluated in the 2012 EA. Access to the West Palm Beach Station would be from Quadrille Street and 6th Street. Access to the Fort Lauderdale Station would be from Broward Boulevard to NE 2nd Avenue, and access to the Miami Station would be from NW 1st Avenue. Table 4.1.2-2 shows the current daily traffic volumes and LOS for these roads.

AAF-AR0073751



**Explanation of Features**

━━━ E-W Corridor

━━━ MCO Segment

🟢 Proposed Station (By Others)

Data Sources: 2012 ESRI

| Local Roadway Network at MCO |
| --- |
| All Aboard Florida Intercity Passenger Rail Project |

U.S. Department of Transportation
**Federal Railroad Administration**

4.1.2-5

Affected Environment                    4-13

**Table 4.1.2-2    Existing Traffic Volumes for Local Roadways**

| Project Element | Access Road | Segment | Average Annual Daily Traffic | Level of Service |
|---|---|---|---|---|
| Vehicle Maintenance Facility (VMF) | County Road (CR) 530/Boggy Creek Road | North of Airport Park Drive | 13,000 | E |
| VMF | CR530/Boggy Creek Road | Weatherbee to East Weatherbee | 9,300 | E |
| West Palm Beach Station | Quadrille Street | Banyan Boulevard to Flagler Memorial Bridge | 10,900 | B |
| Fort Lauderdale Station | Broward Boulevard | Avenue of the Arts to S Andrews Avenue | 50,500 | C |
| Miami Station | NW 1st Avenue | NW 2nd Ave to NW 1st Ave | 4,600 | B |

Source: City of Orlando, Planning Division. 2011. Growth Management Plan, City of Orlando: Transportation Element. http://www.cityoforlando.net/planning/cityplanning/PDFs/GMP/2012/jan/04 Transportation_GOPs_Supp_5.pdf. December 2011. Accessed August 7, 2013.

#### 4.1.2.6    At-grade Crossings

The N-S Corridor crosses 159 roadways at grade between Cocoa and West Palm Beach (AAF 2013c). A summary of the total number of public and private at-grade crossings by county, within the N-S Corridor, is provided in Table 4.1.2-3. A summary of existing freight operations is provided in Table 4.1.2-4. As shown in Table 4.1.2-4, grade crossings are typically closed for 240 seconds (4 minutes) per train, generally once per hour. Phase I of the Project crosses 183 roadways at-grade, as described in Section 3.3.1.3 of the 2012 EA.

**Table 4.1.2-3    Summary of At-grade Crossings by County Within the N-S Corridor**

| County | Length of Corridor (miles) | Number of At-grade Crossings |
|---|---|---|
| Brevard | 42 | 55 |
| Indian River | 21 | 30 |
| St. Lucie | 22 | 21 |
| Martin | 26 | 27 |
| Palm Beach | 18 | 26 |
| Totals | 87 | 159 |

Source: AAF. 2013c. FECR Grade Crossing Estimate Spreadsheet. Received via email from Alex Gonzalez on March 7, 2013.

AAF-AR0073753

**Table 4.1.2-4    Summary of Existing (2011) Freight Operating Characteristics and Average Crossing Closures within the N-S Corridor**

| County | Time to Activate and Close the Gate (sec)[1] | Avg. Train Length (ft.) | Avg. Train Speed (mph)[3] | Time to Clear (sec) | Time to Bring the Gate Back Up (sec) | Total Time to Activate and Clear (sec) | Crossings (Trains per Day) | Closure (min/day) | Maximum Crossings per Hour[2] | Maximum Delay per Hour (min)[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| Brevard | 30 | 8150 | 28.5 | 195 | 15 | 240 | 18 | 72.0 | 1 | 4.0 |
| Indian River | 30 | 8150 | 28.5 | 195 | 15 | 240 | 18 | 72.0 | 1 | 4.0 |
| St. Lucie | 30 | 8150 | 28.5 | 195 | 15 | 240 | 18 | 72.0 | 1 | 4.0 |
| Martin | 30 | 8150 | 28.5 | 195 | 15 | 240 | 18 | 72.0 | 1 | 4.0 |
| Palm Beach | 30 | 8150 | 59.4 | 94 | 15 | 139 | 18 | 41.6 | 1 | 2.3 |

Source: AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013.

1    FRA regulations require 20 seconds to activate and close the gate prior to the train entering the railroad crossing and 10 seconds to bring the gate back up. FDOT uses 30 seconds to activate and close the gate prior to the train entering the railroad crossing and 15 seconds to bring the gate back up. To account for the worst-case scenario, FDOT timings were used in this analysis.

2    Maximum crossings per hour includes north-bound and south-bound trains combined

3    2011 freight speed for Palm Beach, Martin, St. Lucie, Indian River, and Brevard Counties was obtained from Section 3.3.1.1 of the Environmental Assessment for the All Aboard Florida Passenger Rail Project – West Palm Beach to Miami, Florida, dated October 31, 2012.

4    Maximum Delay per Hour calculated as the Total Time to Activate and Clear multiplied by the Maximum Crossings per Hour.

## 4.1.3    Navigation

The United States Coast Guard (USCG) has reviewed the Project and determined that six of the proposed bridges (the new bridge across the St. Johns River parallel to SR 528, and the proposed replacement bridges across the Eau Gallie River, St. Sebastian River, Crane Creek, Turkey Creek, and the Hillsboro Canal in Broward County) will require bridge permits (USCG letter May 1, 2013, Appendix 4.1.3-A). The USCG requested that a navigation analysis of these bridges be included in the EIS (USCG letter July 24, 2013, Appendix 4.1.3-A). This detailed analysis is provided in Appendix 4.1.3-B1 and B2, *Navigation Discipline Report* and its *New River Bridge Closures* addendum.

The USCG determined (USCG letter May 1, 2013) that an additional twelve bridges that would be reconstructed as part of the Project are exempt from obtaining bridge permits. The reasons provided by the USCG for their exemption include that they are either not navigable other than by rowboats, canoes, or small motorboats and existing navigational clearances would be maintained; fall under the Coast Guard Authorization Act of 1982; or are not subject to tidal influence, not used for substantial interstate or foreign commerce, and not susceptible to such use in their natural or potentially improved condition. USCG did not make any findings concerning other fixed-span bridges where superstructure replacement would be required to accommodate the proposed second track, therefore no analyses were performed for these bridges.

At a meeting held on August 12, 2013 (see Appendix 4.3.1 for meeting notes), USCG indicated that information on the operations of all moveable bridges within the Project Study Area would be required to determine if there would be any operational effects on navigation. This FEIS evaluates Phase II of the Project, which would extend service from West Palm Beach to Orlando. Phase I of the Project, which was the subject of previous environmental review, includes the segment from West Palm Beach to Miami. As

AAF-AR0073754

shown in Figure 4.3.1-1, the St. Lucie and Loxahatchee River Bridges are within the N-S Corridor (Phase II of the Project) and the New River Bridge is within the WPB-M Corridor (Phase I of the Project, currently under construction). This FEIS includes evaluation of the New River Bridge in response to comments received on the DEIS.

This section provides a summary of existing navigational conditions for the proposed new fixed bridge over the St. Johns River and for three existing moveable bridges (Figure 4.3.1-1):

- The St. Lucie River (St. Lucie/Martin County);
- The Loxahatchee River (also known as the Jupiter River, Martin/Palm Beach County); and
- The New River in Fort Lauderdale (Broward County).

Information is also provided for five waterways that have fixed bridges that will be replaced:

- Eau Gallie River (Brevard County)
- Crane Creek (Brevard County)
- Turkey Creek (Brevard County)
- St. Sebastian River (Brevard/Indian River County)
  Hillsboro Canal (Palm Beach/Broward County).

### 4.1.3.1    Methodology

This section describes the methods used to evaluate existing vessel traffic at the three moveable bridges and to evaluate existing economic conditions associated with the maritime industry at these locations.

This study considers data presented in previous traffic studies performed by others, and includes detailed analyses and simulation modeling results based on current and future freight train operations, proposed passenger rail, and recent boat traffic surveys. These studies and analyses included:

- Literature reviews of vessel traffic studies conducted at each bridge;
- Summaries of 2014 vessel traffic surveys gathered through video assessments;
- Summaries of bridge closure data;
- A detailed analysis of the existing vessel traffic and bridge schedules;
- Results from a discrete-event simulation model of vessel traffic.

**Vessel Traffic**

Vessel traffic on the New River, Loxahatchee River, and St. Lucie River were characterized based on a traffic survey and video survey conducted in winter 2014 and updated based on information provided by local authorities for the St. Lucie and Loxahatchee rivers.

AAF-AR0073755



| Movable Bridges | | |
| --- | --- | --- |
| All Aboard Florida Intercity Passenger Rail Project | | |
| N ▲  0  10  20 Miles | U.S. Department of Transportation **Federal Railroad Administration** | 4.1.3-1 |

Path: F:\FEC\FEC\_GDB\MXDEIS\AAF Project Area Movable Bridges.mxd

**Explanation of Features**

● Movable Bridges
▬ N-S Corridor
▬ WPB-M Corridor

AAF-AR0073756

As described in the 2014 Navigation Discipline Report (Appendix 4.1.3-B1), winter 2014 video recordings from cameras located at FECR's bridges at the St. Lucie River, Loxahatchee River, and New River were provided by FECR. In response to public comments, videos from the summer season were obtained and boat count data were incorporated into a revised analysis (Appendix 4.1.3-B2). The winter videos contain approximately two to three weeks of data and the summer videos contain approximately two to three months of data. These data were used to quantify the number and types of recognizable vessels that pass under the bridges under existing conditions. Summer boat count data were not available for the New River Bridge so boat counts were estimated based on the summer season at the other two bridges and based on available winter data (AMEC Foster Wheeler 2015). The raw data collected during the winter includes the number and size of commercial and recreational vessels that pass under the bridges. The summer data includes the number of vessels but does not identify commercial and recreational vessels. These data were summarized and organized to show differences and patterns between and within weekdays, weekends, and different times of the day (AMEC 2014a; AMEC Foster Wheeler 2015).

**Bridge Operations**

Video recordings provided by FECR were used to collect bridge operation data for FECR's bridges at Loxahatchee River and St. Lucie River. The time of day when the bridge initially begins to close was recorded, and train schedule times were recorded relative to this initial closure time.

Existing bridge operations data for the New River Bridge could not be collected from the video provided by FECR. The location of the camera did not provide a line of sight on the bridge itself. Instead, information on current bridge operations and vessel traffic at the New River Bridge was gathered through monitoring of live video feed available at this location: http://www.microseven.com/tv/livevideo-esplanade.html. This effort was conducted for five days during the winter season for vessel traffic, including weekdays and one full weekend. Live video feed data collection included vessel direction (heading east or west), vessel type (commercial or recreational), vessel size, bridge operations (closing times, the time the train arrives, and time it clears the bridge), as well as pictures of the vessels crossing (AMEC 2014a). Bridge operations for existing (2013) conditions are provided in Section 5.1.3.

### 4.1.3.2    Existing Navigation Conditions

This section describes the nine waterways and the existing (2013) navigation conditions and operations at each waterway.

**St. Johns River**

The St. Johns River at SR 528 is a non-tidal navigable waterway approximately 280 feet wide, and is a shallow meandering river without a designated channel. The SR 528 bridges (the eastbound and west-bound lanes are on separate parallel bridges) are supported on concrete pilings, including one set of pilings in the center of the river. These bridges provide approximately 16 feet of vertical clearance over the river. The St. Johns River receives minimal boat traffic, almost solely from recreational use and airboat tours. There are no existing public boat ramps with access to the river at the SR 528 crossing. The closest public boat ramps with direct access to the river are 6 miles north at the SR 50 bridge and approximately 6 miles south at the SR 520 bridge.

AAF-AR0073757

*All Aboard Florida*                              *Final Environmental Impact Statement and Section 4(f) Determination*

## St. Lucie River

The St. Lucie River is a tidal waterway located in St. Lucie and Martin Counties, with the railway bridge located in Martin County. The St. Lucie River Bridge is located about 5.9 miles from the St. Lucie River's inlet and is between the U.S. A1A (Dixie Highway) bridge (a drawbridge with an approximately 100-foot opening) and the U.S. 1 bridge, a fixed-span structure. The railroad bridge is a low single-track, concrete-piling supported structure with a drawbridge. This operable bridge has a vertical clearance of 7 feet and a horizontal clearance of 40 feet. Although this bridge remains open to the waterway to allow a continuous flow of vessel traffic, it closes an average of 10 times daily to accommodate freight rail service. While closed, most vessels (with the exception of small recreational vessels less than 16 feet size class) are unable to pass through the bridge, and queue while waiting for the bridge to re-open (AMEC 2014a). The bridge is approximately 8.2 miles above the outlet of the river at Sawfish Point and the inlet to the Indian River Lagoon. Immediately upriver from the bridge is the confluence of the North and South Forks of the St. Lucie River and the County Line Canal.

The primary bridges crossing the St. Lucie River, within the constraints of waterfront development, include three operable bridges and ten stationary bridges. Operable bridges include the St Lucie River Bridge and the Dixie Highway Bridge, located at the confluence, approximately 5.92 miles and 5.97 miles from the St. Lucie River inlet, respectively and a railroad bridge located in the South Fork at the Okeechobee Waterway.

The St. Lucie River system is an active recreational boating area, primarily servicing smaller recreational vessels. However, because it is part of the Okeechobee Waterway, the St. Lucie River also supports commercial boating including barge traffic. The St. Lucie River going inbound, or up river, has a broad river channel at its confluence with the Indian River Lagoon, which provides mariners with access to the Atlantic Ocean and the Intracoastal Waterway. From the St. Lucie Bridge, the St. Lucie River travels inland southwestward to South Fork where it enters the St. Lucie Canal (Okeechobee Waterway) and continues generally west southwestward to Port Mayaca where the canal enters Lake Okeechobee. The Okeechobee Waterway provides a route across the state of Florida from the St. Lucie River to Punta Rassa, approximately 90 miles south of the entrance to Tampa Bay on Florida's west coast. Public and private marine facilities are concentrated in the eastern portions of the river and include seven marinas and four boat ramps. There are numerous marinas downriver (in Stuart and Port Salerno) as well as upriver immediately above the bridge. There are 15 public and private marinas on the St. Lucie River. The number of slips at these marinas ranges from eight to nearly 200, with 439 total slips and an average of approximately 35 slips per marina. Marinas occur throughout the St. Lucie River but many are concentrated near the St. Lucie River Bridge (AMEC 2014a).

The drawbridge is currently kept in the open condition and lowered for freight train passage, in accordance with USCG Drawbridge Operation Regulations at 33 CFR 111.317(c). Freight trains at the St. Lucie River Bridge average 32 mph. Under existing conditions, an average of 14 freight trains cross the St. Lucie River Bridge per day with an average closure time of 21 minutes. The average of the total weekday closure time is 241 minutes (4.01 hours) per day and the average of the total weekend closure time is 165 minutes (2.74 hours) per day (AMEC 2014a).

The vessel traffic data in the winter show an average of 102 vessel crossings per day (Min=28; Max=263) from Monday to Friday, compared to about 315 vessels (Min=157; Max=413) per day on a weekend.

Affected Environment                              4-19

Sundays had the most vessel activity, with a range of 296 to 395 vessel counts (AMEC 2014a). Based on information provided by St. Lucie County, the vessel traffic data in the summer are higher than the vessel traffic data in the winter, 28 percent higher on weekdays, 62 percent higher on Saturdays, and 64 percent higher on Sundays (AMEC Foster Wheeler 2015).

As shown in Table 4.1.3-1, in winter the average count of commercial vessels per day ranged from 2 to 21, with an average of 7 vessels and 12 vessels passing through the St. Lucie Bridge on weekdays and weekends respectively. The average count of recreational vessels per day ranged from 26 to 406. Table 4.1.3-2 shows the boat count volume increases from winter to summer 2014. In the peak summer season, the average weekday boat count was 140, which increased to 454 on Saturdays and 563 on Sundays.

**Table 4.1.3-1    Daily Vessel Traffic at the St. Lucie, Loxahatchee, and New River Bridges, January 2014[1]**

|  | St. Lucie River | Loxahatchee River | New River |
|---|---|---|---|
| *Recreational Vessels* |  |  |  |
| Minimum | 26 | 5 | 64 |
| Maximum | 406 | 500 | 356 |
| Average | 117 | 148 | 166 |
| *Commercial Vessels* |  |  |  |
| Minimum | 2 | 0 | 29 |
| Maximum | 21 | 14 | 59 |
| Average | 4 | 9 | 49 |
| *Total Vessels* |  |  |  |
| Minimum | 28 | 5 | 99 |
| Maximum | 413 | 502 | 508 |
| Average | 121 | 157 | 215 |

Source:   AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida*. July 2014.
1          Vessel traffic was assessed during January daylight hours, from 6:00 AM to 6:30 PM

**Table 4.1.3-2    Boat Count Increases (Winter to Summer 2014)**

|  | St. Lucie River | Loxahatchee River | New River[1] |
|---|---|---|---|
| Weekdays (Monday through Friday) | 28% | 58% | 58% |
| Saturdays | 62% | 151% | 151% |
| Sundays | 64% | 84% | 84% |

Source:   AMEC Foster Wheeler. 2015. *Rail/Marine Traffic Simulation Using Summer Boat Traffic Data for the AAF Passenger Rail Project from Orlando to Miami, Florida*. January 2015.
1          Summer boat count data were not available for the New River Bridge. To approximate summer traffic at the New River, winter boat counts were escalated based on the increases observed at the Loxahatchee River Bridge. Between the two other bridge locations, the Loxahatchee River Bridge represents the more conservative approach.

AAF-AR0073759

**Loxahatchee River (Jupiter River)**

The Loxahatchee River is a tidal waterway located in Martin and Palm Beach Counties, with the railway bridge located in Palm Beach County. The river has three main forks that flow to the central embayment area before heading out the Jupiter Inlet (AMEC 2014a). The waterway is popular for recreational boating and related activities such as fishing. According to FWC, in 2012, there were 15,702 registered vessels in Martin County and 38,363 registered vessels in Palm Beach County (FWC 2012b). The primary bridges crossing the Loxahatchee River include two operable bridges and three stationary bridges. Operable bridges include the U.S. 1 Jupiter Federal Bridge and the Loxahatchee River Bridge located at the confluence, 0.9 miles and 1.3 miles from the Jupiter Inlet, respectively. Stationary bridges include the Route A1A Bridge, the Tequesta Drive Bridge, and the Loxahatchee River Road Bridge (AMEC 2014a).

The Loxahatchee River Bridge is immediately adjacent to the Intracoastal Waterway (Hobe Sound to the north, Lake Worth Creek to the south) and is about 1.3 miles west of the Jupiter Inlet (AMEC 2014a). The railroad bridge was constructed for two tracks, although only one track is currently maintained. The concrete-pile supported structure is an approximately 600-foot long structure with a drawbridge. The bridge has a vertical clearance of 4 feet and a horizontal clearance of 40 feet (AMEC 2014a). The bridge is parallel to the U.S. 1 Bridge, a fixed-span structure.

The Loxahatchee River supports a marine industry that primarily services smaller recreational vessels. There are hundreds of private docks upriver from the bridge along the Loxahatchee River and the C-18 Canal. Downriver, along the Intracoastal Waterway and Jupiter Inlet, there are numerous private docks and several marinas. Public and private marine facilities are concentrated in the eastern portions of the river and include seven marinas and four boat ramps, all of which are located within Palm Beach County. The number of slips at these marinas ranges from 30 to 130, with 534 total slips and an average of approximately 72 slips per marina. Marinas on the Loxahatchee River comprise less than one fourth of all marinas in Palm Beach County. The largest concentration of marinas on the Loxahatchee River is located along the Jupiter Inlet east of the Loxahatchee River Bridge, while the majority of the marinas in Palm Beach County are located along the Intracoastal Waterway. No waterfront hotels or restaurants that cater specifically to mariners are located on the Loxahatchee River (AMEC 2014a).

With the exception of a commercial area and marine facilities near Jupiter Inlet, waterfront development is predominantly private residences, which provide approximately 135 private slips and 1,061 private docks. While the Loxahatchee River is located in both Martin and Palm Beach counties, waterfront development and marine facilities are overwhelmingly concentrated in Palm Beach County. This is largely due to the Wild and Scenic River designation that applies to the Loxahatchee River for most of its reach in Martin County. The Wild and Scenic River segment is four miles upriver from the bridge, as discussed in Section 4.3.2. The Loxahatchee River is used for recreational boating and as a travel corridor to and from residences to access the Atlantic Ocean via the Jupiter Inlet and the Intracoastal Waterway. Wild and Scenic River designated portions of the Loxahatchee River are accessible to smaller vessels only, and is a destination for wildlife viewing (AMEC 2014a).

The drawbridge is currently kept in the open condition and lowered for freight train passage in accordance with USCG Drawbridge Operation Regulations at 33 CFR 111.299. Freight trains at the Loxahatchee River Bridge average 33 mph. Under 2013 conditions, an average of 14 freight trains cross the bridge per day. The RTC model shows a total of 10 bridge closures per day with an average closure

AAF-AR0073760

time of 19 minutes. The average of total weekday closure time is 214 minutes (3.57 hours) per day and the average of the total weekend closure time is 156 minutes (2.6 hours) per day (AMEC 2014a).

The vessel traffic data in the winter show an average of 108 vessels per day (Min=5; Max=335) from Monday to Friday, compared to about 271 vessels (Min=119; Max=502) per day on a weekend. As shown in Table 4.1.3-2, the average count of commercial vessels per day ranged from zero to 14 and the average count of recreational vessels per day ranged from five to 500. Both commercial and recreational vessel passage increased on weekend days. High vessel activity was observed during four different weekday holidays (around New Years and Presidents day) with vessel counts in the range of 200 to 335. When vessel traffic data from holidays are not included in the average vessel count for the weekdays, this average value drops to an average of 65 vessels per day. Sundays had the highest vessel activity, with exception of the holidays, with a range of 119 to 502 vessel counts. The average vessel count for Monday appears high, but these results include data from January 20, 2014, which was a holiday, and thus represents an unusual vessel count for Mondays as compared with data from Monday January 27, 2014 (AMEC 2014a). As shown in Table 4.1.3-2, the vessel traffic data in the summer are higher than the vessel traffic data in the winter: 58 percent higher on weekdays, 151 percent higher on Saturdays, and 84 percent higher on Sundays (AMEC Foster Wheeler 2015). In the peak summer season, the average weekday boat count was 182, which increased to 564 on Saturdays and 582 on Sundays.

**New River**

The New River originates in the Everglades and flows east to the Atlantic Ocean, entirely within Broward County. The New River is an extensive branched tidal waterway in Fort Lauderdale, which discharges to the ocean at Port Everglades. The waterway travels from the Intracoastal Waterway east to the west past residences and through the Central Business District of the City of Fort Lauderdale. West of the Central Business District, the river splits into North and South forks. The North Fork of the New River is a shallow meandering tributary, bordered primarily by residences with private docks. The South Fork is a wider, deeper tributary, which supports larger vessels and is bordered by residences and commercial marine industries. Most marinas at the South Fork are located approximately 2.5 to 3.5 miles from the New River Bridge, and numerous boat yards extend to approximately 6.8 miles from the New River Bridge (AMEC 2014a).

The New River has a robust waterfront industry, with vessel traffic utilizing a broad array of public and private marine facilities including 12 marinas and four boat ramps; there are also four boat/yacht clubs, two waterfront restaurants, and two waterfront hotels that cater to mariners. The marinas range in scale from five slips to more than 190 slips, with an average of approximately 42 slips per marina. Marinas on the New River comprise approximately one third of all marinas in Broward County. The largest concentration of marinas is located on the South Fork of the New River approximately two miles west of New River Bridge (AMEC 2014a). The majority of Fort Lauderdale's recreational boating industry (repair facilities, boatyards, boat sales, equipment sales) are also west of the bridge. Residential and commercial development occurs along the navigable extent of the New River, which provides approximately 280 private slips and 3,750 private docks. Hundreds of private docks, with boats up to 100 feet long, are also upriver of the bridge. According to a Broward County vessel traffic study (Mote Marine Laboratory 2005), recreational boating represents an estimated $8.8 billion segment of the local economy. In addition to private recreational boats, the New River is also used by commercial sightseeing vessels.

AAF-AR0073761

The New River going inbound (or up river) starts at river markers five and six. The river is approximately 450 feet wide through marker 11 where the river makes an "S" turn to marker 12, known as the Tarpon Bend. Beyond marker 12 and into the Central Business District, the river is on average less than 150 feet wide, but can be as little as 100 feet wide at some narrower turns. This section of the river can be too narrow for larger vessels, which can include yachts up to 140 feet in length. Towboats are often utilized to tow 100-foot yachts and larger vessels up and down the New River to and from several large boat yards that cater to yachts (e.g., Lauderdale Marine Center). All of the commercial vessels; such as the tour boats, tow boats and fuel barge boats; as well as bridges (including the FECR New River Bridge), monitor very high frequency (VHF) channel 9.

The New River Bridge is located approximately 4 miles west of the New River's inlet. The FECR railroad bridge, a 2-track bascule bridge, crosses the waterway west of St. Andrews Avenue. The river at this location is approximately 135 feet wide. The bridge has a vertical clearance of four feet and a horizontal clearance of 60 feet (AMEC 2014a). The bridge is currently kept in the open position and lowered for freight train passage in accordance with USCG Drawbridge Operation Regulations for the St. Lucie and Loxahatchee (Jupiter) Rivers. Although there are no specific regulations for the New River Bridge, regulations for the New River state:

> "The draw of the Andrews Avenue bridge, mile 2.3 at Fort Lauderdale, shall open on signal; except that, from 7:30 a.m. to 9 a.m. and 4:30 p.m. to 6 p.m., Monday through Friday, except Federal holidays, the draw need not open. The draw need not open for inbound vessels when the draw of the Florida East Coast Railroad bridge, mile 2.5 at Fort Lauderdale is in the closed position for the passage of a train. Public vessels of the United States, tugs with tows, and vessels in distress shall be passed at any time." (33 CFR 117.313(b))

A bridge operation survey performed through observations of live feed shows that the New River Bridge is closed on average 19 minutes per closure.

Based on the January 2014 FECR video, an average of 157 vessel crossings occurred at the New River Bridge (Min=99; Max=289) on a daily basis (6:00 AM to 6:30 PM) from Monday through Friday compared to an average of 356 vessels (Min=262; Max=508) per day on a weekend day. As shown in Table 4.1.3-2, the average count of commercial vessels per day ranged from 29 to 59 and the average count of recreational vessels per day ranged from 64 to 356. There was an increase in recreational vessel traffic by approximately 64 percent during the weekend; an increase in commercial crossings during the weekend was not observed during this two-week assessment. Both Sundays observed during this two week video assessment (January 19 and January 26) had the most vessel activity, with a total 304 and 508 vessel counts from 6:00 AM to 6:30 PM, respectively. Wednesdays and Thursdays reported the lowest vessel activity with an average of 114 and 136 vessel counts, respectively. The average vessel count for Monday is likely higher than normal since it includes data from January 20, 2014, which was a holiday (AMEC 2014a).

The average vessel count observed during the February 2014 New River live feed observations was lower than values obtained from the January 2014 New River Bridge video assessment (Table 4.1.3-2). However, the density of traffic was similar throughout the week, with lower vessel traffic on Thursdays and an increase in vessel traffic over the weekend. A higher traffic of recreational vessels was observed

AAF-AR0073762

compared to commercial vessels. Most commercial vessel trips account for those made by taxi boats, the Jungle Queen, a sightseeing riverboat cruise, and towing services (AMEC 2014a). As discussed in the Methodology section, summer vessel traffic data were not available and summer volumes were estimated based on the percent increases documented for the St. Lucie and Loxahatchee Rivers. As shown in Table 4.1.3-2, the estimated vessel traffic data in the summer are higher than the vessel traffic data in the winter, with 58 percent higher on weekdays, 151 percent higher on Saturdays, and 84 percent higher on Sundays (AMEC Foster Wheeler 2015). In the peak summer season, the estimated average weekday boat count was 248, which increased to 760 on Saturdays and 745 on Sundays.

**Eau Gallie River**

The Eau Gallie River is a tidal river, tributary to Indian River, in Eau Gallie, Brevard County. The fixed FECR railroad bridge crosses the waterway immediately west of Harbor City Boulevard. The river at this location is approximately 575 feet wide. The multiple-span bridge provides a vertical clearance at mean high water of 11.3 feet, with a 48-foot horizontal clearance. Boating activities are concentrated on the east side of the bridge, with two major marinas between the bridge and the Indian River Lagoon (AMEC 2013d). Boat traffic under the Eau Gallie River Bridge is limited to small open fishing boats or personal watercraft with a maximum 10-foot height.

**Crane Creek**

Crane Creek is a tidal waterway in Melbourne, Brevard County, tributary to Indian River. The FECR railroad bridge crosses the waterway immediately west of the U.S. 1 (Dixie Highway) bridge. The river at this location is approximately 650 feet wide. The multiple span bridge provides a vertical clearance of approximately 15 feet, with a 48-foot horizontal clearance. Boat traffic is limited as capacity is restricted by an approximately 4-foot water depth under the center of the bridge (AMEC 2013d). There are no commercial marinas or docking facilities upriver of the bridge, and few private docks with small shallow-draft boats.

**Turkey Creek**

Turkey Creek is a tidal waterway in Palm Bay, Brevard County, tributary to Indian River. The FECR railroad bridge crosses the waterway immediately west of the U.S. 1 (Dixie Highway) bridge. The creek at this location is approximately 180 feet wide. The multiple span bridge provides a vertical clearance of approximately 11 feet, with a 54-foot horizontal clearance. The waterway is used by small pontoon boats and personal watercraft (AMEC 2013d). There are no commercial marinas or docking facilities upriver of the bridge, and few private docks with small shallow-draft boats.

**St. Sebastian River**

The St. Sebastian River is a tidal waterway on the border between Brevard and Indian River Counties. The FECR railroad bridge crosses the waterway 1.25 miles upriver of the U.S. 1 (Dixie Highway) bridge. The river at this location is approximately 1,624 feet wide. The multiple span bridge provides a vertical clearance of approximately 13 feet and a 48-foot horizontal clearance. Boating activity is primarily east

AAF-AR0073763

of the bridge (AMEC 2013d). The waterway is used by small boats and personal watercraft. There are no commercial marinas or docking facilities upriver of the bridge and few private docks.

**Hillsboro Canal**

The Hillsboro Canal is a tidal waterway on the border between Palm Beach and Broward Counties. The FECR railroad bridge crosses the waterway immediately west of the SR 811 (Dixie Highway) bridge. The waterway at this location is approximately 207 feet wide. The multiple span bridge provides a vertical clearance of approximately 9 feet with a 28-foot horizontal clearance. Boating activity is primarily east of the bridge, and there are no commercial marinas west of the bridge (AMEC 2013d). A marine business that provides dry storage is located west of the FECR bridge. Boats at the private docks west of the bridge are primarily small powerboats less than 30 feet long.

## 4.2        Physical Environment

This section provides information on the physical environment in the Project Study Area, with respect to air quality, noise and vibration, farmland soils, hazardous materials and solid waste, and coastal zone management. The Project Study Area for these resources includes the portion of central and southeast Florida proximate to the Project, including the counties through which it passes.

### 4.2.1        Air Quality

This section provides the baseline regional air quality conditions within the Project Study Area. The air quality provisions that are applicable to the Project include the 1990 Clean Air Act Amendments (CAAA) (42 USC § 7401, et. seq.), and the National Environmental Policy Act (NEPA) requirements as specified in the CEQ's Regulations for Implementing the National Environmental Policy Act (40 CFR parts 1500-1508) (U.S. Environmental Protection Agency 2008a; CEQ 2005a).

The CAAA requires the U.S. Environmental Protection Agency (EPA) to set National Ambient Air Quality Standards (NAAQS) (40 CFR part 50) for six "criteria" pollutants considered harmful to public health and the environment (EPA 2012b). The NAAQS identify two types of air quality standards: primary and secondary. Primary standards provide public health protection, including protecting the health of "sensitive" populations, such as asthmatics, children, and the elderly. Secondary standards provide public welfare protection, including protection against decreased visibility and damage to animals, crops, vegetation, and buildings.

Air quality in a given location is determined by the concentration of various pollutants in the atmosphere. The NAAQS are established by the EPA for criteria pollutants, including: ozone ($O_3$), carbon monoxide (CO), nitrogen dioxide ($NO_2$), sulfur dioxide ($SO_2$), particulate matter equal to or less than 10 microns in diameter ($PM_{10}$) and 2.5 microns in diameter ($PM_{2.5}$), and lead (Pb) (40 CFR Part 50). NAAQS represent maximum levels of background pollution that are considered safe, with an adequate margin of safety, to protect public health and welfare. Transportation sources, particularly motor vehicles, are the primary source of CO, $NO_2$, and volatile organic compounds (VOCs). The State of Florida ambient air quality standards are the same as the NAAQS (EPA 2012b). The NAAQS are presented in Table 4.2.1-1.

AAF-AR0073764

**Table 4.2.1-1    National Ambient Air Quality Standards**

| Pollutant | Primary/Secondary | Averaging Time | Level | Form |
|---|---|---|---|---|
| Carbon Monoxide | Primary | 8-hour | 9 ppm | Not to be exceeded more than once per year. |
| | Primary | 1-hour | 35 ppm | |
| Lead | Primary and secondary | Rolling 3 month average | 0.15/m[3, 1] | Not to be exceeded. |
| Nitrogen Dioxide | Primary | 1-hour | 100 ppb | 98th percentile, averaged over 3 years. |
| | Primary and secondary | Annual | 53 ppb [2] | Annual Mean. |
| Ozone | Primary and secondary | 8-hour | 0.075 ppm [2] | Annual fourth-highest daily maximum 8-hour concentration, averaged over 3 years. |
| Particle Pollution | PM$_{2.5}$ Primary | Annual | 12 µg/m$^3$ | Annual mean, averaged over 3 years. |
| | PM$_{2.5}$ Secondary | Annual | 15 µg/m$^3$ | Annual mean, averaged over 3 years. |
| | PM$_{2.5}$ Primary and secondary | 24-hour | 35 µg/m$^3$ | 98th percentile, averaged over 3 years. |
| | PM$_{10}$ Primary and secondary | 24-hour | 150 µg/m$^3$ | Not to be exceeded more than once per year on average over 3 years. |
| Sulfur Dioxide | Primary | 1-hour | 75 ppb [4] | 99th percentile of 1-hour daily maximum concentrations, averaged over 3 years. |
| | Secondary | 3-hour | 0.5 ppm | Not to be exceeded more than once per year. |

Source:  EPA. 2013. National Ambient Air Quality Standards (NAAQS). http://www.epa.gov/ttn/naaqs/. June 11, 2013. Accessed September 27, 2013.

ppm        parts per million
ppb        parts per billion
µm/m3      micrometers per cubic meter

1        Final rule signed October 15, 2008. The 1978 lead standard (1.5 µg/m3 as a quarterly average) remains in effect until one year after an area is designated for the 2008 standard, except that in areas designated nonattainment for the 1978, the 1978 standard remains in effect until implementation plans to attain or maintain the 2008 standard are approved.

2        The official level of the annual NO2 standard is 0.053 ppm, equal to 53 ppb, which is shown here for the purpose of clearer comparison to the 1-hour standard.

3        Final rule signed March 12, 2008. The 1997 ozone standard (0.08 ppm, annual fourth-highest daily maximum 8-hour concentration, averaged over 3 years) and related implementation rules remain in place. In 1997, EPA revoked the 1-hour ozone standard (0.12 ppm, not to be exceeded more than once per year) in all areas, although some areas have continued obligations under that standard ("anti-backsliding"). The 1-hour ozone standard is attained when the expected number of days per calendar year with maximum hourly average concentrations above 0.12 ppm is less than or equal to 1.

4        Final rule signed June 2, 2010. The 1971 annual and 24-hour SO2 standards were revoked in that same rulemaking. However, these standards remain in effect until one year after an area is designated for the 2010 standard, except in areas designated nonattainment for the 1971 standards, where the 1971 standards remain in effect until implementation plans to attain or maintain the 2010 standard are approved.

AAF-AR0073765

The CAAA resulted in states being divided into attainment and non-attainment areas with classifications based upon the severity of their air quality problem. A non-attainment area is an area that has had measured pollutant levels that exceed the NAAQS and that has not been designated to attainment. The CAAA established emission reduction requirements that vary by an area's classification. The attainment status of each of the pollutants of concern is discussed below.

All six counties within the Project Study Area for the MCO Segment, E-W Corridor, and N-S Corridor are designated as attainment areas for all criteria pollutants. In addition, the three counties within the WPB-M Corridor (Palm Beach, Broward, and Miami-Dade) are designated as attainment for all criteria pollutants. The following sections describe these criteria pollutants and report air quality monitoring data that further characterize the existing air quality conditions within the Project Study Area.

**Criteria Pollutants**

Air quality is affected by stationary sources (industrial development) and mobile sources (motor vehicles). Air quality at a given location is a function of several factors, including the quantity and type of pollutants emitted locally and regionally, and the dispersion rates of pollutants in the region. Primary factors affecting pollutant dispersion are wind speed and direction, atmospheric stability, temperature, the presence or absence of inversions, and topography. Transportation sources, particularly motor vehicles, are the primary source of CO, oxides of nitrogen (NOx), and VOCs. In the presence of heat and sunlight, NOx and VOCs chemically react to form $O_3$. $NO_2$ is one of a group of highly reactive gasses known as NOx. PM and $SO_2$ are primarily emitted from stationary sources that burn fossil fuels, such as power plants (FRA and FDOT 2010).

Air pollution is of concern because of its demonstrated impacts on human health. Of special concern are the respiratory effects of these criteria pollutants and their potential toxic effects, as described below.

**Ozone ($O_3$):** Ozone (also known as smog) is a strong oxidizer and an irritant that affects the lung tissues and respiratory functions. Exposure to $O_3$ can impair the ability to perform physical exercise; can result in symptoms such as tightness in the chest, coughing, and wheezing; and can ultimately result in asthma, bronchitis, and emphysema. The majority of ground-level $O_3$ is formed as a result of complex photochemical reactions in the atmosphere involving VOCs, NOx, and high temperatures. The State of Florida is in attainment for $O_3$.

**Carbon Monoxide (CO):** CO is a colorless, odorless, poisonous gas produced by incomplete burning of carbon in fuel. The health threat from CO is most severe for those who suffer from cardiovascular disease, particularly those with angina and peripheral vascular disease. All six counties within the Project Study Area are designated as attainment areas for CO.

**Nitrogen Dioxide ($NO_2$):** $NO_2$ is a highly reactive gas that can irritate the lungs, cause bronchitis and pneumonia, and lower resistance to respiratory infections. Repeated exposure to high concentrations of $NO_2$ may cause acute respiratory disease in children. Because $NO_2$ is an important precursor in the formation of $O_3$, control of $NO_2$ emissions is an important component of overall pollution reduction strategies. The two primary sources of $NO_2$ in the U.S. are fuel combustion and transportation. All six counties within the Project Study Area are designated as attainment areas for $NO_2$.

AAF-AR0073766

**Sulfur Dioxide (SO$_2$):** SO$_2$ is emitted primarily from stationary source coal and oil combustion, steel mills, refineries, pulp and paper mills, and non-ferrous smelters. High concentrations of SO$_2$ may aggravate existing respiratory and cardiovascular disease; asthmatics and those with emphysema or bronchitis are the most sensitive to SO$_2$ exposure. SO$_2$ also contributes to acid rain, which can lead to the acidification of lakes and streams and damage vegetation. All six counties within the Project Study Area are designated as attainment areas for SO$_2$.

**Particulate Matter (PM$_{10}$ and PM$_{2.5}$):** PM is a mixture of tiny particles that vary greatly in shape, size, and chemical composition; their composition may include metals, soot, soil, and dust. PM$_{10}$ includes larger, coarse particles, whereas PM$_{2.5}$ includes smaller, fine particles. Sources of coarse particles include crushing or grinding operations, and dust from paved or unpaved roads. Sources of fine particles include all types of combustion activities (motor vehicles, power plants, wood burning) and certain industrial processes. Exposure to PM$_{10}$ and PM$_{2.5}$ levels exceeding current standards can result in increased lung- and heart-related respiratory illness. The EPA has concluded that finer particles are more likely to contribute to health problems than those greater than 10 microns in diameter. All six counties within the Project Study Area are designated as attainment areas for PM$_{10}$ and PM$_{2.5}$.

**Airborne Lead (Pb):** Airborne Pb can be inhaled directly or ingested indirectly by consuming lead contaminated food, water, or non-food materials such as dust or soil. Fetuses, infants, and children are most sensitive to Pb exposure. Pb has been identified as a factor in high blood pressure and heart disease. Exposure to Pb has declined dramatically in the last 10 years as a result of the reduction of Pb in gasoline and paint, and the elimination of Pb from soldered cans. All six counties within the Project Study Area are designated as attainment areas for Pb.

**Greenhouse Gases:** Greenhouse gases include water vapor, CO$_2$, CH$_4$ (methane), N$_2$O (nitrous oxide), ground-level O$_3$, and fluorinated gases such as chlorofluorocarbons and hydrochlorofluorocarbons. These gases trap heat in the atmosphere and regulate the Earth's temperature. Global climate change is a transformation in the average weather of the Earth, which is measured by changes in temperature, wind patterns, and precipitation. Scientific consensus has identified human-related emission of greenhouse gases above natural levels as a significant contributor to global climate change (NCADAC 2013).

### Air Quality Monitoring

Air quality monitoring in Florida is managed by the Florida Department of Environmental Protection (FDEP), which publishes statewide air quality and permitting regulations. The FDEP divides the state's counties into six districts based on their geography within the state. Air quality monitoring data from FDEP's Florida's Air Quality System (FLAQS) rates air quality conditions using an air quality index (AQI) (FDEP 2013b). The AQI utilizes a numerical scale that indicates the degree of air pollution. The qualitative descriptors of the FLAQS AQI include: Good, Moderate, Unhealthy for Sensitive Groups, Unhealthy, Very Unhealthy, and Hazardous. The FLAQS reported yearly AQI data, from 2005 to 2007, for monitored pollutants in Orange, Brevard, St. Lucie, and Palm Beach Counties (FDEP 2013b). FLAQS yearly AQI data for monitored pollutants in Indian River and Martin Counties, for this same monitoring period, were not available.

AAF-AR0073767

**Table 4.2.1-2    Existing Air Quality Conditions: Comparison to Federal and State Air Quality Standards**

| | | Pollutant | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Carbon Monoxide (ppm) | | Lead (μm/m²) | | Nitrogen Dioxide (ppb) | | Ozone (ppb) | | PM$_{10}$ (μm/m³) | PM$_{2.5}$ (μm/m³) | | Sulfur Dioxide (ppb) | |
| Averaging Time | | 8-hr | 1-hr | Qtrly | 3-mo | Annual | 1-hr | 1-hr | 8-hr | 24-hr | Annual | 24-hr | 3-hr | 1-hr |
| Florida standard | | 9 | 35 | 1.5 | 0.15 | 50 | -- | 120 | -- | 150 | -- | -- | 500 | -- |
| NAAQS | | 9 | 35 | 1.5 | 0.15 | 53 | 100 | -- | 75 | 150 | 15 | 35 | -- | 75 |
| Highest averaging time reading | Orange | 2 | 15 | -- | -- | 5 | 37 | 93 | 79 | 39 | 9.8 | 31 | 4 | 7 |
| | Brevard | -- | -- | -- | -- | -- | -- | 83 | 72 | 23 | 7.6 | 24 | 4 | 7 |
| | St. Lucie | -- | -- | -- | -- | -- | -- | 78 | 70 | -- | -- | -- | -- | -- |
| | Martin | -- | -- | -- | -- | -- | -- | 74 | 70 | -- | 9.1 | 30 | -- | -- |
| | Palm Beach | -- | -- | -- | -- | 4 | 49 | 81 | 66 | 50 | -- | -- | 4 | 5 |

Source: FDEP. 2011. *Air Monitoring Report*. http://www.dep.state.fl.us/air/air_quality/techrpt/amr11.pdf. Accessed August 9, 2013.
Notes:    ppm = parts per million
μm/m3 = micrometers per cubic meter
ppb = parts per billion
-- = Monitoring Data not available

Existing air quality is monitored throughout the State of Florida. Table 4.2.1-2 compares the highest 24-hour readings and the annual averages recorded in 2011, where available, to the federal and state air quality standards by county for all counties within the Project Study Area.

The MCO Segment is in Orange County, which is located within the Central Florida Interstate Air Quality Control Region (AQCR). The Central Florida Interstate AQCR is designated as an attainment area for all NAAQS pollutants (EPA 2012a). For Orange County and the group of monitored pollutants of CO, NO$_2$, SO$_2$, O$_3$, PM$_{10}$, and PM$_{2.5}$, an AQI descriptor of Good was reported for 73 to 81 percent of the days through the 3-year monitoring period (FDEP 2013b). An AQI descriptor of Moderate was reported for 17 to 25 percent of the days through the same monitoring period. AQI descriptors of Unhealthy for Sensitive Groups and Unhealthy were reported for 2 percent and less than 1 percent, respectively, of the days within this period.

The E-W Corridor crosses both Brevard and Orange Counties. Like Orange County, Brevard County is also within the Central Florida Intrastate AQCR. The annual data available indicated that for Brevard County and the group of monitored pollutants of O$_3$, PM$_{10}$, and PM$_{2.5}$, an AQI descriptor of Good was reported for 83 to 91 percent of the days through the 3-year monitoring period. An AQI descriptor of Moderate was reported for 9 to 16 percent of the days through the same monitoring period. AQI descriptors of Unhealthy for Sensitive Groups and Unhealthy were reported for 1 percent and less than 1 percent, respectively, of the days within this period.

AAF-AR0073768

The N-S Corridor crosses portions of five counties: Brevard, Indian River, St. Lucie, Martin, and Palm Beach Counties. As previously stated, Brevard County is located within the Central Florida Intrastate AQCR. Indian River, St. Lucie, Martin, and Palm Beach Counties are located within the Southeast Florida Intrastate AQCR. Like the Central Florida Intrastate AQCR, the Southeast Florida Intrastate AQCR is also designated as an attainment area for all NAAQS pollutants (EPA 2012a). The annual data available indicated that:

- For St. Lucie County and the group of monitored pollutants of $NO_2$, $O_3$, and $PM_{2.5}$, an AQI descriptor of Good was reported for 84 to 91 percent of the days through the 3-year monitoring period. An AQI descriptor of Moderate was reported for 9 to 16 percent of the days through the same monitoring period. An AQI descriptor of Unhealthy for Sensitive Groups was reported for less than 1 percent of the days within this period.

- For Palm Beach County and the group of monitored pollutants of CO, $NO_2$, $SO_2$, $O_3$, $PM_{10}$, and $PM_{2.5}$, an AQI descriptor of Good was reported for 84 to 90 percent of the days through the 3-year monitoring period. An AQI descriptor of Moderate was reported for 10 to 15 percent of the days through the same monitoring period. An AQI descriptor of Unhealthy for Sensitive Groups was reported for less than 1 percent of the days within this period.

The primary type of emissions contributing to air pollution in the Project Study Area is mobile source emissions from combustion engines such as automobiles. Table 4.2.1-3 shows existing mobile source emissions for 2008, the most recent year available, for the Phase II Project area.

**Table 4.2.1-3   2008 Baseline Mobile Source Emissions Inventories**

| County | CO Tons per Year | CO Tons per Day | $SO_x$ Tons per Year | $SO_x$ Tons per Day | $NO_x$ Tons per Year | $NO_x$ Tons per Day | $PM_{10}$ Tons per Year | $PM_{10}$ Tons per Day | VOC Tons per Year | VOC Tons per Day |
|---|---|---|---|---|---|---|---|---|---|---|
| Brevard | 121,189 | 332 | 2,850 | 8.0 | 17,819 | 48.9 | 1,050 | 2.8 | 5,732 | 15.7 |
| Indian River | 29,870 | 82 | 49 | 0.1 | 3,521 | 9.6 | 212 | 0.6 | 3,480 | 9.5 |
| St. Lucie | 49,265 | 135 | 111 | 0.3 | 6,107 | 16.7 | 316 | 0.9 | 5,645 | 15.5 |
| Martin | 48,055 | 132 | 244 | 0.7 | 5,831 | 16.0 | 350 | 1.0 | 6,198 | 17.0 |
| Palm Beach | 234,409 | 642 | 832 | 2.3 | 26,636 | 73.0 | 1,554 | 4.3 | 25,221 | 69.1 |

Source: EPA. 2008c. The National Emissions Inventory. http://www.epa.gov/ttn/chief/net/2008inventory.html. Accessed October 14, 2013.

## 4.2.2   Noise and Vibration

This section presents background on fundamentals and metrics used to describe noise and vibration, an inventory of noise- and vibration-sensitive land use in the Project Study Area, and characterizes existing noise and vibration conditions.

Noise and vibration are assessed according to guidelines specified in the Federal Railroad Administration's (FRA) *High-Speed Ground Transportation Noise and Vibration Impact Assessment* guidance manual, the Federal Transit Administration's (FTA) *Noise and Vibration Impact Assessment*

AAF-AR0073769

guidance manual, and the Federal Highway Administration (FHWA) guidelines as defined for Florida application by FDOT for traffic operations (FRA 2012a; FTA 2006; FDOT 2011c).

### 4.2.2.1    Noise

Noise is defined as unwanted sound or, more specifically, a sound that is undesirable because it interferes with communication or is annoying (EPA 1976). Human response to noise can vary according to the type and characteristics of the noise source, the distance between the noise source and the receptor, the sensitivity of the receptor, and the time of day.

Due to the wide range of sound levels that commonly exist in the environment, sound is expressed in decibels (dB), a unit of measure based on a logarithmic scale. A 10-dB increase in noise level corresponds to a doubling in perceived loudness. Sound levels are typically measured and reported according to the A-weighted decibel (dBA), which relates to the human response to sound at different frequencies. The frequency of sound is measured in terms of Hertz (Hz). Humans can normally detect sounds ranging from about 20 to 15,000 Hz. "A-weighting" adjusts the sound level at different frequencies to approximate the human ear's sensitivity because sounds are not heard equally well. Humans are most sensitive to frequencies in the 1,000 to 4,000 Hz range. A-weighted sound levels are commonly used in measurement of community environmental noise. Unless otherwise noted, all decibel measurements presented in this noise analysis are dBA. Figure 4.2.2-1 provides examples of the maximum noise levels of individual events from activities that result in varying degrees of sound levels in dBA, though it does not include all train operating conditions.

Environmental noise fluctuates over time, so noise levels over a stated period of time (1 hour) are commonly represented by the "equivalent sound level," $L_{eq}$. The "day-night average" sound level ($L_{dn}$) is a noise metric that represents the equivalent sound energy over a 24-hour period, with a 10-dB penalty added to noise events occurring between 10:00 PM and 7:00 AM. This penalty is intended to compensate for generally lower background noise levels at night and the additional annoyance of nighttime noise events. $L_{dn}$ takes into account how loud noise events are, how long they last, how often they occur, and whether they occur during the day or night.

AAF-AR0073770



**Figure 4.2.2-1  Sound Levels of Typical Noise Sources and Noise Environments**

Source: Federal Transit Administration. 2006. Transit Noise and Vibration Impact Assessment. USDOT Report Number FTA-VA-90-1003-06, May 2006.

**Methodology**

The Project Study Area for noise extends approximately 2,500 feet from the rail corridor and the Project Study Area for vibration extends approximately 600 feet. These study areas include all land uses that are sensitive to noise or vibration ("sensitive receptors").

As shown in Table 4.2.2-1, FRA and FTA guidelines separate noise-sensitive land uses into three categories based on sensitivity. Category 1 land uses include areas where quiet is an essential element in their intended purpose, such as land set aside for serenity and quiet, outdoor amphitheaters, concert pavilions, recording studios, concert halls, and National Historic Landmarks with significant outdoor use. Buildings where nighttime sensitivity to noise is important are defined as Category 2, and include homes, hospitals, and hotels. The noise metric used for Category 2 land uses is Ldn, which describes the average

AAF-AR0073771

24-hour noise environment with emphasis given to noise generated during nighttime hours (10:00 PM to 7:00 AM). Category 3 land uses include institutional facilities that are used primarily during daytime and evening hours, such as schools, libraries, theaters, places of worship, and certain historical sites and parks. The noise metric used for Category 1 and 3 land uses is the loudest-hour $L_{eq}$ which occurs during the times that the location is being used (such as during school hours).

**Table 4.2.2-1    Land Use Categories and Metrics for Transit Noise**

| Land Use Category | Noise Metric (dBA) | Description of Land Use Category |
|---|---|---|
| 1 | Outdoor Leq(h)[1] | A tract of land where quiet is an essential element in their intended purpose. This category includes lands set aside for serenity and quiet, and such land uses as outdoor amphitheaters and concert pavilions, as well as National Historic Landmarks with significant outdoor use. Also included are recording studios and concert halls. |
| 2 | Outdoor Ldn | Residences and buildings where people normally sleep. This category includes homes, hospitals, and hotels where a nighttime sensitivity to noise is assumed to be of utmost importance. |
| 3 | Outdoor Leq(h)[1] | Institutional land uses with primarily daytime and evening use. This category includes schools, libraries, theaters, and churches where it is important to avoid interference with such activities as speech, meditation, and concentration on reading material. Places for meditation or study associated with cemeteries, monuments, museums, campgrounds and recreational facilities can also be considered to be in this category. Certain historical sites, parks, campgrounds, and recreational facilities are also included. |

Source: Federal Transit Administration. 2006. *Transit Noise and Vibration Impact Assessment*. USDOT Report Number FTA-VA-90-1003-06, May 2006.
[1]      Leq for the noisiest hour of transit-related activity during hours of noise sensitivity

Existing noise conditions have been determined at a range of distances from existing and future noise sources and grouped in sections with similar conditions. Noise levels from fixed-guideway transit sources, highway transit sources, and general ambient sources were modeled to characterize existing noise conditions in the study area. Both highways and rail lines are considered to be linear noise sources. As the distance from the linear sources decreases the noise level decreases until eventually existing noise is dominated instead by other general noise sources. For this assessment, sections of the study area have been grouped based on:

- Proximity to rail or roadway noise sources;

- Existing and proposed train operations;

- Proximity to railroad crossings where horn noise is present; and

- Whether the proposed rail line would be at-grade or on an elevated structure.

Along the E-W Corridor, existing noise conditions are generally dominated by roadway traffic. Along the N-S Corridor, existing noise conditions are generally dominated by freight rail operations. Existing noise conditions along the N-S Corridor have been modeled based on existing FECR freight operations in Brevard, Indian River, St. Lucie, Martin, and Palm Beach Counties. Reference noise levels from the FTA Manual have been used for modeling existing freight train operations including locomotives, rail cars, crossing signals,

and warning horns. Daily train operations were obtained from AAF as well as the FRA Crossing Inventory (FRA n.d.). Based on existing conditions, freight trains are on average 8,150 feet in length, and consist of two locomotives (89 feet each) and 101 rail cars (79 feet each). Approximately half of the freight operations occur at night (10:00 PM to 7:00 AM) and half during the day (7:00 AM to 10:00 PM) (FRA n.d.). Daily operations frequency and average speed is summarized in Table 4.2.2-2. For the average speeds provided, an 8,150-foot train results in a noise exposure duration ranging from 1.7 to 2.1 minutes per event for any given receiver along the corridor.

| Table 4.2.2-2 | Existing Rail Operations (2011) by County (N-S Corridor) | | | | | | |
|---|---|---|---|---|---|---|---|
| County | Speed (mph) | Total Daily Trains | Daily Trains/Hour | Total Trains in Day (7:00 AM to 10:00 PM)[1] | Day Trains/Hour | Total Trains in Night (10:00 PM to 7:00 AM)[1] | Night Trains/Hour |
| Brevard (NS) | 53.8 | 18 | 0.75 | 9 | 0.6 | 9 | 1.00 |
| Indian River | 54.2 | 18 | 0.75 | 9 | 0.6 | 9 | 1.00 |
| St. Lucie | 47.8 | 18 | 0.75 | 9 | 0.6 | 9 | 1.00 |
| Martin | 44.4 | 18 | 0.75 | 9 | 0.6 | 9 | 1.00 |
| Palm Beach | 54.3 | 18 | 0.75 | 9 | 0.6 | 9 | 1.00 |

Source: AMEC. 2013c. Technical Memorandum No. 5, Noise and Vibration for the All Aboard Florida Passenger Rail Project from Orlando to Miami, Florida. July 2013.

Existing noise exposure at highway-rail grade crossings along the N-S Corridor have been calculated separately from mainline segments. Noise within ¼-mile of crossings has been modeled based on reference levels for locomotive horns and crossing bells. The existing noise levels at distances farther than 50 feet have been modeled based on the general approach that sound from a linear noise source decreases by 4.5 dB per doubling of distance. The attenuation of sound from intervening building structures has also been considered. In characterizing existing and future noise conditions, the population density has been used to determine whether there would be intervening buildings and how much attenuation those buildings would provide.

**Affected Environment**

Existing noise conditions along the MCO Segment are dominated by aircraft operations at MCO, and are within the airport's 65 dB DNL contour for aviation noise (GOAA 2009).

Along the E-W Corridor, noise from SR 528 is the dominant existing noise source. Noise levels were estimated using FRA guidelines for interstate highways, which are based on data from the FHWA highway traffic noise model (Barry and Regan 1978). Table 4.2.2-3 provides the estimated noise levels, in relation to distance from the source. This table shows that existing noise levels range from 50 to 75 Ldn depending on proximity to the highway.

AAF-AR0073773

**Table 4.2.2-3    Existing Noise Conditions from Roads (E-W Corridor)**

| Distance From Interstate Highways (feet)[1],[2] | Existing Noise Exposure ($L_{dn}$) |
|---|---|
| 10-49 | 75 |
| 50-99 | 70 |
| 100-199 | 65 |
| 200-399 | 60 |
| 400-799 | 55 |
| 800 and up | 50 |

Source:  Federal Transit Administration. 2006. Transit Noise and Vibration Impact Assessment. USDOT Report Number FTA-VA-90-1003-06, May 2006.
[1]    Distances do not include shielding from intervening rows of buildings.
[2]    Roadways with four or more lanes that permit trucks, with traffic at 60 mph.

In areas away from major roads or railroad lines, ambient noise is typically dominated by local streets and community activities. According to the EPA, ambient noise in these areas can be related to population density (EPA 1974). Estimates of population density within the Project Study Area were made using census block data from the 2010 U.S. Census. The number of census blocks per population density category and ambient noise level per county is presented in Table 4.2.2-4.

**Table 4.2.2-4    Number of Census Blocks per Population Density and Ambient Noise Level**

| Population Density (people per sq. mile) | Existing Noise Exposure ($L_{dn}$) | Orange | Brevard | Indian River | St. Lucie | Martin | Palm Beach |
|---|---|---|---|---|---|---|---|
| <1000 | 35 to 45 | 6 | 34 | 16 | 10 | 10 | 2 |
| 1000 – 3000 | 50 | 2 | 18 | 17 | 1 | 11 | 21 |
| 3000 – 10000 | 55 | 0 | 8 | 2 | 0 | 9 | 24 |
| 10000 – 30000 | 60 | 0 | 0 | 0 | 0 | 0 | 1 |
| >30000 | 65 | 0 | 0 | 0 | 0 | 0 | 0 |

Source:  Federal Transit Administration. 2006. *Transit Noise and Vibration Impact Assessment*. USDOT Report Number FTA-VA-90-1003-06, May 2006; USCB. 2010a. *Census 2010*. http://factfinder2.census.gov/. Accessed September 13, 2013.

Table 4.2.2-5 presents a summary of the existing noise conditions at a distance of 50 feet from the N-S Corridor. This table shows that existing noise conditions range from 74 to 82 $L_{dn}$ at a distance of 50 feet from the railroad.

Phase I (the WPB-M Corridor), as described in Section 3.1.7.2 of the 2012 EA, is within a highly developed urban region with high ambient noise levels because of its proximity to central business districts, highways, and the existing freight operations. Because there is an existing freight rail line and substantial highway traffic, the existing noise levels were calculated based on the FTA Guidance Manual. Section 3.1.7.2 of the 2012 EA states that the existing freight trains generate noise levels of 67 dBA Ldn at 50 feet from the tracks. Warning horn noise is 74 dBA Ldn at 50 feet, within ¼ mile of each at-grade crossing. Warning horns are the dominant noise sources near grade crossings.

AAF-AR0073774

**Table 4.2.2-5    Existing Noise Conditions from Train Operations (N-S Corridor)**

| County | Track Condition | Noise at 50 Feet | | |
| --- | --- | --- | --- | --- |
| | | $L_{eq}$ (day) | $L_{eq}$ (night) | $L_{dn}$ |
| Brevard | Mainline | 66.4 | 68.6 | 74.7 |
| | Crossing | 73.9 | 76.1 | 82.3 |
| Indian River | Mainline | 66.4 | 68.6 | 74.8 |
| | Crossing | 73.9 | 76.1 | 82.3 |
| St. Lucie | Mainline | 65.6 | 67.8 | 74.0 |
| | Crossing | 73.8 | 76.0 | 82.1 |
| Martin | Mainline | 65.1 | 67.4 | 73.5 |
| | Crossing | 73.7 | 75.9 | 82.1 |
| Palm Beach | Mainline | 66.4 | 68.7 | 74.8 |
| | Crossing | 73.9 | 76.1 | 82.3 |

Source: AMEC. 2013c. Technical Memorandum No. 5, Noise and Vibration for the All Aboard Florida Passenger Rail Project from Orlando to Miami, Florida. July 2013. Report.

## 4.2.2.2    Vibration

Vibration is the oscillating motion of a structure or material that can result in perceptible movement of building floors, rattling of windows, shaking of items on shelves, and rumbling sounds. Vibration may be described in terms of the acceleration, velocity, or displacement that occurs during the oscillatory motion (FTA 2006). For describing the human response to vibration, the vibration velocity expressed in decibels (VdB) with a reference value of one micro-inch per second is used. The vibration levels that commonly exist in the environment range from approximately 40 to 100 VdB. At low amplitude, vibration may interfere with sensitive equipment. At higher amplitude, vibration may be perceptible to humans and cause annoyance. At very high amplitude, vibration can cause damage to susceptible buildings. Figure 4.2.2-2 presents typical levels of ground-borne vibration.

Vibration that propagates into buildings can cause the floors, walls, and ceilings of a room to radiate sound called ground-borne noise (GBN). GBN normally is characterized as a low-frequency 'rumbling' sound. GBN is often not a concern for at-grade transit sources and buildings with windows and doors exposed to the transit sources because the contribution of noise from airborne paths can be more significant than the contribution of GBN.

AAF-AR0073775



\* *RMS Vibration Velocity Level in VdB relative to $10^{-6}$ inches/second*

**Figure 4.2.2-2   Typical Levels of Ground-Borne Vibration**

Source: Federal Transit Administration. 2006. Transit Noise and Vibration Impact Assessment. USDOT Report Number FTA-VA-90-1003-06, May 2006.

Figure 4.2.2-3 depicts the basic concept of ground-borne vibration and GBN for a rail system. When train wheels roll on rails, the forces between the wheels and the rails generate vibration that is transmitted through the rails, rail bed, and soils into building structures. How efficiently vibration propagates into adjacent buildings is dependent upon the operating conditions and type of train, the track design, the geologic characteristics of the surrounding soil, and the construction of the building.

AAF-AR0073776



**Figure 4.2.2-3    Propagation of Ground-Borne Vibration and Ground-Borne Noise into Buildings**

Source: Federal Transit Administration. 2006. *Transit Noise and Vibration Impact Assessment*. USDOT Report Number FTA-VA-90-1003-06, May 2006.

## Methodology

Similar to noise, FRA and FTA separate vibration-sensitive land use into three categories based on the sensitivity to vibration (FTA 2006). Vibration Category 1 – High Sensitivity include those buildings where vibration would interfere with operations within the building, including levels that may be well below those associated with human annoyance. Examples of Category 1 buildings are vibration-sensitive research and manufacturing, hospitals with vibration-sensitive equipment, and university research operations (concert halls and other special-use facilities are covered under a special designation). The vibration limits associated with these buildings are based on acceptable vibration for moderately vibration-sensitive equipment with vibration isolation systems. Vibration Category 2 – Residential covers all residential land uses and any buildings where people sleep, such as hotels and hospitals. Vibration Category 3 – Institutional includes land uses that do not have vibration-sensitive equipment, but still have the potential for activity interference, such as schools, churches, and quiet offices.

There are also buildings that can be very sensitive to vibration and noise but do not fit into any of the three categories such as concert halls, TV and recording studios, and theaters. These buildings have their own impact criteria and are treated separately from the categories described above.

AAF-AR0073777

Existing vibration levels were based on FTA generalized curves for ground-borne vibration versus distance from the track (see Figure 4.2.2-4), providing an estimate of existing vibration levels from freight trains and rubber-tired vehicles such as buses and trucks. These general curves estimate ground vibration outside buildings and do not take into account effects from different soil types or building construction.

**Affected Environment**

Existing vibration conditions in the study area are dominated by vehicular sources on the E-W Corridor (primarily SR 528) and by existing freight operations on the N-S Corridor and on the WPB-Miami Corridor. The FTA generalized vibration curves, presented in Figure 4.2.2-4, show that the existing vibration level from a freight train at 50 mph is estimated to be 84 VdB at 50 feet. A rubber-tired vehicle traveling at 30 mph, such as a bus or truck, generates substantially less vibration with an estimated level of 63 VdB.



**Figure 4.2.2-4   Generalized Vibration Curves for Trains and Rubber-Tired Vehicles**

## 4.2.3      Farmland Soils

The Farmland Protection Policy Act (FPPA) limits the conversion of significant agricultural lands to non-agricultural uses as a result of federal actions (7 USC § 4201, et seq.). The determination of whether or not farmlands are subject to FPPA requirements is based on soil type; the land does not have to be actively used for agriculture. The FPPA regulates four types of farmland soils:

- Prime Farmland;
- Unique Farmland;
- Farmland of Statewide Importance; and
- Farmland of Local Importance.

Farmland subject to FPPA requirements can be pastureland, forested, or other land types, but not open water or developed urban or transportation areas.

Prime farmland is defined by the U.S. Department of Agriculture's (USDA) Natural Resources Conservation Service (NRCS) as "land that has the best combination of physical and chemical characteristics" for agriculture. This includes land with these characteristics used for livestock or timber production but not land that is already urbanized or used for water storage. Unique farmland is defined as "land other than prime farmland that is used for production of specific high-value food and fiber crops," with such crops defined by the Secretary of Agriculture. Farmland of statewide or local importance is farmland other than prime or unique farmland that "is used for the production of food, feed, fiber, forage or oilseed crops" (USDA 2012).

### 4.2.3.1      Methodology

Farmlands with any level of designation by the NRCS were identified and mapped relative to the Project (Figure 4.2.3-1) (USDA 2013).

### 4.2.3.2      Affected Environment

The most recent farmland soils inventory for Florida, completed in 2002, identified 1,041,600 acres of prime farmland. Between 2002 and 2007 approximately 8,100 acres of this prime rural land was converted to developed land (Farmland Information Center 2014).

### MCO Segment

All lands within the MCO Segment have been developed or are utilized for nonagricultural purposes. No prime farmland or unique farmland is present.

AAF-AR0073779



**Explanantion of Features**

MCO Segment    Farmland Soils

E-W Corridor

N-S Corridor

WPB-M Corridor

Data Sources: ESRI Bing Maps 2012 Imagery, FEMA 2012, FRA 2012, AMEC 2013

| Farmland Soils |
|---|
| All Aboard Florida Intercity Passenger Rail Project |

N   0   5   10 Miles

U.S. Department of Transportation **Federal Railroad Administration**    4.2.3-1

Path: F:\FEC\FECI_GDB\MXD\EIS\Location Map of Farmland Soils2.mxd

Affected Environment      4-41

AAF-AR0073780

**East-West Corridor**

The E-W Corridor is within Orange and Brevard Counties, and crosses areas that contain citrus, forage, and vegetable agricultural operations. Table 4.2.3-1 indicates the active farmland located within the E-W Corridor. Prime farmland soils are located along the E-W Corridor in the vicinity of I-95 and between I-95 and the FECR Corridor. A total of 19.3 acres of farmland is within the Alternative A corridor and 31.8 acres of unique farmland is located within the Alternatives C and E corridors.

| Table 4.2.3-1 | Prime and Unique Farmland Soils within the E-W Corridor | | |
|---|---|---|---|
| **Farmland Characteristics** | **Alternative A** | **Alternative C** | **Alternative E** |
| Total Acres Within Corridor | 260.9 | 434.8 | 431.6 |
| Total Acres of Prime and Unique Farmland Soils | 19.3 | 31.8 | 31.8 |
| Percentage of Farmland in County within Corridor | <0.1% | <0.1% | <0.1% |

Source: AAF and Natural Resources Conservation Service (NRCS). 2013. *Farmland Conversion Impact Rating for Corridor Type Projects.* June 7, 2013. Report.

**North-South Corridor**

The N-S Corridor is located entirely within the existing FECR Corridor, which is developed for rail infrastructure and does not contain prime farmland, unique farmland, or farmland of statewide or local importance.

**West Palm Beach-Miami Corridor**

The WPB-M Corridor is located entirely within the existing FECR Corridor, which is developed for rail infrastructure and does not contain prime farmland, unique farmland, or farmland of statewide or local importance

## 4.2.4    Hazardous Materials and Solid Waste Disposal

This section describes potential and confirmed sources of subsurface contamination and/or waste materials within the Project Study Area.

### 4.2.4.1    Methodology

A contamination screening evaluation was performed in general accordance with Part 2, Chapter 22 of the FDOT *Project Development and Environment (PD&E) Guidelines Manual,* and included a records search and review of historical aerials (FDOT 2008). Field reconnaissance was also conducted for sites rated medium- and high-risk (as defined by the *PD&E Guidelines Manual*) in close proximity to the Project Study Area. The purpose of the survey was to identify areas along the proposed corridor where contamination of soil and/or groundwater by petroleum or hazardous materials has occurred,

AAF-AR0073781

where contamination of these same materials may exist, and where the potential for contamination exists due to past and present land use.

**Evaluation Rating**

Risk ratings were assigned to every contamination site identified in reports prepared by Environmental Data Management, Inc (EDM). Sites were identified as "No," "Low," "Medium," or "High" risk indicating the degree for potential contamination related impacts to the Project. Risk ratings were assigned according to the following criteria as outlined in the FDOT PD&E Guidelines:

- **No -** A review of information in the EDM report finds there is nothing to indicate contamination would be a problem. It is possible that contaminants were handled on the property; however, all information indicates that contamination problems should not be expected. An example of an operation that may receive this rating is a wholesale or retail outlet that handles hazardous materials in sealed containers that are never opened while at this facility, such as cans of spray paint at a "drug store."

- **Low -** The former or current operation has a hazardous waste generator identification number, or deals with hazardous materials; however, based on information available in the EDM report, there is no reason to believe there would be any involvement with contamination in relation to the Project. This is the lowest possible rating a gasoline station operating within current regulations can receive. This rating could also apply to a retail store that blends paint.

- **Medium** - Indications of, known soil and/or water contamination however available documentation indicates that the problem does not need remediation, is being remediated (air stripping of the groundwater, etc.), or that continued monitoring is required. This rating expresses the degree of concern for potential contamination problems. Known problems may not necessarily present a high cause for concern if corrective actions are either underway or complete. The actions may not have an adverse impact on the Project.

- **High -** Potential for contamination. Properties previously used as gasoline stations and which have not been evaluated or assessed would probably receive this rating.

**Records Search**

The records search conducted for this evaluation included review of regulatory agencies' enforcement and permitting records database information for the Project Study Area prepared by EDM, and supplemental records searches for select sites through the FDEP online database Document Management System "OCULUS." EDM's search reviewed and summarized numerous databases that are generally consistent with American Society of Testing and Materials (ASTM) 1527-05 *Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process.*

The EDM records search radius was established at a one-quarter-mile width to encompass all alternative alignments under consideration. In addition, the detailed screening area was set at 500 feet from the approximately centerline of the proposed E-W Corridor alternatives and the boundary of the MCO Segment to provide coverage of the alternatives.

AAF-AR0073782

For the N-S Corridor, the Project will remain within the existing FECR Corridor and no land acquisition will be required. EDM performed a one-eighth-mile wide records search for this portion of the Project. EDM database search results for all sites included within this search radius were reviewed and rated as part of this evaluation. A buffer of 200 feet on each side of the N-S Corridor centerline defined the detailed screening area.

A historical file and record review through the FDEP online database Document Management System "OCULUS" was also conducted to further assess if environmental consequences have been recorded on select sites. Individual sites were selected for additional research based on risk rating, to supplement information presented in the EDM data report and/or due to the proximity of the site to the Project. All sites ranked "High" and "Medium" (as defined below) and located within the detailed screening areas of 500 feet for the E-W Corridor and the MCO Segment, and 200 feet for the N-S Corridor were further researched on OCULUS.

**Historical Aerial Photography Review**

Historical aerial images of the Project Study Area and adjacent properties were reviewed to identify potentially contaminated sites that may not be listed in the databases reviewed in the records search. Historical aerials are useful in identifying dump sites, landfills, junk yards, disturbed vegetation, and other uncharacteristic land uses.

***East-West Corridor***

For each aerial image available along the E-W Corridor, an area within approximately 500 feet of the alternative alignments was examined. The aerial images were reviewed to identify previously existing land uses or conditions that were not identified during the records search and could indicate potentially contaminated sites.

***North-South Corridor***

The review of environmental documents included the *Final Contamination Screening Evaluation Report, FECR Amtrak Passenger Rail Study* (Amtrak EA) (FRA and FDOT 2010). The Amtrak EA included a review of historical aerials along the FECR Corridor that included the proposed N-S Corridor for the Project. No historical concerns were identified within the report. Therefore, the study for this EIS focused on records research and field reconnaissance.

**Field Reconnaissance**

From July 8 through 12, 2013, AAF conducted field reconnaissance on properties adjacent to the E-W Corridor and the N-S Corridor. The purpose of the field reconnaissance was to visually assess sites in close proximity to the Project Study Area and identify sites that, based on the records search and field observation, could potentially impact the human environment (if not mitigated during construction) due to the presence of contaminated soil, groundwater, or other materials.

AAF-AR0073783

The EDM report for the GOAA property, through which the MCO Segment passes, identified 161 records for potentially contaminated sites. A majority of the records were related to minor releases associated with fueling activities at the airport. Since site location data presented in the EDM data report was not detailed enough to identify the specific locations of the releases on the property, and site access is limited within the active airport, GOAA personnel were contacted to ascertain information regarding potentially contaminated sites within the MCO Segment.

Along the E-W Corridor, five high-risk and one medium-risk rated sites within approximately 500 feet of the corridor were visited.

Along the N-S Corridor, 215 high-risk and 48 medium-risk rated sites adjacent to the corridor were inspected. The site inspections focused primarily on sites within approximately 200 feet of the corridor centerline or 150 feet from the FECR ROW. However, several sites outside the 200-foot detailed survey boundary were visited. Field inspections included a walk-through of each site, looking for indications of possible soil contamination, stressed or dead vegetation, or refuse that may indicate the presence of pollutants, toxic, or hazardous materials.

### 4.2.4.2    Affected Environment

The following sections provide an overview of the existing conditions and land use within the Project Study Area, as it relates to evaluation of potentially contaminated sites. Land use maps are provided in Appendix 4.1.1.

A total of 1,365 potentially contaminated sites were identified within the evaluation area. Table 4.2.4-1 summarizes the number of sites evaluated and the risk ratings for each site.

| Table 4.2.4-1 | Summary of Risk Ratings for Potentially Contaminated Sites | | | | | | |
|---|---|---|---|---|---|---|---|
| | MCO Segment (Number) | | E-W Corridor (Number) | | N-S Corridor (Number) | | WPB-M Corridor) (Number) |
| Risk Rating | Less than 500 ft. | Greater than 500 ft. | Less than 500 ft. | Greater than 500 ft. | Less than 200 ft. | Greater than 200 ft. | Less than 150 ft. |
| High | 1 | 43 | 3 | 3 | 101 | 237 | 14 |
| Medium | 1 | 3 | 0 | 2 | 23 | 56 | 13 |
| Low | 14 | 38 | 4 | 4 | 114 | 314 | 199 |
| No | 11 | 50 | 9 | 6 | 99 | 202 | 0 |
| Total | 27 | 134 | 16 | 15 | 337 | 809 | 226 |

Appendix 4.2.4 includes a summary table of all potentially contaminated sites evaluated and risk ratings, aerial figures illustrating the location of all potentially contaminated sites, detailed site descriptions for sites that were researched through the FDEP OCULUS database and/or included in the field reconnaissance effort and copies of the EDM database reports for the Project Study Area.

AAF-AR0073784

**MCO Segment**

The MCO Segment enters the GOAA property from the north and extends to the south, between the existing terminals. The proposed VMF is planned for an undeveloped portion of land within the southern portion of the MCO property. As shown in Table 4.2.4-1, 27 potentially contaminated sites occur within 500 feet of the MCO Segment.

**East-West Corridor**

Historical aerial images were reviewed for the entire approximately 35-mile E-W Corridor. However, features of interest were only identified along approximately 26 miles of the SR 528 corridor west of the St. Johns River. Fifteen features of interest from historical aerial images were identified. Of the 15 features of interest identified, only one was noted as warranting further investigation due to potential mining or forestry activities observed in a 1970 image. As shown in Table 4.2.4-1, 16 potentially contaminated sites occur within 500 feet of the E-W Corridor. As discussed in Section 4.4.4, *Public Health and Safety*, The E-W Corridor will bisect the Formerly Used Defense Sites (FUDS) Pinecastle Jeep Range. The former range is a 12,483-acre site located near Orlando International Airport.

**North-South Corridor**

The N-S Corridor is an approximately 100-foot wide existing active railroad. Freight and/or passenger service has used this alignment throughout its 100-year plus history. The N-S Corridor extends from Cocoa to West Palm Beach, Florida and traverses established and heavily developed areas. Neighborhoods and communities have evolved in conjunction with the rail line. Surrounding land uses include undeveloped, residential, commercial, and light industrial properties. As shown in Table 4.2.4-1, 337 potentially contaminated sites occur within 200 feet of the N-S Corridor.

**West Palm Beach-Miami Corridor**

The Project Study Area traverses established and heavily developed areas of Palm Beach, Broward, and Miami-Dade Counties, and the potential presence of contaminated sites was previously evaluated in Section 3.3.6 of the 2012 EA. Land uses transition from central business district urban, to medium density residential, to industrial and commercial uses. Little vacant and/or undeveloped land exists along the corridor. Due to the age of the existing corridor, established neighborhoods and communities have evolved in conjunction with the corridor.

## 4.2.5    Coastal Zone Management

The Coastal Zone Management Act (CZMA), 16 USC § 1451, et seq., was passed in 1972 as guidance for the management of coastal resources. As part of the CZMA, Congress provided coastal states with incentives to encourage the development and implementation of comprehensive coastal management programs to balance resource protection with economic growth and development within the coastal zone.

AAF-AR0073785

The CZMA requires states to consider areas within the coastal zone that may warrant special consideration due to their environmental, cultural, economic, or recreational value. In response to this requirement, Florida designated Areas of Special Management (ASM) that consist of four existing state programs: Areas of Critical State Concern (ACSC), Aquatic Preserves System, Surface Water Improvement and Management (SWIM), and Beach and Inlet Management Areas.

Chapter 380.05 of the Florida Statutes (FS) established the ACSC program and authorized the Department of Economic Opportunity, the designated state land planning agency, to recommend specific areas of concern to the Administration Commission, which includes the Governor and the Cabinet, for adoption as ACSC. No ACSCs occur within the Project Study Area. The FDEP Office of Coastal and Aquatic Managed Areas (CAMA) oversees the management of designated aquatic preserves in Florida.

The FDEP Bureau of Beaches and Coastal Systems (BBCS) is responsible for implementing the Beach and Shore Preservation Act. On May 21, 2008, FDEP adopted the Strategic Beach Management Plan to address specific strategies for constructive actions at critically eroded beaches and inlets, known as Beach and Inlet Management Areas. Approximately 108 miles of the Florida Atlantic coastline are actively managed to reduce and minimize beach, shoreline, and inlet erosion, including beach and dune restoration, beach nourishment, feeder beaches or inlet sand bypassing, and other actions to mitigate the erosive effects of inlets.

The Project is located entirely within the designated Florida Coastal Zone. Coastal and Aquatic Managed Areas which are located within or in the vicinity of the Project are shown on Figure 4.2.5-1 and include:

- Banana River Aquatic Preserve;

- Indian River – Malabar to Vero Beach Aquatic Preserve;

- Indian River – Vero Beach to Fort Pierce Aquatic Preserve;

- Jensen Beach to Jupiter Inlet Aquatic Preserve; and

- Loxahatchee River – Lake Worth Creek.

Beach and Inlet Management Areas within and adjacent to the Project Study Area include Brevard County Beach, Indian River County Sector Seven, Fort Pierce Shore Protection Project, St. Lucie Inlet Management, Jupiter Beach Restoration, and Miami Beach Restoration.

AAF-AR0073786



**Explanation of Features**

N-S Corridor
E-W Corridor
WPB-M Corridor
MCO Segment

1, Banana River Aquatic Preserve
2, Indian River - Malabar to Vero Beach Aquatic Preserve
3, Indian River - Vero Beach to Ft. Pierce Aquatic Preserve
4, Jensen Beach to Jupiter Inlet Aquatic Preserve
5, Loxahatchee River - Lake Worth Creek Aquatic Preserve
3, Biscayne Bay - Cape Florida to Monroe County Line
  Aquatic Preserve

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

**Coastal and Aquatic Managed Areas**

**All Aboard Florida Intercity Passenger Rail Project**

U.S. Department
of Transportation
**Federal Railroad
Administration**

4.2.5-1

Affected Environment                    4-48

AAF-AR0073787

## 4.3    Natural Environment

This section provides a description of the existing natural resources within the Project Study Area, including water resources, wild and scenic rivers, wetlands, floodplains, biological resources and natural ecological systems, and threatened and endangered species.

As stated in Chapter 1, *Introduction,* the U.S. Army Corps of Engineers (USACE) jurisdiction of authority includes Sections 10 and 14 of the Rivers and Harbors Act (RHA) and Section 404 of the Clean Water Act (CWA). The geographic jurisdiction of the RHA includes all navigable waters of the United States, which are defined in 33 CFR Part 329 as, "those waters that are subject to the ebb and flow of the tide and/or are presently used, or have been used in the past, or may be susceptible to use to transport interstate or foreign commerce." This jurisdiction extends seaward to include all ocean waters within a zone three nautical miles from the coast line (the "territorial seas"). Limited authorities extend across the outer continental shelf for artificial islands, installations and other devices (see 43 U.S.C. 1333 (e)).

The CWA uses the term "navigable waters," which is defined in Section 502(7) as "waters of the United States, including the territorial seas." Thus, Section 404 jurisdiction is defined as encompassing Section 10 waters plus their tributaries and adjacent wetlands and isolated waters where the use, degradation, or destruction of such waters could affect interstate or foreign commerce.

Section 404 of the CWA (33 CFR 320-332) regulates discharges of dredged or fill material into waters of the United States, including jurisdictional wetlands. The CWA requires compliance with the Section 404(b)(1) Guidelines, 40 C.F.R. Part 230, developed jointly by the EPA and USACE. CWA compliance requires a sequential evaluation process which includes verification that all jurisdictional wetland impacts have been avoided to the greatest extent practicable, unavoidable impacts have been minimized to the greatest extent practicable, and unavoidable impacts have been mitigated in the form of wetlands creation, restoration, enhancement or preservation. AAF has not yet submitted a complete application for Section 404 authorization to USACE. USACE will complete its Section 404(b)(1) Guidelines analysis and public interest review in its record of decision following publication of the FEIS.

Section 14 of the RHA states any proposed modification to an existing USACE projects (either federally or locally maintained) that go beyond those modifications required for normal Operation and Maintenance require approval under 33 USC § 408. 33 USC § 408 also states that there shall be no temporary or permanent alteration, occupation, or use of any public works including but not limited to levees, sea walls, bulkheads, jetties, and dikes for any purpose without the permission of the Secretary of the Army. Under the terms of 33 USC § 408, any proposed modification requires a determination by the Secretary of the Army that such proposed alteration or permanent occupation or use of a Federal project is not injurious to the public interest and will not impair the usefulness of such work. The authority to make this determination and to approve modifications to Federal works under 33 USC § 408 has been delegated to the Chief of Engineers. Table 4.3.4-3 provides a full list of federal projects that could be impacted by the proposed action.

AAF-AR0073788

### 4.3.1 Water Resources

Water resources analyzed within the Project Study Area include surface water and groundwater, as well as navigable waters. The quality and availability of surface and groundwater are addressed. Surface water resources comprise lakes, rivers, and streams and are important for ecological, economic, recreational, aesthetic, and human health reasons. Groundwater comprises the subsurface hydrologic resources of the physical environment and is an essential resource in many areas; groundwater is commonly used for potable water consumption, agricultural irrigation, and industrial applications. Groundwater properties are often described in terms of depth to aquifer, aquifer or well capacity, water quality, and surrounding geologic composition.

Surface water resources are lakes, rivers, and streams, and are important for ecological, economic, recreational, aesthetic, and human health reasons. Federal and state agencies classify water bodies based upon their characteristics, function, and use. Water quality is also monitored and classifications are assigned to water bodies. Several of these classifications relevant to the Project Study Area are described below.

- **Outstanding Florida Waters –** Chapter 62-302, Florida Administrative Code (FAC), defines Outstanding Florida Waters (OFWs), which include aquatic preserves, state reserves/preserves, and National Wild and Scenic River Systems. OFWs are waters designated worthy of special protection because of their natural attributes. This special designation is applied to certain waters, and is intended to protect and maintain existing acceptable quality standards (FDEP 2012b).

- **Impaired Water Bodies –** Chapter 62-303 of the FAC defines the verified impaired water bodies within Florida (FDEP 2012a and 2012c). Impairments to surface waters may include bacteria (in shellfish), copper, dissolved oxygen, fecal coliforms, mercury (in fish tissue), and nutrients.

#### 4.3.1.1 Methodology

Available GIS information was used to identify and characterize waterways within the Project Study Area. Navigation conditions were determined using existing published information.

The Source Water Assessment and Protection Program (SWAPP) GIS data layer is maintained by FDEP (FDEP 2008). The data layer represents buffered assessment areas around the drinking water supply wells for the following types of wells: non-community wells (500-foot radius buffer of the well); community wells serving populations < 1,000 persons (1,000-foot radius buffer of the well); and community wells serving populations $\geq$ 1,000 persons (1,000-foot radius buffer of the well plus a 5-year groundwater travel time). The SWAPPs within a 10-mile radius of Project Study Area are mapped in Figure 4.3.1-1. The Project would intersect SWAPP zones in all six counties.

AAF-AR0073789



**Explanation of Features**

— E-W Corridor
— N-S Corridor
— MCO Segment
● Proposed Station (By Others)

◼ 10-mile Radius Source Water Assessment & Protection Program Areas

Data Sources: 2012 ESRI, FDEP SWAPP 2008, FRA Environmental Assessment, AAF 2012

**Source Water Assessment and Protection Program Areas**

**All Aboard Florida Intercity Passenger Rail Project**

U.S. Department of Transportation
**Federal Railroad Administration**

4.3.1-1

Affected Environment

AAF-AR0073790

## 4.3.1.2    Affected Environment

This section describes the existing surface waters, groundwater, and navigation environment within the Project Study Area.

**Surface Water**

One surface water, Boggy Creek, is within the MCO Segment.

The E-W Corridor crosses five surface waters (Figure 4.3.1-2), one of which is classified as navigable, and two of which are classified as OFW (Table 4.3.1-1). The St. Johns River is considered navigable by USCG.

| County | Name of Waterbody | Impaired | Source of Impairment | FDEP Classification[1] |
|---|---|---|---|---|
| Orange | Boggy Creek | Yes | Fecal Coliform | 3F |
| Orange | Econlockhatchee River | Yes | Mercury (in fish tissue), Fecal Coliform | 3F[2] |
| Orange | Second Creek | | | |
| Orange | Taylors Creek | | | |
| Orange | Jim Creek | Yes | Fecal Coliform, Dissolved Oxygen, Mercury (in fish tissue) | 3F |
| Orange Brevard | St. Johns River Above Puzzle Lake (South Segment) | Yes | Fecal Coliform, Dissolved Oxygen, Mercury (in fish tissue) | 3F[2,3] |

**Table 4.3.1-1    Surface Waters Classifications and Impairments in the MCO Segment and E-W Corridor**

Source:  AMEC 2013b
1    Florida's waterbody classifications are defined as:
       1 = Potable water supplies; 2 = Shellfish propagation or harvesting; 3F = Recreation, propagation, and maintenance of a healthy, well-balanced population of fish and wildlife in fresh water; 3M = Recreation, propagation, and maintenance of a healthy, well-balanced population of fish and wildlife in marine water; 4 = Agricultural water supplies; and 5 = Navigation, utility, and industrial use
2    Outstanding Florida Waters
3    Navigable Waters

As outlined in Table 4.3.1-2, the N-S Corridor between Cocoa and West Palm Beach crosses 23 surface waters (Figure 4.3.1-3), four of which are classified as navigable, and two of which are classified as OFW. The water bodies north of West Palm Beach that are considered navigable waters are Crane Creek, St. Sebastian River above Indian River, North Coastal-St. Lucie/Loxahatchee, and the St. Lucie Estuary. Impairments to these surface waters includes bacteria (in shellfish), copper, dissolved oxygen, fecal coliforms, mercury (in fish tissue), and nutrients.

AAF-AR0073791



**Explanation of Features**

- Water Body Crossings
- E-W Corridor
- MCO Segment
- Proposed Station (by Others)

Data Sources: ESRI Bing Maps 2012 Imagery, FRA 2012, AMEC 2013

| MCO Segment and E-W Corridor Waterway Crossings |
|---|
| All Aboard Florida Intercity Passenger Rail Project |

U.S. Department of Transportation
Federal Railroad Administration

4.3.1-2

Affected Environment

4-53

AAF-AR0073792



**Explanation of Features**

Water Body Crossings
E-W Corridor
N-S Corridor
WPB-M Corridor
MCO Segment

Proposed Stations - WPB-M Corridor
Proposed Station (By Others)

Data Sources: ESRI Bing Maps 2012 Imagery, FRA 2012, AMEC 2013

**N-S Corridor Waterway Crossings**

**All Aboard Florida Intercity Passenger Rail Project**

N    0    5    10    Miles

U.S. Department of Transportation
Federal Railroad Administration

4.3.1-3

Affected Environment                                    4-54

AAF-AR0073793

**Table 4.3.1-2    Surface Waters Classifications and Impairments in the N-S Corridor, Cocoa to West Palm Beach**

| County | Name of Waterbody | Impaired | Source of Impairment | FDEP Classification[1] |
|--------|-------------------|----------|----------------------|------------------------|
| Brevard | Horse Creek | Yes | Mercury (in fish tissue), Nutrients (historic chlorophyll-A) | 3M |
| Brevard | Eau Gallie River | Yes | Mercury (in fish tissue), Dissolved Oxygen, Nutrients (chlorophyll-A), Copper | 3M |
| Brevard | Indian River Above Melbourne Causeway | Yes | Mercury (in fish tissue) | 3M |
| Brevard | Crane Creek | Yes | Mercury (in fish tissue), Dissolved Oxygen, Nutrients (chlorophyll-A), Copper | 3M[5] |
| Brevard | Palm Bay And Turkey Creek (Estuarine Segment) | Yes | Mercury (in fish tissue), Nutrients (historic chlorophyll-A) | 3M |
| Brevard | Goat Creek (Marine Segment) | Yes | Mercury (in Fish tissue), Nutrients (historic chlorophyll-A) | 2[4] |
| Brevard Indian River | St. Sebastian River Above Indian River | Yes | Mercury (in fish tissue), Dissolved Oxygen | 3M[5] |
| Indian River | South Prong St. Sebastian River (Estuarine Segment) | Yes | Mercury (in fish tissue), Dissolved Oxygen (BOD), Nutrients (Chlorophyll-A) | 3M |
| Indian River | North Canal | Yes | Fecal Coliform, Dissolved Oxygen | 3F |
| Indian River | Main Canal | Yes | Fecal Coliform, Dissolved Oxygen (BOD) | 3F |
| Indian River | South Canal | Yes | Fecal Coliform | 3F |
| St Lucie | North Coastal (St. Lucie/Loxahatchee) | Yes | Nutrients (chlorophyll-A), Dissolved Oxygen, Bacteria (in Shellfish) | 3M[5] |
| St Lucie | Moore Creek | Yes | Nutrients (chlorophyll-A) | 3M |
| Martin | South Indian River | Yes | Fecal Coliform, Copper, Bacteria (in Shellfish) | 2 |
| Martin | Warner Creek[2] | Yes | Fecal Coliform, Copper, Bacteria (in shellfish) | 2,3M |
| Martin | Unnamed Creek[2] | Yes | Copper, Mercury (in fish tissue) | 3M |
| Martin | St. Lucie Estuary | Yes | Copper, Mercury (in fish tissue) | 3M[5] |
| Martin | Tributary to Manatee Creek 1[3] | Yes | Nutrients (chlorophyll-A), Copper, Mercury (in fish tissue) | 3M |
| Martin | Tributary to Manatee Creek 2[3] | Yes | Nutrients (chlorophyll-A), Copper, Mercury (in fish tissue) | 3M |
| Martin | Unnamed Tributary 1[3] | Yes | Nutrients (chlorophyll-A), Copper, Mercury (in fish tissue) | 3M |
| Martin | Unnamed Tributary 2[3] | Yes | Nutrients (chlorophyll-A), Copper, Mercury (in fish tissue) | 3M |
| Martin Palm Beach | Loxahatchee River | Yes | Nutrients (historic chlorophyll-A), Mercury (in fish tissue), Bacteria (in shellfish) | 3M[4,5] |
| Palm Beach | Earman River (Palm Beach Stations / D-Canals) | Yes | Dissolved Oxygen, Nutrients (chlorophyll-A) | 3F |

Source: AMEC 2013b
1    Florida's waterbody classifications are defined as:
    1 = Potable water supplies; 2 = Shellfish propagation or harvesting; 3F = Recreation, propagation, and maintenance of a healthy, well-balanced population of fish and wildlife in fresh water; 3M = Recreation, propagation, and maintenance of a healthy, well-balanced population of fish and wildlife in marine water; 4 = Agricultural water supplies; and 5 = Navigation, utility, and industrial use
2    Mapped as part of South Indian River in FDEP's Verified Impaired Florida Waters Database
3    Mapped as part of Manatee Pocket in FDEP's Verified Impaired Florida Waters Database
4    Outstanding Florida Waters
5    Navigable Waters

The WPB-M Corridor crosses 15 surface waters (Figure 4.3.1-4), four of which are classified as navigable, and one of which is classified as OFW (Table 4.3.1-3). The water bodies south of West Palm Beach that are considered navigable waters are the Hillsboro Canal (identified by USCG as navigable), North Fork of the Middle River, South Fork of the Middle River, and the Oleta River. The Oleta River is also designated as an OFW. Impairments to these surface waters includes bacteria (in shellfish), copper, dissolved oxygen, fecal coliforms, mercury (in fish tissue), and nutrients.

AAF-AR0073794





## Explanation of Features

🔴 Water Body Crossings
▬ N-S Corridor
▬▬ WPB-M Corridor
🔵 Proposed Stations - WFB-M Corridor

Data Sources: ESRI Bing Maps 2012 Imagery, FRA 2012, AMEC 2013



| WPB-M Corridor Waterway Crossings |
| All Aboard Florida Intercity Passenger Rail Project |

U.S. Department of Transportation
**Federal Railroad Administration**

4.3.1-4

Path: F:\ECAFEC\_GDBMX\D\DWG Waterbody crossing Map3.mxd

Affected Environment                4-56

**Table 4.3.1-3    Surface Waters Classifications and Impairments in WPB-M Corridor, West Palm Beach to Miami**

| County | Name of Waterbody | Impaired | Source of Impairment | FDEP Classification[1] |
|--------|-------------------|----------|----------------------|------------------------|
| Palm Beach | West Palm Beach Canal (C-51) | Yes | Dissolved Oxygen, Nutrients (chlorophyll A) | 3F |
| Palm Beach | Boynton Beach Canal | Yes | Dissolved Oxygen, Nutrients (chlorophyll-A) | 3F |
| Palm Beach | Hillsboro Canal | Yes | Dissolved Oxygen, Nutrients (chlorophyll-A) | 3F[3] |
| Palm Beach | Hidden Valley Canal | - | | |
| Broward | Cypress Creek Canal | - | | |
| Broward | North Fork of the Middle River | No | NA | 3M |
| Broward | South Fork of the Middle River | No | NA | 3M |
| Broward | New River | - | | |
| Broward | Tarpon River | - | | |
| Broward | Dania Cutoff Canal | - | | |
| Miami-Dade | Oleta River | Yes | Fecal Coliform, Mercury (in fish tissue) | 3M[2] |
| Miami-Dade | Snake Creek/Royal Glades Canal | - | | |
| Miami-Dade | Arch Creek | Yes | Fecal Coliform, Mercury (in fish tissue) | 3F |
| Miami-Dade | Biscayne Park Canal | - | | |
| Miami-Dade | Little River | - | | |

Source: Environmental Assessment, All Aboard Florida West Palm Beach – Miami (Appendix 1.1-A1)
Note:   Section 3.1.2.1 of the 2012 EA did not provide information on impairments or classifications of waters where no construction was proposed.
1      Florida's water body classifications are defined as:
       1 = Potable water supplies; 2 = Shellfish propagation or harvesting; 3F = Recreation, propagation, and maintenance of a healthy, well-balanced population of fish and wildlife in fresh water; 3M = Recreation, propagation, and maintenance of a healthy, well-balanced population of fish and wildlife in marine water; 4 = Agricultural water supplies; and 5 =Navigation, utility, and industrial use
2      Outstanding Florida Waters
3      Navigable Waters


**Groundwater**

The Florida Safe Drinking Water Act (Fla. Stat. §§ 403.850 – 403.8911) ensures that the existing and potential drinking water resources of the state remain free from harmful quantities of contaminants. Local officials of each county and municipality have been encouraged to handle pollution problems within their respective jurisdictions on a cooperative basis with the state. Brevard, Indian River, St. Lucie, Martin, and Palm Beach Counties have policies and regulations, in the form of wellfield protection ordinances, to protect drinking water supplies from contamination. Wellfield protection criteria are found in Article 14, Chapter B of the Palm Beach County Unified Land Development Code (Palm Beach County, Florida 1992); Martin County Ordinance 428 (Martin County, Florida 2012); Chapter VI, Section 6.03.00 of the St. Lucie Land Development Code (St. Lucie County, Florida 2009); Code of Ordinances County of Indian River Land Development Regulations Chapter 931 (Indian River County, Florida 2012); Chapter 62, Article X, Division 2, and Section 62-3631 of the Brevard County Natural Resource Ordinances (Brevard County, Florida 2012). Orange County does not have a wellfield protection ordinance; however, they follow FDEP regulations (Chapter 62-521, FAC) (Mercado 2013).

AAF-AR0073796

The federal Safe Drinking Water Act (42 U.S.C. § 300f) requires protection of sole source aquifers (SSAs). The Project Study Area was overlain on SSA GIS polygon data to determine where there were areas of overlap (EPA 2011a). The results are presented in Table 4.3.1-4. There is no overlap with a SSA in four of the counties. There is overlap in Orange County within the westernmost 20 miles of the Project Study Area and in Palm Beach County for the Biscayne aquifer SSA streamflow and recharge zone.

### MCO Segment

Wells in the vicinity of the MCO Segment were identified using the Environmental Data Resources, Inc. (EDR) Radius Map Report. The EDR report indicated nine wells listed on the Florida Wells database within 1 mile of the MCO Segment (EDR 2013). Reportedly, four wells are located within 0.25 mile, two wells within 0.5 mile, and one well within 1 mile. The water use of these wells is City of Orlando public water supply (one), private (seven), and monitoring (one).

| Table 4.3.1-4    Sole Source Aquifer Protection Zones in the Project Study Area | | |
|---|---|---|
| **County** | **Sole Source Aquifer(s)** | **Name of Aquifer(s)/Protection Zone** |
| Orange | Y | Biscayne aquifer SSA streamflow and recharge source zones |
| Brevard | N | |
| Indian River | N | |
| St. Lucie | N | |
| Martin | N | |
| Palm Beach (North from the Station in West Palm Beach) | Y | Biscayne aquifer SSA streamflow and recharge source zones |

Source: EPA. 2011a. *Office of Water's 2011 SSA Database*. http://www.fgdl.org/metadataexplorer/explorer.jsp. Accessed September 27, 2013.

### East-West Corridor

There are three hydrostratigraphic units in Orange County. These include the surficial aquifer system, intermediate aquifer system/confining unit, and the Floridan aquifer system. The Biscayne aquifer is protected in Orange County as SSA streamflow and recharge source zones (Lane and Scott 1980; Lichtler et al. 1968; Wilson, W. et al. 1987; Florida Sinkhole Research Institute 1989).

### North-South Corridor

Brevard County is underlain by three hydrostratigraphic units. These units include the unconfined surficial aquifer system, intermediate aquifer system/confining unit, and the confined Floridan aquifer system. This is not an area typical of karst terrain. A large percentage of the groundwater used in Brevard County comes from the Floridan aquifer system. The Floridan aquifer system yields large quantities of water due to the high permeability of the carbonates. The Ocala Limestone yields the highest amounts of water in the Brevard County area (Brown, D.W., et al. 1962; Lane and Scott 1980; Mercado 2013).

There are three hydrostratigraphic units in Indian River County. These include: the surficial aquifer system, intermediate confining unit, and the Floridan aquifer system (Crane, Hughes, and Snell 1975;

AAF-AR0073797

Schiner, Laughlin, and Toth 1988; Spencer and Lane 1995; Toth and Huang 1998). This area is mostly devoid of karst terrain. In 2006, the Floridan aquifer system supplied more than two-thirds of the water withdrawn by Indian River County, and nearly all of the public drinking water (Indian River County, Planning Division 2010). Commenters on the DEIS noted that this is no longer a major source of potable water due to high chloride levels.

There are three hydrostratigraphic units in St. Lucie County. These include: the surficial aquifer system, intermediate confining unit, and the Floridan aquifer system. This area is essentially devoid of karst terrain. The surficial aquifer system is the primary source of fresh water in St. Lucie County. The water quality of the surficial aquifer system is generally good. Chloride concentrations in surficial aquifer groundwater average less than 100 milligrams per liter (Bearden 1972; Hicks, Marting, and Stodghill 1988). The Floridan aquifer exists under artesian conditions in St. Lucie County. It is not generally a major source of potable water in the area due to high chloride concentrations (Bearden 1972; Hicks 1988; Florida Geological Survey 2012; Bond 1987).

There are three hydrostratigraphic units in Martin County. These include the surficial aquifer system, intermediate aquifer system/confining unit, and the Floridan aquifer system. This is not an area typical of karst terrain. The surficial aquifer system, commonly referred to as the Coastal aquifer or the shallow aquifer, is the primary source of fresh water in Martin County. The surficial aquifer system generally ranges from 150 to 200 feet below mean sea level (msl) in eastern Martin County. The surficial aquifer system is primarily recharged by rainfall. The Floridan aquifer exists under artesian conditions in Martin County. It is highly saline with elevated chloride concentrations.

Palm Beach County contains three hydrostratigraphic units within the Project Study Area. These include the surficial aquifer system, intermediate aquifer system/confining unit, and the Floridan aquifer system. The Biscayne aquifer is protected in Palm Beach County as a SSA streamflow and recharge source zones. The surficial aquifer system is the primary source of fresh water in Palm Beach County. The Floridan aquifer system is not a source of potable water due to salinity.

## 4.3.2    Wild and Scenic Rivers

Through the National Wild and Scenic Rivers Act of 1968 (16 U.S.C 1271), rivers can be federally designated as wild and scenic if they contain remarkable scenic, recreational, or fish and wildlife related values. Such rivers are granted protection under the Act and must be evaluated as part of the NEPA process.

The Wekiva and Loxahatchee Rivers are the only federally designated Wild and Scenic Rivers in the State of Florida. The Wekiva River is 41.6 miles long and located in Central Florida, north of the City of Orlando. It was designated as Wild and Scenic in 2000 with 31.4 miles of the river designated as Wild, 2.1 miles as Scenic, and 8.1 miles as Recreational (National Wild and Scenic River Systems 2010). The Wekiva River is not proximate to the Project Study Area. The Loxahatchee River is 7.6 miles long and located in southeast Florida in Martin and Palm Beach County. Approximately 1.3 miles of the river is designated as Wild, 5.8 miles as Scenic, and 0.5 miles as Recreational. The Loxahatchee was designated as a Wild and Scenic River in 1985 and stretches from Riverbend Park downstream to Jonathan Dickinson State Park (National Wild and Scenic River Systems 1985). The N-S Corridor crosses the Loxahatchee River in Palm

AAF-AR0073798

Beach County; however, it crosses the river approximately 4 river miles downstream of the Wild and Scenic River designated area.

### 4.3.3     Wetlands

Wetlands within the Project Study Area are regulated and protected under state and federal regulatory programs. Within the State of Florida, activities conducted in wetlands are regulated by the State of Florida under Part IV, Chapter 373, FS. The USACE administers Section 404 of the CWA (33 CFR 320-332) which regulates discharges of fill into wetlands and waters of the United States. Wetlands as defined in Subsection 373.019(17) FS, are "those areas that are inundated or saturated by surface water or groundwater at a frequency and duration sufficient to support, and under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soils."

The Clean Water Act, 33 CFR Part 328 defines wetlands as "those areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions. Wetlands generally include swamps, marshes, bogs, and similar areas."

AAF has not yet submitted a complete application for Section 404 authorization to USACE. USACE will complete its Section 404(b)(1) Guidelines analysis and public interest review in its record of decision following publication of the FEIS.

#### 4.3.3.1     Methodology

Wetlands were identified and characterized for areas in which the Project would require ground disturbing activities. For areas in which ground disturbing activities would occur and for which no land acquisition is required, a buffer of 150 feet from the corridor centerline defines the Project Study Area. For areas in which ground disturbing activities would occur and for which new land acquisition is required, a buffer of 500 feet outside the property boundary of the proposed acquisition defines the Project Study Area.

Wetland vegetation, habitat quality, and biodiversity were characterized using readily available information. Resources reviewed included, but were not limited, to the USFWS National Wetland Inventory (USFWS 2013a), Florida Land Use, Cover and Forms Classification System (FLUCCS) maps (FDOT 1999), USFWS topographic maps (USFWS n.d.), USDA NRCS soil survey maps (USDA 2013), USFWS wood stork rookery data (USFWS 2013b), Florida Natural Areas Inventory (FNAI) natural communities data (FNAI 2013), and water management district (WMD) land use data (SJRWMD 2009; SFWMD 2008).

These wetland systems were identified utilizing WMD land use data that were identified to FLUCCS Level II for generally anthropogenic land uses and to FLUCCS Level III primarily for natural habitats (the FLUCCS is arranged in hierarchical levels with each level containing land information of increasing specificity. Level I data are the most general in nature, while Level IV data are the most specific [FLUCCS 1999]. In addition, field delineations were conducted for the existing SR 528 right-of-way and the FECR Corridor. These delineations provided field confirmation for the occurrence of wetland and surface waters that would be considered jurisdictional pursuant to Chapter 62-340 FAC, and the USACE 1987

AAF-AR0073799

Wetland Delineation Manual and the Regional Supplement to the Corps of Engineers 1987 Wetland Delineation *Manual: Atlantic and Gulf Coastal Plain Region* (Version 2.0). Upon completion of the field verifications the USACE will provide a preliminary Jurisdictional Determination to AAF. For purposes of computation of impacts, compensatory mitigation requirements, and other resource protection measures, assessments in this EIS will be made on the basis of a preliminary jurisdictional determination. A preliminary jurisdictional determination will treat all waters and wetlands, which would be affected in any way by the proposed activity as if they are jurisdictional waters of the United States.

### 4.3.3.2    Affected Environment

The Project Study Area includes 16 types of aquatic habitats (wetlands and surface waters), as listed in Table 4.3.3-1. The figures in Appendix 4.1.1 provide depictions of the land use within the Project Study Area. Lists of characteristic plant species of each community are provided in Appendix 4.3.3-A1, Appendix 4.3.3-A2, and Table 4.3.3-2.

**Streams and Waterways**

Streams and waterways communities include rivers, creeks, canals, and other linear waterways. Freshwater rivers and streams cross the E-W Corridor, the N-S Corridor, and the WPB-M Corridor. Within urbanized areas, these systems typically have been dredged to facilitate stormwater drainage and the banks are often armored to protect from erosion. Rivers and streams in rural areas, particularly along the E-W Corridor, may have been channelized at some point but appear relatively undisturbed. Water levels within these systems vary according to seasonal precipitation with water levels rising in the wet summer months and dropping during the dry winter season. Vegetation within freshwater river and stream systems vary according to intensity of utilization, adjacent land use, water depth and frequency of inundation.

Tidally influenced waterways cross the N-S Corridor and the WPB-M Corridor at several locations. Tidally influenced systems include creeks and canals along the coastline that are subject to salinity and water level fluctuation concomitant with the ebb and flow of the tides. Canals are typically excavated waterways providing boat access to inland areas. Canals undergo regular maintenance in the form of channel dredging and canal banks tend to be steeply sloped or vertical and bolstered with concrete seawalls or rip-rap to prevent bank erosion. Vegetation is often limited to isolated red mangrove and scattered patches of typical saltmarsh vegetation. Tidally influenced river and creeks exhibit banks with less steep slopes although many areas are armored with seawalls and rip-rap to minimize erosion. Within most tidal rivers and creeks, channels have been dredged to allow boat traffic. Variations in salinity and water level generated by tidal flow and freshwater and sediment inputs from their associated watersheds provide a mosaic of habitats and communities within tidal river and creek systems. Habitats associated with tidal river and creeks include saltwater marshes, mangrove swamps, seagrass beds and oyster bars. The specific community composition varies from location to location according to the intensity of waterway utilization and adjacent land uses.

AAF-AR0073800

| Table 4.3.3-1 | Existing wetland communities within the Project Study Area as defined by FLUCCS and the National Wetland Inventory (NWI) | |
|---|---|---|
| **FLUCCS Code** | **FLUCCS Description** | **National Wetland Inventory (NWI) Wetland[3]** |
| 510 | Streams and Waterways | Riverine |
| 520 | Lakes | Lake |
| 530 | Reservoirs | Lake |
| 540 | Bays and Embayments | Estuarine and Marine Deepwater |
| 611 | Bay Swamps | Freshwater Forested/Shrub (PFO3/1) |
| 612 | Mangrove Swamps | Estuarine and Marine Wetland (E2FO3) |
| 617 | Mixed Wetland Hardwoods | Freshwater Forested/Shrub (PFO1/3) |
| 618 | Willow and Elderberry | Freshwater Forested/Shrub (PSS3) |
| 619 | Exotic Wetland Hardwoods | Freshwater Forested/Shrub (PFO3/1) |
| 621 | Cypress | Freshwater Forested/Shrub (PFO2) |
| 625 | Hydric Pine Flatwoods | Freshwater Forested/Shrub (PFO4) |
| 630 | Wetland Forested Mixed | Freshwater Forested/Shrub (PFO5/7) |
| 641 | Freshwater Marsh | Freshwater Emergent Wetland (PEM2) |
| 643 | Wet Prairie | Freshwater Emergent Wetland (PEM2) |
| 644 | Emergent Aquatic Vegetation | Freshwater Emergent Wetland (PEM1) |
| 646 | Treeless Hydric Savanna | Freshwater Emergent Wetland (PSS6/7) |

Sources: FDOT. 1999. *Florida Land Use, Cover and Forms Classification System (FLUCCS) – Handbook.* http://www.dot.state.fl.us/surveyingandmapping/documentsandpubs/fluccmanual1999.pdf. January 2013. Accessed August 7, 2013; United States Fish and Wildlife Service (USFWS). 2013a. National *Wetlands Inventory.* http://www.fws.gov/wetlands/. Accessed September 27, 2013.

## Lakes

Lakes communities include lakes, ponds, and stormwater ponds. Within the Project Study Area these consist primarily of stormwater ponds, which are constructed to prevent flooding by retention or detention of water during storm events. Retention ponds are generally "wet" and store stormwater for extended periods of time allowing the water to percolate into the soil and recharge the groundwater or to dissipate through evaporation or evapotranspiration. Detention ponds are generally "dry" and hold water for short periods of time slowly releasing it into the drainage system. In addition to maintaining surface and groundwater levels, stormwater ponds allow suspended sediments and pollutants to settle out of the water column. Vegetation within stormwater ponds varies based on location, hydrology, utilization, and surrounding environment or land uses. Dominant vegetation typically consists of weedy upland and wetland species.

## Reservoirs

Reservoirs are artificial impoundments constructed for water supplies, irrigation, flood control, and recreation. Reservoirs are typically dominated by open water although some designs incorporate littoral zones or islands to increase wildlife habitat value or to provide aesthetic enhancement. Vegetation consists of wetland species but the species composition varies considerably depending on the purpose and utilization of the reservoir. Factors such as human activity, maintenance regime, design, and landscaping influence the community structure and habitat value.

AAF-AR0073801

## Bays and Estuaries

Bays and estuaries consist of inlets of the ocean that occur along coastlines and include subtidal, intertidal, and supratidal zones and occur along the N-S Corridor. Estuaries typically have a river or stream flowing into it and exhibit an open connection to the sea greater than 1 nautical mile (nm) in width (FDOT 1999). Tidal areas less than 1 nm wide are classified as streams and waterways. Estuaries are subject to marine influences, such as tides, waves, and the influx of salt water. In addition to the physical and chemical influences that tides have on estuaries, estuaries also receive inputs of freshwater and sediment from their associated watersheds. As a result estuaries may contain many biological niches within a small area, and are associated with high biodiversity.

## Bay Swamps

Bay swamps are freshwater hardwood forested wetlands dominated by bay tree species such as swamp bay, red bay, sweetbay, and loblolly bay (Table 4.3.3-2). These communities typically occur in wetland areas with a strong seepage component to the hydrology and mucky acidic soils. The understory is composed of a moderately dense shrub stratum consisting of Virginia willow, wax myrtle, common buttonbush, possumhaw, and swamp azalea among others. Groundcover species consist of shade tolerant herbaceous species such as lizard's tail and ferns.

## Mangrove Swamps

Mangrove swamp is a dense forest occurring along marine and estuarine shorelines that are protected from full wave energy. Mangrove swamps are dominated by four mangrove species (Table 4.3.3-2) that generally occur in distinct monospecific zones that reflect varying degrees of tidal influence and depth of inundation, levels of salinity, and types of substrate. Red mangrove often dominates the lowest zone, followed by black mangrove in the intermediate zone, and white mangrove in the highest zone. Buttonwood usually occupies the transitional zone between the wetland and the adjacent upland community.

The density and height of mangroves and the diversity of associated herbaceous species can vary considerably within a mangrove swamp. Mangroves typically occur in dense stands but may be sparse, allowing salt marsh species predominate. Mangrove swamps often exist with no understory, although shrubs such as seaside oxeye and woody vines may be present. Groundcover is usually sparse, but herbaceous species common to mangrove swamps include saltwort, perennial glasswort, mangrove spiderlily, and giant leather fern.

Mangrove swamps occur adjacent to the N-S Corridor and WPB-M Corridor, and are found in some locations within the FECR right-of-way.

AAF-AR0073802

**Table 4.3.3-2   Common Wetland Plant Species**

| Scientific Name | Common Name |
|---|---|
| *Acer rubrum* | Red maple |
| *Cephalanthus occidentalis* | Buttonbush |
| *Cladium jamaicense* | Sawgrass |
| *Gordonia lasianthus* | Loblolly bay |
| *Ilex cassine* | Dahoon holly |
| *Itea virginica* | Virginia willow |
| *Liquidambar styraciflua* | Sweetgum |
| *Magnolia virginiana* | Sweetbay |
| *Melaleuca quinquinerva* | Melaleuca |
| *Myrica cerifera* | Wax myrtle |
| *Nyssa sylvatica var. biflora* | Swamp tupelo |
| *Panicum hemitomum* | Maidencane |
| *Persea borbonia* | Red bay |
| *Persea palustris* | Swamp bay |
| *Pinus elliottii* | Slash pine |
| *Pinus palustris* | Longleaf pine |
| *Pinus serotina* | Pond pine |
| *Quercus hemisphaerica* | Laurel oak |
| *Quercus nigra* | Water oak |
| *Rhododendron viscosum* | Swamp azalea |
| *Sabal minor* | Dwarf palmetto |
| *Sabal palmetto* | Cabbage palm |
| *Salix caroliniana* | Carolina willow |
| *Schinus terebinthefolia* | Brazilian pepper |
| *Taxodium ascendens* | Pond cypress |
| *Taxodium distichum* | Bald cypress |
| *Ulmus americana* | American elm |

**Mixed Wetland Hardwoods**

Mixed wetland hardwoods are freshwater hardwood forested wetlands exhibiting a large variety of species composing the canopy stratum with no discernible pattern of dominance. Canopy species typically include American elm, sweetbay, red maple, sugarberry, American hornbeam, and water oak. Cabbage palm and slash pine are often components of the canopy or subcanopy. Common shrub and understory species include swamp dogwood, Walter's viburnum, swamp bay, wax myrtle, dwarf palmetto, American beautyberry, and wild coffee. Groundcover species are dominated by ferns.

**Willow and Elderberry**

Willow and Elderberry is a community in which either Carolina willow or elderberry is predominant. Within the Project Study Area this community is typically found in areas disturbed by human activities. It can also be found in areas experiencing natural fluctuations in environmental conditions. Both Carolina willow and elderberry are early successional species which tend to quickly recruit into and spread

AAF-AR0073803

through disturbed systems. They are also tolerant of a wide range of environmental conditions and may be found in areas with fluctuating conditions such as slough systems.

**Exotic Wetland Hardwoods**

Exotic Wetland Hardwoods are wetlands dominated by non-native hardwood species such as Brazilian pepper and melaleuca. These exotic species present dense stands with little light penetration and sparse groundcover vegetation. This community is usually found in areas disturbed by human activity or natural process such as wildfire.

**Cypress**

Cypress is a freshwater coniferous wetland forest dominated by pond cypress or bald-cypress. Deep zones of this community typically consist of dense or pure stands of cypress within a transitional zone dominated by red maple, water oak, live oak, or other hardwood tree species tolerant of hydric conditions. Cypress wetlands are often isolated forming "domes" with the older, taller trees in the center. Canopy associate species include red maple, dahoon holly, swamp bay, slash pine, sweetbay, loblolly bay, and, in South Florida, coco plum and pond apple. Shrubs are typically sparse to moderate, and typical shrubs include Virginia willow, shiny lyonia, common buttonbush, and wax myrtle. Typical herbaceous species include ferns, maidencane, sawgrass, and lizard's tail.

**Hydric Pine Flatwoods**

Hydric Pine Flatwoods are pine forests with a sparse subcanopy and groundcover consisting of hydrophytic grasses, herbs, and shrubs. The dominant pine canopy typically consists of one or a combination of longleaf pine, slash pine, pond pine, or South Florida slash pine. Longleaf pine and pond pine are more common in the northern portions of the Project Study Area. Associated tree species consist of scattered sweetbay, swamp bay, loblolly bay, pond cypress, dahoon holly, and cabbage palm. Common shrubs include wax myrtle, shiny lyonia, swamp azalea, common buttonbush, and Walter's viburnum, among others. Herbaceous groundcover species include grasses, Carolina redroot, beaksedges, and rushes.

**Wetland Forested Mixed**

Wetland forested mixed includes freshwater forested wetland communities in which neither hardwoods nor conifers achieve a 66-percent dominance of the canopy community. Dominant canopy species typically include sweetgum, sweetbay, laurel oak, water oak, American elm, red maple, swamp tupelo, slash pine, and bald cypress. Bay species such as loblolly and swamp bay are often mixed in the canopy in acidic or seepage systems. Common shrubs include swamp dogwood, dahoon holly, dwarf palmetto, Walter's viburnum, American snowbell, wax myrtle, and highbush blueberry. Characteristic groundcover species include witchgrass, slender woodoats, beaksedges, Virginia chain fern, and beaked panicum.

**Freshwater Marsh**

Freshwater marshes are regularly inundated wetlands and may occur in a variety of situations. Species composition is heterogeneous both within and between marshes but can generally be divided into emergent and transitional zones from deepest to shallowest portions. Shrub patches may be present

AAF-AR0073804

within any of these zones. Species common to the emergent zone include pickerelweed, bulltongue arrowhead, cattail, sawgrass, burr marigold, and softstem bulrush. Maidencane, sand cordgrass, sweetscent, mild waterpepper, and blue waterhyssop are species common to the transitional zone. Carolina willow, common buttonbush, and wax myrtle are common shrubby components.

## Wet Prairie

Wet Prairie is characterized as a shallow, usually rounded depression in sand substrate with herbaceous vegetation or shrubs and a relatively short hydroperiod. Wet prairies typically occur in landscapes occupied by fire-maintained communities such as mesic flatwoods, dry prairie, or sandhill. Zonation, seen as concentric bands of vegetation, is related to the length of the hydroperiod and depth of flooding. The outer zone is often occupied by herbaceous vegetation or shrubs consisting of bushy bluestem, beaksedges, yelloweyed grass, blue maidencane, myrtleleaf St. John's wort, sand cordgrass, roundpod, and bogbutton. The deeper zones commonly consist of purple bluestem, peelbark St. John's wort, water toothleaf, Baldwin's spikerush, maidencane, bulltongue arrowhead, or sawgrass.

## Emergent Aquatic Vegetation

Emergent aquatic vegetation is a deep marsh dominated by emergent, floating, and submerged herbaceous vegetation. A shallow transitional zone is present at the wetland edge. This type of wetland typically exhibits a longer hydroperiod than the freshwater marsh. Alligator flag, pickerelweed, bulltongue arrowhead, giant cutgrass, softstem bulrush, and Kissimmeegrass are common species where emergent vegetation is present. Deeper areas may contain floating and submerged aquatic plants such as American white waterlily, big floating heart, spatterdock, frog's bit, and bladderworts. Exotic floating species such as water hyacinth and water-lettuce have become common components of the floating vegetation community in Florida.

## Treeless Hydric Savanna

Treeless Hydric Savanna is a shrub and grass dominated hydric flatland although this FLUCCS code is often applied to any shrub dominated wetland system. Within the Project Study Area these shrub systems are found in wet areas which have been disturbed by human activities and are typically dominated by Carolina willow, wax myrtle, elderberry, and false-willow.

## Wildlife Habitat

Wetlands and waterbodies capable of supporting fish and/or shellfish populations are important in maintaining diversity and abundance within the aquatic community. Other wetland characteristics that contribute to the health of the aquatic species populations include water quality improvement, cover and shelter, forage resources, spawning and nursery areas, and connectivity between water resources.

There are specific habitats within the Project Study Area that are valuable to maintaining viable aquatic species communities. Red mangroves located along the tidal streams and rivers crossing the N-S Corridor are important fish nursery areas, which support many species of fish and shellfish. Much of this area has been designated as Essential Fish Habitat (EFH) by the National Marine Fisheries Service (NMFS).

AAF-AR0073805

Seagrass and oyster beds located within these estuarine areas also provide aquatic wildlife habitat as well and nurseries for shellfish.

Large, undisturbed wetlands are generally considered to provide important wildlife habitat functions. Other factors that contribute to the provision of important wildlife habitat include the proximity to undisturbed upland wildlife habitat, vegetation species and structural diversity, and foraging opportunities. Wetlands that are contiguous to other wetland areas may serve as travel corridors for many species of wildlife. A large number of species are dependent on wetlands at some point in their life cycle.

Wetland wildlife habitat within the maintained areas of the SR 528 right-of-way is limited, but many species will forage within stormwater management ponds, swales, and ditches. Outside the maintained areas of the SR 528 right-of-way, wetlands provide higher quality habitat although many of these areas consist of ecotones between the natural wetland ecosystem and the cleared roadway and may exhibit primary or secondary successional vegetation communities reducing their overall value as wildlife habitat. Beyond the ecotones much of the existing wetland habitat consists of virtually undisturbed wetlands with developed communities which provide habitat for a diversity of wildlife species.

Much of the wetland habitat located within the E-W Corridor in Orange County outside of the existing SR 528 right-of-way is undisturbed and provides high quality wildlife habitat. Natural connectivity between and within existing habitats occurs except where restricted by barriers between habitats provided by either fences along the SR 528 right-of-way boundary or created by ecotones between disturbed and undisturbed habitat.

### 4.3.4     Floodplains

A floodplain is defined as any land area susceptible to being inundated by floodwaters from any water source (44 CFR part 59), whereas the 100-year floodplain is the area of land inundated by a flood event that has a 1 percent chance of being equaled or exceeded in any given year (FEMA 2013a). Floodplains are designated and regulated by the Federal Emergency Management Agency (FEMA) with standards outlined in 44 CFR Part 60.3. Executive Order (EO) 11988, *Floodplain Management*, requires agencies to assess the impacts that their actions may have on floodplains and to consider alternatives to avoid adverse impacts and incompatible development on floodplains. U.S. Department of Transportation (USDOT) Order 5650.2, *Floodplain Management and Protection*, contains the Department's implementing procedures to fulfill the requirements of the EO.

### 4.3.4.1     Methodology

For this analysis, the areas subject to flooding and protected under EO 11988 were obtained using the base flood elevation published on FEMA's Flood Insurance Rate Maps (FIRMs) through GIS analysis. Special Flood Hazard Areas depicted on the FIRMs include Flood Zones A or V, also referred to as the 100-year floodplain. For the E-W Corridor, a 100-foot buffer was used on each side of the proposed 60-foot-wide right-of-way to identify floodplain locations within the corridor. For the segments that were missing right-of-way data, an average distance of 150 feet from the rail centerline was used in the analysis.

AAF-AR0073806

### 4.3.4.2    Affected Environment

According to the FIRMs and GIS analysis, the Project Study Area contains Zone A (the 100-year floodplain) and Zone X (the 500-year floodplain). As summarized below, portions of the Project Study Area within the MCO Segment, E-W Corridor, and N-S Corridor would be located within the existing 100-year floodplain. Figure 4.3.4-1 depicts the extent of the 100-year floodplain within the MCO Segment and E-W Corridor, and Figure 4.3.4-2 depicts the extent of the 100-year floodplain within the N-S Corridor. Table 4.3.4-1 provides a summary of the total acreage within each segment or corridor within the existing 100-year floodplain.

| Table 4.3.4-1    Project Study Area within the Existing 100-year Floodplain | |
| --- | --- |
| Element | Area within 100-year Floodplain (acres) |
| MCO Segment | 117 |
| E-W Corridor | 332 |
| N-S Corridor | 472 |
| WPB-M Corridor | 145 |

The E-W Corridor and N-S Corridor also cross regulated floodways. A regulated floodway "means the channel of a river or other watercourse and the adjacent land areas that must be reserved in order to discharge the base flood without cumulatively increasing the water surface elevation more than a designated height (FEMA 2013b)." The regulated floodways are also depicted on Figures 4.3.4-1 and 4.3.4-2. Table 4.3.4-2 provides a summary of the floodways within these corridors.

Section 205 of the Flood Control Act of 1948, as amended, provides a continuing authority for the USACE to develop and construct small flood control projects without the need of specific congressional authorization. The Jacksonville District began implementation of the Central and South Florida Flood Control Project (CS&F) in the 1950s. Since that time the Jacksonville District and its partners have established flood control, water conservation and control, saltwater intrusion, fish and wildlife, water supply to Everglades National Park, and environmental restoration. Features implemented by the CS&F project include 46 bridges, 10 locks, 670 miles of canals, 809 miles of levees, 130 control and diversion structures, and 16 pump stations.

AAF-AR0073807



Affected Environment                          4-69

AAF-AR0073808



Floodplains along the N-S Corridor

All Aboard Florida Intercity Passenger Rail Project

4.3.4-2

Affected Environment

AAF-AR0073809

**Table 4.3.4-2    Floodway Crossings Within the Project Study Area**

| Floodway | Corridor | County | FEMA Flood Zone |
|---|---|---|---|
| Econolockhatchee River | E-W | Orange | AE |
| St Johns River | E-W | Orange/Brevard | AE |
| Jim Creek | E-W | Brevard | A |
| Second Creek | E-W | Brevard | A |
| Taylor Creek | E-W | Brevard | AE |
| Turkey Creek | N-S | Brevard | AE |
| Crane Creek | N-S | Brevard | AE |
| Eau Gallie | N-S | Brevard | AE |
| Goat Creek | N-S | Brevard | AE |
| Horse Creek | N-S | Brevard | AE |
| St. Sebastian River | N-S | Brevard/Indian River | AE |
| South Canal | N-S | Indian River | AE |
| Main Canal | N-S | Indian River | AE |
| North Canal | N-S | Indian River | AE |
| Taylor Creek | N-S | St Lucie | VE |
| Moore's Creek | N-S | St Lucie | AE |
| St. Lucie River | N-S | Martin | AE |
| Tributary To Manatee Creek | N-S | Martin | X500 |
| Tributary To Manatee Creek | N-S | Martin | AE |
| Unnamed Tributary | N-S | Martin | AE |
| Unnamed Tributary | N-S | Martin | AE |
| Warner Creek | N-S | Martin | AE |
| No Name | N-S | Martin | AE |
| Earman River | N-S | Palm Beach | AE |
| Jupiter River | N-S | Palm Beach | AE |

Source: St. Johns River Water Management District (SJRWMD). 2012. SJRWMD
Waterbodies. http://www.sjrwmd.com/gisdevelopment/docs/themes.html. Accessed September 27, 2013; South Florida Water
Management District (SFWMD). 2012. Water
Body. http://my.sfwmd.gov/gisapps/sfwmdxwebdc/dataview.asp?query=unq_id=1959. Accessed September 27, 2013.

The Project Study Area will cross eight existing federal projects listed in table 4.3.4-3 below. Six of these
are within the WPB-M Corridor. These federal projects are for flood control purposes, which only have a
canal feature to convey the flood waters away from the protected areas.

**Table 4.3.4-3    Federal Flood Control Projects Within the Project Study Area**

| County | Federal Project Name | Local Name | Project Corridor |
|---|---|---|---|
| St. Lucie | C-25 | Taylor Creek | N-S |
| Palm Beach | C-17 | Earman River | N-S |
| Palm Beach | C-51 | C-51 Canal | WPB-M |
| Palm Beach | C-16 | Boynton Beach Canal | WPB-M |
| Palm Beach | C-15 | Hidden Valley Canal | WPB-M |
| Broward | C-14 | Un-named | WPB-M |
| Broward | C-13 | Un-named | WPB-M |
| Miami-Dade | C-9 | Un-named | WPB-M |

Source: USACE 2013

AAF-AR0073810

### 4.3.5        Biological Resources and Natural Ecological Systems

This section describes biological resources, including fish, wildlife and plants, present within the Project Study Area, in accordance with CEQ guidance *Incorporating Biodiversity Considerations Into Environmental Impact Analysis Under the National Environmental Policy Act* (CEQ 1993). This section includes a description of natural upland habitats, important wildlife habitats, migratory bird habitats, and EFH.

#### 4.3.5.1        Methodology

Habitats were characterized based on a desktop review of readily available information regarding natural and disturbed upland vegetation and habitat. Evaluated resource material included, but was not limited to, the FLUCCS maps (FDOT 1999), USDA NRCS soil survey maps (USDA 2013), FNAI natural communities data (FNAI 2013), and land use data from WMDs (SJRWMD 2009; SFWMD 2008), in addition to high altitude aerial imagery supplemented by satellite imagery. Information regarding upland vegetation land cover types, wildlife corridors, habitat quality, and biodiversity within the Project Study Area was also reviewed.

Upland habitats were identified utilizing WMD land use data that were identified to FLUCCS Level II for generally anthropogenic land uses and to FLUCCS Level III primarily for natural habitats (FDOT 1999). Factors considered in assessing the relative condition of uplands included, but were not limited to:

- Location and use of the upland (whether the upland is currently natural, or has the upland been impacted by non-natural land uses such as residential, commercial, industrial, agriculture, and transportation);

- Size of the upland (whether the upland is located within/adjacent to the Project Study Area part of a large contiguous upland, or is it isolated);

- Uniqueness;

- Presence of known and proposed wildlife corridors, habitat preserves, and wildlife sanctuaries;

- Protected species (whether the upland provides required conditions/habitat for protected plant and animal species); and

- Level of disturbance (whether the upland is disturbed by the existing rail and/or other transportation or land use).

NMFS's *EFH Mapper* database (NOAA 2013), literature review (South Atlantic Fishery Management Council 1998a and 1998b; NMFS 2004 and 2008) and on-site investigation, as well as information provided by NMFS (Howard 2013) were used to generate a list of species groups with designated EFH within the N-S Corridor (including all bridges between Cocoa and West Palm Beach and bridges with proposed in-water construction between West Palm Beach and Miami).

Habitat was evaluated at the bridge sites to identify habitats listed in "Appendix 6: Summary of EFH Requirements for Species Managed by the SAFMC" of *Essential Fish Habitat: A Marine Fish Habitat National Mandate for Federal Agencies* provided as Appendix 4.3.5 (NMFS 2010).

Snorkeling surveys were conducted at each of the potential impact areas to evaluate the type and quality of aquatic habitats and associated substrates (submerged aquatic vegetation [SAV] and oyster beds/shell bottom) for EFH determinations. The purpose of the benthic survey was to characterize the bottom

AAF-AR0073811

composition as well as evaluate the presence of rooted seagrass beds, oyster beds (live or dead), sponges, and other benthic colonizing organisms. Benthic surveys were performed at each Bridge Study Area in accordance with the NMFS guidance for assessing small project sites less than or equal to 1 hectare (NOAA 2012). The bottom survey included a center line transect beneath the existing bridge structure as well as transects on both the east and west sides of the existing bridge structures. As part of the in-water seagrass survey protocol, if seagrasses were determined to be rooted within the bridge project area, patch distribution was delineated and quantified. Appendix 4.3.5, *EFH Assessment Report*, provides additional details of the sampling methods and results.

### 4.3.5.2    Affected Environment

**Natural Upland Habitats**

Uplands present within the Project Study Area include natural habitats that are relatively undisturbed by human activity and anthropogenic land uses that include commercial and residential developments, industrial, agriculture, mining. Natural upland habitats within the Project Study Area were identified according to the FLUCCS Level III, as appropriate, and are provided in Table 4.3.5-1. Many of these natural habitats are relatively undisturbed by human activity although habitats present within developed areas have experienced varying levels of disturbance.

The natural upland habitats located within the Project Study Area are listed in Table 4.3.5-1. Brief descriptions including vegetation and wildlife information for the upland habitat categories are detailed in the sections below. Lists of common plant species found in these communities are included in Appendix 4.3.3-A1.

**Table 4.3.5-1    Existing Natural Upland Communities Located Within and Adjacent to the Project Study Area**

| FLUCCS Code | FLUCCS Description |
|-------------|-------------------|
| 310 | Herbaceous (Dry Prairie) |
| 320 | Shrubs and Brushland |
| 321 | Palmetto Prairie |
| 322 | Coastal Scrub |
| 330 | Mixed Rangeland |
| 411 | Pine Flatwoods |
| 413 | Sand Pine |
| 420 | Hardwood Forests |
| 421 | Xeric Oak |
| 422 | Brazilian Pepper |
| 424 | Melaleuca |
| 427 | Live Oak |
| 428 | Cabbage Palm |
| 434 | Hardwood – Coniferous Mixed |
| 437 | Australian Pines |

Source: FDOT. 1999. Florida Land Use, Cover and Forms Classification System (FLUCCS) –
Handbook. http://www.dot.state.fl.us/surveyingandmapping/documentsandpubs/fluccmanual1999.pdf. January 2013. Accessed August 7, 2013.

AAF-AR0073812

| Table 4.3.5-2    Common Upland Plant Species | |
| --- | --- |
| **Scientific Name** | **Common Name** |
| *Andropogon* spp. | Bluegrass, Bluestem |
| *Aristida stricta* var. *beyrichiana* | Wiregrass |
| *Celtis laevigata* | Sugarberry |
| *Ceratiola ericoides* | Florida rosemary |
| *Dichanthelium* spp. | Witchgrass |
| *Gaylussacia dumosa* | Dwarf huckleberry |
| *Ilex glabra* | gallberry |
| *Lyonia* spp. | Fetterbush |
| *Myrica cerifera* | Wax myrtle |
| *Panicum* spp. | Panic grass |
| *Quercus geminate* | Sand live oak |
| *Quercus minima* | Dwarf live oak |
| *Rhus coppalinum* | Winged sumac |
| *Serenoa repens* | Saw palmetto |
| *Vaccinium arboretum* | Sparkleberry |
| *Vaccinium myrsinites* | Shiny blueberry |

### Herbaceous (Dry Prairie)

Herbaceous (dry prairie) habitat within the E-W Corridor and N-S Corridor is located within the Project Study Area in Orange, Brevard, Martin, Indian River, and St. Lucie Counties. Dry prairie typically lacks trees and displays a variety of herbaceous vegetation including grasses, rushes, sedges, and low shrubs. The dry prairie typically occupies large, level expanses of land. Communities sometimes present with dry prairie include islands of xeric or mesic flatwoods, small depression wetlands, wet prairies, and live oak hammocks. This habitat is typically dominated by grasses and herbs such as wiregrass, bottlebrush threeawn, bluestem, lopsided indiangrass, panicgrass, yellow-eyed grass, milkwort, witchgrass, narrowleaf silkgrass, goldenrod, and slender flattop goldenrod. Scattered shrubs and subshrubs found within dry prairies typically include saw palmetto, dwarf live oak, gallberry, fetterbush, shiny blueberry, pawpaw, Atlantic St. John's wort, wax myrtle, and dwarf huckleberry.

Typical species that inhabit dry prairie include bird species such as wild turkey, eastern meadowlark, red-tailed hawk, and northern bobwhite. Other notable wildlife species include oak toad, box turtle, eastern cottontail rabbit, and hispid cotton rat.

### Shrub and Brushland

Shrub and brushland is a Level II category, which includes three shrub dominated communities: palmetto prairie, coastal scrub, and other shrubs and brush. This Level II category is often applied to shrub areas for which the dominant species cannot be identified on aerial photography. The E-W Corridor and N-S Corridor traverse this land cover type in all six counties. Dominant shrubs within these habitats include saw palmetto, wax myrtle, gallberry, sand live oak, sea grape, false-willow, and Brazilian pepper.

AAF-AR0073813

This land use category includes both undisturbed natural habitats and habitats undergoing successional ecosystem development subsequent to a historical disturbance.

Typical wildlife species that inhabit shrub and brushland include pygmy rattlesnake, southeastern five-lined skink, northern mockingbird, southern toad, and loggerhead shrike.

### Palmetto Prairie

Palmetto prairie is a saw palmetto dominated habitat common to peninsular Florida. Shrub species which may be present in addition to saw palmetto include wax myrtle, gallberry, winged sumac, sand live oak, shiny blueberry, fetterbush, and pawpaw. Groundcover is present in the spaces between palmettos and includes wiregrass, bottlebrush threeawn, bluestem, lopsided indiangrass, yellow-eyed grass, and narrowleaf goldenrod.

### Coastal Scrub

Coastal scrub is found within the coastal zone associated with the N-S Corridor. The community composition is strongly influenced by physical factors attributed to proximity with the sea include wind and salt spray. It usually develops as a band between beach dunes along the coast, and maritime hammock or mangrove swamp communities further inland. On barrier islands it also occurs as patches of shrubs within coastal grasslands. Typical components of the shrub stratum of this habitat include saw palmetto, sand live oak, sea grape, Spanish bayonet, myrsine, buttonsage, white indigoberry, Spanish stopper, wild lime, coinvine, and gray nicker. Common groundcover species include seaoats, railroad vine, coral dropseed, and seashore paspalum.

Scrub habitats occurring near the coast is important habitat for many small wildlife species during and after storm events that destroy the fore dunes. Typical species inhabiting coastal scrub include spadefoot toad, cotton mouse, southeastern pocket gopher, eastern coachwhip, scrub lizard, scarlet kingsnake, and chuck-will's-widow.

### Mixed Rangeland

Mixed rangeland includes habitat composed of an intermixture (greater than 33 percent composition) of both dry prairie or shrub dominated habitats (FDOT 1999). The Project Study Area includes this habitat type within Orange, Brevard, Indian River, and St. Lucie Counties. The natural community within this land cover type includes grasses, forbs, and shrubs that provide grazing opportunities as well as a mix of the vegetation described for herbaceous (dry prairie) and palmetto prairie.

### Pine Flatwoods

Pine flatwoods typically has an open canopy of tall pines and dense groundcover of low shrubs, grasses, and forbs. In northern and central Florida longleaf pine and slash pine are the dominant canopy species. In south Florida the canopy is typically dominated by south Florida slash pine. The shrub stratum consists of saw palmetto, fetterbush, tarflower, and winged sumac. Subshrubs include dwarf live, running oak, shiny blueberry, Darrow's blueberry, and dwarf huckleberry. The herbaceous layer consists primarily of

AAF-AR0073814

grasses, including wiregrass, dropseed, witchgrasses, panicgrass, and bluestem among others. Typical forbs include goldenrod, slender flattop goldenrod, chaffhead, and gayfeather.

Wildlife species occurring within pine flatwoods includes white-tailed deer, Florida black bear, coopers hawk, barred owl, common ground dove, eastern diamondback rattlesnake, and pinewoods tree frog.

### Sand Pine

Sand Pine occurs in xeric habitats and has an open canopy of widely spaced sand pine with an understory consisting of low grasses and shrubs. Other canopy species may include turkey oak and long leaf pine. The shrub layer consists of saw palmetto, rusty staggerbush, and scrub oak species. Common subshrubs include dwarf live oak, running oak, dwarf huckleberry, gopher apple, Adam's needle, and shiny blueberry. Grasses include wiregrass, bluestem, and little bluestem. Forbs include coastal plain honeycomb head, narrowleaf silkgrass, October flower, and pricklypear.

### Upland Hardwood Forests

Upland hardwood forest includes any natural forest stand with a canopy providing greater than 10 percent cover that is dominated (greater than 66 percent) by hardwood tree species (FDOT 1999). The Project Study Area includes upland hardwood forest in Orange, Brevard, Indian River, St. Lucie, Martin, and Palm Beach Counties.

A wide variety of wildlife species utilize upland hardwood forests including Florida black bear, white-tailed deer, bobcat, gray fox, gray squirrel, eastern diamondback rattlesnake, pileated woodpecker, northern cardinal, broad-winged hawk, green tree frog, and cottontail rabbit.

### Xeric Oak

Xeric oak, also called scrub, is a community composed of evergreen shrubs and is found on dry, infertile, sandy ridges. This habitat is dominated by three shrub oak species, myrtle oak, sand live oak, and Chapman's oak. Associated shrub species include rusty staggerbush and saw palmetto. Florida rosemary and sand pine may also be present. The overall structure of this habitat consists of a dense shrub layer with patches of open ground with patchy cover of grasses and herbs. Herbaceous species are typically dominated by threeawn, sedges, and subshrubs such as pinweed and jointweed, and ground lichens.

Species endemic to scrub and other xeric habitats are similar to those species utilizing coastal scrub including eastern fence lizard, slender glass lizard, and coral snake.

### Brazilian Pepper

Brazilian pepper is dominated by the exotic hardwood species Brazilian pepper. Brazilian pepper creates dense pure stands with little light penetration and sparse groundcover vegetation. This habitat is usually found in areas disturbed by human activity or natural process such as wildfire, although Brazilian pepper has been documented as a highly invasive species and can completely overgrow native habitats. Brazilian pepper has historically been utilized as an ornamental landscape species in Florida.

AAF-AR0073815

### Melaleuca

Melaleuca is dominated by the exotic hardwood species melaleuca. Like Brazilian pepper, melaleuca creates dense pure stands with little light penetration and sparse groundcover vegetation. This habitat is usually found in areas disturbed by human activity or natural process such as wildfire. Melaleuca has been documented as a highly invasive species and can completely overgrow native habitats. Melaleuca has historically been utilized as an ornamental landscape species in Florida.

### Live Oak

Live oak is a mesic upland hammock dominated by live oak. Associated canopy species include laurel oak, water oak, and sand live oak. Cabbage palm, southern magnolia, and pignut hickory may occasionally be present in the subcanopy. The shrubby understory is typically composed of a mix of saw palmetto, American beautyberry, gallberry, sparkleberry, highbush blueberry, and wax myrtle. The herb layer is often sparse or patchy due to a dense canopy and subcanopy, including panicgrass, witchgrasses, woodsgrass, longleaf woodoats, and tailed bracken.

### Cabbage Palm

Cabbage palm is a mesic upland hammock dominated by cabbage palm. Associated canopy species include live oak, laurel oak, water oak, southern magnolia, and pignut. The shrubby understory is typically composed of a mix of saw palmetto, American beautyberry, gallberry, sparkleberry, and highbush blueberry. Tropical shrubs such as Simpson's stopper, myrsine, and wild coffee are common in south Florida mesic hammocks. The groundcover is often sparse or patchy due to a dense canopy and subcanopy and includes panicgrass, witchgrass, woodsgrass, longleaf woodoats, and tailed bracken.

### Hardwood – Coniferous Mixed

Hardwood – Coniferous Mixed is typically a closed-canopy forest with a diverse mixture of coniferous and hardwood tree species on mesic soils. Characteristic canopy trees include southern magnolia, pignut hickory, sweetgum, live oak, laurel oak, water oak, slash pine, cabbage palm, red maple, American elm, longleaf pine, and sugarberry. Typical shrubs species include saw palmetto, American beautyberry, sparkleberry, and wax myrtle, among others. The groundcover is composed of shade tolerant species such as Virginia creeper, muscadine grape, tailed bracken, and saw greenbriar.

### Australian Pines

Australian pines is dominated by the exotic Australian pine species. Like Brazilian pepper and melaleuca, Australian pine creates dense pure stands with little light penetration and sparse groundcover vegetation. This habitat is usually found in areas disturbed by human activity although Australian pine has historically been utilized to stabilize beaches and provide shade in coastal recreational areas in Florida.

### Preserves, Wildlife Sanctuaries, and Wildlife Corridors

Although the existing transportation corridors, including SR 528 and the FECR Corridor, do not provide important wildlife habitat and present a barrier to wildlife movement within the Project Study Area,

AAF-AR0073816

several preserves, sanctuaries, and wildlife corridors important to upland biodiversity are present adjacent to the corridors. The publically-owned parks described below are also considered as recreational resources in the context of Section 4(f), see Section 4.4.6.

### Hal Scott Regional Preserve

The Hal Scott Regional Preserve (HSR Preserve) is located in eastern Orange County, southeast of Orlando and north of SR 528. The preserve was established as part of the mitigation for beltway construction in the southern part of Orange County. County funding provided the partnership to establish this regional preserve, which protects the natural resources of the Econlockhatchee River.

### Tosohatchee Wildlife Management Area

The Tosohatchee Wildlife Management Area covers 30,701 acres along 19 miles of the St. Johns River in eastern Orange County. Dominant natural communities include freshwater marsh, hardwood swamp, mesic hammocks, pine flatwoods, cypress, and rivers and streams. These habitats, and those of adjacent public lands, are essential to maintaining water quality and the ecological integrity of the St. Johns River (FWC 2008).

### Helen and Allan Cruikshank Sanctuary

The Helen and Allan Cruickshank Sanctuary is part of the Brevard County Environmentally Endangered Lands (EEL) Program. The approximately 140-acre site is located in Rockledge, Florida. Natural communities within the sanctuary include pine flatwoods and sand pine along with other upland and wetland habitats. Approximately 1,000 feet of the eastern boundary of the sanctuary abuts the existing FECR Corridor between Mile Post (MP) 176 and 177. Wildlife species present within the sanctuary include migratory birds, Florida scrub-jay, northern bobwhite, raptors, gopher tortoise, and eastern indigo snake (Brevard County, Florida 2013a).

### Malabar to Vero Beach Aquatic Preserve

The Malabar to Vero Beach Aquatic Preserve consists of 28,000 acres of sovereign submerged lands of the Indian River Lagoon and its freshwater tributaries, Turkey Creek and the St. Sebastian River. This preserve protects a diverse estuarine ecosystem, including manatee and dolphin as well as waterfowl.

### Savannas Preserve State Park

Savannas Preserve State Park was established in 1977 and is over 6,000 acres in size. The park is located within south St. Lucie County and north Martin County between Fort Pierce and Jensen Beach. The natural communities located within the park include the largest intact freshwater marsh in Southeast Florida, which extends 10 miles along the entire length of the park. East of the marsh is the Atlantic Coastal Ridge, which is dominated by sand pine scrub habitat. Sand pine scrub is one of the rarest, and most imperiled, habitats in Florida. Areas west of the central marsh are dominated by pine flatwoods.

AAF-AR0073817

### Jonathan Dickinson State Park

The 11,500-acre Jonathan Dickinson State Park was established in 1950 and is located south of Stuart in Martin and Palm Beach Counties along the east end of the Loxahatchee River. Thirteen natural communities are found within the park, including pine flatwoods, sand pine scrub, mangrove swamp, and river swamps. The Loxahatchee River, Florida's first federally designated Wild and Scenic River, runs through the park (Florida State Parks n.d.). The FECR crosses the park.

### Hobe Sound National Wildlife Refuge

Hobe Sound National Wildlife Refuge, established in September 1969, is a coastal refuge located in Martin County and bisected by the Indian River Lagoon into two separate tracts of land totaling over 1,000 acres. The 735-acre Jupiter Island tract located on the north half of the island provides some of the most productive sea turtle nesting habitat in the United States. The 300-acre mainland tract located immediately east of Jonathan Dickinson State Park is dominated by the native sand pine scrub habitat much of which has been lost to development in Florida (USFWS 2013c). The FECR Corridor crosses the NWR.

### Hypoluxo Scrub Natural Area (Lantana)

The Hypoluxo Scrub Natural Area is a 92-acre site owned and managed by Palm Beach County. This site is mostly scrub and scrubby flatwoods. Most of the site was cleared in the early 1960s and the natural communities are still in the process of regenerating. A small Florida scrub-jay population lives on this site and also uses several nearby smaller scrub sites.

### Seacrest Scrub Natural Area (Boynton Beach)

The Seacrest Scrub Natural Area is a 54-acre site owned and managed by Palm Beach County. This site is predominantly scrub and scrubby flatwoods. Most of the area was cleared in the 1920s for pineapple farming and the natural communities are still in the process of regenerating.

### Leon M. Weekes Environmental Preserve (Delray Beach)

The Leon M. Weekes Environmental Preserve is a 12-acre site co-owned by Palm Beach County and the Town of Delray Beach. The Preserve is managed by the Town of Delray Beach. The site is scrub habitat with paved and natural trails. The old sand pine scrub burned in late 1990s near the railroad and now is mostly occupied by scrub oaks. Gopher tortoise burrows are found on the property.

### Rosemary Ridge Preserve (Boca Raton)

The Rosemary Ridge Preserve is a 7-acre site owned and managed by the City of Boca Raton. The site consists of xeric sand pine scrub.

### Gopher Tortoise Preserve (Boca Raton)

The Gopher Tortoise Preserve is a 9-acre site owned and managed by the City of Boca Raton. The site consists of xeric sand pine scrub.

AAF-AR0073818

AAF-AR0073819



**Explanation of Features**

- E-W Corridor
- MCO Segment
- N-S Corridor
- Florida Wildlife Corridor
- Proposed Station (By Others)

Data Sources: 2012 ESRI, Florida Wildlife Corridor 2014

**Florida Wildlife Corridor**

**All Aboard Florida Intercity Passenger Rail Project**

U.S. Department of Transportation
**Federal Railroad Administration**

4.3.5-1

Affected Environment

4-81

AAF-AR0073820

### Highland Scrub Natural Area (Pompano Beach)

The Highland Scrub Natural Area is a 34-acre site owned and managed by Broward County. The site consists of scrub oak and sand pine and is considered one of Broward County's last substantial remaining sand pine scrub communities. The site is characterized by loose white sand with a canopy of sand pine and scrub oak and a subcanopy of saw palmetto, small scrub oaks, gopher apple, and prickly pear cactus. A gopher tortoise was identified on site during field visits.

### Colohatchee Park (Wilton Manors)

Colohatchee Park is a 7-acre site owned and managed by the City of Wilton Manors. The site consists of a mangrove preserve along the Middle River dominated by red and white mangroves.

### Greynolds Park (North Miami Beach)

Greynolds Park is a 241-acre site owned and managed by Miami-Dade County. Once the site of a rock quarry, the site consists of a variety of habitats, including 1 acre of pineland, 18 acres of hammock, 26 acres of coastal habitat, and 31 acres of lake.  The hammock is one of the last well-protected natural areas of northern Miami-Dade County.

### Oleta River State Park (North Miami)

Oleta River State Park is a 1,033-acre site owned by Trustees of the Internal Improvement Trust Fund and managed by FDEP. Florida's largest urban park, Oleta River State Park, borders the north shore of Biscayne Bay and contains the mouth of the Oleta River. Along the Oleta River, at the north end of the park, a large stand of mangrove forest is present. The bulk of the uplands are dredge spoil, and exotic species are a major problem, but natural vegetation has reclaimed 468 acres of tidal swamp.

### Arch Creek Park (North Miami Beach)

Arch Creek Park is a 9-acre site owned and managed by the Miami- Dade County. The site consists of 7 acres of hammock and 1 acre of coastal habitat.  The park was created around a natural limestone bridge formation that was once part of an important Indian trail and is designated as a Florida State Historical Preserve.

### Essential Fish Habitat (EFH)

EFH is defined as those waters and substrates necessary to support fish for spawning, breeding, feeding, or growth to maturity. Reauthorization of the Magnuson-Stevens Fishery Conservation and Management Act in 1966 required NMFS to coordinate with federal and state agencies, resource users, and others to protect, conserve, and enhance EFH. The South Atlantic Fishery Management Council (SAFMC) is responsible for the conservation and management of fish stocks within the federal 200-mile limit of the Atlantic Ocean off the coasts of North Carolina, South Carolina, Georgia, and eastern Florida to Key West. SAFMC is also responsible for the development of fishery management plans and amendments to ensure sustainable fisheries. Implementation of the regulations, including federal management of permits for some fisheries, is the responsibility of NMFS. The rule also identifies Habitat Areas of Particular Concern (HAPC). HAPC are

AAF-AR0073821

subsets of EFH that are particularly important to the long-term productivity of populations of one or more managed species, or are particularly vulnerable to human induced degradation.

There are no EFHs or HAPCs located within the MCO Segment or the E-W Corridor. EFH and HAPC are located within the N-S Corridor associated with waterways and bridge crossings. EFH for sites along the FECR Corridor from West Palm Beach to Miami were previously identified in Section 3.1.5.1 of the 2012 EA.

NMFS indicated that EFH for the snapper/grouper complex, spiny-lobster, and penaeid shrimp, as well as HAPC for snapper/grouper complex, is present at one or more of the bridge project locations. A figure of the locations of EFH and HAPC located within or adjacent to the Project boundaries is provided in Appendix 4.3.5. The list of the managed species groups that may utilize aquatic habitat along the N-S and WPB-M Corridors is presented in Table 4.3.5-2.

**Table 4.3.5-2     Essential Fish Habitat Within the Project Study Area**

| County | Site | EFH[1] | HAPC[1] |
|---|---|---|---|
| Brevard | Horse Creek | Spiny Lobster<br>Penaeid Shrimp | None |
|  | Eau Gallie River | Spiny Lobster<br>Snapper-Grouper Complex | None |
|  | Crane Creek | Spiny Lobster Snapper-Grouper Complex | None |
|  | Turkey Creek | Spiny Lobster Snapper-Grouper Complex | None |
|  | Goat Creek | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| Brevard<br>Indian River | St. Sebastian River | Spiny Lobster<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| Indian River | North Canal | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | None |
|  | Main Canal[2] | None | None |
|  | South Canal | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | None |
|  | Warner Creek[2] | None | None |
|  | Unnamed Creek | Spiny Lobster<br>Penaeid Shrimp | Snapper-Grouper Complex |
| St. Lucie | Taylor Creek | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
|  | Moore's Creek | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |

AAF-AR0073822

**Table 4.3.5-2    Essential Fish Habitat within the Project Study Area (Continued)**

| County | Site | EFH[1] | HAPC[1] |
|---|---|---|---|
| Martin | St. Lucie River | Bull Shark<br>Blacktip Shark<br>Spiny Lobster<br>Snapper-Grouper Complex | None |
| | Unnamed Tributary[2]<br>(MP 266.58) | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | Unnamed Tributary[1]<br>(MP 266.86) | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | Tributary to Manatee Creek[2]<br>(MP 267.34) | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | None |
| | Tributary to Manatee Creek[1]<br>(MP 267.70) | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | None |
| Palm Beach County | Loxahatchee River | Spiny Lobster<br>Snapper-Grouper Complex | None |
| | Earman River[2] | None | None |
| | Canal C-51[2] | None | None |
| | Hillsboro Canal | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | Boynton Beach Canal | Spiny Lobster<br>Penaeid Shrimp | - |
| Broward County | North Fork of the Middle River | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | South Fork of the Middle River | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | Hillsboro Canal | Spiny Lobster<br>Penaeid Shrimp | Snapper-Grouper Comples |
| | Cypress Creek Canal | Spiny Lobster | - |
| | New River | Spiny Lobster | - |
| | Tarpon River | Spiny Lobster | - |
| | Dania Cut-off Canal | Spiny Lobster | - |
| Miami-Dade County | Oleta River | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | Arch Creek | Spiny Lobster<br>Penaeid Shrimp<br>Snapper-Grouper Complex | Snapper-Grouper Complex |
| | Biscayne Park Canal | Spiny Lobster<br>Penaeid Shrimp | - |
| | Little River | Penaeid Shrimp | - |

Source: NMFS. 2010. *Essential Fish Habitat: A Marine Fish Habitat Conservation Mandate for Federal Agencies- South Atlantic Region*. National Marine Fisheries Service Habitat Conservation District Southeast Regional Office. http://sero.nmfs.noaa.gov/hcd/pdfs/efhdocs/sa_guide_2010.pdf. September 2010. Accessed March 7, 2013; NOAA. 2013. *EFH Mapper.* http://www.habitat.noaa.gov/protection/efh/habitatmapper.html. Accessed March 7, 2013.
1    Identified based on site assessment of habitat and literature review (NMFS 2010; NOAA 2013)
2    Water control structure downstream of these bridge locations

AAF-AR0073823

**Migratory Bird Habitat**

Florida is on the Atlantic flyway, a major migratory route stretching more than 3,000 miles from Baffin Island to northern South America (Ducks Unlimited n.d.). Florida provides important overwintering habitat to many migratory bird species (Rapoza 2007). Common migratory species include many waterfowl (gadwall, American widgeon, blue-winged teal, northern shoveler, northern pintail, green-winged teal, American coot), raptors (northern harrier, American kestrel, sharp-shinned hawk), shorebirds (black-bellied plover, semipalmated plover, greater yellowlegs, ruddy turnstone, red knot, least sandpiper, short-billed dowitcher), and passerine landbirds (eastern phoebe, palm warbler, yellow-rumped warbler, gray catbird, American robin, ruby-crowned kinglet, chipping sparrow, Baltimore oriole). Birds that overwinter on the Caribbean islands also migrate through Atlantic coastal Florida in spring and fall, including shorebirds, flycatchers, warblers, and thrushes and tanagers (Rapoza 2007). Passerine migrants are found in hardwood hammocks and other forested habitats, waterfowl on lakes and impoundments, and shorebirds on beaches and flooded agricultural fields (Rapoza 2007).

### 4.3.6    Threatened and Endangered Species

The Federal Endangered Species Act of 1973 (ESA) defines an endangered species as "any species which is in danger of extinction throughout all or a significant portion of its range." The Act also defines a threatened species as "any species which is likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." The ESA protects species listed as endangered or threatened on a national basis. The current list of federally protected wildlife is provided within the 50 CFR part 17.11 *Endangered and Threatened Wildlife*, published October 1, 2012. The current list of federally protected plants is provided within 50 CFR part 17.12 *Endangered and Threatened Plants*, published October 1, 2012.

State-listed species are protected under Article IV, Section 9 of the Constitution of the State of Florida, and are classified as Endangered, Threatened, or Species of Special Concern. An Endangered species is a species native to Florida that is in danger of extinction throughout all or a significant portion of its range within Florida. A Threatened species is a species native to Florida that is likely to become endangered in Florida in the foreseeable future. Species of Special Concern are those species native to Florida for which biological research has documented a decline in population that could threaten the species if the decline continues unchecked, or those species native to Florida that occur in such small numbers or with such a restricted distribution that they could easily become threatened within the state. Chapter 68A-27.003-.005 FAC, updated January 2013, lists protected wildlife species regulated by the State of Florida. Plant species listed in Chapter 5B-40.0055, FAC, adopted April 22, 2004, are regulated by the State of Florida and are classified as Endangered, Threatened, or Commercially Exploited.

### 4.3.6.1    Methodology

Databases maintained by the regional offices of USFWS (USFWS 2012a) and by the FNAI Biodiversity Matrix (FNAI n.d.) were consulted to identify listed species within each county. These databases provide information on state and/or federally protected species documented or expected to occur in or near the Project Study Area.

AAF-AR0073824

In addition, the FWC bald eagle locator (FWC 2012a), red-cockaded woodpecker database (USFWS 2004a), and wading bird colony locator (FWC 2009) were utilized to determine the presence of nests and rookeries of these species in relation to the Project Study Area. The Project Study Area was also examined for appropriate sand skink habitat utilizing elevation and soil GIS data. Low altitude aerial photography was utilized to identify areas that may provide suitable habitat for particular listed species.

The records search provided a list of species with potential to occur within or adjacent to the Project Study Area, their habitat requirements, and life history information. Wildlife within the Project Study Area were observed during pedestrian field surveys (where plant and animals species were identified). Windshield surveys of habitat, benthic seagrass surveys, low altitude aerial surveys to identify eagle nests, and surveys to evaluate Florida scrub-jay habitat were also conducted. Seagrass survey details, field survey methods and details of specific surveys for Audubon's crested caracara, bald eagle, and Florida scrub-jay are provided in Appendix 4.3.6-A.

**Table 4.3.6-1    Rare Species and Habitat (Land Use) Assumptions for Terrestrial Species**

| Species | Assumed Cover Type Use (FLUCCS Codes) |
|---|---|
| Bald Eagle | None |
| Wood Stork | 510, 520, 530, 610, 620, 630, 640 |
| Sand Skink | None (Habitat based on soils and elevation, not cover or land use) |
| Eastern Indigo Snake | 310, 320, 330, 411, 434, 617, 625, 630, 641, 643 |
| Audubon's Crested Caracara | 310, 330, 411, 625, 641, 643 |
| Florida Scrub-Jay | 320, 330, 411 |
| Everglades Snail Kite | None |
| Red-Cockaded Woodpecker | 411, 625 |
| Sherman's Fox Squirrel | 310, 330, 411, 434, 625, 630 |
| American Alligator | 510, 525, 530, 641 |
| Sandhill Crane | 310, 330, 510, 530, 641, 643 |
| Southeastern American Kestrel | 310, 330, 411, 625, 641, 643 |
| Gopher tortoise | 310, 320, 330, 411, 412, 413, 421 |
| Burrowing Owl | 310, 320, 330 |
| Florida Mouse | 310, 320, 330, 411, 412, 413, 421 |
| Pine Snake | 310, 320, 330, 411, 412, 413 |
| Short-Tailed Snake | 310, 320, 330, 411, 412, 413, 421 |
| Rim Rock Crowned Snake | None |
| Gopher Frog | 310, 320, 330, 411 |
| Mangrove Rivulus | 612 |
| Limpkin | 510, 520, 530, 617, 618, 621, 625, 630, 641, 643, 646 |
| Little Blue Heron | 510, 520, 530, 617, 618, 621, 625, 630, 641, 643, 646 |
| Roseate Spoonbill | 510, 520, 530, 617, 618, 621, 625, 630, 641, 643, 646 |
| Reddish Egret | 612 |
| Snowy Egret | 510, 520, 530, 617, 618, 621, 625, 630, 641, 643, 646 |
| Tricolored Heron | 510, 520, 530, 617, 618, 621, 625, 630, 641, 643, 646 |
| White Ibis | 510, 520, 530, 617, 618, 621, 625, 630, 641, 643, 646 |

Source: SFWMD. Undated. *GIS Data Catalog.* http://my.sfwmd.gov/gisapps/sfwmdxwebdc/dataview.asp?. Accessed: August 31, 2013; SJRWMD. 2013a. *GIS Data Download Table.* http://floridaswater.com/gisdevelopment/docs/themes.html. Accessed: August 31, 2013.

AAF-AR0073825

Several of the species may use habitat types that were not included in assumptions listed in Table 4.3.6-1. For example, gopher tortoises may utilize areas within residential developments and road or railroad rights-of-way if the soil conditions are appropriate.

Detailed scrub-jay surveys were conducted by BioTech Consulting, Inc., along the N-S Corridor from Brevard County to Palm Beach County. Survey stations were located where the existing FECR Corridor bordered Type I, Type II, or Type III habitats as determined by GIS and field confirmation. Scrub-jays are most often found in low oak scrub, but habitat is classified into three different Types. Type I habitat consists of any upland habitat in which scrub oak species provide greater than 15 percent cover. Type II habitat includes any areas not meeting the requirements of Type I habitat in which one or more scrub oak species are present. Type III habitat consists of any other area within ¼ mile of Type I or Type II habitat.

Preliminary surveys to determine the presence of threatened or endangered species and delineate wetland boundaries were conducted within areas of the N-S Corridor where the construction footprint would go beyond the existing and historic railroad tracks and ballast. Surveys for threatened or endangered species consisted of reconnaissance level identification of species within the proposed construction footprint.

### 4.3.6.2    Affected Environment

The desktop survey identified 39 plant and animal species that are both federally and state listed (Table 4.3.6-2) and 31 plant and animal species listed only by the State of Florida (Table 4.3.6-3) that may occur within or adjacent to the Project Study Area. Table 4.3.6-5 lists protected plant species.

**Wildlife Species**

The MCO Segment, E-W Corridor, and N-S Corridor intersect USFWS Consultation Areas for: West Indian (Florida) manatee, Florida scrub-jay, red-cockaded woodpecker, Everglade snail kite, Audubon's crested caracara, piping plover, Atlantic salt marsh snake, and Florida sand skink/blue mole skink (USFWS 2003a, 2003b, 2003c, 2003d, 2003e, 2003f, 2004a, and 2011a). Appendix 4.3.6-B provides figures depicting Consultation Areas for these species in relation to the Project Study Area. Figure 4.3.6-1 shows the location of listed bird species habitats in relation to the E-W Corridor. The Project is also within the Consultation Area for the Everglades snail kite, blue-tailed mole skink, and Atlantic salt marsh snake.

AAF-AR0073826

**Table 4.3.6-2    Federal and State Protected Wildlife Species Known to Occur Within the Phase II Project Study Area Counties**

| Listed Species | Scientific Name | Federal Status | State Status | Preferred Habitat |
|---|---|---|---|---|
| West Indian Manatee | *Trichechus manatus* | E | E | Coastal waters, bays, rivers, lakes |
| Southeastern Beach Mouse | *Peromyscus polionotus niveiventris* | E | T | Sand dunes |
| Florida panther | *Puma concolor coryi* | E | E | Large blocks of forested upland or wetland |
| Florida scrub-jay | *Aphelocoma coerulescens* | T | T | Fire-dominated low-growing oak scrub |
| Red knot | *Calidris canutus rufa* | C | Not listed | Beaches |
| Audubon's crested caracara | *Caracara cheriway* | T | T | Open country with cabbage palm |
| Piping plover | *Charadrius melodus* | T | T | Beaches and tidal mudflats |
| Kirtland's Warbler | *Dendroica kirtlandii* | E | E | Dense scrub |
| Wood stork | *Myceteria americana* | E | E | Freshwater wetlands |
| Red-cockaded woodpecker | *Picoides borealis* | E | E | Open mature pine woodlands |
| Everglade snail kite | *Rostrhamnus socialibis plumbeus* | E | E | Large open freshwater marshes |
| American alligator | *Alligator mississippinesis* | SAT | SSC | Permanent bodies of freshwater |
| Loggerhead sea turtle | *Caretta* | T | T | Coastal and oceanic waters |
| Green sea turtle | *Chelonia mydas* | E | E | Coastal and oceanic waters |
| Kemp's Ridley sea turtle | *Lepidochelys kempii* | E | E | coastal and oceanic waters |
| Hawksbill sea turtle | *Eremochelys imbricata* | E | E | Coastal and oceanic waters |
| Leatherback sea turtle | *Demochelys coriacea* | E | E | Coastal and oceanic waters |
| Gopher tortoise | *Gopherus polyphemus* | C | T | Dry sandy uplands |
| Florida sand skink | *Neoseps reynoldsii* | T | T | Sparse dry scrub |
| Atlantic salt marsh snake | *Nerodia clarkia taeniata* | T | T | Coastal salt marshes |
| Eastern indigo snake | *Drymarchon corais couperi* | T | T | Wide range of upland and wetland habitats |
| Striped newt | *Notophthalmus parstriatus* | C | Not listed | Xeric uplands |
| Smalltooth sawfish | *Pristis pectinata* | T | T | Estuaries, bays, tidal creeks |

E    Endangered; T, Threatened; C, Candidate: SAT, Threatened because of similarity of appearance; SSC, special concern

**Table 4.3.6-3    State-only Protected Wildlife Species Known to Occur Within the Phase II Project Study Area Counties**

| Listed Species | Scientific Name | State Status | Preferred Habitat |
|---|---|---|---|
| Florida mouse | *Podomys floridanus* | SSC | Xeric sandy uplands |
| Sherman's fox squirrel | *Sciurus niger shermani* | SSC | Sandhill, pine flatwoods, pastures |
| American oystercatcher | *Haematopus palliates* | SSC | Beaches, sandbars, mudflats |
| Black skimmer | *Rynchops niger* | SSC | Coastal waters |
| Brown pelican | *Pelecanus occidentalis* | SSC | Coastal shallow estuarine waters |
| Burrowing owl | *Athene cunicularia* | SSC | Sparsely vegetated sandy uplands |
| Florida sandhill crane | *Grus canadensis pratensis* | ST | Prairies, pasture, freshwater marshe |
| Least tern | *Sterna antillarum* | ST | Beaches |
| Limpkin | *Aramus guarauna* | SSC | Mangroves, marshes, wetlands |
| Little blue heron | *Egretta caerulea* | SSC | Shallow open wetlands |
| Reddish egret | *Egretta rufescens* | SSC | Tidal flats and shores |
| Roseate spoonbill | *Platalea ajaja* | SSC | Coastal mangroves, tidal flats |
| Snowy egret | *Egretta thula* | SSC | Inland and coastal wetlands |
| Southeastern american kestrel | *Falco sparverius paulus* | ST | Open pine habitats, prairies, pastures |
| Tricolored heron | *Egretta tricolor* | SSC | Coastal and inland wetlands |
| White ibis | *Eudocimus albus* | SSC | Freshwater and brackish marshes |
| Florida pine snake | *Pituophis melanoleucus mugitus* | SSC | Open upland forests on dry sandy soils |
| Rim rock crowned snake | *Tantilla oolitica* | ST | Tropical hardwood hammocks, disturbed habitats |
| Gopher frog | *Lithobates capito* | SSC | Dry sandy uplands near water |
| Mangrove rivulus | *Rivulus marmoratus* | SSC | Mangrove forests |

SSC    Species of Special Concern
ST     State Threatened

AAF-AR0073827



Protected Bird Species along the MCO Segment and E-W Corridor

All Aboard Florida Intercity Passenger Rail Project

**Explanation of Features**
- MCO Segment
- E-W corridor
- N-S Corridor
- ★ Eagle Nests > 660 ft
- ★ Eagle Nests < 660 ft
- ▲ Caracara Nest
- ◆ Red Cockaded Woodpecker Nests < 0.5 miles
- ◆ Red Cockaded Woodpecker Nests > 0.5 miles
- Wood Stork Nest 15 Mile Buffer
- ○ Wood Stork Nesting Colonies
- ▣ Wading Bird Active Rookeries, 1999 data

U.S. Department of Transportation
Federal Railroad Administration

4.3.6-1

Affected Environment                4-89

AAF-AR0073828

Numerous natural areas, parks, refuges and other open spaces are adjacent to the Project Study Area in several locations. Protected species populations utilize some of these open space areas. These natural areas provide primary habitat as well as refugia for a wide variety of plant and animal species. Boundary fences are located adjacent to the FECR Corridor and SR 528 along many of the natural areas typically with a maintained buffer of 10 to 20 feet between the rail line and the natural area fence. The Project Study Area is in close proximity to wood stork nesting colonies, other active wading bird rookeries, red-cockaded woodpecker nesting sites, and a bald eagle nest (Figures 4.3.6-2 and 4.3.6-3).

The federally protected bald eagle was observed during the field surveys, along with suitable nesting habitat. State and federal listed species, Florida scrub-jay, Audubon's crested caracara, wood stork, and gopher tortoise were observed during the field surveys. Suitable habitat for Florida scrub-jay and Audubon's crested caracara were observed within the Project Study Area during the field investigations, along with wood stork foraging and wading bird nesting and foraging.

Several federal species identified as present within the counties through which the Project would pass are not within the Project Study Area because either habitat is lacking or the Project Study Area is outside the accepted range of the species. These species include: Florida panther, southeastern beach mouse, piping plover, Kirtland's warbler.

Scrub-jay field surveys identified occupied habitat in many areas adjacent to the FECR Corridor, and the corridor is classified as Type III habitat where it is located within a ¼ mile of any Type I or Type II habitat. Field surveys indicated scrub-jays occupy areas adjacent to the corridor in the following locations:

Brevard County
- Adjacent to the Helen and Allan Cruikshank Sanctuary
- Adjacent to and north of the Jordan Scrub Sanctuary
- Between Micco Road and Holly Street

Indian River County
- Adjacent to the North Sebastian Conservation Area

St. Lucie County
- Within and adjacent to a power line easement in Savannas Preserve State Park
- Adjacent to Savannas Preserve State Park, north and south of Walton Road
- Adjacent to Savannas Preserve State Park, north of County Line Road

Martin County
- Adjacent to Jonathan Dickinson State Park

Several commenters, including FDEP and USFWS, also reported scrub-jays in Hobe Sound National Wildlife Refuge (NWR), Savannas Preserve State Park in St. Lucie County, and other locations.

AAF-AR0073829



**Explanation of Features**

- ⬤ Proposed Stations - WPB-M Corridor
- ▢ Core Foraging Area (CFA) = 15 miles for North Florida
- ▢ Core Foraging Area (CFA) = 18.6 miles for South Florida
- ◆ Red Cockaded Woodpecker Nests < 0.5 miles
- ◆ Red Cockaded Woodpecker Nests > 0.5 miles

- ▪ Wading Bird Active Rookeries, 1999 data
- ★ Eagle Nests
- ⬤ Wood Stork Nesting Colonies
- ▬ E-W Corridor
- ▬ N-S Corridor
- ▬ WPB-M Corridor

**Protected Bird Species along the N-S and WPB-M Corridors**

**All Aboard Florida Intercity Passenger Rail Project**

N  0  5  10 Miles

U.S. Department of Transportation
**Federal Railroad Administration**

4.3.6-2

Path: F:\FEC\FEC1_GDBIMXD\EISWS_Corridor_Protected_Bird_Species_Location_Map.mxd

AAF-AR0073830



**Explanation of Features**

★ Eagle Nest
▭ 330 Foot Buffer
▭ 660 Foot Buffer
▭ MCO Segment - Extent of Construction

Data Sources: ESRI 2012, DOT 2013, HNTB 2013

| Bald Eagle Nest Location |
|---|
| All Aboard Florida Intercity Passenger Rail Project |

U.S. Department of Transportation
Federal Railroad Administration

4.3.6-3

Suitable habitat for eastern indigo snake, West Indian (Florida) manatee, smalltooth sawfish, and swimming sea turtles were observed within the Project Study Area during the field investigations. Sand skink habitat is defined as areas within the Consultation Area which are at or above 82 feet elevation above sea level and consist of excessively well drained, well drained, and moderately well drained, sandy soils. Several areas meeting these requirements were identified within the Project Study Area including the west end of the E-W Corridor and the VMF footprint (AMEC 2013g)

Several Important Manatee Areas (IMAs) are located within the Project Study Area (Figure 4.3.6-4). IMAs are "areas within certain counties where increased densities of manatees occur due to the proximity of warm water discharges, freshwater discharges, natural springs and other habitat features that are attractive to manatees" (USFWS 2013d). IMAs located within the Project Study Area include:

- Eau Gallie River (Brevard County)
- Crane Creek (Brevard County)
- Turkey Creek (Brevard County)
- St. Sebastian River (Brevard/Indian River County)
- Taylor Creek (St. Lucie County)
- Manatee Pocket (Martin County)

AAF-AR0073831



**Explanation of Features**

- ● Proposed Stations - WPB-M Corridor
- ▬ E-W Corridor
- ▬ N-S Corridor
- ▬ WPB-M Corridor
- ▨ West Indian Manatee Critical Habitat

Data Source: ESRI Imagery, USFWS 2010, WikiM Coverities Areas

| West Indian Manatee Critical Habitat |
|---|
| All Aboard Florida Intercity Passenger Rail Project |

| N  0  5  10 Miles | U.S. Department of Transportation **Federal Railroad Administration** | 4.3.6-4 |
|---|---|---|

Path: F:\FECI\FECI_GDB\MXDEIS\West Indian Manatee Critical Habitat.mxd

Affected Environment

AAF-AR0073832

Areas within and adjacent to the WPB-M Corridor also may provide habitat for listed species, as reviewed in the 2012 EA. Table 4.3.6-4 lists the protected species reported for the three counties crossed by the WPB-M Corridor. A total of 17 federal and state-listed species, and ten additional state-listed species, are reported.

| Table 4.3.6-4 | Federal and State Listed Wildlife Species Potentially in WPB-M Corridor Project Area | | |
|---|---|---|---|
| **Listed Species** | **Scientific Name** | **Federal Status** | **State Status** |
| Mangrove Rivulus | *Rivulus marmoratus* | N/A | SSC |
| Smalltooth Sawfish | *Pristis pectinata* | E | E |
| American Alligator | *Alligator mississippiensis* | SAT | SAT |
| American Crocodile | *Crocodylus acutus* | T | T |
| Eastern Indigo Snake | *Drymarchon corais couperi* | T | T |
| Green Sea Turtle | *Chelonia mydas* | E | E |
| Gopher Frog | *Lithobates capito* | N/A | SSC |
| Gopher Tortoise | *Gopherus polyphemus* | N/A | T |
| Hawksbill Sea Turtle | *Eretmochelys imbricate* | E | E |
| Leatherback Sea Turtle | *Dermochelys coriacea* | E | E |
| Loggerhead Sea Turtle | *Caretta* | T | T |
| Rim Rock Crowned Snake | *Tantilla oolitica* | N/A | T |
| Bald eagle | *Haliaeetus leucocephalus* | Delisted | Delisted |
| Everglades Snail Kite | *Rostrhamus sociabilis plumbeus* | E | E |
| Florida Burrowing Owl | *Athene cunicularia floridana* | N/A | SSC |
| Florida Scrub-jay | *Aphelocoma coerulescens* | T | T |
| Kirtland's Warbler | *Dendroica kirtlandii* | E | E |
| Piping Plover | *Charadruis melodus* | T | T |
| Little blue heron | *Egretta caerulea* | N/A | SSC |
| Red Knot | *Calidris canutus rufa* | C | N/A |
| Snowy egret | *Egretta thula* | N/A | SSC |
| Tricolored heron | *Egretta tricolor* | N/A | SSC |
| White ibis | *Eudocimus albus* | N/A | SSC |
| Wood stork | *Mycteria americana* | E | E |
| Florida Bonneted bat | *Eumops floridanus* | C | T |
| Florida mouse | *Podomys floridanus* | N/A | SSC |
| Southeastern Beach Mouse | *Peromyscus polionotusniveiventris* | T | T |
| West Indian Manatee | *Trichechus manatus* | E/CH | E/CH |

- E        Endangered
- T        Threatened
- C        Candidate
- CH      Critical Habitat
- SAT    Threatened because of similarity of appearance
- SSC    State Special Concern

AAF-AR0073833

**Plant Species**

Federally listed plant species known to occur within the Study Area Counties are listed in Table 4.3.6-5, below.

Surveys conducted within the construction-area limits along the E-W corridor did not identify any listed species.

The waters along the coastline and intra-coastal waterway east of the N-S Corridor contain seagrass populations and habitat. Johnson's seagrass is a federally threatened species. Potential seagrass habitat near the bridge crossings consists of shallow areas less than 7 feet deep, with stable sediments and slow currents. No Johnson's seagrass populations were identified in or adjacent to the Project Study Area during benthic surveys. Seagrass species located in the vicinity of the existing bridges but outside the footprints of the bridges proposed for construction work include manatee grass and shoal grass, which are not listed.

Plant species for which the accepted range does not include the Project Study Area are: Florida bonamia, pygmy fringe tree, Okeechobee gourd, scrub wild buckwheat, scrub lupine, Britton's beargrass, papery whitlow-wort, and Carter's mustard. Plant species for which known populations do not occur within the Project Study Area include: beach jacquemontia, sand lace, scrub plum, and clasping warea.

| Table 4.3.6-5 | Federal and State Protected Plant Species Known to Occur Within Phase II Project Study Area Counties | | | | |
|---|---|---|---|---|---|
| **Listed Species** | **Scientific Name** | **Federal Status** | **State Status** | **Preferred Habitat** | |
| Four-petal pawpaw | *Asimina tetramera* | E | E | Sand pine scrub | |
| Florida bonamia | *Bonamia grandiflora* | T | E | Open or disturbed sand scrub | |
| Florida perforated cladonia | *Cladonia perforata* | E | E | Open sand in scrub habitats | |
| Okeechobee gourd | *Cucurbita okeechobeensis* | E | E | Swamps along Lake Okeechobee | |
| Beautiful pawpaw | *Deeringothamnus pulchellus* | E | E | Open longleaf pine woods | |
| Lakela's mint | *Dicerandra immaculata* | E | E | Atlantic coastal ridge scrub | |
| Savannah mint | *Dicerandra immaculata var. savannarum* | E | E | Atlantic coastal ridge scrub | |
| Scrub wild buckwheat | *Eriogonum longifolium var. gnaphalifolium* | T | E | Various scrub upland habitats | |
| Johnson's seagrass | *Halophila johnsonii* | T | T | Tidal deltas, mouths of canals | |
| Fragrant prickly-apple | *Harrisia fragrans* | E | E | Scrub flatwoods and xeric hammocks | |
| Beach jacquemontia | *Jacquemontia reclinata* | E | E | Dunes, coastal strand | |
| Papery whitlow-wort | *Paronychia chartacea* | T | E | Lake Wales ridge scrub | |
| Tiny polygala | *Polygala smallii* | E | E | Scrub, sandhill | |
| Sand lace | *Polygonella myriophylla* | E | E | Open sandy scrub | |
| Scrub plum | *Prunus geniculata* | E | E | Sandhill and oak scrub | |
| Carter's mustard | *Warea carteri* | E | E | Sandhill, inland and coastal scrub | |

E    Endangered
T    Threatened

AAF-AR0073834

**Table 4.3.6-6    State-only Protected Plant Species Known to Occur Within Phase II Project Study Area Counties**

| Listed Species | Scientific Name | State Status | Preferred Habitat |
|---|---|---|---|
| Barbed-wire cactus | *Acanthocereus tetragonus* | ST | Maritime hammocks, beaches |
| Curtiss' milkweed | *Asclepias curtissii* | SE | Dry hammocks, scrub flatwoods |
| Curtiss' sandgrass | *Calamovilfa multiflorus* | ST | Wet flatwoods |
| Many-flowered grass-pink | *Calopogon multiflorus* | SE | Dry to moist longleaf pine forest |
| Sand dune spurge | *Chamaesyce cumulicola* | SE | Beach dunes |
| Piedmont joint grass | *Coelorachis tuberculosa* | ST | Freshwater marshes |
| Large-flowered rosemary | *Conardina grandiflora* | ST | Coastal scrub |
| Nodding pinweed | *Lechea cernua* | ST | Scrub and scrubby flatwoods |
| Pine pinweed | *Lechea divaricata* | SE | Scrub and scrubby flatwoods |
| Celestial lily | *Nemastylis floridana* | SE | Wet prairies, marshes, cabbage palm hammocks |
| Simpson's zephyrlily | *Zephyranthes simpsonii* | ST | Peaty-sandy soil |

ST      State Threatened
SE      State Endangered

Preliminary surveys did not identify any threatened or endangered plant species within the FECR Corridor survey area; however, commenters on the DEIS indicated that several state and federal protected species have been observed near or within the FECR Corridor in areas which were not included within the preliminary survey because these areas are outside of the construction zone. These include:

- Fragrant prickly-apple (*Cereus eriophorus* var. *fragrans*)

- Lakela's mint (*Dicerandra immaculata*): (Federal and State Endangered)

- Fourpetal pawpaw (*Asimina tetramera*): (Federal and State Endangered)

- Perforate reindeer lichen (*Cladonia perforata*): (Federal and State Endangered)

- Cutiss' milkweed (*Asclepias curtissii*): (State Endangered)

- Barbed-wire cactus (*Acanthocereus tetragonus*): (State Threatened)

AAF has initiated coordination with federal and state agencies as well as land managers and biologists within public land to determine the potential presence of protected plant species and identify appropriate areas in which additional surveys will be conducted.

As described in the 2012 EA, Section 3.2.2 and Table 4.3.6-7 below, there are two federal- and state-listed plant species and 26 state-listed plant species within the WPB-M study area.

AAF-AR0073835

**Table 4.3.6-7    Federal and State Listed Plant Species Potentially in WPB-M Corridor Project Area**

| Listed Species | Scientific Name | Federal Status | State Status |
|---|---|---|---|
| Bahama Brake | *Pteris bahamensis* | N/A | T |
| Bahama Sachsia | *Sachsia polycephala* | N/A | T |
| Banded Wild-pine | *Tillandsia flexuosa* | N/A | T |
| Blodgett's Wild-mercury | *Argythamnia blodgettii* | N/A | E |
| Celestial Lily | *Nemastylis floridana* | N/A | E |
| Christmas Berry | *Crossopetalum ilicifolium* | N/A | T |
| Clamshell Orchid | *Encyclia cochleata* var. *triandra* | N/A | E |
| Coastal Vervain | *Glandularia maritima* | N/A | E |
| Cutthroat Grass | *Panicum abscissum* | N/A | E |
| Eaton's Spike Moss | *Selaginella eatonii* | N/A | E |
| Florida Lantana | *Lantana depressa* var. *depressa* | N/A | E |
| Florida Royal Palm | *Roystonea elata* | N/A | E |
| Giant Orchid | *Pteroglossaspis ecristata* | N/A | T |
| Golden Leather Fern | *Acrostichum aureum* | N/A | T |
| Johnson's Seagrass | *Halophila johnsonii* | T/CH | T/CH |
| Large-flowered Rosemary | *Conradina grandiflora* | N/A | T |
| Lignum-vitae | *Guaiacum sanctum* | N/A | E |
| Nodding Pinweed | *Lechea cernua* | N/A | T |
| Pine Pinweed | *Lechea divaricata* | N/A | E |
| Pineland Jacquemontia | *Jacquemontia curtissii* | N/A | T |
| Porter's Broad-leaved Spurge | *Chamaesyce porteriana* | N/A | E |
| Redmargin Zephyrlily | *Zephyranthes simpsonii* | N/A | T |
| Rockland Painted-leaf | *Euphorbia pinetorum* | N/A | E |
| Sand-dune Spurge | *Chamaesyce cumulicola* | N/A | E |
| Small's Flax | *Linum carteri* var. *smallii* | N/A | E |
| Tiny polygala | *Polygala smallii* | E | E |
| Two-keeled Helmet Orchid | *Galeandra bicarinata* | N/A | E |
| West Indies Mahogany | *Swietenia mahagoni* | N/A | T |

Source: AAF 2012
E    Endangered
T    Threatened
CH    Critical Habitat

## 4.4    Social and Economic Environment

This Section provides information on the existing human environment, including communities and demographics, environmental justice communities, economics, public health and safety, cultural resources, recreation, and other Section 4(f) resources, visual and scenic resources, utilities, and energy.

AAF-AR0073836

### 4.4.1    Communities and Demographics

This section provides an overview of existing community structure and demographic profiles within the Project Study Area.

#### 4.4.1.1    Methodology

Information collected from the United States Census Bureau (USCB), county websites (Orange, Brevard, Indian River, St. Lucie, Martin, and Palm Beach), and municipal websites (Orlando, Cocoa, Melbourne, Sebastian, Vero Beach, St. Lucie Village, Fort Pierce, Stuart, Jupiter, Palm Beach Gardens, Riviera Beach, and West Palm Beach) was reviewed and incorporated, as appropriate, to describe the community structure and demographic profiles within the Project Study Area.

#### 4.4.1.2    Affected Environment

The MCO Segment is located within MCO, which is in the City of Orlando. MCO is the 13th busiest airport in the United States and the 29th busiest airport in the world (MCO 2012). Orlando is the most visited destination in the United States with over 50 million domestic and international visitors each year (Orange County Office of Economic Development 2013).

According to 2007-2011 American Community Survey (ACS) 5-year Estimates, the City of Orlando has a total population of 236,532 (Table 4.4.1-1) (USCB 2011). Between 2000 and 2011, the total population of the city increased by 27.2 percent (USCB 2000). Orlando has a land area of 102.4 square miles; its population density is 2,327.3 persons per square mile (USCB 2010c).

The E-W Corridor extends from Orlando to Cocoa. Outside of these municipalities, the remaining areas along the E-W Corridor predominantly consist of transportation, cropland and pastureland, and undeveloped areas. Cocoa is located within Florida's Space Coast, the most concentrated high-tech economy in the state (Economic Development Commission of Florida's Space Coast 2011a). According to 2007-2011 ACS 5-year Estimates, the City of Cocoa has a total population of 17,302 (Table 4.4.1-1) (USCB 2011). Between 2000 and 2011, the total population of Cocoa increased by 5.4 percent (Table 4.4.1-1) (USCB 2000). Cocoa has a land area of 13.3 square miles; its population density is 1,287.0 persons per square mile (USCB 2010c).

The N-S Corridor is within the existing FECR Corridor, and passes through numerous incorporated and census designated places (Table 4.4.1-1). Among these communities, the City of Port St. Lucie has the highest total population (159,962), while the Town of Ocean Breeze has the lowest total population (392) (USCB 2011). Between 2000 and 2011, the City of Port St. Lucie experienced the largest population gain on a percentage basis (80.2 percent) (USCB 2000; USCB 2011). Several communities had their total populations decline between 2000 and 2011, including Fort Pierce North CDP (-3.2 percent), Micco CDP (-3.4 percent), St. Lucie Village (-6.0 percent), Lake Park (-6.1 percent), Vero Beach (-11.5 percent), Ocean Breeze (-15.3 percent), Roseland CDP (-18.9 percent), Rio (-20.7 percent) and Wabasso CDP (-26.1 percent) (USCB 2000; USCB 2011).

AAF-AR0073837

**Table 4.4.1-1    Total Population (2000 and 2011) of Incorporated and Census Designated Places Crossed by the Project, by County**

| County | Place[1] | Total Population (2000) | Total Population (2011) | Percent Increase in Total Population (2000 to 2011) |
|---|---|---|---|---|
| Orange | Orlando city | 185,951 | 236,532 | 27.2 |
| Brevard | Cocoa city | 16,412 | 17,302 | 5.4 |
| | Rockledge city | 20,170 | 24,707 | 22.5 |
| | Palm Shores town | 794 | 850 | 7.1 |
| | Melbourne city | 71,382 | 76,538 | 7.2 |
| | Palm Bay city | 79,413 | 101,815 | 28.2 |
| | Malabar town | 2,622 | 2,778 | 5.9 |
| | Grant-Valkaria town | NA | 3,809 | -- |
| | Micco CDP | 9,498 | 9,172 | -3.4 |
| Indian River | Roseland CDP | 1,775 | 1,439 | -18.9 |
| | Sebastian city | 16,181 | 21,603 | 33.5 |
| | Wabasso CDP | 918 | 678 | -26.1 |
| | Winter Beach CDP | 965 | 1,659 | 71.9 |
| | Gifford CDP | 7,599 | 9,940 | 30.8 |
| | Vero Beach city | 17,705 | 15,664 | -11.5 |
| | Vero Beach South CDP | 20,362 | 22,372 | 9.9 |
| | Florida Ridge CDP | 15,217 | 17,009 | 11.8 |
| St. Lucie | St. Lucie Village town | 604 | 568 | -6.0 |
| | Fort Pierce North CDP | 7,386 | 7,148 | -3.2 |
| | Fort Pierce city | 37,516 | 42,373 | 12.9 |
| | Indian River Estates CDP | 5,793 | 6,629 | 14.4 |
| | Port St. Lucie city | 88,769 | 159,962 | 80.2 |
| Martin | Jensen Beach CDP | 11,100 | 12,668 | 14.1 |
| | Ocean Breeze town | 463 | 392 | -15.3 |
| | Stuart city | 14,633 | 15,644 | 6.9 |
| | Rio CDP | 1,028 | 815 | -20.7 |
| | Port Salerno CDP | 10,141 | 10,174 | 0.3 |
| | Hobe Sound CDP | 11,376 | 11,747 | 3.3 |
| Palm Beach | Tequesta village | 5,273 | 5,632 | 6.8 |
| | Jupiter town | 39,328 | 53,935 | 37.1 |
| | Palm Beach Gardens city | 35,058 | 47,483 | 35.4 |
| | Cabana Colony CDP | NA | 2,658 | -- |
| | Lake Park town | 8,721 | 8,190 | -6.1 |
| | Riviera Beach city | 29,884 | 32,508 | 8.8 |
| | West Palm Beach city | 82,103 | 98,795 | 20.3 |

Source:   USCB. 2000. Census 2000. http://factfinder2.census.gov. Accessed August 13, 2013; USCB. 2011. 2007-2011 American Community Survey 5-Year Estimates: Total Population. http://factfinder2.census.gov/. Accessed August 13, 2013. Accessed August 14, 2013; USCB. 2014. 2014 TIGER/Line Shapefiles: Places: Florida. https://www.census.gov/cgi-bin/geo/shapefiles2014/main. Accessed February 20, 2015.
1         CDP = Census Designated Place

AAF-AR0073838

Brief descriptions of the major incorporated places (total populations greater than 30,000) traversed by the N-S Corridor are provided below.

- Melbourne is in the southern portion of Brevard County, on Florida's Space Coast (Melbourne, Florida 2012). Melbourne has a land area of 33.9 square miles; its population density is 2,246.4 persons per square mile (USCB 2010c).

- The City of Palm Bay is home to a number of aerospace and related companies, which contributes to the city's high concentration of workers employed in "advanced industries" such as science, technology, engineering, and math (Barth 2015). Palm Bay has a land area of 65.7 square miles; its population density is 1,570.6 persons per square mile (USCB 2010c).

- The City of Fort Pierce is one of the oldest communities on the eastern coast of Florida and has been the hub of St. Lucie County for over 100 years (Fort Pierce, Florida 2010). Fort Pierce has a land area of 20.6 square miles; its population density is 2,021.9 persons per square mile (USCB 2010c).

- The City of Port St. Lucie sits about halfway between Miami and Orlando, and is a regional hub of biotech research and life sciences (Port St. Lucie 2013). Port St. Lucie has a land area of 114.0 square miles; its population density is 1,444.5 persons per square mile (USCB 2010c).

- The Town of Jupiter is a coastal community, and one of the northernmost suburbs of the Miami-Fort Lauderdale-Pompano Beach Metropolitan Statistical Area. Jupiter has a land area of 21.5 square miles; its population density is 2,569.5 persons per square mile (USCB 2010c).

- The City of Palm Beach Gardens is the largest land area in Palm Beach County. Over 50 percent of the city's land mass is either forested or landscaped green space (Palm Beach Gardens, Florida 2008). Palm Beach Gardens has a land area of 55.1 square miles; its population density is 879.5 persons per square mile (USCB 2010c).

- The City of Riviera Beach has a robust waterfront, occupied by shops, restaurants, and other attractions such as the Port of Palm Beach (City of Riviera Beach, Florida 2013). Riviera Beach has a land area of 8.5 square miles; its population density is 3,810.0 persons per square mile (USCB 2010c).

- The City of West Palm Beach includes numerous shopping districts, historic and scenic neighborhoods (Northwood Village, Old Northwood, Flamingo Park, and El Cid), and year-round outdoor festivals. West Palm Beach has a land area of 55.3 square miles; its population density is 1,807.1 persons per square mile (USCB 2010c).

The additional two municipalities served by the Phase I stations are described below.

- The City of Fort Lauderdale has a land area of 34.8 square miles; its population density is 4,761.1 persons per square mile (USCB 2010c).

- The City of Miami has a land area of 35.9 square miles and has a population density of 11,135.9 persons per square mile (USCB 2010c).

The total population of the 117 census tracts within the Project Study Area is 535,868, which represents 15.1 percent of the total population of the six counties and 2.9 percent of the total population of the entire

AAF-AR0073839

state. The highest concentrations of population in the Project Study Area are within Brevard County (158,623) and Palm Beach County (115,597). Table 4.4.1-2 provides the total population for each of the six counties crossed by the Project, the census tracts within the Project Study Area (by county), and the State of Florida (USCB 2010a).

| Geography (No. of Census Tracts) | Total Population | Total Population of the Census Tracts Transected by the Project |
|---|---|---|
| Florida | 18,688,787 | — |
| Six County Total | 3,541,985 | 535,868 |
| Orange (8) | 1,133,087 | 78,632 |
| Brevard (32) | 542,320 | 158,623 |
| Indian River (17) | 137,004 | 69,533 |
| St. Lucie (10) | 274,693 | 35,131 |
| Martin (20) | 145,480 | 78,352 |
| Palm Beach (30 - N-S Corridor) | 1,309,401 | 115,597 |
| Palm Beach (46 - WPB-M Corridor) | 1,320,134[1] | 170,687[1] |
| Broward (52) | 1,748,066[1] | 220,308[1] |
| Miami-Dade (38) | 2,496,435[1] | 157,769[1] |

**Table 4.4.1-2    Total Population of Census Tracts Crossed by the Project, by County**

Source: USCB. 2011. *2007-2011 American Community Survey 5-Year Estimates: Total Population.* http://factfinder2.census.gov/. Accessed August 13, 2013; AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013.

1    Population data, as presented in Section 3.3.3 of the 2012 EA, derives from the 2010 U.S. Census

Section 4.4.2, *Environmental Justice,* presents demographic information pertaining to minority and low-income populations identified within the Project Study Area.

## 4.4.2    Environmental Justice

This section provides an overview of the existing conditions related to minority and low-income populations within the Project Study Area. Executive Order (EO) 12898, *Federal Actions to Address Environmental Justice in Minority Population and Low-Income Populations,* was issued in February 1994 and requires that federal agencies consider whether a proposed project would have a disproportionately high adverse impact on minority or low-income populations.

CEQ has oversight of the federal government's compliance with NEPA, including EO 12898. CEQ, with input from the EPA and other affected agencies, developed a guidance document to assist federal agencies with their NEPA procedures so that environmental justice concerns are effectively identified and addressed. CEQ's guidance document indicates that

"minority populations should be identified where either: (a) the minority population of the affected area exceeds 50 percent or (b) the minority population percentage of the affected area is meaningfully greater than the minority population percentage in the general population or other appropriate unit

AAF-AR0073840

of geographic analysis. A minority population also exists if there is more than one minority group present and the minority percentage, as calculated by aggregating all minority persons, meets one of the above-stated thresholds." (CEQ 1997b)

### 4.4.2.1    Methodology

This evaluation uses demographic data collected from the 2010 U.S. Census and 2010 ACS. The Project Study Area includes census tracts within 1,000 feet of the proposed or existing railroad alignments. Because impacts to environmental justice communities are dependent on the potential for significant impacts in other environmental categories, the area of analysis for environmental justice is the area of potential significant impacts for the other environmental impact categories, including cumulative impacts.

Thresholds to determine meaningfully greater high minority and low-income populations include census tracts where minority populations are 10 percent higher than the combined total for the six counties crossed by the Project (37.4 percent) and census tracts where low-income populations are 10 percent higher than the combined total for the six counties crossed by the Project (22.4 percent).

Poverty information was obtained from the USCB American Fact Finder website for poverty status in the past 12 months at the state, county, and census tract levels within the Project Study Area (USCB 2010b). There is a portion of the population whose poverty status cannot be determined. These populations include individuals under the age of 15 that do not live with a family member such as foster children; and people in college dormitories, military barracks, and institutional quarters such as prisons or nursing homes (USCB 2012). The percentage of the population below the poverty level is based on the population for which poverty status has been determined, rather than the total population in a given area.

### 4.4.2.2    Affected Environment

### Race

For this analysis, the minority or 'non-White' population refers to persons who reported their ethnicity and race as something other than 'White alone' during the 2010 Census (USCB 2010a). The 'non-White' population was calculated by subtracting the 'White' population from the total population for each area. The 'non-White' population includes individuals of American Indian or Alaskan Native; Asian or Pacific Islander; Black, not of Hispanic origin; or Hispanic racial heritage. Table 4.4.2-1 summarizes the 'non-White' populations identified at the state, county and census tract levels within the Project Study Area. Census tracts with a meaningfully greater percentage of minority populations (≥37.4 percent of the population, which is 10 percent higher than the percent minority population calculated for the combined six counties crossed by the Project) and minority populations greater than 50 percent are listed by county in Table 4.4.2-2 and shown in Appendix 4.4.2-A.

AAF-AR0073841

| Table 4.4.2-1 Summary of the Minority/'Non-White' Populations per County | | |
|---|---|---|
| | Minority/'Non White' Population | Percent 'Non-White' |
| Florida | 4,692,148 | 25.0 |
| Orange County | 417,161 | 36.4 |
| Brevard County | 92,449 | 17.0 |
| Indian River County | 21,682 | 15.7 |
| St. Lucie County | 78,453 | 28.2 |
| Martin County | 18,627 | 12.7 |
| Palm Beach County | 350,013 | 26.5 |
| **Six County Total** | **978,385** | **27.4** |
| Project Study Area Census Tracts within: | | |
| Orange County (8) | 21,684 | 27.6 |
| Brevard County (32) | 28,557 | 18.0 |
| Indian River County (17) | 14,782 | 21.3 |
| St. Lucie County (10) | 11,812 | 33.6 |
| Martin County (20) | 10,374 | 13.2 |
| Palm Beach County (30) | 48,162 | 41.7 |
| **Project Study Area Total** | **135,371** | **25.3** |

Source: USCB. 2010. *Census 2010.* http://factfinder2.census.gov/ Accessed August 13, 2013.

As shown in Table 4.4.2-1, 25.3 percent of the total population within the Project Study Area is 'non-White'. This is lower than the total percentage of the population considered 'non-White' within the six counties crossed by the Project Study Area (27.4 percent), but nearly equal to the total percentage of the population considered 'non-White' within the entire state (25.0 percent). Among the counties within the Project Study Area, Orange County has the highest concentration of minority populations (36.4 percent), while Martin County has the lowest concentration of minority populations (12.7 percent). The highest concentrations of minority populations within the Project Study Area were found to be in Palm Beach County (41.7 percent), St. Lucie County (33.6 percent), and Orange County (27.6 percent). Of the 117 census tracts within the Project Study Area, 24 census tracts (20.5 percent) have minority populations greater than 50 percent and two tracts (1.7 percent) have minority populations greater than 37.4 percent (Table 4.4.2-2).

AAF-AR0073842

| Table 4.4.2-2 | Minority Population Concentrations, N-S Corridor | | |
|---|---|---|---|
| | Census Tract | Percent Minority Population ≥37.4 % | Percent Minority Population >50 % |
| Brevard | 062301 | – | 60.2 |
| | 062302 | 38.2 | – |
| | 062600 | – | 78.2 |
| | 062900 | 38.5 | – |
| | 064902 | – | 53.1 |
| | 065124 | – | 70.2 |
| Indian River | 050302 | – | 79.0 |
| St. Lucie | 380901 | – | 57.8 |
| | 380100 | – | 66.7 |
| | 380200 | – | 94.9 |
| | 380500 | – | 51.4 |
| Martin | 000800 | – | 58.5 |
| Palm Beach | 001101 | – | 67.9 |
| | 001200 | – | 72.8 |
| | 001301 | – | 85.6 |
| | 001302 | – | 98.6 |
| | 001404 | – | 97.3 |
| | 001403 | – | 98.5 |
| | 001402 | – | 91.0 |
| | 001500 | – | 85.8 |
| | 001600 | – | 64.1 |
| | 001700 | – | 50.2 |
| | 001801 | – | 83.4 |
| | 002200 | – | 95.1 |
| | 002300 | – | 51.4 |
| | 002400 | – | 93.1 |

Source: USCB. 2010. *Census 2010.* http://factfinder2.census.gov/. Accessed August 13, 2013.

For the WPB-M Corridor evaluated in Section 3.3.3 of the 2012 EA (138 census tracts in Palm Beach, Broward, and Miami-Dade Counties), 39.7 percent of the population was 'non-White' and 25.7 percent Hispanic, which is 10.0 percent greater than the tri-county 'non-White' population and 15.9 percent less than the tri-county Hispanic population. Based on the CEQ guidelines, the 10.0 percent higher 'non-White' population represents a proportion of the impacted area that is deemed "meaningfully greater" when compared to the regional population; therefore, minority populations subject to protection under Executive Order 12898 are present within the WPB-M Corridor.

AAF-AR0073843

## Low Income

CEQ's guidance for environmental justice indicates that low-income populations in an affected area "should be identified with the annual statistical poverty thresholds from the Bureau of the Census' Current Population Reports, Series P-60 on Income and Poverty (CEQ 1997b)." USCB uses a set of income thresholds that vary by family size and composition to determine poverty status. Official poverty thresholds do not vary geographically, but are updated for inflation (USCB 2012). USCB reports poverty data from several major household surveys and programs, including the ACS, which is an ongoing statistical survey that samples a small percentage of the population every year. Information from the ACS is used to help determine how federal and state funds are distributed each year (USCB 2011). Weighted average poverty thresholds for 2010 ranged from $10,458 to $11,344 annual income for individuals, and $14,218 to $45,220 for households, depending on age and the number of people in the household.

Table 4.4.2-3 summarizes low-income populations identified at the state, county, and census tract levels within the Project Study Area. Census tracts with a meaningfully greater percentage of the population below the poverty level (≥22.4 percent of the population, which is 10 percent higher than the percent of the population below poverty calculated for the combined six counties) and populations below poverty greater than 50 percent are listed by county in Table 4.4.2-4 and figures in Appendix 4.4.2-B.

**Table 4.4.2-3    Summary of Low-Income Data for the past 12 months at the State, County, and Census Tract Level within the Project Study Area**

|  | Population for which Poverty is determined | Population Below Poverty | Percent Below Poverty | Median Household Income |
|---|---|---|---|---|
| Florida | 18,107,049 | 2,502,365 | 13.8 | $47,827 |
| Orange County | 1,097,169 | 147,225 | 13.4 | $49,731 |
| Brevard County | 532,304 | 55,981 | 10.5 | $50,068 |
| Indian River County | 134,445 | 16,984 | 12.6 | $46,363 |
| St. Lucie County | 265,682 | 36,457 | 13.7 | $44,947 |
| Martin County | 141,536 | 14,724 | 10.4 | $53,612 |
| Palm Beach County | 1,281,333 | 156,759 | 12.2 | $52,951 |
| **Six County Total** | **3,452,469** | **428,130** | **12.4** |  |
| Affected Census Tracts (117) within: |  |  |  | **Project Study Area Weighted Average** |
| Orange County (8) | 71,324 | 6,495 | 9.1 | $66,704 |
| Brevard County (32) | 154,662 | 18,353 | 11.9 | $51,269 |
| Indian River County (17) | 68,002 | 11,175 | 16.4 | $42,270 |
| St. Lucie County (10) | 35,127 | 5,977 | 17.0 | $35,629 |
| Martin County (20) | 75,856 | 7,764 | 10.2 | $54,002 |
| Palm Beach County (30) | 108,645 | 18,611 | 17.1 | $55,004 |
| **Project Study Area Total** | **513,616** | **68,375** | **13.3** |  |

Source:   USCB. 2010b. *2006-2010 American Community Survey 5-Year Estimates.* http://factfinder2.census.gov/. Accessed September 12, 2013.

AAF-AR0073844

As shown in Table 4.4.2-3, 13.3 percent of the total population within the Project Study Area has been below the poverty level within the last 12 months. This is slightly higher than the total percent of the population below poverty within the six counties (12.4 percent), but slightly lower than the percent below poverty within the entire state (13.8 percent). St. Lucie County has the highest percent below the poverty level (13.7 percent), while Martin County has the lowest percent below the poverty level (10.4 percent). Of the 117 census tracts within the Project Study Area, three (2.6 percent) reported poverty greater than 50 percent and 23 (19.7 percent) reported poverty greater than 22.4 percent (Table 4.4.2-4). The three census tracts with poverty greater than 50 percent occur in St. Lucie and Palm Beach Counties, and were also identified as counties with greater than 50 percent minority populations. Palm Beach County has the greatest number of census tracts with poverty levels greater than 22.4 percent (10).

| Table 4.4.2-4 | Low-Income Population Concentrations, N-S Corridor | | |
|---|---|---|---|
| | **Census Tract** | **Percent Low-Income Population ≥22.4 percent** | **Percent Low-Income Population >50 percent** |
| Brevard | 062301 | 38.5 | – |
| | 062302 | 40.2 | – |
| | 062400 | 23.6 | – |
| | 062600 | 36.2 | – |
| | 064700 | 27.0 | – |
| | 064902 | 40.8 | – |
| | 065124 | 23.4 | – |
| Indian River | 050302 | 29.1 | – |
| | 050401 | 46.9 | – |
| St. Lucie | 380100 | – | 51.6 |
| | 380200 | 42.9 | – |
| | 380500 | 23.2 | – |
| | 380901 | 22.7 | – |
| | 381000 | 26.5 | – |
| Martin | 000800 | 35.6 | – |
| | 001200 | 22.6 | – |
| Palm Beach | 001200 | 24.8 | – |
| | 001301 | 23.7 | – |
| | 001302 | 31.4 | – |
| | 001402 | 24.7 | – |
| | 001403 | – | 51.6 |
| | 001500 | 24.8 | – |
| | 001700 | 35.1 | – |
| | 002200 | – | 56.0 |
| | 002300 | 33.8 | – |
| | 002400 | 46.1 | – |

Source:   USCB. 2010b. *2006-2010 American Community Survey 5-Year Estimates.* http://factfinder2.census.gov/. Accessed September 12, 2013.

AAF-AR0073845

In addition to data pertaining to minority and low-income populations, information on language usage identifies areas within the Project Study Area where mitigation measures, such as the use of translators during public meetings, may be necessary. In Orange and Brevard Counties, 12.8 percent and 3.1 percent of the total population (5 years old and over) speak English less than "very well," respectively. Among the combined total population (5 years old and over) within the counties crossed by the N-S Corridor, 9.6 percent speak English less than "very well." The highest concentration of persons that speak English less than "very well" were found to be in Palm Beach County (13.0 percent) (USCB 2010b).

Some commenters noted that the environmental justice evaluation in the FEIS should include Martin County's Community Redevelopment Areas (CRAs), namely Jensen Beach, Rio, Old Palm City, Golden Gate, Hobe Sound, Port Salerno, and Indiantown. Old Palm City and Indiantown are outside the Project Study Area (within 1,000 feet of the proposed or existing railroad alignments). Jensen Beach, Rio, Golden Gate, and Hobe Sound are within the Project Study Area, but not within census tracts identified as environmental justice communities. Port Salerno is within the Project Study Area and intersects an identified environmental justice community (Census Tract 12). This CRA has been evaluated at the census tract level along with all other identified environmental justice communities in Section 5.4.2, *Environmental Justice*.

For the WPB-M Corridor evaluated in Section 3.3.3 of the 2012 EA, 20.4 percent of the population was below the poverty level. This is 8.9 percent higher than the tri-county average, which represents a proportion of the impacted area that is deemed "meaningfully greater" when compared to the regional population as per the CEQ guidelines. Low-income populations subject to protection under Executive Order 12898 are present within the WPB-M Corridor.

## 4.4.3    Economic Conditions

This section provides an overview of existing labor force and general employment sector conditions for the six counties within the Project Study Area.

### 4.4.3.1    Methodology

Data obtained from the 2007-2011 ACS, "Selected Economic Characteristics," and information collected as part of a literature review were examined and incorporated, as appropriate, to describe the economic characteristics of the Project Area. This section also includes an assessment of the economic value of the marine industry, particularly with respect to the St. Lucie, Loxahatchee and New Rivers.

The State of Florida has performed extensive studies regarding the economic value of the marine industry. These studies include analysis of spending on vessels (e.g., boat sales, storage, repairs) and recreation (e.g., restaurants, fishing, tackle, ski/boating instruction). These studies also provide information about the economic value of marine-related activities by county. The *2014 Navigation Discipline Report* (AMEC 2014) estimated the economic value of the marine industry in 2013 in order to determine a cost per trip for the socioeconomic impact analysis. Growth in the marine industry involved the projection of all retail sales based on estimated gross sales in the marine industry, as recorded by the Florida Department of Revenue. These data contain monthly totals for gross sales and taxable sales by county and by Kind Code up to December 2013. Kind Code 28, which includes motorboats, yachts, marine parts, accessories, and boat dealers, was used to determine growth in the marine industry by calculating

AAF-AR0073846

the percentage growth in this industry between the base date of the original study and December 2013. The same level of growth was applied to all retail values that were calculated in the State of Florida's studies. The four counties that are affected by marine activities on the St. Lucie River, Loxahatchee River, and New River include St. Lucie, Martin, Palm Beach, and Broward counties (AMEC 2014a). The *Navigation Discipline Report* did not include economic analysis for marine activities in Indian River or Brevard Counties, such as recreational boating, commercial fishing, scenic tour operators, or fishing guides, for which data are not readily available.

As described in the *2014 Navigation Discipline Report*, the economic benefits of marine-related activities on the inland waterways for each of the counties considered were originally analyzed in the following years: 2007 for Broward County, 2006 for Palm Beach County, and 1999 for both Martin and St. Lucie Counties. The State of Florida updated these studies in December 2011 to reflect the economic value of the marine industry in each county for 2009 values (based on the most recently available data at the time) (Florida Inland Navigation District 2011). The state's studies identify and quantify the total economic benefit of each county's waterways, including direct benefits, indirect benefits, and induced benefits associated with marine-related activity; the analysis includes benefits related to expenditures in the marine industry as well as expenditures outside of the marine industry, but directly related to marine activities (e.g., groceries purchased for a boating trip). These analyses do not include the effect of the marine industry on property values (Florida Inland Navigation District 2011).

This analysis expands on the methodology of the state's studies to estimate growth in direct, indirect, and induced economic activity (see Table 4.4.3-1), including total business volume, personal income, and employment (AMEC 2014a).

| Table 4.4.3-1 | Definition and Example of Direct, Indirect, and Induced Economic Effects | |
| --- | --- | --- |
| **Type of Effect** | **Definition** | **Illustrative Example** |
| Direct | The initial change in the industry in question (e.g., expenditures in the marine industry) | For example, when a boater pays for repairs to his vessel, this spending is considered a direct effect of the industry. |
| Indirect | Changes in inter-industry transactions when supplying industries respond to increased demands from the directly affected industries (e.g., impacts from non-wage expenditures) | When repairing the vessel, the mechanic uses a portion of these funds to purchase epoxy; if this expenditure occurs in the same region, it would constitute an indirect economic effect of vessel industry spending. |
| Induced | Changes in local spending that result from income changes in the directly and indirectly affected industry sectors (e.g., impacts from wage expenditures). | The vessel mechanic would earn income that can then be spent in the local economy, thereby producing induced benefits to the local economy. |

Source:  AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

In order to determine the economic value of the specific waterways considered in this analysis, the relative importance of each waterway was determined as a percentage of the marine industry in the county in which it is located. In the case that a particular waterway is located in two counties, its relative importance in each county was considered and then the results for each county were summed to get the total economic value of the waterway.

AAF-AR0073847

### 4.4.3.2     Affected Environment

This section describes general economic conditions within the Study Area, and specifically the economic conditions related to the marine industry in the counties where there are moveable bridges along the FECR Corridor.

**General Economic Conditions**

Orlando and Orange County are the most visited destinations in the United States with over 50 million domestic and international visitors each year (Orange County Office of Economic Development 2013). The tourism sector alone provides $27.6 billion in total economic impact to Metro Orlando (Metro Orlando Economic Development Commission 2012). Theme parks such as Walt Disney World Resort, Universal Orlando Resort, and SeaWorld Orlando are some of the area's main attractions. Walt Disney World Resort is the largest amongst these attractions, and includes several theme parks and water parks: Magic Kingdom, Epcot Center, Disney's Hollywood Studios, Disney's Animal Kingdom, Disney's Typhoon Lagoon, and Disney's Blizzard Beach (Disney n.d.). The nation's second largest convention facility is the Orange County Convention Center, which hosts approximately 1 million visitors per year and provides $1.9 billion in total economic impact to the Central Florida economy (Orange County Convention Center 2013).

The area from Cocoa to Melbourne in Brevard County is within Florida's Space Coast. The Space Coast stretches 72 miles along the state's eastern coastline, and is the most concentrated high-tech economy in the state (Economic Development Commission of Florida's Space Coast 2011a). This high-tech economy includes communications, electronics, aerospace, advanced security, and emerging technologies (Economic Development Commission of Florida's Space Coast 2011a). The National Aeronautics and Space Administration (NASA) Kennedy Space Center and United States Air Force (USAF) Cape Canaveral Air Force Station operate within the Space Coast, and are two of the region's largest employers (Economic Development Commission of Florida's Space Coast 2011b). The Kennedy Space Center Visitor Complex hosts over 1.5 million visitors per year. The Space Coast also includes the Merritt Island National Wildlife Refuge (MINWR) and Canaveral National Seashore, which draw over 550,000 visitors per year. Port Canaveral, one of the busiest ports in the nation, served over 3 million passengers in 2011 and has an estimated economic impact of $48 million of state and local taxes (Canaveral Port Authority 2009).

According to the ACS, three industry categories typically employed the greatest percentage of the labor forces in the six counties transected by the Project Study Area: educational services, health care, and social assistance; professional, scientific, management, administrative and waste management services; and retail trade (USCB 2011) (Table 4.4.3-2).

AAF-AR0073848

| Table 4.4.3-2 | Existing Labor Force and General Employment Data | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Industry Type (Percent of Workforce) | | | |
| County | Population in Labor Force | Educational Services, Health Care and Social Assistance | Retail Trade | Professional, Scientific, Management, Administrative and Waste Management Services | Percent Unemployed |
| Orange | 627,702 | 17.5 | 12.5 | 13.9 | 7.2 |
| Brevard | 263,218 | 20.8 | 13.3 | 12.9 | 6.2 |
| Indian River | 62,322 | 20.9 | 13.9 | 12.7 | 6.7 |
| St. Lucie | 128,691 | 20.8 | 16.8 | 10.0 | 8.2 |
| Martin | 66,999 | 20.2 | 14.7 | 13.1 | 5.8 |
| Palm Beach | 647,885 | 20.0 | 13.4 | 14.0 | 6.3 |

Source: USCB. 2011. 2007-2011 American Community Survey 5-Year Estimates: Total Population. http://factfinder2.census.gov/. Accessed August 13, 2013.

Agriculture is one of the major industries in Palm Beach County; commercial agriculture provides over $2 billion in total economic impact to Palm Beach County's economy. Approximately 37 percent of the total land in the county is occupied by agricultural land use (Palm Beach County, Florida 2013). Agriculture, natural resources and related industries are significant economic contributors within the five counties crossed by the N-S Corridor. This industry group generates 189,489 direct jobs and approximately $15.4 billion in direct revenues; it has an overall economic impact of approximately $18 billion (Table 4.4.3-3). Among the five counties crossed by the N-S Corridor, the largest economic impact from agriculture, natural resources and related industries is found in Palm Beach County ($11.6 billion) (Rahmani et al. 2008).

| Table 4.4.3-3 | Summary of Economic Impacts of Agriculture, Natural Resources, and Related Industries Along the N-S Corridor | | |
| --- | --- | --- | --- |
| | Direct Employment (Jobs) | Revenue ($ billions) | Economic Impact ($ billions) |
| Brevard | 29,493 | 2.1 | 2.2 |
| Indian River | 14,919 | 1.1 | 1.2 |
| St. Lucie | 18,612 | 1.3 | 1.6 |
| Martin | 14,217 | 1.2 | 1.4 |
| Palm Beach | 112,248 | 9.7 | 11.6 |
| Five County Total | 189,489 | 15.4 | 18.0 |

Source: Rahmani, Mohammad, Alan W. Hodges, and Rodney L. Clouser. 2008. Economic Contributions of Agriculture, Natural Resources, and Related Industries in Florida Counties, 2008. http://www.fred.ifas.ufl.edu/economic-impact-analysis/pdf/Florida%20Counties%20Main.pdf. Accessed August 18, 2013.

**Maritime Economic Conditions**

This section describes maritime economic conditions in the areas associated with the three movable bridges: St. Lucie River Bridge, Loxahatchee River Bridge, and New River Bridge.

AAF-AR0073849

Recreational boating activities bring revenue for local businesses and governments. According to the SFWMD and the Florida Center for Environmental Studies, fishing in the Indian River Lagoon brought in $82.1 million in Martin and St. Lucie Counties in 1995, with boating adding an additional $12.4 million (SFWMD and Florida Center for Environmental Studies 1999). According to the Recreational Marine Research Center, which conducted a study commissioned by the Florida Fish and Wildlife Conservation Commission, the total spending on boat trips by boat owners registered in Martin County in 2006 is estimated to be over $65 million, and nearly $170 million in Palm Beach County. If the estimated annual spending on recreational boating, not including purchases of boats, is added to that, the economic significance of trip spending and annual boating spending by boats registered in Martin County is estimated to have a value of over $90 million. In Palm Beach County, these numbers are estimated with a value over $280 million (Recreational Marine Research Center n.d.). According to recreational boat traffic surveys, recreational boating in Broward County has an economic impact of approximately $8.8 billion (Mote 2005). These estimates include lodging, marina services, restaurants, groceries, boat fuel, auto fuel, marine supplies, recreation, entertainment, and shopping, and encompass an area much larger than the Project Study Area.

### Martin County

As described in the *2014 Navigation Discipline Report*, the direct economic value of the marine industry in Martin County was determined by updating the economic analysis performed by the State of Florida in 2011. The state's study was updated from the base year of 1999, when the original study for Martin County was performed, to reflect the total value of the industry in December 2013. The direct economic value of the marine industry associated with the portion of the St. Lucie River that lies in Martin County includes all direct spending associated with the marine industry that occurred near this portion of the St. Lucie River. In other words, it includes all marine-related spending by the individuals utilizing this portion of the waterway (AMEC 2014a).

The total value of the marine industry in Martin County is $705.0 million, with $523.7 million in direct sales, $86.0 million in indirect benefits, and $95.3 million in induced benefits (Table 4.1.3-3). Direct spending in the marine industry supports 4,588 jobs and $138.1 million in personal income. Additionally, the total spending associated with the marine industry, including direct, indirect, and induced effects, supports 7,049 jobs and $205.5 million in personal income (Table 4.1.3-4) (AMEC 2014a).

| Table 4.1.3-4 | Direct, Indirect, and Induced Benefits of the Marine Industry in Martin County | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Original 1999 Model Results | | | | Estimated 2013 Figures | | | |
| | Direct | Indirect | Induced | Total | Direct | Indirect | Induced | Total |
| Business Volume (in millions) | $314.8 | $51.7 | $57.3 | **$423.8** | $523.7 | $86.0 | $95.3 | **$705.0** |
| Personal Income (in millions) | $83.0 | $19.0 | $21.5 | **$123.5** | $138.1 | $31.6 | $35.8 | **$205.5** |
| Employment | 2,758 | 663 | 816 | **4,237** | 4,588 | 1,103 | 1,358 | **7,049** |

Source:   AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida*. July 2014. Report.

AAF-AR0073850

### St. Lucie County

As described in the *2014 Navigation Discipline Report*, the direct economic value of the marine industry in St. Lucie County was determined by updating the economic analysis performed by the State of Florida in 2011. Because the economic studies for the marine industry in Martin and St. Lucie Counties were both performed in 1999, the methodology for updating data to December 2013 values is the same for both counties. The direct economic value of the marine industry associated with the portion of the St. Lucie River that lies in St. Lucie County includes all direct spending associated with the marine industry that occurred near this portion of the St. Lucie River. In other words, it includes all marine-related spending by the individuals utilizing this portion of the waterway (AMEC 2014a).

The total value of the marine industry in St. Lucie County is $420.9 million, with $308.4 million in direct sales, $53.2 million in indirect benefits, and $59.3 million in induced benefits. Additionally, the total personal income generated by the industry is $106.6 million and the total associated employment is 3,771 jobs (Table 4.4.3-5) (AMEC 2014a).

| Table 4.1.3-5    Direct, Indirect, and Induced Benefits of the Marine Industry in St. Lucie County | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Original 1999 Model Results** | | | | **Estimated 2013 Figures** | | |
| | Direct | Indirect | Induced | Total | Direct | Indirect | Induced | Total |
| Business Volume (in millions) | $192.87 | $33.26 | $37.11 | $263.24 | $308.35 | $53.17 | $59.33 | $420.85 |
| Personal Income (in millions) | $40.34 | $12.46 | $13.88 | $66.68 | $64.49 | $19.92 | $22.19 | $106.60 |
| Employment | 1,377 | 441 | 541 | 2,359 | 2,201 | 705 | 865 | 3,771 |

Source:    AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

The St. Lucie River represents approximately 82.9 percent of the marine activity in Martin County and 15.3 percent in St. Lucie County. Because the economic activity associated with the St. Lucie River is located in both Martin and St. Lucie Counties, the total economic value of this river is equivalent to 82.9 percent of the economic value of the marine industry in Martin County plus 15.3 percent of the economic value of the marine industry in St. Lucie County, resulting in a total economic value of $648.8 million. This total value is comprised of $481.3 million in direct expenditures, $79.4 million in indirect effects, and $88.1 million in indirect effects. This activity supports 6,420 jobs and $186.6 million in personal income (Table 4.4.3-6) (AMEC 2014a).

AAF-AR0073851

| Table 4.4.3-6 | Direct, Indirect, and Induced Benefits of the Marine Industry along the St. Lucie River | | | | |
|---|---|---|---|---|---|
| | | **Direct** | **Indirect** | **Induced** | **Total** |
| **Portion within Martin County** | Business Volume (in millions) | $434.1 | $71.3 | $79.0 | $584.4 |
| | Personal Income (in millions) | $114.4 | $26.2 | $29.7 | $170.3 |
| | Employment | 3,803 | 914 | 1,125 | 5,843 |
| **Portion within St. Lucie County** | Business Volume (in millions) | $47.2 | $8.1 | $9.1 | $64.4 |
| | Personal Income (in millions) | $9.9 | $3.0 | $3.4 | $16.3 |
| | Employment | 337 | 108 | 132 | 577 |
| **Total** | Business Volume (in millions) | $481.3 | $79.4 | $88.1 | $648.8 |
| | Personal Income (in millions) | $124.3 | $29.2 | $33.1 | $186.6 |
| | Employment | 4,140 | 1,022 | 1,258 | 6,420 |

Source:    AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

### Palm Beach County

As described in the *2014 Navigation Discipline Report*, the direct economic value of the marine industry in Palm Beach County was determined by updating the economic analysis performed by the State of Florida in 2011. The state's study was updated from the base year of 2006, when the original study for Palm Beach County was performed, to reflect the total value of the industry in December 2013. The direct economic value of the marine industry associated with the Loxahatchee River includes all marine-related spending by the individuals and businesses utilizing the waterway (AMEC 2014a).

The total value of the marine industry in Palm Beach County is $1,716.7 million, with $943.1 million in direct sales, $219.4 million in indirect benefits, and $554.2 million in induced benefits (Table 4.1.3-6). Direct spending in the marine industry supports 4,753 jobs and $182.7 million in personal income. Additionally, the total spending associated with the marine industry, including direct, indirect, and induced effects, supports 11,865 jobs and $494.8 million in personal income (Table 4.4.3-7) (AMEC 2014a).

| Table 4.4.3-7 | Direct, Indirect, and Induced Benefits of the Marine Industry in Palm Beach County | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Original 2006 Model Results** | | | | **Estimated 2013 Figures** | | | |
| | **Direct** | **Indirect** | **Induced** | **Total** | **Direct** | **Indirect** | **Induced** | **Total** |
| Business Volume (in millions) | $1,311.9 | $305.2 | $771.0 | **$2,388.2** | $943.1 | $219.4 | $554.2 | **$1,716.7** |
| Personal Income (in millions) | $254.2 | $122.8 | $311.3 | **$688.3** | $182.7 | $88.3 | $223.8 | **$494.8** |
| Employment | 6,612 | 2,533 | 7,360 | **16,505** | 4,753 | 1,821 | 5,291 | **11,865** |

Source:    AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

AAF-AR0073852

The Loxahatchee River represents approximately 23.2 percent of the marine activity in Palm Beach County, excluding revenue from port activities. Because the economic activity associated with the Loxahatchee River is located in Palm Beach County, the total economic value of this river is equivalent to 23.2 percent of the economic value of the marine industry in Palm Beach County, or $398.6 million. This total value is comprised of $219.0 million in direct expenditures, $50.9 million in indirect effects, and $128.7 million in induced effects. This activity supports 2,755 jobs and $114.9 million in personal income (Table 4.4.3-8) (AMEC 2014a).

| Table 4.4.3-8 | Direct, Indirect, and Induced Benefits of the Marine Industry along the Loxahatchee River | | | |
|---|---|---|---|---|
| | Direct | Indirect | Induced | Total |
| Business Volume (in millions) | $219.0 | $50.9 | $128.7 | $398.6 |
| Personal Income (in millions) | $42.4 | $20.5 | $52.0 | $114.9 |
| Employment | 1,104 | 423 | 1,228 | 2,755 |

Source:    AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

### Broward County

As noted in Section 3.2.4.1 of the *2014 Navigation Discipline Report*, the direct economic value of the marine industry in Broward County was determined by updating the economic analysis performed by the State of Florida in 2011. The state updated the study from the base year of 2007, the year of the original study for Broward County, to reflect the total value of the industry in December 2013. The direct economic value of the marine industry associated with the New River includes all marine-related spending by the individuals and businesses utilizing the waterway (AMEC 2014a).

The total value of the marine industry in Broward County is $5,268.0 million, with $3,748.3 million in direct sales, $820.2 million in indirect benefits, and $699.4 million in induced benefits (see Table 4.1.3-8). Direct spending in the marine industry supports 15,185 jobs and $638.7 million in personal income. Additionally, the total spending associated with the marine industry, including direct, indirect, and induced effects, supports 27,592 jobs and $1,186.8 million in personal income (Table 4.4.3-9) (AMEC 2014a).

| Table 4.4.3-9 | Direct, Indirect, and Induced Benefits of the Marine Industry in Broward County | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Original 2007 Model Results | | | | Estimated 2013 Figures | | | |
| Benefit | Direct | Indirect | Induced | Total | Direct | Indirect | Induced | Total |
| Business Volume (in millions) | $4,325.8 | $946.6 | $807.2 | $6,079.6 | $3,748.3 | $820.2 | $699.4 | $5,268.0 |
| Personal Income (in millions) | $737.1 | $364.2 | $268.3 | $1,369.6 | $638.7 | $315.6 | $232.5 | $1,186.8 |
| Employment | 17,524 | 7,415 | 6,904 | 31,843 | 15,185 | 6,425 | 5,982 | 27,592 |

Source:    AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

AAF-AR0073853

The New River represents approximately 32.7 percent of the marine activity and economic value in Broward County, excluding port activities. In addition, the total value of this river's marine activities is equivalent to 32.7 percent of the economic value of the marine industry in Broward County, or $1,723.8 million. This total value is comprised of $1,226.5 million in direct expenditures, $268.4 in indirect effects, and $228.9 million in induced effects. This activity supports 9,028 jobs and $388.3 million in personal income (see Table 4.4.3-10) (AMEC 2014a).

**Table 4.4.3-10  Direct, Indirect, and Induced Benefits of the Marine Industry Along the New River**

| Benefit | Direct | Indirect | Induced | Total |
|---|---|---|---|---|
| Business Volume (in millions) | $1,226.5 | $268.4 | $228.9 | **$1,723.8** |
| Personal Income (in millions) | $209.0 | $103.3 | $76.1 | **$388.3** |
| Employment | 4,968 | 2,102 | 1,957 | **9,028** |

Source:    AMEC. 2014a. *Navigation Discipline Report for the AAF Passenger Rail Project from Orlando to Miami, Florida.* July 2014. Report.

Many commenters noted that yachting is a significant economic contributor to local maritime businesses and communities along the New River. According to the South Florida Comprehensive Economic Development Strategy (2012 – 2017), Greater Fort Lauderdale is known as the "Yachting Capital of the World" (SFRPC 2012). Further, commercial activity associated with mega-yachting supports one of Broward County's largest employment sectors and generates approximately $400,000 in economic impact each year (SFRPC 2012).

## 4.4.4    Public Health and Safety

This section describes the existing and proposed conditions within the Project Study Area with respect to the health and safety of the residents and communities that may be affected by the construction and long-term operation of the Project.

FRA has primary regulatory authority over railroad safety. FRA's regulations govern aspects of railroad safety, including rail operations, track, and signaling, as well as rolling stock, such as locomotives and freight cars (49 CFR parts 200-299). The State of Florida also has an important role in freight rail safety, especially at highway/rail at-grade crossings. Other groups that establish standards and practices for the industry include the Association of American Railroads (AAR), the American Short Line and Regional Railroad Association (ASLRRA), and the American Railway Engineering and Maintenance-of-Way Association (AREMA).

Where a roadway, sidewalk or pedestrian trail/bikeway crosses the track at the same elevation, this is called an at-grade crossing. Where a roadway, sidewalk or pedestrian trail/bikeway passes over the tracks via an overpass bridge structure or passes under a railroad track via an underpass bridge structure, these crossings are referred to as grade separated. FHWA and FRA have regulatory jurisdiction over safety at crossings, pursuant to the Highway Safety Act of 1966 (HSA) (23 USC § 401 *et seq.*). The HSA governs the distribution of federal funds to states aimed at eliminating hazards at highway-rail grade crossings. USDOT has issued regulations that address crossing safety and provides federal funding for the installation and improvement of warning devices through state departments of transportation. In

AAF-AR0073854

addition to federal oversight and funding, states also monitor crossings and, in many cases designate funding to complement the federal funds. Jurisdiction over highway-rail grade crossings falls primarily to the states. This authority is set forth in the Railroad-Highway Grade Crossing Handbook (FHWA 2007). Each state department of transportation is required to periodically inspect highway-rail grade crossings and to determine the adequacy of warning devices at each location, as well as to order safety improvements. USDOT oversees and approves the state determinations. Within Florida, FDOT's Rail Office maintains responsibility for grade crossings.

### 4.4.4.1    Methodology

Highway/rail at-grade crossing information was collected from the FRA Grade Crossings database (FRA n.d.). This database provides spatial crossing information that originates from the National Highway-Rail Crossing Inventory Program.

The description of geological hazards, considered as a public safety issue, was developed using existing available information (Institute of Food and Agricultural Service 1998 and 2005) and applicable data obtained from geotechnical surveys (soil borings) conducted for the Project Study Area, including information and data obtained to describe existing conditions and potential consequences associated with sinkholes and seismic hazard zones (Beck, Berry and Sinclair 1986; NOAA n.d.).

Data related to soils were collected using the following GIS analysis techniques:

- Creating a polygon that represents a 100-foot buffer of the N-S Corridor;

- Creating a polygon that represents a 60-foot buffer of the E-W Corridor;

- Dividing the polygons into county segments using the Intersect geoprocessing tool in ArcGIS; and

- Using the Intersect geoprocessing tool to intersect the county buffer polygons with the Soil Survey Geographic database soils feature classes created by the NRCS USDA.

### 4.4.4.2    Affected Environment

This section describes the existing conditions within the Project Study Area with respect to the health and safety of the residents and communities that may be affected by the construction and long-term operations of the Project.

### Public Safety

The N-S Corridor between Cocoa and West Palm Beach is within an existing rail right-of-way known as the FECR Corridor. Freight rail service is currently provided in this corridor as described in Section 4.1.2, *Transportation*. Passenger rail service is not currently provided in the corridor.

FRA's Track Safety Standards are based on classifications of track that determine maximum operating speed limits, inspection frequencies, and standards of maintenance, among other issues (49 CFR part 213). Higher track classes require more stringent maintenance standards to support higher allowable maximum operating speed. The existing track in the N-S Corridor is Class 4, allowing maximum

AAF-AR0073855

speeds up to 79 mph. Existing maintenance and inspection requirements, as documented in the existing service plan, meet FRA Class 4 standards.

The N-S Corridor crosses 159 at-grade crossings. Two of these, located in Palm Beach County, do not have signals or safety equipment. The remaining at-grade crossings are protected with various forms of at-grade crossing controls, including actively protected grade crossing predictor technology with gates and flashing light signals. An inventory of accidents at N-S Corridor at-grade crossings was conducted for a 5-year period (2007 through 2012) using the FRA's Office of Safety Analysis database (Table 4.4.4-1). In general, the total number of accidents by county is minimal, and only one crossing (Babcock Street, Brevard County) has had more than one accident in the last 5 years.

| Table 4.4.4-1   N-S Corridor At-Grade Crossing Accident Data by County | | | | | |
|---|---|---|---|---|---|
| | **Brevard** | **Indian River** | **St. Lucie** | **Martin** | **Palm Beach** |
| Total Number of Grade Crossings | 52 | 31 | 27 | 26 | 35 |
| Number of Grade Crossings with Accidents (Year 2012[1]) | 1 | 1 | 0 | 1 | 1 |
| Number of Grade Crossings with Accidents (2011) | 0 | 0 | 0 | 0 | 1 |
| Number of Grade Crossings with Accidents (2010) | 2 | 0 | 0 | 0 | 1 |
| Number of Grade Crossings with Accidents (2009) | 1 | 0 | 0 | 0 | 0 |
| Number of Grade Crossings with Accidents (2008) | 2 | 0 | 0 | 1 | 2 |
| Total Number of Accidents | 6 | 1 | 0 | 2 | 5 |
| Number of Grade Crossings with Signals | 52 | 31 | 27 | 26 | 33 |
| Number of Grade Crossings without Signals | 0 | 0 | 0 | 0 | 2 |

Source: FRA. 2013b. *Federal Railroad Administration Office of Safety Analysis.* http://safetydata.fra.dot.gov/OfficeofSafety/default.aspx. Accessed September 18, 2013.

1    Palm Beach and Brevard County numbers exclude crossings north of SR 528 and south of the proposed West Palm Beach stations. Numbers for all counties exclude grade crossings on sidings and off of the FECR Main Line.

Accidents occurring along the FECR right-of-way (and not at grade crossings) are listed in Table 4.4.4-2. These may include a range of accident types, including derailments, accidents between trains, trains and humans, or between trains and objects on the tracks. Between 2006 and 2014, FEC has had only one accident that resulted in the release of hazardous materials (in 2009).

| Table 4.4.4-2   FECR Accidents, Cocoa to Miami – Years 2011 to 2007[1] | | | | | |
|---|---|---|---|---|---|
| | **Year** | | | | |
| | **2011** | **2010** | **2009** | **2008** | **2007** |
| Total Accidents | 14 | 12 | 10 | 11 | 38 |
| Fatalities | 3 | 3 | 2 | 1 | 1 |

Source: FRA. 2013b. *Federal Railroad Administration Office of Safety Analysis.* http://safetydata.fra.dot.gov/OfficeofSafety/default.aspx. Accessed September 18, 2013.

1    Accident locations are based on counties; data represents Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River and Brevard counties.

AAF-AR0073856

The primary roads in the Project Study Area are I-95 and Florida's Turnpike (SR 91), providing north-south connections, and SR 528, providing the east-west connection. Table 4.4.4-3 provides five years of accident data for the regional roadway system within the Project Study Area.

| Table 4.4.4-3  Primary Regional Roadway System Traffic Accidents – Years 2011 to 2007[1] | | | | | |
|---|---|---|---|---|---|
| | Year | | | | |
| Accidents | 2011 | 2010 | 2009 | 2008 | 2007 |
| **I-95 (Cocoa to Miami)** | | | | | |
| Total Accidents | 7903 | 8957 | 8232 | 8464 | 9174 |
| Fatalities | 65 | 68 | 72 | 91 | 84 |
| **Turnpike (Orlando to Miami)** | | | | | |
| Total Accidents | 1771 | 2239 | 2438 | 2868 | 3017 |
| Fatalities | 22 | 22 | 15 | 19 | 32 |
| **SR 528 (MCO to Cocoa)** | | | | | |
| Total Accidents | 213 | 245 | 253 | 322 | 301 |
| Fatalities | 3 | 3 | 0 | 9 | 7 |

Source: FDOT. 2013c. Florida Traffic Safety Portal. http://www2.dot.state.fl.us/trafficsafetywebportal/. Accessed September 31, 2013.
1       Accident locations are based on counties; data represents Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River and Brevard counties.

The prevailing train control system on the existing FECR Corridor is commonly known as a cab with wayside type system. It uses wayside color light signals at interlockings that control safe switching of trains from mainline track to mainline track, or mainline track to controlled sidings. These signals are remotely controlled by dispatchers from an operations control center in Jacksonville, Florida. Safe braking distance is maintained through automatic signals (also color lights) used as intermediates between controlled interlocking signals. The control is route-signaling augmented by in-cab signals that display the state of the wayside signals continuously in the locomotive cab through electronic coded track. This electronic coded track also provides information on broken rail detection.

Freight trains traveling along the FECR Corridor are currently equipped to haul hazardous materials. Although there is no set schedule, hazardous materials are hauled on an average of once per week. FECR adheres to a safety program for existing freight service that includes:

- Education and Awareness: All FECR employees receive training throughout the year as required by law and by company policy.

- Test/Audits: FECR management teams conducts unannounced safety and compliance audits to ensure that employees are working in the safest environment possible.

- Compliance/Prevention: FECR ensures that potentially unsafe behaviors or circumstances are addressed immediately and any incidents are investigated in a timely manner.

- Recognition: Employee recognition is a key component of any successful safety program. FECR employees share in the success of the safety program through functions designed to promote safe work habits and recognize safety accomplishments throughout the year.

AAF-AR0073857

FECR has consistently been recognized for their safety record through receipt of performance rewards, including five E.H. Harriman Awards since 2005. The E.H. Harriman Award was an annual award presented to American railroad companies in recognition for outstanding safety achievements.

**Security**

In the current security climate, rail line security continues to be a prominent concern. Access points are of particular concern.

The FECR Corridor from Cocoa to West Palm Beach includes buildings and rail yards (Cocoa-Rockledge Yard, Ft. Pierce Yard, Port of Palm Beach Yard, and West Palm Beach Yard), bridges, right-of-way, and underpasses. The safety and security for this rail infrastructure is identified in FECR's Safety Rules and Company Policies (FECR 2012b). The plan provides for overall right-of-way safety and security objectives and the reporting of safety and security performance and details the arrangements for managing safety and security. Standard FECR security practices are listed in Table 4.4.4-4.

Safety and security in the N-S Corridor is accomplished through the combined facilities and services of FECR and the support from local police departments in each town/city in the corridor, other state and county law enforcement departments and other local emergency service providers. Although there is no formal agreement with FECR, in some locations, such as the Hobe Sound National Wildlife Refuge (NWR), NWR personnel use FECR facilities, including unpaved rail access roads, to carry out enforcement and emergency responses.

| Table 4.4.4-4    FECR Safety and Security Practices | |
|---|---|
| **Rail Infrastructure** | **Current Practice** |
| *Buildings*<br>• Abandoned<br>• Instrument Houses<br>• Storage Facilities<br>• Wayside Headquarters | Secured with locks or made inaccessible by boarding openings. Instrument housing and communication housings generally contain unauthorized entry alarm systems and electronic fire detection devices. Generally, headquarters, towers and storage facilities are not alarm protected. County and city police patrols provide additional security. |
| *Right-of-Way*<br>• Fencing<br>• Inter-Track Platforms<br>• Inter-Track Fencing<br>• Grade Crossings<br>• Yards | Fencing is installed in specific areas throughout the FECR Corridor. Where appropriate fencing with locked gates are provided. At some locations security is regulated by inner-track fencing. Switch machines and signal housings are locked. County and city police patrols provide additional security. |
| *Bridges*<br>• Moveable<br>• Overhead<br>• Signal<br>• Undergrade | Generally bridges are protected from trespassing to the same extent as any ROW area with fencing provided in specific areas. Certain wooden deck bridges have fire circuits incorporated into the signal circuits. Some areas are secured with locked gates and fencing. Locked anti-climb barriers on ladders protect signal bridges. |
| *Underpasses* | Generally underpasses are protected from trespassing to the same extent as any ROW area. Evacuation points to underpasses are provided and maintained. |

AAF-AR0073858

FECR has the responsibility for rail line safety and security along the existing FECR Corridor. At-grade crossings have warning controls as required by applicable federal law (49 CFR Part 222). Trains sound their horns as they travel through at-grade crossings. Other existing controls range from active warning systems and crossings with passive warning systems.

**Formerly Used Defense Sites**

The East/West Corridor will bisect the Formerly Used Defense Sites (FUDS) Pinecastle Jeep Range (USACE n.d.). The former range is a 12,483-acre site located near Orlando International Airport. Between 1943 and 1946, the government leased the site for small arms training and military demonstrations of weapons and warfare capabilities. In the late 1940s, when the military no longer needed the property, it was returned to the original property owners. Private citizens and units of government now own much of the land, and it is used for schools, homes, and businesses.

At Pinecastle, the military leased most of the land to accommodate small arms training (bullets 1/2 inch in diameter or less). When fired, these bullets can travel a long distance, so it is likely that expended .50 caliber projectiles are throughout the former range. These bullets present a negligible risk, as they are just pieces of metal with no explosives.

A small portion of the site was used for bombing, rocketry, and gunnery demonstrations. Information from surface clearance efforts after military use indicates that, of the total 12,483-acre site, the demonstration area, which has the highest potential for the presence of explosive munitions hazards, was concentrated on only about 500 acres south of Lee Vista Boulevard. As an added precaution, the USACE expanded its investigation to extend 3,000 feet from the identified target locations, which includes portions of neighborhoods north of Lee Vista Boulevard and west of Highway 417. The proposed segment is outside of the USACE investigation area.

**Barriers to the Elderly and Handicapped**

The existing rail and highway infrastructure do not provide any barriers to the elderly or handicapped. The Americans with Disabilities Act (ADA) of 1990 is a civil rights law that prohibits discrimination based on disability and includes accessibility requirements for public transit facilities (42 USC § 12101 *et seq.*). This section provides information pertaining to the elderly/senior population that was identified within census tracts that occur along or within 1,000 feet of the Project Study Area (Table 4.4.4-5) and that may be affected by future operations. The elderly/senior population is identified as individuals 65 years or older.

According to the USCB, 20.87 percent of the population within the Project Study Area buffer (117 census tracts within 1,000 feet of the rail corridor) is 65 years or older (Table 4.4.4-5). Of the 117 census tracts within the Project Study Area, eight (6.8 percent) reported poverty greater than 50 percent and 26 (22.2 percent) reported senior populations greater than 30.87 percent. The 20 census tracts identified within the Project Study Area in Martin County have a combined senior population of 28.92 percent.

AAF-AR0073859

**Table 4.4.4-5   Elderly/Senior Population Identified in Census Tracts within 1,000 feet of the Project Alignment**

|  | Senior (65+) Population | Percent Elderly/Senior |
|---|---|---|
| Orange | 5,150 | 6.55 |
| Brevard | 36,715 | 23.15 |
| Indian River | 17,108 | 24.60 |
| St. Lucie | 9,569 | 27.24 |
| Martin | 22,661 | 28.92 |
| Palm Beach | 20,623 | 17.84 |
| Total | 111,826 | 20.87 |

Source: USCB. 2010a. Census 2010. http://factfinder2.census.gov/ Accessed September 13, 2013.

## Geological Conditions

Geological conditions were investigated to determine if there were existing geological conditions such as sinkholes or seismic hazard zones that could pose a threat to public safety during passenger rail operations.

Sinkholes are a natural and common geologic feature in areas underlain by limestone and other rock types that are soluble in natural water. The term sinkhole is used for closed depressions in the land surface that are formed by surficial solution or by subsidence or collapse of surficial materials owing to the solution of near-surface limestone or other soluble rocks. This discussion refers to sinkhole occurrence in limestone and dolomite, the most common rock types in Florida.

Sinkholes occur in a variety of shapes from steep-walled "natural wells" to funnel-shaped or bowl-shaped depressions. The movement of groundwater to the limestone layers enhances the development of sinkholes by causing raveling of the overlying soils into limestone solution channels and interconnected caverns over a period of thousands of years. Sinkholes are of interest in Florida because they are one of the most predominant features of the state; their development may be sudden, resulting in possible loss of life and property; they may cause flooding during storms; and they may provide an avenue for pollutants on the land surface to more rapidly seep into the underlying limestone and dolomite.

The Project Study Area is located in a region of incohesive, permeable sand ranging from 20 to 200 feet thick (FDEP 1985). Small cover subsidence sinkholes are the most common type, with less common collapse sinkholes forming in areas with clayey overburden sediments. Table 4.4.4-6 lists sinkholes within a 1- to 4.5-mile radius of the Project alignment (FDEP 2013c).

AAF-AR0073860

**Table 4.4.4-6    Identified Sinkholes in the Project Study Area**

| Sinkhole ID | County | Latitude | Longitude | Approximate Distance from Project |
|-------------|--------|----------|-----------|-----------------------------------|
| 75-594 | Orange | 28.499722 | -81.27722 | 3.5 miles |
| 75-075 | Orange | 28.492109 | -81.27597 | 3.2 miles |
| 75-593 | Orange | 28.488575 | -81.070328 | 2.3 miles |
| 70-001 | Brevard | 28.463833 | -80.791778 | 1.1 miles |
| 75-049 | Orange | 28.463822 | -81.383767 | 1.2 miles |
| 75-511 | Orange | 28.461994 | -81.3644 | 1.1 miles |
| 75-595 | Orange | 28.46111 | -81.36 | 1 mile |
| 75-047 | Orange | 28.450833 | -81.3575 | 4.4 miles |
| 93-004 | Palm Beach | 26.783738 | -80.058446 | 2.3 miles |
| 93-003 | Palm Beach | 26.690833 | -80.0675 | 0.8 miles |

Source: FDEP. 2013c. *Subsidence Incident Report locations in a KMZ file.* http://www.dep.state.fl.us/geology/gisdatamaps/SIRs_database.htm. Accessed March 31, 2013.

**Seismic Zones / Hazard Zones**

Florida is in a region that is classified as stable with regards to earthquakes; that is, earthquakes in the state of Florida are not probable. The state is on the passive margin of the North American Plate and has a very low incidence of earthquakes. An earthquake (magnitude of 5.8) occurred on September 10, 2006 in the Gulf of Mexico and was not linked to any specific fault. The U.S. Geological Survey (USGS) *Seismicity Map of Florida – 1973 to Present* indicated no seismic activities within the Project Study Area during this period (USGS n.d.). The Seismic Hazard Map of Florida indicated that the Project Study Area is within a 0.02 to 0.04 g seismic zone / hazard zone (USGS n.d.). The seismic design category, which reflects the likelihood of experiencing earthquake shaking of various intensities, indicates that the state of Florida has a very small probability of experiencing damaging earthquake effects.

### 4.4.5    Historic Properties

The National Historic Preservation Act of 1966 (NHPA), as amended, defines historic properties as "any prehistoric or historic district, site, building, structure, or object included on or eligible for listing on the National Register [of Historic Places (NRHP)] including artifacts, records, and material remains related to the district, site, building, structure, or object" (54 USC § 300308). Historic properties are found both above and below ground. Archaeological sites or archaeological resources represent the locations of prehistoric and historic activities, while above-ground historic properties may include buildings, structures, objects, and sites that are usually at least 50 years old. Historic landscapes consist of lands that have been culturally modified. Historic districts consist of historic buildings and other elements that retain identity and integrity as a group, and linear historic districts can include canals, roads, railroads or other manmade linear features. Sacred sites, cemeteries, and burial places are also

AAF-AR0073861

considered historic properties, although they are generally not considered eligible for NRHP listing unless they meet special requirements.

Section 4(f) of the DOT Act of 1966 (recodified at 49 U.S.C. § 303(c)) protects public parks, public recreation areas, wildlife and waterfowl refuges of national, state or local significance, and historic sites of national, state or local significance (including properties listed in or eligible for listing on the NHRP and archaeological sites warranting preservation in place). This section describes historic properties that are subject to Section 4(f). Other Section 4(f) resources are described in Section 4.4.6, *Recreational and Other Section 4(f) Resources*.

Section 106 of the NHPA (Section 106) stipulates that "the head of any federal agency having direct or indirect jurisdiction over a proposed Federal or federally assisted undertaking in any State and the head of any Federal department or independent agency having authority to license any undertaking shall, prior to the approval of the expenditure of any Federal funds on the undertaking or prior to the issuance of any license, as the case may be, take into account the effect of the undertaking on any district, site, building, structure, or object that is included in or eligible for inclusion in the NRHP. The head of any such Federal agency shall afford the Advisory Council on Historic Preservation established under Title II of this Act a reasonable opportunity to comment with regard to such undertaking." (54 USC § 306108).

The NHPA establishes specific criteria for eligibility to the NRHP: "The quality of significance in American history, architecture, archeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that possess integrity of location, design, setting, materials, workmanship, feeling, and association and (a) that are associated with events that have made a significant contribution to the broad patterns of our history; or (b) that are associated with the lives of persons significant in our past; or (c) that embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or (d) that have yielded, or may be likely to yield, information important in prehistory or history" (36 CFR § 60.4).

FRA submitted a *Cultural Resources Assessment Report* (CRAR; Janus Research, September 2013; see Appendix 4.4.5-C) documenting the historic properties within the Project's Area of Potential Effect (APE) that are listed in, or eligible for listing in, the NRHP to Florida's State Historic Preservation Officer (SHPO), the Florida Division of Historical Resources (FDHR), on October 23, 2013, with a request for concurrence. SHPO concurred with FRA's Determination of Eligibility in the CRAR on November 20, 2013. A draft addendum to this report was submitted to SHPO in May 2015 (CRAR Addendum, Janus Research, May 2015) and received SHPO concurrence on May 21, 2015 (see Appendix 4.4.5-D).

This section of the FEIS describes the methodology used to identify historic properties, and the historic properties that were identified in the Project's APE for direct and indirect impacts.

### 4.4.5.1    Methodology

All historic property investigations and consultations were conducted in accordance with Section 106 and its implementing regulations for Protection of Historic Properties in 36 CFR Part 800. The investigations and consultations also complied with the field methods, data analysis, and reporting

AAF-AR0073862

standards embodied in the FDHR *Cultural Resource Management (CRM) Standards and Operational Manual* (Florida Department of State 2002), and Chapter 1A-46 (*Archaeological and Historical Report Standards and Guidelines*), Florida Administrative Code (FAC). All work conformed to professional guidelines set forth in the Secretary of Interior's Standards and Guidelines for Archaeology and Historic Preservation (48 FR 44716, as amended).

FRA and AAF conducted initial consultation with SHPO on July 13, 2012, prior to the initiation of the cultural resources survey to establish a methodology and APE for the Phase I Project corridor. A follow-up meeting was held on March 28, 2013 to confirm use of the same methodology in the N-S corridor, and use of existing data and previous studies for the archaeology/historic building survey for the E-W corridor. A copy of the meeting minutes is provided in Appendix 4.4.5-A. On July 8, 2013, FRA and SHPO held a conference call to discuss the historic property survey methodology, APE, and Section 106 process timeline.

The methodology has been developed in conjunction with SHPO and is similar to previous SHPO-approved methodologies that have been applied to other large-scale transit projects. This proven methodology provides key information such as identifying existing historic properties, and the potential for additional, previously unrecorded historic properties.

Archival research was conducted to determine the types, chronological placement, and location patterning of known cultural resources within the APE. The research began with a Florida Master Site File (FMSF) search of data and mapping from FMSF forms and survey reports within the APEs. Archival research also identified archaeological sites where the site boundary touched (abutted, was directly adjacent to) the limit of the APE. This included a search of federal, state, county, and local site inventories, published and unpublished CRM reports, county Property Appraiser records, historic maps, and other relevant historical research materials. Background research was supplemented by personal knowledge of the project archaeologists, who have worked extensively in this region. A CRAR, previously prepared for the SR 528 corridor between SR 520 and Cape Canaveral, that identifies NRHP listed and eligible resources was also evaluated as part of the archival research (Janus Research, Inc. 2005).

FRA determined that the MCO Segment and the VMF had been adequately addressed by the GOAA in two previous environmental assessments (FAA and GOAA 1998; FAA 2013), because the APE for the MCO Segment and the VMF is included within the boundaries of the previous studies and an updated desktop survey did not identify additional historic resources within this portion of the APE. The methodology for the N-S Corridor was consistent with that used in Section 3.3.7 of the 2012 EA.

The methodology used was approved by the FRA and the SHPO and was meant to specifically address those resources that might experience potential effects from this Project. Only those historic resources that were NRHP–listed, eligible, or considered eligible within the indirect and direct APEs were identified during the background research and CRAR survey. The identification of archaeological sites within and bordering on the APE was done through the review of data and mapping contained within the site file forms and survey reports on file with the FMSF, and supplemented by the knowledge of the project archaeologist. The sites identified based on this methodology were noted within the CRAR.

AAF-AR0073863

**Area of Potential Effect**

An APE was established for each segment of the Project, taking into account the potential extent of direct and indirect effects to above-ground historic properties and below-ground archaeological resources. The APE includes the geographic area or areas in which the Project may directly or indirectly cause changes in the character or use of archaeological and historic properties, if such properties exist. Where only a portion of a historic property or historic district is within the APE, the APE encompasses the entire property or district. The APE was influenced by the scale and nature of the undertaking as well as its geographical setting. Normally, archaeological and other below-ground resources will be affected by ground disturbing activities. Structural resources and other above ground sites, however, are often impacted by those activities, as well as alterations to setting, access and appearance. Indirect impacts, such as noise, vibration, and visual impacts, may also affect historic resources. Direct effects, such as physical destruction or alteration, to above-ground and below-ground properties would occur only within the construction footprint of each segment. Indirect effects could occur within a defined distance from the limit of the proposed or existing right-of-way. The portion of the APE in which physical disturbance would occur is termed the direct effects APE; the portion of the APE in which changes in noise, vibration, or visual setting could occur is termed the indirect effects APE. For the AAF project, the APE is defined as follows:

- MCO Segment: the APE for direct effects was defined as the construction footprint and the APE for indirect effects extended 150 feet from either edge of the proposed rail easement.

- VMF: the APE for direct and indirect effects was defined as the entire 47-acre site.

- E-W Corridor: the APE for direct effects was defined as the construction footprint of all of the alternatives and the APE for indirect effects extended 150 feet south of the proposed right-of-way, except for areas where the limits of disturbance were limited to the north or south side of the existing State Road 528. In those areas, the APE did not extend across the existing roadway.

- N-S Corridor: the APE for direct effects is the FECR right-of-way and the APE for indirect effects was defined as 150 feet on either side of the right-of-way for the consideration of indirect impacts.

The APE for all segments was confirmed by SHPO, in a meeting on July 8, 2013, as documented in Appendix 4.4.5-A of the FEIS.

AAF-AR0073864



**Explanation of Features**

- – N-S Corridor Centerline
- Direct Area of Potential Effect (APE)
- Indirect Area of Potential Effect (APE)

Data Sources: ESRI 2012, FRA 2012, FGDL 2012, AMEC 2013

| Example Area of Potential Effect for N-S Corridor |
| --- |
| All Aboard Florida Intercity Passenger Rail Project |

N   0   0.0125   0.025 Miles

U.S. Department of Transportation
**Federal Railroad Administration**

4.4.5-1

AAF-AR0073865

**Consultation and Public Involvement**

FRA formally initiated the Section 106 process as part of the Notice of Intent (NOI) to prepare the DEIS for the Project (FRA 2013c). As part of the NOI, FRA provided information about the Project and identified that FRA is seeking participation and input of interested federal, state, and local agencies, Native American groups, and other private organizations and individuals. FRA is coordinating compliance of Section 106 with the NEPA process pursuant to Section 106 and Advisory Council on Historic Preservation (ACHP) regulations (36 CFR Part 800). Consultation materials are provided in Appendix 4.4.5-A and 4.4.5-B.

Consultation with the tribes and other potential consulting parties was discussed at the March 28, 2013 consultation meeting among FRA, AAF and the SHPO. SHPO and FRA agreed that the public outreach required in NEPA would fulfill the public involvement requirements of the NHPA. This approach is allowed per 36 CFR § 800.2.(4)d.3, which states "The agency official may use the agency's procedures for public involvement under the National Environmental Policy Act or other program requirements in lieu of public involvement requirements in subpart B of this part, if they provide adequate opportunities for public involvement consistent with this subpart."

Five public scoping meetings were held in May 2013 (see Chapter 8, *Public Involvement*). At these meetings, information about the Section 106 process was available for the public and other interested parties and a cultural resources specialist was made available as well to address any questions raised. In addition, during the fieldwork for the 2013 CRAR (Phase II) researchers contacted five Certified Local Governments (CLGs) and one local informant regarding the proposed project. The resulting comments were integrated into information presented to the SHPO in the CRAR. An addendum to the CRAR addressing updated information regarding historic properties was submitted to SHPO in May 2015 and received SHPO concurrence on May 21, 2015 (see Appendix 4.4.5-B).

As part of the Phase I CRAR, West Palm Beach, Fort Lauderdale, and Broward County were consulted about station locations. Due to previous Section 106 consultation meetings in these Phase I communities (West Palm Beach, Fort Lauderdale, and Miami), and outreach to the CLGs completed during the fieldwork for the CRAR, FRA and SHPO determined that no additional separate Section 106 meetings were necessary in these communities for the Phase II Project.

FRA sent a letter concerning the Project to USFWS because a known archaeological site located within the Hobe Sound National Wildlife Refuge has been mapped within the FECR ROW and is therefore within the APE (Appendix 4.4.5-B). Although the FWS provided comments on the DEIS, FRA has not received a request by the USFWS to be a consulting party.

On April 23, 2013, FRA contacted five Native American Nations to provide information about the Project. The list of Native American Nations to be consulted used prior contacts with Native American tribes for FRA regulated projects in Florida. A list of Native American Nations contacted is included in Table 4.4.5.1. Copies of correspondence with the Native American Nations are included in Appendix 4.4.5-A2. To date, only the Seminole Tribe of Florida Tribal Historic Preservation Officer (THPO) has responded to FRA. The THPO (June 6, 2013 response letter) provided no scoping comments concerning the Project, but did request Project updates and a copy of the completed DEIS (see Appendix 4.4.5-B), which were provided.

AAF-AR0073866

**Table 4.4.5-1    Native American Contacts**

| Agency (Native American) | Contact Name | Date of Correspondence | Date of Response |
|---|---|---|---|
| Miccosukee Tribe of Florida | Steve Terry, Land Resource Manager | April 23, 2013 | No Response to Date |
| Muscogee Creek Nation | Emman Spain, THPO | April 23, 2013 | No Response to Date |
| Poarch Band of Creek Indians | Robert Thrower, THPO | April 23, 2013 | No Response to Date |
| Seminole Nation of Oklahoma | Chief Leonard M. Harjo | April 23, 2013 | No Response to Date |
| Seminole Tribe of Florida | Paul Backhouse, THPO | April 23, 2013 | June 6, 2013 |

Five Certified Local Governments (CLG) and one local informant were also contacted regarding information on locally designated historic properties. Four CLGs responded to these inquiries but did not request to be consulting parties. Table 4.4.5-2 summarizes this coordination.

**Table 4.4.5-2    Certified Local Government/Local Informant Contacts Regarding Potential Locally Designated Historic Properties Located Within the Phase II APE (Orlando to West Palm Beach)**

| City/Town/County | CLG Contact/ Local Informant | Response | Contact Date | Response Date | County |
|---|---|---|---|---|---|
| City of Melbourne | Kelly Delmonico, Planner | No locally designated resources within 150 feet of the rail line. Property list of locally designated resources provided. | June 10, 2013 | June 17, 2013 | Brevard |
| Town of Lake Park | Nadia Di Tommaso, Community Development Director | Property list of locally designated resources provided | July 9, 2013 | July 10, 2013 | Palm Beach |
| Town of Jupiter | David M. Kemp, AICP Principal Partner | Property list of locally designated resources provided | July 9, 2013 | July 10, 2013 | Palm Beach |
| City of Ft. Pierce | Kori Benton, Historic Preservation Officer | No response | July 9,2013 | N/A | St. Lucie |
| Palm Beach County | Christian Davenport, County Archaeologist | No response | July 10, 2013 | N/A | Palm Beach |
| St. Lucie County | Leslie Olson, Planning Manager | Provided a list of local historic structures and GIS files | June 10, 2013 | June 2013 | St. Lucie |

During the NEPA process, AAF met with numerous public and non-governmental entities to discuss the proposed project, including meetings with county and municipal governments to review the 90 percent design plans for the N-S Corridor. As part of this public outreach, AAF held meetings specifically to discuss concerns related to historic properties with the following entities. Input provided during these meetings included information about the location, significance, and integrity of potential historic properties, which helped inform the assessment of effects to historic properties within the APE.

- Indian River County Commission

- Indian River Historical Society

- St. Lucie County Commission

AAF-AR0073867

- St. Lucie Village Commission
- St. Lucie Village Historic District
- U.S. Fish and Wildlife Service
- The Historic Lyric Theater
- The Historic Stranchan House
- Flagler Museum

The following entities have accepted FRA's invitation to become consulting parties in the Section 106 process:

- Broward County
- St. Lucie County
- City of Stuart
- City of Vero Beach
- Town of St. Lucie Village
- Martin County
- Indian River County
- Indian River County Historical Society
- Old Vero Ice Age Sites Committee

### 4.4.5.2    Affected Environment

This section categorizes the existing historic properties within the APE. As previously discussed, the NRHP Criteria of Eligibility describe what makes a property historically significant and eligible for the NRHP (36 CFR § 60.4). These criteria were used to evaluate the eligibility and significance of the surveyed historic resources within the APE. The EIS process evaluates project impacts on resources listed on or eligible for the NRHP. During the public review of the DEIS, Commenters identified a number of other historic properties or potential historic properties that were not considered in the DEIS. FRA has determined that these properties were included in the 2013 CRAR and determined to not be eligible for the NRHP so were not included in the EIS, are not within either the direct or indirect APE for the Project, or have been addressed in the 2015 CRAR Addendum.

**MCO Segment**

The MCO Segment and VMF are located within Orange County and are depicted on the Pine Castle USGS topographic quadrangle map.

Archival research conducted on the VMF was based on the studies prepared for areas previously surveyed and assessed for historic properties during the development of the GOAA NEPA EA for the South Terminal Complex at MCO (FAA and GOAA 1998; FAA 2013). One previously recorded archaeological site

AAF-AR0073868

was identified within the MCO Segment, but it was determined by SHPO to be not eligible. No above-ground historic properties have been identified within the MCO Segment (including the VMF) APE in previous studies or an updated search of the FMSF data. This information is summarized in the 2013 CRAR (Appendix 4.4.5-C) and its addendum (2015, Appendix 4.4.5-D).

## East-West Corridor

For identification of historic properties within the E-W Corridor APE, Alignment Alternative E was used to define the APE, as it represents the maximum limit of disturbance. At the time of the 2013 CRAR AAF was unable to obtain access to some privately owned properties. When access is granted, AAF will prepare an addendum to the 2013 CRAR. No comments on the DEIS were received that indicated that historic or archaeological resources were present on these properties.

### Historic Properties

The E-W Corridor between Orlando and Cocoa is located within portions of Orange and Brevard Counties, and is depicted on the Courtenay, Lake Poinsett NW, Narcoossee NE, Narcoossee NW, Pine Castle, and Sharpes USGS topographic maps.

The Florida Master Site File (FMSF), county and local site inventories, published and unpublished CRM reports, county Property Appraiser's records, and other relevant historical research materials were reviewed to identify known historic properties within the APE for the E-W Corridor Alternative E, the alternative with the largest footprint on undisturbed land.

Pertinent literature and records of the surrounding region as well as archaeological and historical assessments of other tracts of land within or adjacent to the E-W Corridor with Alternative E were reviewed to determine the locations of any previously recorded archaeological and historic properties. This background research identified 25 previously conducted historic resource surveys that have been performed within or adjacent to the E-W Corridor with Alternative E. Fieldwork was conducted to identify archaeological and above-ground historic properties in these areas.

The fieldwork and literature review resulted in the identification of nine recorded above-ground resources within the E-W Corridor APE, in Brevard and Orange Counties. Six of these resources were previously recorded, while three were newly recorded. FMSF forms were completed for the three newly-identified buildings; these have been determined not eligible by FRA and SHPO via the November 2014 concurrence letter for the 2013 CRAR (DHR no. 2013-4404). Resource types represented were buildings (five), linear resources (three) and a mixed district resource group (one). Of these resources, the NRHP-eligible Florida East Coast Railway (FECR) Historic District was the only identified historic property (see Table 4.4.5-3, Appendix 4.4.5-C, and Appendix 4.4.5-D); it is located in the APE for direct effects at the eastern terminus of the E-W Corridor, where it meets the N-S Corridor. The FECR Historic District is eligible for listing under Criterion A, in the categories of Transportation and Community Planning and Development. It was built primarily in the last quarter of the 19th century and the first decade of the 20th century. The FECR was a project of Henry Morrison Flagler, who originally worked with John D. Rockefeller in building the Standard Oil Trust, and became known for developing resorts, industries, and communities along Florida's eastern coast.

AAF-AR0073869

**Table 4.4.5-3    Historic Properties Within the E-W Corridor APE (Direct and Indirect Effects)** [1]

| FMSF # | Site Name / Address | Resource Group Type | National Register Status |
|---|---|---|---|
| 8BR1870 | Florida East Coast Railway | Historic Linear Resource | NRHP–Eligible |

[1]    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (4.4.5-C and 4.4.5-D).

### Archaeological Resources

A search of literature and records of the surrounding region and archaeological and historical assessments of other tracts of land within or adjacent to the E-W Corridor APE was conducted to determine the locations of previously recorded archaeological resources. This background research identified 28 previously conducted historic resource surveys that have been performed within or adjacent to the E-W Corridor APE. No known archaeological sites are located within the 100-foot right-of-way of the centerlines of the three alternative alignments considered for the E-W Corridor. A field survey of the E-W Corridor for areas located outside of the boundaries of the 2013 CRAR *Survey of the Proposed Magnolia Ranch Development Site, Orange County, Florida* (FMSF Survey No. 2420) and 2013 CRAR *Survey for the SR528 Study From State Road 520 to the Port Canaveral Terminal B Interchange, Orange and Brevard Counties* (FMSF Survey No. 11594) was completed in summer 2013.

For the approximately 40-mile E-W Corridor, Table 4.4.5-4 identifies estimated mileage and acreage for previously surveyed areas and evaluates the probability for identifying new archaeological sites in the areas that had not been surveyed prior to the cultural resource investigations for the Project. This probability was subsequently used to define the testing methodology along the E-W Corridor. Various factors must be considered when assessing the potential of an area to contain prehistoric and/or historic archaeological sites. Among these are topographic setting; soils; proximity to water; location along major routes of transportation; and the extent of ground disturbances within the area resulting from erosion, construction, maintenance, or agricultural activities. Generally speaking, high site potential areas are defined as those areas of moderately well drained to excessively drained upland locales near a wetland or body of water. These areas were tested at 25-meter (82-foot) intervals. Generally speaking, moderate site potential zones are defined as those poorly to very poorly drained locales near a wetland or body of water. Moderate potential areas were tested at 50-meter (164-foot) intervals. Low potential zones are defined as those areas of very poorly drained to excessively drained upland locales not otherwise designated as high or medium potential. Areas of low potential were tested judgmentally at 100-meter (328-foot) intervals.

Archaeological field testing in the previously unsurveyed portions of the E-W Corridor, generally performed at 25-meter to 100-meter intervals per the assigned classification for site probability, did not identify any cultural material and did not identify any additional environmental features indicative of increased archaeological site potential. The survey team was not able to gain access to a portion of the E-W Corridor located on one private property. Once access is obtained, a supplemental survey will be conducted to complete the pedestrian survey and subsurface testing within the E-W Corridor.

AAF-AR0073870

**Table 4.4.5-4    E-W Corridor Areas and Estimated Mileage and Acreage of Areas Previously Surveyed and by Probability Classification for Areas Previously Unsurveyed**

| Testing | Miles | Acreage | Percent of Total |
|---|---|---|---|
| Previously Surveyed | 14.0 | 282.9 | 35.0 |
| High Archaeological Site Potential (shovel testing, 25m interval) | 1.3 | 26.3 | 3.3 |
| Moderate Archaeological Site Potential (shovel testing, 50m interval) | 0.8 | 15.7 | 1.9 |
| Low Archaeological Site Potential (pedestrian survey) | 22.9 | 462.8 | 57.4 |
| Low Archaeological Site Potential (shovel testing, 100m interval or as appropriate) | 1.0 | 19.4 | 2.5 |

Source: AMEC 2013h, Technical Memorandum 8, *Cultural Resources for the All Aboard Florida Passenger Rail Project.*

**North-South Corridor**

*Historic Properties*

The N-S Corridor between Cocoa and West Palm Beach is located within portions of Brevard, Indian River, St. Lucie, Martin, and Palm Beach Counties, and is depicted on the Ankona, Cocoa, Courtenay, Eau Gallie, Eden, Fellsmere, Fort Pierce, Gomez, Grant, Hobe Sound, Indrio, Jupiter, Melbourne East, Melbourne West, Oslo, Palm Beach, Palm City, Riviera Beach, Sebastian, Sharpes, St. Lucie Inlet, and Vero Beach USGS topographic maps.

For the N-S Corridor, historic properties included resources located within the APE for direct effects and within the APE for indirect effects, defined as 150 feet from the Project centerline. The historic properties were identified through background research and a reconnaissance survey. Background research identified 128 previously conducted historic resource surveys that have been performed within or adjacent to the N-S Corridor as well as previously recorded historic properties on the FMSF that are listed in in the NRHP, or are considered eligible for listing. Appendix 4.4.5-C and 4.4.5-D, the Project CRAR and its addendum, show the locations of known historic properties relative to the N-S Corridor APE.

Within the APE for direct effects for the N-S Corridor, the FECR (8BR1870/8IR1497/ 8IR1518/8SL3014/ MT1391/8MT1450/8PB12102) was determined eligible for listing on the NRHP as a linear district (Table 4.4.5-5) under Criterion A, in the categories of Transportation and Community Planning and Development. It is generally contiguous with the N-S Corridor, which would be improved under the proposed Project. The FECR travels through each of the five counties traversed by the N-S Corridor. The FECR Historic District retains significance due to its associations with development and transportation of the east coast of Florida. The reconnaissance survey conducted for the 2013 CRAR identified 13 bridges within the FECR ROW, 12 of which were determined eligible as contributing resources to the FECR Historic District by FRA and SHPO. Of these, four were also determined individually NRHP-eligible (Table 4.4.5-6, see Appendix 4.4.5-C and 4.4.5-D). In addition, a platform associated with the FECR within the N-S Corridor and located within the ROW was considered non-contributing and determined not eligible in the CRAR due to lack of integrity. Additional FECR-related resources, located outside of the ROW, are discussed in the APE for indirect effects.

AAF-AR0073871

**Table 4.4.5-5    Historic Linear Resources Within the N-S Corridor APE for Direct Effects[1]**

| FMSF # | Site Name / Address | Resource Type | National Register Status |
|---|---|---|---|
| 8BR1870/ 8IR1497/ 8IR1518/ 8SL3014/ MT1391/ 8MT1450/ 8PB12102 | Florida East Coast Railway | Linear Resource | NRHP–Eligible |

1    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (online).

**Table 4.4.5-6    FECR Historic Bridges Within the N-S Corridor APE for Direct Effects**

| Mile Post | County | FMSF # | Site Name / Address | Date Estimate | National Register Status |
|---|---|---|---|---|---|
| 190.47 | Brevard | 8BR3058 | Fixed Railway Bridge over the Eau Gallie River – Steel | 1925 | Eligible as FECR Contributing Resource/ Individually Eligible |
| 194.34 | Brevard | 8BR3059 | Fixed Railway Bridge over the Crane Creek and Melbourne Street – Steel | 1925 | Eligible as FECR Contributing Resource |
| 197.7 | Brevard | 8BR3060 | Fixed Railway Bridge over the Turkey Creek – Steel | 1925 | Eligible as FECR Contributing Resource |
| 202.59 | Brevard | 8BR3061 | Fixed Railway Bridge over the Goat Creek – Steel | 1959 | Eligible as FECR Contributing Resource |
| 212.07 | Brevard and Indian River | 8BR3062/ 8IR1569 | Fixed Railway Bridge over the Sebastian River – Steel | 1926 | Eligible as FECR Contributing Resource/ Individually Eligible |
| 240.1 | St. Lucie | 8SL3191 | Fixed Bridge over the Taylor Creek - Concrete with Steel Beam Span | 1961 | Eligible as FECR Contributing Resource |
| 259.95 | Martin | 8MT1623 | Fixed Bridge over the Rio Waterway - Steel and Timber Piles | 1958 | Eligible as FECR Contributing Resource |
| 260.93 | Martin | 8MT1382 | Movable Bridge over the St. Lucie River – Steel | 1938 | Eligible as FECR Contributing Resource/ Individually Eligible |
| 266.86 | Martin | 8MT1624 | Fixed Bridge over the Salerno Waterway - Steel and Timber Piles | 1958 | Eligible as FECR Contributing Resource |
| 267.34 | Martin | 8MT1625 | Fixed Bridge over the Tributary to Manatee Creek 1 - Steel and Timber Piles | 1962 | Eligible as FECR Contributing Resource |
| 267.70 | Martin | 8MT1626 | Fixed Bridge over the Tributary to Manatee Creek 2 - Steel and Timber Piles | 1962 | Eligible as FECR Contributing Resource |
| 282.58 | Palm Beach | 8PB16041 | Movable Bridge over the Loxahatchee River – Steel | 1935 | Eligible as FECR Contributing Resource/ Individually Eligible |

Within the N-S Corridor APE for indirect effects, 60 historic individual properties and historic districts were identified in the 2013 CRAR. These historic properties include 12 resources in Brevard County; 12 resources in Indian River County; 23 resources in St. Lucie County; 10 resources in Martin County; and three resources in Palm Beach County. These results are organized by county in the 2013 CRAR and in the discussion below.

The Brevard County portion of the N-S Corridor APE for indirect effects includes one NRHP-eligible historic district, two eligible cemeteries, one eligible FECR station, three NRHP-listed buildings, and five eligible buildings (Table 4.4.5-7).

AAF-AR0073872

**Table 4.4.5-7    Brevard County: Historic Properties within the N-S Corridor APE for Indirect Effects[1]**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8IR859 | Union Cypress Saw Mill Historic District | Mixed District | | | NRHP-Eligible |
| 8BR215 | Florida Power & Light Co. Ice Plant / 1604 S, Harbor City Boulevard | Building | 1926 | Industrial Vernacular | NRHP–Listed |
| 8BR759 | Marion S. Whaley Citrus Packing House/ 2275 Rockledge Blvd W. | Building | 1930 | Frame Vernacular | NRHP-Listed |
| 8BR1163 | Mattie Lamar House/ 361 Stone Street | Building | c. 1917 | Frame Vernacular | NRHP-Eligible |
| 8BR1710 | Jorgensen's General Store/5390 US Hwy 1 | Building | 1894 | Frame Vernacular | NRHP-Listed |
| 8BR1723 | Cocoa Cemetery Storage Building/ 101 N. Cocoa Blvd. | Building | c. 1931 | Masonry Vernacular | NRHP-Eligible |
| 8BR1739 | Ashley's Cafe & Lounge/ 1609 Rockledge Blvd. W. | Building | c. 1932 | Tudor Revival | NRHP-Eligible |
| 8BR1741 | Rockledge Gardens Nursery & Landscaping/2153 Rockledge Blvd. W. | Building | c. 1930 | Industrial Vernacular | NRHP-Eligible |
| 8BR1765 | Bohn Equipment Company/ 255 Olive St | Building | c. 1927 | Industrial Vernacular | NRHP-Eligible |
| 8BR2779 | 317 Rosa Jones Drive | FECR Station | c. 1962 | International | NRHP-Eligible |
| 8BR1724 | Hilltop Cemetery | Cemetery | c. 1887 | | NRHP-Eligible |
| 8BR1777 | Cocoa Cemetery | Cemetery | c. 1890 | | NRHP-Eligible |

[1]    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (online).

The N-S Corridor APE for indirect effects within Indian River County includes one NRHP-listed historic resource group, one NRHP-eligible linear resource, one eligible bridge, one listed FECR station, two listed buildings, and six eligible buildings (Table 4.4.5-8).

**Table 4.4.5-8    Indian River County: Historic Properties within the N-S Corridor APE for Indirect Effects[1]**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8IR859 | McKee Jungle Gardens | Resource Group | | | NRHP-Listed |
| 8IR1519 | Dixie Highway | Linear Resource | | | NRHP-Eligible |
| 8IR1516 | FDOT Bridge No. 880001 | Bridge | | | NRHP-Eligible |
| 8IR68 | Vero Railroad Station/ 2336 14th Avenue | FECR Station | 1903 | Frame Vernacular | NRHP-Listed |
| 8IR99 | George Armstrong Braddock House/ 1309 Louisiana Avenue | Building | 1908 | Georgian Revival | NRHP-Eligible |
| 8IR100 | Baughman House/ 1525 North Louisiana Avenue | Building | 1900 | Neo-Classical Revival | NRHP-Eligible |
| 8IR388 | 5056 North Old Dixie Highway | Building | c. 1920 | Bungalow | NRHP-Eligible |
| 8IR624 | Old Vero Beach Community Building/ 2146 14th Avenue | Building | 1935 | Frame Vernacular | NRHP-Listed |
| 8IR858 | Hall of Giants, McKee Jungle Gardens/ US 1 and 4th Street | Building | 1940 | Other | NRHP-Eligible (individually and contributing to district) |
| 8IR975 | Vero Beach Diesel Power Plant/ 1133 19th Place | Building | 1926 | Masonry Vernacular | NRHP-Listed |
| 8IR1464 | Vero Beach Community Center/ 2266 14th Avenue | Cemetery | 1966 | Moderne | NRHP-Eligible |
| 8IR1475 | 1146 21st Street | Cemetery | 1966 | Moderne | NRHP-Eligible |

[1]    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (online).

AAF-AR0073873

In St. Lucie County, the N-S Corridor APE for indirect effects includes two NRHP-eligible historic districts, two NRHP-listed buildings, and 22 NRHP-eligible buildings (Table 4.4.5-9).

**Table 4.4.5-9    St. Lucie County: Historic Properties Within the N-S Corridor APE for Indirect Effects[1]**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8SL2801 | Edgar Town Historic District | Historic District | | | NRHP-Eligible (also local designation) |
| 8SL76 | St. Lucie Historic District | Historic District | | | NRHP-Listed |
| 8SL78 | Fairmont Manor/ 5707 South Indian River Drive | Building | 1896 | Neo-Classical Revival | NRHP-Eligible |
| 8SL220 | 9015 South Indian River Drive | Building | c. 1890 | Frame Vernacular | NRHP-Eligible |
| 8SL227 | 7901 South Indian River Drive | Building | c. 1910 | Craftsman | NRHP-Eligible |
| 8SL229 | 6109 South Indian River Drive | Building | c. 1915 | Colonial Revival | NRHP-Eligible |
| 8SL231 | 5703 South Indian River Drive | Building | c. 1915 | Prairie Style | NRHP-Eligible |
| 8SL234 | 5309 South Indian River Drive | Building | c. 1935 | Colonial Revival | NRHP-Eligible |
| 8SL236 | Riverhill/ 4625 South Indian River Drive | Building | 1903 | Frame Vernacular | NRHP-Eligible |
| 8SL237 | Britt House/ 4511 South Indian River Drive | Building | 1908 | Frame Vernacular | NRHP-Eligible |
| 8SL238 | N.E. Card House/ 3915-3917 Indian River Drive | Building | 1914 | Masonry Vernacular | NRHP-Eligible |
| 8SL247 | Hoskins House/ 2929 North Indian River Drive | Building | 1910 | Frame Vernacular | NRHP-Eligible |
| 8SL289 | Old Fort Pierce City Hall/ 315 A Avenue | Building | c. 1925 | Italianate | NRHP-Listed |
| 8SL799 | Sunrise Theater/ 117 2nd Street South | Building | c. 1923 | Mediterranean Revival | NRHP-Listed |
| 8SL825 | 601 South 2nd Street | Building | c. 1935 | Masonry vernacular | NRHP-Eligible |
| 8SL826 | Frank Tyler House/ 519 2nd Street South | Building | c. 1924 | Mediterranean Revival | NRHP-Eligible |
| 8SL917 | Banyon Belle Manor/ 1001 South Indian River Drive | Building | 1905 | Georgian Revival | NRHP-Eligible |
| 8SL918 | 1009 South Indian River Drive | Building | 1925 | Mission | NRHP-Eligible |
| 8SL920 | 1029 South Indian River Drive | Building | 1920 | Georgian Revival | NRHP-Eligible |
| 8SL926 | O.L. Peacock House/ 2211 South Indian River Drive | Building | 1920 | Mediterranean Revival | NRHP-Eligible |
| 8SL930 | Stephen Lesher House/ 2501 South Indian River Drive | Building | 1920 | Italian Renaissance Revival | NRHP-Eligible |
| 8SL931 | Carlton-Vest House/ 2507 South Indian River Drive | Building | 1920 | Masonry Vernacular | NRHP-Eligible |
| 8SL932 | Casa Del Rio/ 2513 South Indian River Drive | Building | 1920 | Italian Renaissance Revival | NRHP-Eligible |
| 8SL933 | Babe Phelps House/ 2521 South Indian River Drive | Building | 1935 | Monterey | NRHP-Eligible |
| 8SL1599 | Shadetree Studio/ 2900 Old Dixie Highway | Building | 1950 | Frame Vernacular | NRHP-Eligible |
| 8SL1922 | East Coast Packers/ 2130 Old Dixie Highway | Building | 1950 | Industrial Vernacular | NRHP-Eligible |

[1]    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (online).

AAF-AR0073874

Martin County has one NRHP-eligible historic resource group, one eligible linear resource, one NRHP-listed building, and seven eligible buildings within the N-S Corridor APE for indirect effects (Table 4.4.5-10).

**Table 4.4.5-10   Martin County: Historic Properties Within the N-S Corridor APE for Indirect Effects[1]**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8MT1573 | Witham Field Airport | Mixed District | | | NRHP-Eligible |
| 8MT1621 | Dixie Highway | Linear Resource | | | NRHP-Eligible |
| 8MT46 | George W. Parks Store/ Stuart Feed/ 101 South Flagler Avenue | Building | 1901 | Frame Vernacular | NRHP-Eligible |
| 8MT84 | Fern Building/ 73 West Flagler Avenue | Building | c. 1950 | Masonry Vernacular | NRHP-Eligible |
| 8MT86 | Lyric Theatre/ 59 Southwest Flagler Avenue | Building | c. 1926 | Mediterranean Revival | NRHP-Listed |
| 8MT130 | East Coast Lumber and Supply/ 49 Southwest Flagler Avenue | Building | 1917 | Frame Vernacular | NRHP-Eligible |
| 8MT131 | Hobe South Cabinetry/ 500 South Dixie Highway | Building | 1917-c. 1926 | Masonry Vernacular | NRHP-Eligible |
| 8MT307 | Crary House/ 161 Southwest Flagler Avenue | Building | 1925 | Tudor Revival | NRHP-Eligible |
| 8MT838 | 12200 Southeast Nassau Street | Building | c. 1941 | Frame Vernacular | NRHP-Eligible |
| 8MT1066 | 250 North Flagler Road | Building | c. 1940 | Masonry Vernacular | NRHP-Eligible |

[1]    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (online).

The N-S Corridor APE for indirect effects within Palm Beach County includes one NRHP-eligible historic district, one eligible cemetery, and one eligible building (Table 4.4.5-11). The 2013 CRAR notes that an additional previously-recorded linear resource was identified in the FMSF forms, but this was determined not eligible for the NRHP due to a lack of integrity.

**Table 4.4.5-11   Palm Beach County: Historic Properties within the N-S Corridor APE for Indirect Effects[1]**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8PB13340 | Kelsey City Layout | Historic District | | | NRHP-Eligible |
| 8PB218 | Evergreen Cemetery | Cemetery | 1916 | | NRHP-Eligible (also local designation) |
| 8PB6064 | St. John's Baptist Church/ 2010 A. E. Isaacs Avenue | Building | 1929 | Mission | NRHP-Eligible |

[1]    Includes properties listed in, or eligible for listing in, the National Register of Historic Places. For a full list of surveyed properties, please see the 2013 CRAR and 2015 CRAR Addendum Appendices (online).

AAF-AR0073875

Comments on the DEIS, particularly for Indian River County, identified additional historic resources of concern that fall outside of the APE. The APEs were developed to include all resources that might have potential effects from this project. SHPO concurred in the APE established for the Project. Only those historic resources that were NRHP–listed, eligible, or considered eligible within the indirect and direct APEs were identified during the background research and field survey during development of the CRAR. An updated review of the FMSF did not find evidence of additional known listed, eligible, or potentially eligible historic properties within the APE in Indian River County.

Also in Indian River County are two NRHP–listed historic districts within the City of Sebastian, Old Town Sebastian Historic District East (8IR1048B) and Old Town Sebastian Historic District West (81048A). These two distinct NRHP districts fall just outside of the Project APE. While the FMSF data suggests there are additional sites within the FECR ROW in Indian River County, the review of the site file forms and survey reports found that their actual locations are not within the FECR ROW. Pocahontas Park (not previously recorded), the Vero Beach Community Center (8IR1464), and the Heritage Center (previously recorded in the FMSF as the 'Old Vero Beach Community Building' [8IR624]), are all located within the APE. Field survey and background research subsequent to the CRAR found that Pocahontas Park does not meet the criteria for inclusion in the NRHP. The Heritage Center is NRHP–listed and included within the 2013 CRAR (as the Old Vero Beach Community Building). The Vero Beach Community Center (8IR1464) is considered eligible for inclusion in the NRHP.

The NRHP–listed St. Lucie Village Historic District (8SL76) is located over 500 feet outside of the FECR ROW to the east (more than 350 feet east of the APE). The mapped boundary and contributing buildings of this historic district are located along Indian River Drive adjacent to Indian River Lagoon, and the closest contributing resource is located over 500 feet east of the historic rail line. However, because the property limits of two historic properties included in the district do extend into the APE, the St. Lucie Village Historic District (8SL76) is included within the APE. While the Payne-Jones (recorded in the FMSF as the 'St. Lucie Cemetery' [8SL1579]) and Palms (8SL1269) cemeteries fall within the APE which was approved by the FRA and the SHPO, they were not previously evaluated for NRHP eligibility by the SHPO. SHPO concurred with the CRAR finding that these resources do not meet the criteria for inclusion in the NRHP.

The only NRHP-eligible historic district identified within the APE in Fort Pierce is the Edgartown Historic District (8SL2801), which includes a mix of residential, commercial and industrial land uses. The other two FMSF districts within the APE (Downtown Historic District [8SL2799] and River's Edge Historic District [8SL2802]) were recommended as ineligible by the initial recorder.

### Archaeological Resources

Seven previously-recorded archaeological sites were identified within the N-S Corridor APE, five of which were identified in the 2013 CRAR. Two additional sites, originally considered to be outside of the APE based on FMSF mapping, were subsequently evaluated as having the potential to have unmapped features within the APE, and were added to the total number of archaeological sites within the N-S Corridor accordingly (Appendix 4.4.5-D, see below for detailed discussion). One of the previously-recorded sites had been determined not eligible for listing in the NRHP; the remaining six sites, which are

AAF-AR0073876

either designated or have the potential to be eligible for listing, are summarized in Table 4.4.5-12 and discussed below.

Of these six sites, two have been evaluated as eligible for listing in the National Register: the Vero Man/Vero Locality site in Indian River County (8IR1/8IR9, eligible) and Fort Pierce in St. Lucie County (8SL31, NRHP-listed). The remaining four sites have not been evaluated by the SHPO, though the preparers of the recordation forms comment on potential eligibility. One of the unevaluated sites is located in Indian River County, one site is location in Martin County, and two sites are located in St. Lucie County (Table 4.4.5-12 and Appendix 4.4.5-A, 4.4.5-C, and 4.4.5-D). The Hobe Sound National Wildlife Refuge #3 (8MT1287) and Fort Capron (8SL41) sites are located within the APE. The Project will not require subsurface excavation at Fort Capron, and therefore there will be no impacts to this resource. Construction activities near the limits of the Hobe Sound National Wildlife Refuge #3 site include excavation and construction of a retaining wall; the excavation has the potential to adversely affect this archaeological site.

Comments on the DEIS identified other archaeological sites of concern. These sites were not identified or evaluated in the 2013 DEIS because FMSF mapping placed them outside of the APE. The identification of archaeological sites within and directly adjacent to the archaeological APE for the 2013 CRAR was done through the review of the data and mapping contained within the site file forms and survey reports on file with the FMSF. As discussed in greater detail below, further evaluation of site locations, performed as a result of DEIS comments, identified two sites (Vero Man/Vero Locality Site (81R1/81/R9) and Fort Pierce (8SL31)) originally mapped outside of the APE, but new information suggests may have features that fall within the APE. These sites were added to the initial list of four NRHP-listed or potentially-eligible archaeological sites noted in the 2013 CRAR, resulting in a total of six NR-listed, NR-eligible, and potentially eligible sites located in the N-S Corridor APE.

Archaeological sites and cemeteries mentioned by commenters that are located outside of the APE for direct effects include: Walton Railroad 1 (8SL292), Savannahs North Dune (8SL3063), Indian River Drive Site #2 (8SL1719), Indian River Drive Site #4 (8SL1720), Payne-Jones Cemetery (8SL1579), and Palms Cemetery (8SL1269).

Two additional sites reported by DEIS commenters in Indian River County, the San Sebastian River Bridge (8IR2) and the North River Canal (8IR8), are listed in the FMSF as having undetermined locations, and thus could not be considered for this study.

The Vero Man/Vero Locality Site (8IR1/8IR9) was initially omitted from the N-S Corridor APE based on FMSF mapping information, but DEIS comments indicated new information that resulted in this site being included in the APE. When the CRAR was completed in 2013, the information available from the FMSF clearly placed this site west of the FECR right-of-way and outside of the APE. Since this time, investigators from Mercyhurst University have conducted excavations in a portion of the site approximately 500 feet west of the right-of-way. In May 2014, an updated FMSF site form was provided to the SHPO. According to this site file, "site boundaries are imprecisely documented due to local development. Portions of the site are under fill below the FEC Railroad; a packing house lot; and other modern construction. Known site areas are protected but under 3 to 10 feet of fill." In September 2014, a Change of Status form was filed by the SHPO for the Vero site. According to this form, the SHPO now considers the site to be eligible for listing in the NRHP. AAF submitted a draft addendum to the CRAR in May 2015 that includes this site within the APE, and the SHPO concurred with the findings of the CRAR Addendum in a letter dated May

AAF-AR0073877

21, 2015 (Appendix 4.4.5-D). This site is included in the list of archaeological sites located within the N-S Corridor APE (Table 4.4.5-12).

The NRHP-listed Fort Pierce (8SL31) was initially omitted from the N-S Corridor APE based on known mapping, but inconsistencies in the recorded location of this property suggest that the precise boundaries are not known but may extend into the APE. The National Register nomination form for the property indicates that the boundary of the property is adjacent to the APE to the east. However, as of September 2013, information on file with the FMSF indicated the site is located more than 150 feet east of the APE, and a subsequent update to the plotted location placed the site 115 feet east of the APE and 350 feet north of its previously mapped location in the FMSF. Although none of the mapped locations are within the APE, the apparent incongruity in the location of this site, at one point reported as adjacent to the APE, suggests the boundary may be ambiguous. Therefore, there is a potential for the boundary of the site to extend into the APE. The May 2015 CRAR addendum concurred with by SHPO includes this information, and this site is included in the list of archaeological sites located within the N-S Corridor APE (Table 4.4.5-12). An additional Fort Pierce site mentioned by commenters, the Fort Pierce Mound and Midden (8SL3), is depicted in the FMSF data as being located more than 270 feet east of the FECR ROW and is therefore outside of the APE.

**Table 4.4.5-12  Archaeological Sites Located Within the N-S Corridor APE**

| FMSF # | Site Name / Address | Site Type | National Register Status |
|---|---|---|---|
| 8IR846 | Railroad | Malabar-Period Shell Midden and Artifact Scatter | Not Evaluated by SHPO |
| 8MT1287 | Hobe Sound National Wildlife Refuge #3 | Prehistoric Campsite and Prehistoric Shell Midden | Previously recommended as Potentially Eligible: Not Evaluated by SHPO |
| 8SL41 | Fort Capron | Historic Fort | Previously recommended as Potentially Eligible: Not Evaluated by SHPO |
| 8SL1772 | Avenue A-Downtown Fort Pierce | Precolumbian Habitation, Midden, Campsite, and extractive Site; Historic American Building Remains, Refuse, and Artifact Scatter | Not Evaluated by SHPO |
| 8IR1/8IR9 | Vero Man/Vero Locality | Pleistocene Faunal assemblage: Redeposited Precolumbian Burial | NRHP-Eligible |
| 8SL31 | Fort Pierce | Historic Fort | NRHP-Listed |

AAF-AR0073878

**West Palm Beach-Miami (WPB-M) Corridor**

The evaluation of, and impacts to, archaeological sites and historic properties along the WPB-M Corridor Main Line and Stations were discussed in the 2012 EA and the supporting 2012 CRAR and are summarized below. SHPO has concurred with these findings (with the exception of two resources at the West Palm Beach station location) and effects determinations in November 2012 (DHR 2012-4778) and October 2014 (2014-4786), conditional on continued consultation with the SHPO and locally affected parties during the station design process.

However, eight of the bridges located within this corridor and are contributing resources to the NRHP-eligible FECR Historic District will now be impacted by the Project, and these properties are included in the impacts discussion in Chapter 5 of this document. They are listed in Table 4.4.5-13.

| Table 4.4.5-13  Historic Railway Bridges Identified Within the WPB-M Corridor APE for Direct Effects | | | | |
|---|---|---|---|---|
| **County** | **FMSF #** | **Site Name / Address** | **Date Estimate** | **National Register Status** |
| Palm Beach | 8PB15951 | Fixed Railway Bridge over the C-15 Canal | 1962 | Eligible as FECR Contributing Resource |
| Broward | 8BD4860 | Fixed Railway Bridge over the Cypress Creek/ C-14 Canal | 1960 | Eligible as FECR Contributing Resource |
| Broward | 8BD4861 | Fixed Railway Bridge over the North Fork of Middle River | 1957 | Eligible as FECR Contributing Resource |
| Broward | 8BD4862 | Fixed Railway Bridge over the South Fork of Middle River | 1959 | Eligible as FECR Contributing Resource |
| Broward | 8BD4863 | Fixed Railway Bridge over the Dania Cut-Off Canal | 1927 | Eligible as FECR Contributing Resource |
| Miami-Dade | 8DA12596 | Fixed Railway Bridge over the Oleta River | 1963 | Eligible as FECR Contributing Resource |
| Miami-Dade | 8DA12597 | Fixed Railway Bridge over the Royal Glades/C-9 Canal | 1956 | Eligible as FECR Contributing Resource |
| Miami-Dade | 8DA12598 | Fixed Railway Bridge over the Arch Creek | 1930 | Eligible as FECR Contributing Resource |

Several NRHP-listed and eligible historic properties were identified in the APE for indirect effects for the WPB-M Corridor, in Palm Beach, Broward, and Miami-Dade Counties. Palm Beach County has two NRHP-listed historic districts, two NRHP-eligible linear resources, four NRHP-listed and 11 NRHP-eligible buildings, and one NRHP-eligible cemetery (Table 4.4.5-14).

**Table 4.4.5-14  Palm Beach County: Historic Properties Within the WPB-M Corridor APE for Indirect Effects[1]**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|--------|---------------------|---------------|-------------------|-------|--------------------------|
| 8PB5980 | Northwest Neighborhood Historic District | Historic District | | | NRHP-Listed |
| 8PB9905 | Lake Lucerne Commercial Historic District | Historic District | | | NRHP-Listed |
| 8PB10311 | Hillsboro Canal | Linear Resource | | | NRHP-Eligible |
| 8PB10331 | West Palm Beach Canal | Linear Resource | | | NRHP-Eligible |
| 8PB169 | Administration Building/ Dixie Highway & Camino Real | Building | 1925 | Mediterranean Revival ca. 1880-1940 | NRHP-Listed |
| 8PB240 | Hoot, Toot & Whistle/ 290 E. Atlantic Avenue | Building | c.1926 | Mission | NRHP-Eligible |
| 8PB513 | Andrews House/ 306 SE 1st Avenue | Building | c.1909 | Frame Vernacular | NRHP-Eligible |
| 8PB8232 | Seaboard Air Line Dining Car 6113/747 S. Dixie Highway | Building | 1947 | Moderne ca. 1920-1940 | NRHP-Listed |
| 8PB8233 | Seaboard Air Line Lounge Car 6603/747 S. Dixie Highway | Building | 1947 | Moderne ca. 1920-1940 | NRHP-Listed |
| 8PB14806 | 470 Fern Street | Building | c. 1930 | Mediterranean Revival | NRHP-Eligible |
| 8PB14808 | 500 Fern Street | Building | c. 1949 | Mediterranean Revival | NRHP-Eligible |
| N/A | Arc Rib Storage/502 Kanuga Drive | Building | | | NRHP-Eligible |
| N/A | Delray Beach Antique Mall/ 1350 N. Federal Highway | Building | | | NRHP-Eligible |
| N/A | Goodwill/1640 N. Federal Highway | Building | | | NRHP-Eligible |
| N/A | Lantana Chamber of Commerce/ 212 Iris Avenue | Building | | | NRHP-Eligible |
| N/A | Woodlawn Cemetery Gate/ 1500 S. Dixie Highway | Building | | | NRHP-Eligible |
| N/A | 3615 Henry Avenue | Building | c.1925 | Frame Vernacular | NRHP-Eligible |
| 8PB96 | FECR Railway Station/ S. Dixie Highway at SE 8th Street | Building | 1929 | Mediterranean Revival ca. 1880-1940 | NRHP-Listed |
| N/A | Delray Beach FECR Depot and Water Tower/220 NE 1st Street | Building | | | NRHP-Eligible |
| N/A | Woodlawn Cemetery | Cemetery | | | NRHP-Eligible |

Source:   AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013. SHPO concurrence November 6, 2012.

1           Includes properties listed in, or eligible for listing in, the National Register of Historic Places. An additional property, the Peninsular Plumbing Company Warehouse at 501-513 Fern Street was recommended as eligible by the West Palm Beach Historic Preservation Planner, but determined ineligible by the SHPO.

AAF-AR0073880

In Broward County, the WPB-M Corridor APE for indirect effects includes one NRHP-listed historic district, four NRHP-eligible historic districts, one NRHP-eligible linear resource, one NRHP-listed building, and 14 NRHP-eligible buildings, structures and building complexes (Table 4.4.5-15).

**Table 4.4.5-15   Broward County: Historic Properties Within the WPB-M Corridor APE for Indirect Effects**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8BD181 | Downtown Fort Lauderdale Historic District | Historic District | | | NRHP-Eligible |
| 8BD3284 | Hollywood Boulevard Historic Business District | Historic District | | | NRHP–Listed |
| N/A | Northwest Pompano Historic District | Historic District | | | NRHP-Eligible |
| N/A | Old Business District | Historic District | | | NRHP-Eligible |
| N/A | Old Pompano Historic District | Historic District | | | NRHP-Eligible |
| 8BD3229 | Hillsboro Canal | Linear Resource | | | NRHP-Eligible |
| 8BD62 | King-Cromartie House/229 SW 2nd Avenue | Building | 1907 | Frame Vernacular | NRHP–Eligible |
| 8BD63 | New River Inn/229 SW 2nd Avenue | Building | 1906 | Masonry Vernacular | NRHP–Listed |
| 8BD143 | Hotel Poinciana/ 141 NW 1st Avenue | Building | c.1920 | Mission | NRHP–Eligible |
| 8BD212 | Philemon Bryan House/ 227 SW 2nd Avenue | Building | 1906 | Neo-Classical Revival ca. 1880-1940 | NRHP–Eligible |
| 8BD227 | Bryan, Tom M. Building/ 201-213 Himmarshee Street | Building | c.1925 | Mediterranean Revival ca. 1880-1940 | NRHP–Eligible |
| 8BD376 | The Hollywood Publishing Company/219 N 21st Avenue | Building | 1924 | Masonry Vernacular | NRHP–Eligible |
| 8BD574 | Ingram Arcade/ 2033-2051 Hollywood Blvd. | Building | 1921 | Commercial | NRHP–Eligible |
| 8BD1976 | Progresso Plaza/901 Progresso Drive | Building | c.1925 | Mediterranean Revival ca. 1880-1940 | NRHP–Eligible |
| 8BD2237 | Hamilton's Pharmacy/ McClellan Drugs/126 N Flagler Avenue | Building | 1925 | Art Deco ca. 1920-1940 | NRHP–Eligible |
| 8BD2258 | Pompano Mercantile Company/ 114 N Flagler Avenue | Building | 1924 | Mission | NRHP–Eligible |
| 8BD4179 | Hollywood Armory/910 N Dixie Highway W | Building | c.1954 | Other | NRHP–Eligible |
| N/A | Antique Car Museum/1527 SW 1st Avenue | Building | N/A | N/A | NRHP–Eligible |
| N/A | Sears Town/901 N Federal Highway | Building | N/A | N/A | NRHP–Eligible |
| N/A | Florida East Coast Freight House and Platform Machine Ramp/ 1801 SW 1st Avenue | Structure | 1948; 1956 | N/A | NRHP-Eligible |
| N/A | Florida East Coast Rail Yard/ 3125 S. Andrews Avenue | Building Complex | N/A | N/A | NRHP-Eligible |

Source: AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013. SHPO concurrence November 6, 2012.

AAF-AR0073881

The WPB-M Corridor APE for indirect effects within Miami-Dade County includes seven NRHP-eligible historic districts, one NRHP-eligible linear resource, two NRHP-listed and one eligible building, and one NRHP-listed cemetery (Table 4.4.5-16).

**Table 4.4.5-16  Miami-Dade County: Historic Properties within the WPB-M Corridor APE for Indirect Effects**

| FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|
| 8DA378 | Greynolds Park | Designed Historic Landscape | | | NRHP-Eligible |
| 8DA3536 | Miami Shores Golf Course | Designed Historic Landscape | | | NRHP-Eligible |
| N/A | Miami Shores Historic District | Historic District | | | NRHP-Eligible |
| N/A | Biscayne Park Historic District | Historic District | | | NRHP-Eligible |
| N/A | El Portal Historic District | Historic District | | | NRHP-Eligible |
| N/A | MiMo/Biscayne Boulevard Historic District | Historic District | | | NRHP-Eligible |
| N/A | Palm Grove Neighborhood Historic District | Historic District | | | NRHP-Eligible |
| N/A | El Portal – Little River - Seawall | Linear Resource | | | NRHP–Eligible |
| 8DA165 | Reassembled Spanish Monastery AD 1141/16711 W Dixie Highway | Building | 1952 | Masonry Vernacular | NRHP–Listed |
| 8DA355 | Dade County Courthouse/ Miami City Hall/73 W Flagler Street | Building | 1925 | Neo-Classical Revival ca. 1880-1940 | NRHP–Listed |
| N/A | N. Miami Beach/Peoples Gas Building/ System/15779 W. Dixie Highway | Building | N/A | Not Available | NRHP– Eligible |
| 8DA1090 | City of Miami Cemetery | Cemetery | 1897 | | NRHP–Listed |

Source: AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013. SHPO concurrence November 6, 2012.

The WPB-M Corridor includes several proposed station locations, and the 2012 EA established a separate APE for these station locations. The APE for WPB-M Proposed Stations includes two NRHP-listed and one eligible historic district, with 19 total contributing resources located within the APE. Six of these contributing resources are also individually eligible for the NRHP, and one contributing resource is individually NRHP-listed. In addition, the APE includes two NRHP-listed buildings and seven NRHP-eligible buildings (Table 4.4.5-17).

AAF-AR0073882

**Table 4.4.5-17  Historic Properties Within the WPB-M Corridor APE for Proposed Stations**

| Station | FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|---|
| West Palm Beach Central | 8PB574 | 513-515 Clematis Street | Building | c. 1921 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB575 | 517-519 Clematis Street | Building | c. 1929 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB576 | 518-520 Clematis Street | Building | 1924 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB577 | 521-527 Clematis Street | Building | c. 1920 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB578 | 522 Clematis Street | Building | 1919 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB579 | 526 Clematis Street | Building | 1923 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB580 | W. E. Pope Building/529-531 Clematis Street | Building | 1921 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB581 | 528 Clematis Street | Building | 1929 | Art Deco | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348)/ Individually NRHP-eligible |
| West Palm Beach Central | 8PB582 | 533 Clematis Street | Building | 1925 | Neoclassical Revival | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348)/ Individually NRHP-eligible |
| West Palm Beach Central | 8PB585 | 540 Clematis Street | Building | c. 1925 | Masonry Vernacular | Contributing resource to NRHP-Listed Clematis Street Historic Commercial District (8PB10348) |
| West Palm Beach Central | 8PB593 | Alma Hotel/ 534 Datura Street | Building | c. 1926 | Mediterranean Revival | NRHP– Eligible |
| West Palm Beach Central | 8PB690 | Ferndix Building/ 321-325 S. Dixie Highway | Building | 1925 | Mission | NRHP–Listed |
| West Palm Beach Central | 8PB835 | Peninsular Plumbing Company Warehouse/ 501-513 Fern Street | Building | c. 1938 | Masonry Vernacular | NRHP– Eligible |
| West Palm Beach Central | 8PB10348 | Clematis Street Historic Commercial District | Historic District | Various | Various | NRHP–Listed |
| West Palm Beach Central | 8PB14806 | 470 Fern Street | Building | c. 1930 | Mediterranean Revival | NRHP–Eligible |
| West Palm Beach Central | 8PB14807 | West Palm Beach Employee Health Center/464 Fern Street | Building | c. 1930 | Mediterranean Revival | NRHP–Eligible |

AAF-AR0073883

**Table 4.4.5-17  Historic Properties within the WPB-M Corridor APE for Proposed Stations (Continued)**

| Station | FMSF # | Site Name / Address | Resource Type | Construction Date | Style | National Register Status |
|---|---|---|---|---|---|---|
| West Palm Beach Central | 8PB14808 | Ballet Florida/ 500 Fern Street | Building | c. 1949 | Mediterrane an Revival | NRHP–Eligible |
| Fort Lauderdale North | 8BD62 | King-Cromartie House/ 229 SW 2nd Avenue | Building | 1907 | Frame Vernacular | Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181)/ individually NRHP-Eligible |
| Fort Lauderdale North | 8BD63 | New River Inn/ 231 SW 2nd Avenue | Building | 1906 | Masonry Vernacular | Individually NRHP–Listed/ Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181) |
| Fort Lauderdale North | 8BD181 | Ft. Lauderdale Historic District | Historic District | Various | Various | NRHP–Eligible |
| Fort Lauderdale North | 8BD212 | Philemon Nathanial Bryan House/ 227 SW 2nd Avenue | Building | 1906 | Neoclassical Revival | Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181)/ individually NRHP-Eligible |
| Fort Lauderdale North | 8BD213 | Davis Acetylene Building/N of 229 SW 2nd Avenue | Building | c. 1905 | Masonry Vernacular | Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181)/ |
| Fort Lauderdale North | 8BD227 | Tom Bryan Building/ 201-211 Himmarshee Street | Building | c. 1925 | Mediterrane an Revival | Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181)/ individually NRHP-Eligible |
| Fort Lauderdale North | 8BD237 | ROK:BRGR/ 208 Himmarshee Street | Building | c. 1939 | Masonry Vernacular | Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181)/ |
| Fort Lauderdale North | 8BD239 | Briny Irish Pub/ 214-220 SW 2nd Street | Building | c. 1937 | Masonry Vernacular | Contributing resource to NRHP–Eligible Ft. Lauderdale Historic District (8BD181)/ individually NRHP-Eligible |
| Miami Central | 8DA271 | Salvation Army Citadel/ 49 NW 5th Street | Building | c. 1925 | Gothic Revival | NRHP-Eligible |
| Miami Central | 8DA1164 | 212-222 N Miami Avenue | Building | c. 1922 | Masonry Vernacular | Contributing resource to NRHP–Listed Downtown Miami Historic District (8DA10001) |
| Miami Central | 8DA2397 | Lyric Theater/ 819 NW 2nd Avenue | Building | c. 1914 | Masonry Vernacular | NRHP-Listed |
| Miami Central | 8DA10001 | Downtown Miami Historic District | Historic District | Various | Various | NRHP-Listed |
| Miami Central | 8DA12603 | 201 NW 1st Avenue | Building | c. 1914 | Masonry Vernacular | NRHP-Eligible |

Source: AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013. SHPO concurrence November 6, 2012.

AAF-AR0073884

## 4.4.6    Parks and Recreation Areas

This section describes existing or planned publically-owned parks, recreational areas, and wildlife and waterfowl refuges of national, state or local significance (collectively "recreational properties"). These properties are protected by Section 4(f) of the USDOT Act of 1966 (49 USC § 303 et seq.) and may also be protected by Section 6(f) of the Land and Water Conservation Act of 1965 (16 USC § 460L).[1]

Recreational properties identified in this EIS are all publically-owned parks, recreation areas, or wildlife and waterfowl refuges of national, state, or local significance that are protected by Section 4(f) and within 300 feet of the Proposed Action. In general, a park or recreation area is afforded federal protection under Section 4(f) if:

- It is publicly owned, meaning the property is owned and operated by a public entity, or the public entity has a proprietary interest in the property, such as an easement;

- It is open to the public for visitation for more than a select group of the public at any time during normal hours of operation;

- The primary purpose of the property is recreation (lands used primarily for non-recreational purposes but that host recreational activities do not have recreation as a primary purpose); and

- It is significant as a park or recreation area, meaning that the resource plays an important role in meeting the park and recreational objectives of the community, as determined by the official with jurisdiction over the property.

Section 6(f) resources are all parks and other recreational facilities that have received Land and Water Conservation Fund Act (LWCF) grants of any type. Section 6(f)(3) contains strong provisions to protect federal investments and the quality resources receiving LWCF Act grants. Section 6(f)(3) states that no Section 6(f) resource shall be converted to other than public outdoor recreation uses without approval of the Secretary of the Interior. The Secretary may approve conversions only if he/she finds it to be in accordance with the existing comprehensive statewide outdoor recreation plan and if substitute property of equal value is provided as mitigation.

### 4.4.6.1    Methodology

This evaluation used GIS data derived from the Florida Natural Area Inventory and the University of Florida. In addition, EDR provided environmental data to identify facilities that are within the Project Study Area. The EDR database review identified natural areas that included federal wilderness areas, preserves, sanctuaries, refuges and wild and scenic rivers. Property appraiser's websites for each county within the Project Study Area and aerial photography were also evaluated to identify additional resources not identified in the above referenced data sources. Local land use plans for the six counties within the Project Study Area were reviewed to determine if there are any planned recreational resources within 300 feet of the Project alignment. A list of the sources used in this evaluation is provided in Table 4.4.6-1.

---

[1]        Historic properties subject to Section 4(f), were identified in the previous Section 4.4.5, *Historic Properties*.

AAF-AR0073885

**Table 4.4.6-1    Section 4(f) Evaluation Sources**

| Title | Author | Date |
|---|---|---|
| Florida Managed Areas (GIS) | Florida Natural Areas Inventory (FNAI) | June 2012 |
| Florida Parks and Recreational Facilities (GIS) | University of Florida | 2009 |
| The EDR National Environmental Policy Act (NEPA) check Report Greater Orlando Aviation Authority (GOAA) Site- Johnson Boulevard, Inquiry Number 3532737.8s | Environmental Data Resources | February 2013 |
| Orange County Property Appraiser | Orange County | 2013 |
| Brevard County Property Appraiser | Brevard County | 2013 |
| Indian River County Property Appraiser | Indian River County | 2013 |
| St. Lucie County Property Appraiser | St. Lucie County | 2013 |
| Martin County Property Appraiser | Martin County | 2013 |
| Palm Beach County Property Appraiser | Palm Beach County | 2013 |
| Google Earth Imagery | Google | 2011 |
| Comprehensive Plan Future Land Use Map, Orange County | Orange County | 2012 |
| Brevard County Comprehensive Plan, Chapter III: Recreation and Open Space Element | Brevard County | 2009 |
| Indian River County 2030 Comprehensive Plan, Chapter 10: Recreation and Open Space Element | Indian River County | 2010 |
| St. Lucie County Comprehensive Plan: Recreation Element | St. Lucie County | 2010 |
| Martin County Comprehensive Growth Management Plan | Martin County | 2013 |
| Palm Beach County 1989 Comprehensive Plan | Palm Beach County | 2012 |

## 4.4.6.2    Affected Environment

Thirty-two recreational properties were identified within 300 feet of the Project alignment (Table 4.4.6-2; Appendix 4.4.6). Although the Section 106 Area of Potential Effect identified an area extending 150 feet from either edge of the existing or proposed right-of-way as the geographic extent of any potential direct or indirect effects to Section 106 or Section 4(f) properties, recreational properties were inventoried within a larger distance to be consistent with the screening distance used in the 2012 EA. Two of the identified recreational properties are along the E-W Corridor, while the remaining 30 are along the N-S Corridor. No recreational properties were identified along the MCO Segment.

Two of the identified recreational properties were also identified as Section 6(f) resources: North Sebastian Conservation Area and Sawfish Bay Park. Both Section 6(f) resources are along the N-S Corridor. The counties' comprehensive planning documents showed that there are no planned recreational properties (parks, recreational areas, or wildlife refuges) within 300 feet of the Project alignment.

AAF-AR0073886

**Table 4.4.6-2    Recreational Properties Within the Orlando-West Palm Beach Project Study Area**

| Map ID | Recreational Resource | County | Description |
|---|---|---|---|
| E-W Corridor | | | |
| 1 | Tosohatchee Wildlife Management Area (WMA) | Orange | The WMA is managed by the Florida Fish and Wildlife Conservation Commission (FWC). Recreational activities include: hiking, bicycling, camping, horseback riding, fishing, limited hunting and wildlife viewing (FWC 2013a). 30,700 ac. |
| 2 | Canaveral Marshes Conservation Area | Brevard | Conservation area managed by SJRWMD. Recreational activities include: fishing, hiking, bicycling, canoeing, boating, and wildlife viewing (SJRWMD 2013b). 12,644 ac. |
| N-S Corridor | | | |
| 3 | Helen and Allan Cruickshank Sanctuary | Brevard | Wildlife sanctuary managed by Brevard County. Recreational activities include hiking and wildlife viewing (Brevard County, Florida 2013b). 140 ac. |
| 4 | Rotary Park at Suntree | Brevard | Community park managed by Brevard County. Recreational facilities include a playground and a pavilion (Brevard County, Florida 2013c). 10 ac. |
| 5 | Jordan Scrub Sanctuary | Brevard | Wildlife sanctuary managed by Brevard County. Recreational activities include: hiking, bicycling, horseback riding, and wildlife viewing (Brevard County, Florida 2013b). 354 ac. |
| 6 | South Mainland Community Center | Brevard | Community Center managed by Brevard County. Recreational facilities include a gymnasium and playground. A nature trail is in the planning process (Brevard County, Florida 2013b). |
| | Malabar to Vero Beach Aquatic Preserve | Brevard and Indian River | Sovereign Submerged Lands managed by the State of Florida. Recreational activities include boating, swimming, fishing, and watching manatees, dolphin and birds. 28,000 ac. |
| 7 | North Sebastian Conservation Area[1] | Indian River | Conservation area managed by Indian River County. Primary intended use is the protection of scrub habitat for the Florida scrub-jay. A plan for environmental education and passive recreation (hiking) was proposed (Indian River County, Parks Division 2013). 400 ac. |
| 8 | Pocahontas Park | Indian River | Community park managed by Indian River County. Facilities include playground, tennis courts, shuffle board, water fountains, and shaded park benches (Indian River County, Parks Division 2013). |
| 9 | Harmony Oaks Conservation Area | Indian River | Conservation area managed by Indian River County. Intended use of the park is to maintain a scenic shoreline for boaters. There are no existing trails, but the County has identified this area for future trails (locations unknown) (FWC 2013a). 90 ac. |
| 10 | Harbor Branch Natural Area | St. Lucie | Natural Area managed by St. Lucie County. Recreational activities include: hiking, picnicking, disc golf, horseshoes and volleyball (St. Lucie County, Environmental Resources Department n.d.). 250 ac. |
| 11 | D.J. Wilcox Preserve | St. Lucie | Preserve managed by St. Lucie County. Recreational activities include: hiking, birding and wildlife viewing (St. Lucie County, Florida 2013a). 100 ac. |
| 12 | Indrio Scrub Preserve | St. Lucie | Preserve managed by St. Lucie County. Recreational activities include hiking and wildlife viewing (St. Lucie County, Florida 2013a). 23 ac. |
| 13 | St. Lucie Village Heritage Park | St. Lucie | Park managed by St. Lucie County. Recreational activities include: Interpretive hiking trails, birding, picnic, volleyball, disc golf, and grilling (St. Lucie County, Florida 2013a). 120 ac. |
| 14 | Central Open Space – SLV | St. Lucie | Park managed by St. Lucie County. Park consists of a vacant lot with no facilities (St. Lucie County, Office of the Property Appraiser 2013). |
| 15 | Old Fort Historical Site | St. Lucie | Historical site managed by St. Lucie County. No recreational facilities were identified on the site and no information regarding the park was available on the County website (St. Lucie County, Florida 2013a). |
| 16 | Savannas Outdoor Recreation Area | St. Lucie | Recreational area managed by St. Lucie County. Recreational activities include: camping, boating, fishing, hiking, biking, wildlife viewing and picnicking (St. Lucie County, Florida 2013b). |
| 17 | Savannas Preserve State Park | St. Lucie | Park managed by the State of Florida. Recreational activities include: hiking, bicycling, horseback riding, canoeing, kayaking, fishing and wildlife viewing (Florida State Parks 2013). 550 ac. |
| 18 | Walton Scrub Preserve | St. Lucie | Preserve managed by St. Lucie County. Recreational activities include hiking, bicycling, fishing, and wildlife viewing (St. Lucie County, Florida 2013b). 33 ac. |
| 19 | Rio Nature Park | Martin | Nature park managed by Martin County. Recreational activities include picnicking and wildlife viewing (Martin County, Department of Parks and Recreation 2011a). 2.5 ac. |

AAF-AR0073887

| Table 4.4.6-2 | Recreational Properties Within the Orlando-West Palm Beach Project Study Area (Continued) | | |
|---|---|---|---|
| **Map ID** | **Recreational Resource** | **County** | **Description** |
| N-S Corridor | | | |
| 20 | Sailfish Ballpark | Martin | Ball Park managed by the City of Stuart. Recreational facilities include baseball fields, racquetball courts, tennis courts and picnicking facilities (City of Stuart, Community Services n.d.). |
| 22 | Station 30 Park | Martin | Community park managed by Martin County. Recreational facilities include picnicking facilities and playground (Martin County Property Appraiser 2012). |
| 23 | Broward St. Boat Ramp | Martin | Boat ramp managed by Martin County. Primary function is the loading and removing of boats from manatee pocket (Martin County, Department of Parks and Recreation 2011b). |
| 24 | Seabranch Preserve State Park | Martin | Park managed by the State of Florida. Recreational activities include: hiking, picnicking, and wildlife viewing (Florida State Parks 2013). 1,000 ac. |
| 25 | William G. "Doc" Meyers Park a.k.a. "South County Ball Park" | Martin | Ball Park managed by Martin County. Recreational facilities include softball/baseball fields, basketball courts, tennis courts, multi-purpose football and soccer fields, a batting cage, and concessions (Martin County, Department of Parks and Recreation 2011b). 35 ac. |
| 26 | Saturn Ave Addition | Martin | Park managed by Martin County. Park consists of a vacant lot with no facilities (Martin County, Department of Parks and Recreation 2011b). |
| 27 | Hobe Sound National Wildlife Refuge | Martin | Wildlife refuge managed by the United States Fish and Wildlife Service (USFWS) bisected by the proposed alignment. Recreational activities include: wildlife viewing, surf fishing, beach use, hiking and environmental education (USFWS 2013c). > 1,000 ac |
| 28 | Jonathan Dickinson State Park | Martin | Park managed by the State of Florida bisected by the proposed alignment. Recreational activities include: biking, hiking, boating, camping, swimming, picnicking, horseback riding, and wildlife viewing (Florida State Parks 2013). 10,500 ac. |
| 29 | Sawfish Bay Park[1] | Palm Beach | Park managed by the Town of Jupiter. Recreational activities include: picnicking, fishing, canoeing and kayaking (Town of Jupiter, Parks Department 2013). 2.5 ac. |
| 30 | Lake Park Scrub Natural Area | Palm Beach | Natural area managed by Palm Beach County. Recreational activities include hiking and wildlife viewing (Palm Beach County, Environmental Resources Management 2013). 55 ac. |
| 31 | Northwood Community Center | Palm Beach | Community park managed by the Boy and Girls Club of Palm Beach County. Recreational facilities include: outdoor basketball court, playground and recreational fields (Boys and Girls Clubs of Palm Beach County 2013). |
| 32 | Nathaniel Adams Park | Palm Beach | Community park managed by the City of West Palm Beach. Recreation facilities include a playground and basketball courts (City of West Palm Beach n.d.). |

Source: FNAI. 2012. *Florida managed Areas-June 2012*. Using: ArcGIS 10.1. Redlands, California: ESRI 2012. Tallahassee, Florida.; University of Florida GeoPlan Center. 2009. *Florida Parks and Recreational Facilities 2009*. Using: ArcGIS 10.1. Redlands, California: ESRI 2012. Gainesville, Florida.
1        Section 6(f) Resources

Section 3.3.8 of the 2012 EA listed an additional 45 recreational properties within 300 feet of the WPB-M Corridor (Table 4.4.6-3).

AAF-AR0073888

**Table 4.4.6-3    Recreational Resources Within the West Palm Beach – Miami Corridor Study Area**

| Resource Name | County/Municipality |
| --- | --- |
| Flamingo Park | West Palm Beach |
| Mary Brandon Park | West Palm Beach |
| City of West Palm Beach Municipal Golf Course | West Palm Beach |
| City of West Palm Beach Recreational Center | West Palm Beach |
| Hypoluxo Scrub Natural Area | Palm Beach County |
| Seacrest Scrub Natural Area | Palm Beach County |
| Lake Worth Shuffleboard Courts | Lake Worth |
| Lake Worth Recreation Center | Lake Worth |
| Veterans Park | Boyton Beach |
| Bicentennial Park | Boyton Beach |
| Pence Park | Boyton Beach |
| Palm Beach CountyRecreation Center | Boyton Beach |
| Worthing Park | Delray Beach |
| Currie Commons Park | Delray Beach |
| Miller Park | Delray Beach |
| Leon M. WeekesEnvironmental Preserve | Delray Beach |
| Boca Isles Park | Boca Raton |
| City of Boca RatonRecreation Center | Boca Raton |
| City of Boca Raton GopherTortoise Preserve | Boca Raton |
| Rosemary Ridge Preserve | Boca Raton |
| Poinciana Park/DogPark | Hollywood |
| Dowdy Baseball Park | Hollywood |
| Byrd Park | Dania |
| Jaco Pastorius Park and Community Center | Oakland Park |
| Tarpon River Park | Fort Lauderdale |
| Florence C. Hardy Park | Fort Lauderdale |
| Sistrunk Park | Fort Lauderdale |
| Oakland Park Boat Ramp | Fort Lauderdale |
| Midway Park | Fort Lauderdale |
| City of Fort Lauderdale SW 9th Street Recreation Center | Fort Lauderdale |
| Florence C. Hardy Park and Southside Cultural Center | Fort Lauderdale |
| Highlands Scrub Natural Area | Broward County |
| Broward County Planned Park | Broward County |
| Colohatchee Park | Winton Manors |
| Aqua Bowl Park | North Miami Beach |
| Arthur I. Snyder Tennis Complex | North Miami Beach |
| Oleta River State Park | Miami-Dade County |
| Arch Creek Park | Miami-Dade County |
| Arch Creek Park Addition | Miami-Dade County |
| Greynolds Park | Miami-Dade County |
| Dorsey Park | City of Miami |
| Woodson/Miami Design Park | City of Miami |
| Ed Abdella Field House and Athletics | City of Miami |
| El Portal Tot Lot | Village of El Portal |

Source: AAF. 2012. Environmental Assessment and Section 4(f) Evaluation for the All Aboard Florida Passenger Rail Project West
    Palm Beach to Miami, Florida. http://www.fra.dot.gov/eLib/details/L04278. Accessed September 12, 2013.

AAF-AR0073889

## 4.4.7    Visual and Scenic Resources

Visual and scenic resources include natural and man-made features that give a particular landscape its aesthetic properties. Visual resources include sites, objects, and landscapes features that contribute to the visual character of the surrounding area and/or are valued for their scenic qualities. They can include designated scenic routes and views within natural areas, parks, and urban areas identified as having historical or cultural significance.

### 4.4.7.1    Methodology

Three crossing locations along the E-W Corridor (at the Econlockhatchee River, St. Johns River, and I-95) were selected as representative sites that illustrate the potential impact that the new rail line would have on its surroundings (Figure 4.4.7-1). No photo renderings were developed for the N-S Corridor as this is currently a developed rail corridor and restoring the second track is not anticipated to substantially change the visual environment.

A mosaic of hundreds of high-resolution digital pictures was used as a backdrop on which the rendered rail alignment and bridges could be placed. Two points of view were chosen for the St. Johns River Bridge visual analyses to show the viewshed from the point of view of the driver on SR 528 looking toward the proposed railroad bridge and from the St. Johns River looking north toward the bridge. Viewpoints and camera views were arranged in the modeling software, 3D Studio Max, to match the perspective views of the photographs. The bridges, earth retaining walls, trains, guardrails and barriers were all modeled. Each element was assigned a material and color, which was then rendered by the software. Several revisions of the renderings were required to assure that the shade and shadows matched the photographs. The renderings were melded into the existing photographs using Adobe Photoshop. Existing and proposed renderings were developed in order to display potential impacts to visual and scenic resources.

AAF-AR0073890



**Explanation of Features**

— E-W Corridor

🏶 Photo Rendering Location

Data Sources: ESRI 2012, FGDL 2012, AMEC 2013

| E-W Corridor Visual Environment Key Map | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| | U.S. Department of Transportation Federal Railroad Administration | 4.4.7-1 |

#### 4.4.7.2    Affected Environment

The visual and scenic resources associated with the MCO Segment and VMF generally consist of SR 528, MCO, and associated airport infrastructure such as parking lots.

The E-W Corridor would be located parallel and adjacent to SR 528, where there is currently no rail line. The areas outside of the current transportation right-of-way generally consist of undeveloped wooded areas, agricultural pasture, wetlands, and road crossings. The current E-W Corridor area provides scenic views to motorists on SR 528. The corridor, the existing SR 528 highway, is within the viewshed of recreational users of roads and trails in the Tosohatchee Wildlife Management Area and the St. Johns River. Motorists traveling on SR 528 and crossing the Econlockhatchee River currently see a narrow view of the river and associated dense floodplain vegetation. Figure 4.4.7-2a shows the existing view of the Econlockhatchee River looking south from SR 528. Motorists traveling on SR 528 crossing the St. Johns River see a broad view of the river with an open floodplain and meandering river channel. Views from the St. Johns River looking north towards SR 528 are wide and open with the low SR 528 bridge crossing the river. Figures 4.4.7-3a and 4.4.7-4a provide existing views of the St. Johns River looking southeast from SR 528 and from the St. Johns River looking north. Motorists traveling on I-95 towards the SR 528 overpass currently see sparse vegetation on the right and left sides of the roadway with the overall view

AAF-AR0073891

dominated by the SR 528 overpass. Figure 4.4.7-5a shows the existing view of the SR 528 overpass from I-95. The views depicted in Figures 4.4.7-2 through 4.4.7-5 are representative of the viewshed changes along the Project corridor.

The visual and scenic resources associated with the N-S Corridor generally consist of the previously disturbed FECR Corridor. The N-S Corridor is visible from roadways that cross at-grade. Motorists' views at these at-grade roadways are limited to grade crossings, lights, gates, and flashers. In a few locations, especially urban areas, the N-S Corridor is visible from nearby buildings. Views currently consist of one or two tracks, railroad ballast, and infrastructure. In more suburban areas, vegetation generally screens the views of the railroad. Boaters traveling on navigable waterways, such as Crane Creek, the Sebastian River and the St. Lucie River, have a view of the existing FECR Corridor bridges. In most locations, these consist of an active, maintained bridge and a parallel out-of-service, poor condition, structure.

As noted by several DEIS commenters, the Indian River Lagoon is a designated Scenic Byway. The FECR Corridor parallels the west shore of the Lagoon, separated from the waterway by intervening uplands and roads. In a few locations there may be views from the train to the Lagoon, but the railroad corridor is not part of the viewshed of the Lagoon.

Visual and scenic resources associated with the WPB-M Corridor are similar to the N-S Corridor.

## 4.4.8    Utilities and Energy Resources

This section describes the public utilities and energy facilities and providers within the Project Study Area.

### 4.4.8.1    Methodology

The affected environment for public utilities and energy resources was determined based upon the following web-based resources:

- Orlando Utilities Commission (OUC) – Service Area Map;

- Orange County – Planning and Development Map;

- USDOT – Pipeline Mapping System;

- Waste Management-Class III Landfills; and

- Florida Department of Agriculture and Consumer Services – Annual Motor Gasoline and Diesel Report.

AAF-AR0073892



A - Econlockhatchee River - Existing View of River



B - Econlockhatchee River - Future View of River Alternative E

| Existing and Future Views of Econlockhatchee River | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| NTS | U.S. Department of Transportation Federal Railroad Administration | 4.4.7-2 |

Source: HNTB

Affected Environment                     4-154

AAF-AR0073893



A - St. Johns River - Existing View of River



B - St. Johns River - Future View of River

| Existing and Future Views of St. Johns River, Southeast View | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| NTS | U.S. Department of Transportation Federal Railroad Administration | 4.4.7-3 |

Source: HNTB

Affected Environment                    4-155

AAF-AR0073894



A – St. Johns River – Existing View from River



B – St. Johns River – Future View from River

| Existing and Future Views of St. Johns River, North View | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| NTS | U.S. Department of Transportation Federal Railroad Administration | 4.4.7-4 |

Source: HNTB

Path : F:\ECH\SEC1_G DRWG DRAWING Work rbody drawing fig02.dwd

Affected Environment                4-156

AAF-AR0073895



A – I-95 Interchange – Existing view of Interchange



B – I-95 Interchange – Future view of Interchange

Source: HNTB

| Existing and Future Views of SR 528 Overpass from I-95, North View | | |
|---|---|---|
| All Aboard Florida Intercity Passenger Rail Project | | |
| NTS | U.S. Department of Transportation **Federal Railroad Administration** | 4.4.7-5 |

Affected Environment

4-157

AAF-AR0073896

### 4.4.8.2    Affected Environment

Existing utilities (water systems, stormwater management systems, energy production/transmission facilities) were identified for each of the three project corridor segments.

Existing utilities within the MCO Segment include power and subsurface utilities associated with MCO. The E-W Corridor contains the following utilities, based on information provided by AAF:

- Stormwater management system for SR 528;

- Overhead transmission lines owned by Florida Power and Light (FPL), OUC, and Progress Energy Florida LLC/TECO Energy Inc.; and

- Two existing pipelines (Pipeline and Hazardous Materials Safety Administration 2007), owned by Florida Gas Transmission Company LLC.

Electrical service providers within the E-W Corridor include FPL, OUC, and Progress Energy. Electrical service providers within the N-S Corridor include FPL and the City of Vero Beach.

The N-S Corridor contains underground fiber-optic duct banks containing FECR communications and signals systems. Several overhead and underground utilities are also present within the FECR right-of-way, under license to FECR.

AAF-AR0073897