# 7   Mitigation Measures and Project Commitments

## 7.1   Introduction

According to the Council on Environmental Quality (CEQ) *Regulations for Implementing the National Environmental Policy Act (NEPA)*, project proponents shall, to the fullest extent possible:

> "Use all practicable means consistent with the requirements of the Act and other essential considerations of nation policy, to restore and enhance the quality of the human environment and avoid or minimize any possible adverse effects of their actions on the quality of the human environment." (40 CFR § 1500.2(f))

In accordance with the NEPA regulations, this chapter identifies and evaluates measures that would avoid, minimize, or mitigate impacts that would result from the Project. Measures to minimize impacts by limiting the degree or magnitude of impacts associated with the proposed All Aboard Florida (AAF) passenger rail service and its implementation are described. As documented in this chapter, effects to various environmental resources are unavoidable due to the proposed location of the new MCO Segment and East-West Corridor (E-W Corridor) connecting with the existing Florida East Coast Railway (FECR) (the North-South Corridor [N-S Corridor]); therefore, measures that minimize adverse effects have been identified. A detailed analysis of proposed compensatory mitigation measures is included for areas in which replacing lost resources is necessary.

This chapter provides a description of mitigation for short-term construction-period effects, permanent loss of protected resources, and long-term effects of Project operations, and responds to public comments on the Draft Environmental Impact Statement (DEIS) concerning mitigation of potential environmental impacts of the Project. This chapter also describes consultation with federal and state agencies pertaining to mitigation. In addition, this chapter summarizes the mitigation commitments for Phase I, the West Palm Beach to Miami Corridor, as set out in the 2013 Finding of No Significant Impact (FONSI) (FRA 2013).

## 7.2   Project Commitments

This section describes the proposed Best Management Practices (BMPs) incorporated in the Project and mitigation measures for unavoidable impacts. Mitigation measures are proposed for traffic and at-grade crossings, noise and vibration, water, navigation, wetlands, biological resources and natural ecological systems, essential fish habitat (EFH), threatened and endangered species, and historic properties. For each resource, the analysis describes efforts to avoid consequences, minimize impacts, and provide compensatory mitigation. Table 7.2-1 provides a summary of construction-period BMPs and mitigation measures proposed for environmental resources that would be affected by the Project. These construction-period BMPs were also required by the FONSI for the WPB-M Corridor.

**Table 7.2-1    Project BMPs and Mitigation Measures – Construction Period**

| Environmental Resource | BMPs and Mitigation Measures |
|---|---|
| Transportation | • Implement traffic management BMPs during construction activities |
| Air Quality | • Implement BMPs (such as soil watering to reduce fugitive dust emissions) to keep emissions to a minimum<br>• Keep construction equipment on site for duration of construction |
| Noise and Vibration | • Avoid nighttime construction in residential neighborhoods<br>• Locate stationary construction equipment as far as possible from noise sensitive sites<br>• Re-route construction-related truck traffic along roadways that will cause the least disturbance to residents<br>• Monitor and maintain equipment to meet noise limits<br>• Minimize the use of generators to power equipment<br>• Limit use of public address systems<br>• Limit or avoid certain noisy activities, such as aboveground jackhammering and impact pile driving, during nighttime hours<br>• Use augers (as opposed to pile drivers) where practicable<br>• Operate earthmoving equipment on the construction lot as far away from vibration-sensitive sites as practicable.<br>• Phase demolition, earthmoving, and ground-impacting operations so as not to occur in the same time period.<br>• Select low-impact demolition methods where possible.<br>• Avoid vibratory rollers and packers near sensitive areas. |
| Hazardous Materials and Solid Waste Disposal | • Use appropriate special waste handling techniques<br>• Implement dust control measures<br>• Use proper technique for management/disposal of contaminated soil/groundwater |
| Water | • Implement sediment control BMPs (turbidity curtains and silt fences) |
| Essential Fish Habitat | • Use silt fences and turbidity curtains<br>• Develop and implement an Erosion and Sedimentation Control Plan<br>• In-kind compensatory mitigation at a federally approved mitigation bank |
| Biological Resources and Natural Ecological Systems | • Revegetate cleared areas when required by standard BMPs and applicable laws.<br>• Reduce the potential for invasive species spread by using imported soil for fill material that has been certified free of invasive species seeds and rhizomes. |
| Threatened and Endangered Species and Other Protected Species | • Adhere to the Reasonable and Prudent Measures, Terms and Conditions, and Conservation Recommendations of the Biological Opinion issued by USFWS.<br>• Make siltation/turbidity barriers of material to not entrap/entangle species, and not impede species movement.<br>• Operate water vessels at no wake/idle speeds at all times and in water depths where the draft of the vessel provides less than a 4-foot clearance from the sediment. Vessels to follow routes of deep water.<br>• Instruct personnel in the potential presence of threatened and endangered species in the vicinity. Personnel to be advised of the civil and criminal penalties for harming species.<br>• Cease activities if a manatee comes within 50 feet of the construction area or barrier, including vessels being shutdown, until the animal has moved on its own volition beyond the 50-foot radius of the construction operation. |

Table 7.2-1    Project BMPs and Mitigation Measures – Construction Period (Continued)

| Environmental Resource | BMPs and Mitigation Measures |
|---|---|
| Threatened and Endangered Species and Other Protected Species (Continued) | • Post signs regarding species before and during in-water construction activities.<br>• Do not subject feeding sites to water management practices.<br>• Comply with the Bald Eagle Management Plan with respect to all construction activities.<br>• Obtain a Bald Eagle Disturbance Permit.<br>• Submit an eastern indigo snake monitoring report to the appropriate federal and local field offices.<br>• Conduct construction activities during daylight hours in areas that might be visible from any sea turtle nesting beaches.<br>• Complete construction from the water utilizing floating barges and turbidity barriers.<br>• Use bubble curtains during pile driving to reduce noise impacts to swimming sea turtles and smalltooth sawfish.<br>• Complete Florida Fish and Wildlife Conservation Commission-compliant gopher tortoise surveys by a qualified gopher tortoise agent prior to ground disturbing activities.<br>• Conduct pre-construction surveys for listed plant species in coordination with USFWS and relocate individuals if necessary.<br>• Implement eastern indigo snake protection measures<br>• Implement STANDARD MANATEE CONDITIONS FOR IN-WATER WORK – 2011<br>• Implement SEA TURTLE AND SMALLTOOTH SAWFISH CONSTRUCTION CONDITIONS March 2006 |
| Historic Properties | • Implement Archaeological Monitoring Plan for all project work in the area of six identified archaeological sites (Hobe Sound National Wildlife Refuge #3 Site (8MT1287); the Fort Capron Site (8SL41); Vero Man/Vero Locality Site (8IRI/8IR9); Fort Pierce (8SL31); Railroad (8IR846); and Avenue A-Downtown Fort Pierce (8SL1772) and in any other areas designated by SHPO<br>• Consult with SHPO for design for rehabilitation and construction of all bridges that are contributing resources to the Florida East Coast Railroad Historic District to avoid adverse effect to the district<br>• Consult with SHPO in the design and construction of replacement and updated crossing gates at grade crossings within historic districts abutting the Florida East Coast Railroad Historic District or in proximity to historic properties<br>• Consult with SHPO to assess and avoid potential adverse effects of construction activities identified outside of the existing APE for direct effects on historic properties or archaeological sites listed or eligible for listing in the National Register of Historic Places<br>• Place communications towers in locations that have been determined to contain no above or below ground historic properties<br>• Implement alternative construction methods such as vibratory or sonic pile driving to reduce vibration impacts from pile driving at archaeological sites located within 135 feet of locations where pile driving occurs |
| Section 4(f) Parks and Recreation Properties | • AAF will develop a construction management plan to reduce and minimize the effects of grade crossing reconstruction in Jonathan Dickinson State Park on park uses. AAF, in association with FRA, will coordinate with the land management agency. |

Table 7.2-2 provides a summary of project-level mitigation measures proposed for unavoidable impacts as a result of the Project.

Table 7.2-2   Project Mitigation Measures for Unavoidable Permanent Impacts

| Environmental Resource | Mitigation Measure |
|---|---|
| Traffic and Grade Crossings | • Work with State and local traffic officials to adjust traffic signal timing as needed in Project Area<br>• Implement and fund initial grade crossing safety enhancements identified in the Diagnostic Team Report (see Section 5.4.4.2) |
| Noise and Vibration | • Install noise barriers along the E-W Corridor (see Section 7.2.4) where effective in reducing noise impacts near elevated structures (Narcoossee Road and I-95)<br>• Maintain train wheels and rails to minimize vibration<br>• Install pole-mounted horns at 117 grade crossings where severe noise impacts would occur in the absence of mitigation (Appendix 3.3.5-D) |
| Water | • Implement stormwater treatment BMPs (surface infiltration through swales, ditches, and over-land flow; installation of underground French drain systems; deep injection wells to drain water via gravity or pumping; and/or wet detention and retention ponds) |
| Navigation | • Manage train schedules to minimize bridge closures<br>• Provide marine industry with bridge closure schedules to facilitate planning by boaters<br>• Develop a set schedule for the down times of each bridge location. This schedule will include both freight and passenger rail service.<br>• Provide that schedule of bridge closures in an internet-accessible format to offer the public with access to that information, including the boating community and marinas. This will be posted on the AAF website and/or the US Coast Guard website.<br>• Implement a notification sign/signal at each bridge location with warning count downs to indicate the times at which the bridge will begin to close and open and how long before a train will arrive.<br>• Develop formal contact with first responders and emergency personnel.<br>• Develop coordination plans between AAF and local authorities during peak vessel travel times on holidays and major public events<br>• Install a bridge tender at the New River Bridge |
| Wetlands | • To compensate for impacts to waters of the United States (wetlands and surface waters) AAF proposes the purchase of in-kind mitigation bank credits from a federally approved mitigation bank whose service area covers the project.<br>• To compensate for impacts to wetlands under the jurisdiction of State of Florida AA proposes: |
| Biological Resources and Natural Ecological Systems | • Develop designs to provide wildlife passage under bridges and through culverts in critical areas (Econolockhatchee River and Little Creek).<br>• Install wildlife crossing within the Tosohatchee Wildlife Management Area |
| Threatened and Endangered Species and Other Protected Species | • Purchase two scrub-jay credits with a USFWS-approved scrub-jay mitigation bank in accordance with Florida Statute Title XXVIII, Chapter 373.4135, Mitigation banks and offsite regional mitigation |
| Essential Fish Habitat | • Obtain Section 404 permit and follow wetland mitigation conditions<br>• In-kind compensatory mitigation at a federally approved mitigation bank in accordance with Florida Statute Title XXVIII, Chapter 373.4135, Mitigation banks and offsite regional mitigation |
| Historic Properties | • Prepare HAER documentation for the Eau Gallie River Bridge and the St. Sebastian River Bridge<br>• Develop website focusing on and highlighting the contributions of Henry Morrison Flagler as well as the history of the Florida East Coast Railway and its passenger rail service along the corridor.<br>• Continue to consult with the SHPO regarding appropriate design elements for the replacement of NRHP eligible bridges and those bridges that are contributing elements to the FECR Historic District. |

### 7.2.1   Transportation

AAF does not propose any new road crossings in the Project. The increase in number of crossing events along the N-S Corridor and WPB-M Corridor due to the addition of 32 passenger trains each day would cause additional closure events at each at-grade crossing, but closures from passenger trains will be much shorter than closures from existing freight traffic. AAF will work with state and local traffic officials to adjust traffic signal timing along the N-S Corridor and WPB-M Corridor to reduce potential traffic impacts.

AAF will perform new track construction required for the Project according to BMPs so that minimal temporary adverse impacts to existing freight operations will be experienced. Any required maintenance or rehabilitation of the existing single track will also be done using planning and construction practices that will minimize impact to existing freight traffic. Future required maintenance and rehabilitation will also be done more efficiently as track operators will be able to use planning practices that utilize the additional tracks to mitigate temporary delays.

The Phase I 2013 FONSI required AAF to coordinate with the Florida Department of Transportation (FDOT) and Southern Florida Rail Transportation Agency (SFRTA) to develop a plan for integrated passenger rail services in the South Florida region. However, until access and operating agreements can be negotiated and the necessary local, state and federal funding has been secured, the operation of Tri-Rail commuter service is not reasonably foreseeable.

### 7.2.2   Navigation

AAF will implement a series of mitigation measures to reduce vessel delay and queueing at the three operable bridges (St. Lucie River, Loxahatchee River, and New River). These include:

- Develop a set schedule for the down times of each bridge for passenger rail service. Passenger rail service is anticipated to operate on consistent daily schedules that are both predictable and reliable with minimal deviations. Local mariners should be able to predict approximate crossing times once they are familiar with the passenger rail schedule, which will be consistent and unchanging from week to week. Mariners will be able to plan travel times and avoid unnecessary wait times according to the posted schedule.

- Provide public access to the bridge closure schedules in an internet accessible format updated daily with anticipated crossing times for each bridge. Schedules for each bridge will be posted on the AAF website and/or the United States Coast Guard (USCG) website. Internet sites will provide estimated bridge crossing times so mariners may access real-time data from the water and plan appropriately. Schedules and/or information may also be made available at local marinas and tackle shops. This will allow the boating community to plan their trips to avoid wait times.

- Implement a notification sign/signal/horn at each bridge location with countdowns to indicate the times at which the bridge will begin to close and open. Similar to a road crossing, the notification system will alert mariners within the vicinity of a bridge that a train is approaching. The signal will also provide a countdown for bridge closings and openings. This system can help mariners within the vicinity of the bridge plan trips accordingly and will also help to ease boater frustration for those that wait.

- Develop formal contact with first responders and emergency personnel. A point of contact will be established to ensure that emergency personnel can coordinate with the dispatch center when access is necessary to respond to waterway emergencies.

- Develop coordination plans between AAF and local authorities during peak vessel travel times on holidays and major public events. Local authorities will have the ability to contact AAF in order to coordinate plans for certain special events and occasions in an effort to establish adjustments to train schedules that will allow a bridge to be open for specified periods of time.

- Develop a coordination plan between AAF and the USCG to communicate bridge operating schedules to the commercial and recreational boating communities. Such a plan will allow updates to the bridge operating schedule to be disseminated throughout these communities. Communication will be through the USCG, local marinas, and on the official scheduling website.

- Install a bridge tender at the New River Bridge. The New River Bridge has the greatest amount of commercial traffic (as compared to the Loxahatchee River Bridge and the St. Lucie River Bridge). The addition of a bridge tender at this location will allow better communication with commercial vessels. The tender could be contacted directly by mariners with a need for information so that they could plan accordingly and minimize wait times. As described in Section 5.1.3.2 of this FEIS, the USCG has issued a temporary deviation from the operating schedule at the New River Bridge, through the use of a bridge tender. The intent of the deviation is to test FECR's proposed installation of an automated system to increase vessel traffic efficiency.

Some commenters noted that the FEIS should consider greater vertical and horizontal clearance for the Loxahatchee River Bridge to enable bi-directional traffic as well as mechanical improvements to assure structural integrity of the bridge. AAF will be adding a second track and making mechanical improvements to the Loxahatchee River Bridge, but these changes will not affect the horizontal or vertical clearance of the bridge. Section 3.3.3 of this FEIS evaluates bridge alternatives including raising bridge elevations, and concludes that this approach is not feasible due to limitations on grade steepness and associated safety, cost, land impact, and operational barriers. AAF has developed an operating schedule that minimizes bridge closures and agreed to several additional mitigation measures including improved signage and information accessibility on bridge operations (see above).

The USCG has stated that the Coast Guard is responsible for setting bridge closure schedules as part of the rule making process. Until the USCG implements a new rule making process, the existing bridge opening regulations would still apply (Section 4.1.3.2, Existing Navigation Conditions).

### 7.2.3    Air Quality

The Project will have a beneficial effect on air quality as the daily vehicle trips will be reduced on roadways and annual vehicle miles traveled will decrease. Section 5.2.1 of this FEIS provides an analysis of air quality, noting that increased emissions from traffic queuing at grade crossings represents a *de minimis* impact. This minimal adverse impact, coupled with the benefits of reducing vehicle-miles travelled due to increased passenger rail service, will result in an overall net benefit to regional emissions. Therefore, the Project will provide an overall net benefit for regional air quality.

Potential emissions associated with construction equipment will be kept to a minimum as most equipment will be driven to and kept at affected sites for the duration of construction activities. In

addition, routine BMPs will be performed at construction sites to keep emissions of particulates (the primary pollutant emitted) to a minimum during the temporary construction activities. Emissions associated with construction workers commuting and the transport of materials will also be minimal given the temporary nature of the activities. The use of BMPs during construction, such as soil watering to reduce fugitive dust emissions, will be effective in substantially reducing potential emissions during construction.

### 7.2.4   Noise and Vibration

AAF will implement mitigation measures as part of the Project design to reduce noise and vibration impacts from passenger train operations as well as construction.

Some maintenance measures can help to mitigate noise and vibration. The roughness of the wheels and rails is the most important maintenance factor in controlling noise and vibration from freight and passenger trains. AAF will maintain their equipment to minimize noise and vibration emissions, including repairing wheel flats, truing wheels to optimize the wheel/rail interface, and periodic rail grinding.

Some commenters questioned whether the FRA would conduct inspections of the wheels as a way to reduce noise and vibration. The FRA has a detailed program outlined in the Motive Power and Equipment Compliance Manual that provides guidance to inspectors to ensure railroad equipment complies with Federal requirements. Specific conditions of the train wheels such as dimensions of the wheel flange and rim, presence of cracks, or wheel flats, are regulated by the FRA and are a critical part of FRA's oversight to safety. It should be noted that while these wheel conditions may relate to the level of vibration generated by the equipment, the FRA is not responsible for the direct inspection or measurement of train vibration.

Some commenters requested mitigation in response to increased visual, noise, or vibration impacts as a result of the bridge crossing over Innovation Way (SR 528). The noise and vibration analysis conducted as part of the DEIS took into account increased noise exposure and decreased vibration exposure due to the elevated portion of track over International Corporate Park (ICP) Boulevard and the adjacent existing railroad corridor (see Appendix 5.2.2-A2, Figure 5-30). Because there is no portion of Innovation Way that currently exists within the proposed E-W corridor, the noise and vibration analysis immediately west of ICP Blvd (i.e. Innovation Way area) is based on the current design that includes at-grade operations. Additionally, because there are currently no residential parcels in the area referenced, the noise and vibration analysis conducted in the DEIS, in accordance with FRA guidelines, identified no residential impacts in the area.

#### 7.2.4.1   Noise Mitigation

Along the E-W Corridor, noise impacts will be primarily due to the increased noise propagation from elevated portions of track. Proposed noise mitigation in these areas includes sound barriers on the edge of the elevated structures to mitigate potential severe effects. Sound barriers are effective in mitigating noise when they break the line-of-sight between source and receiver. The necessary height of a barrier depends on such factors as the source height and the distance from the source to the barrier. For example, if a barrier is located very close to a train noise source, it typically only needs to be 3 to 4 feet

above the top of rail to provide noise reductions of 6 to 10 dBA. The Project will include constructing two noise barriers (at Narcoossee Road and I-95) which will effectively eliminate all severe noise impacts anticipated along the E-W Corridor and reduce the number of moderate noise impacts to only 33 residential receptors.

Noise along the N-S Corridor and the WPB-M Corridor will be reduced by the use of pole-mounted horns at 117 grade crossings where severe noise impacts would occur in the absence of the pole-mounted horns, as described in Section 5.2, listed in Appendix 3.3.5-D, and required by the FONSI (FRA 2013). With this mitigation, there will be no significant noise impacts along the rail corridor. However, stakeholders in the affected communities along the N-S Corridor are considering the institution of quiet zones (which prohibit horns to be sounded in specified areas) at certain at-grade crossings. This involves instituting alternate safety measures such as four-quadrant gates and non-mountable median dividers. In addition, supplementary safety measures must be installed and a risk analysis must be prepared to demonstrate that safety would not be compromised by eliminating train horns in the area receiving "quiet zone" designation. The governmental entities or other authorities pursuing these quiet zones will act as the sponsors of such efforts and will be responsible for the application process and the associated costs, including the costs of any improvements.

Based on the recommendations of the Grade Crossing Diagnostic Team, AAF will pay the cost of the recommended grade crossing safety improvements related to the introduction of passenger rail service, in conjunction with county and municipal execution of amendments to existing crossing license agreements. AAF will, after execution of amendments to existing crossing license agreements, ensure that, where defined sidewalks exist, pedestrian crossing gates will be installed to ensure pedestrian safety. This will allow local governments to focus on finding the additional funding needed for the quiet zone improvements.

### 7.2.4.2    Vibration Mitigation

The purpose of vibration mitigation is to minimize the adverse effects that the Project's ground-borne vibration will have on sensitive receptors, such as annoyance and rattling. Vibration impacts are not as common a problem as environmental noise, and the mitigation approaches have not been as well defined. In some cases, it is necessary to develop project-specific approaches to mitigate for unacceptable vibration impacts. This is partly due to the fact that vibration characteristics are difficult to calculate, and depend on numerous project and environmental factors.

Vibration impacts will be minimized by wheel and rail maintenance that will control unacceptably high vibration levels. According to FRA guidelines, problems with rough wheels or rails can increase vibration levels by as much as 20 dB, negating the effects of even the most effective vibration control measures. AAF will conduct soil characterization and pre-construction soil analysis to determine if additional mitigation measures are warranted, such as in areas that may be subject to liquefaction or are otherwise vulnerable to vibration.

### 7.2.4.3    Construction Noise Mitigation

AAF will monitor construction noise to verify compliance with the relevant noise limits. The contractor will have the flexibility to meet the Federal Transit Administration construction noise limits in the most

efficient and cost-effective manner. In that regard, the contractor may either prohibit certain noise-generating activities during nighttime hours or provide additional noise control measures to meet the noise limits. To meet required noise limits, AAF will implement the following noise control mitigation measures:

- Avoid nighttime construction in residential neighborhoods;
- Locate stationary construction equipment as far as possible from noise sensitive sites;
- Re-route construction-related truck traffic along roadways that will cause the least disturbance to residents;
- Monitor and maintain equipment to meet noise limits;
- Minimize the use of generators to power equipment;
- Limit use of public address systems; and
- Limit or avoid certain noisy activities during nighttime hours such as aboveground jackhammering and impact pile driving.

To avoid noise impacts related to pile driving (if needed), AAF's constructor would use an auger to install the piles instead of a pile driver which would reduce noise levels substantially. If pile driving is necessary for station construction, the time of day that the activity can occur will be limited to daytime hours.

Some commenters questioned whether AAF has included sufficient detail regarding noise abatement measures to be taken during construction. Construction noise and the mitigation measures that will be needed to adequately reduce noise are dependent on the specific equipment and construction methods of the contractor. AAF will incorporate the noted noise control mitigation measures into construction plans as the Project design advances and further details on the equipment and methods are defined.

### 7.2.4.4 Construction Vibration Mitigation

Vibration from construction activities does not often reach the levels that can damage structures, but it may be audible or perceptible in buildings very close to construction activities. The construction activity that typically generate the most severe vibrations is impact pile driving. To mitigate construction vibration, AAF's contractor will be required to implement equipment location and processes, as listed below.

Construction Equipment and Haul Routes:

- Route heavily loaded trucks away from residential streets, if possible. Select streets with fewest homes, if no alternatives are available.
- Operate earthmoving equipment on the construction lot as far away from vibration-sensitive sites as practicable.

Sequence of Operations:

- Phase demolition, earthmoving, and ground-impacting operations so as not to occur in the same time period. Unlike noise, the total vibration level produced could be significantly less when each vibration source operates separately.
- Avoid nighttime activities. People are more aware of vibration in their homes during the nighttime hours.

Alternative Construction Methods:

- Avoid impact pile driving where practicable in vibration-sensitive areas. Drilled piles or the use of a sonic or vibratory pile driver causes lower vibration levels where the geological conditions permit their use.
- Select demolition methods not involving impact, where possible. For example, sawing bridge decks into sections that can be loaded onto trucks results in lower vibration levels than impact demolition by pavement breakers, and milling generates lower vibration levels than excavation using clam shell or chisel drops.
- Avoid vibratory rollers and packers near sensitive areas.

Pile driving is potentially the greatest source of vibration associated with equipment used during construction of a project. However, there are some additional vibration effects of vibratory pile drivers that may limit their use in sensitive locations. A vibratory pile driver operates by continuously shaking the pile at a fixed frequency, literally vibrating it into the ground. Continuous operation at a fixed frequency may be more noticeable to nearby residents, even at lower vibration levels. Further, the steady-state excitation of the ground may increase resonance response of building components. Resonant response may be unacceptable in cases of fragile buildings or vibration-sensitive manufacturing processes. Impact pile drivers, in contrast, produce a high vibration level for a short time with sufficient time between impacts to allow any resonant response to decay.

### 7.2.5 Hazardous Materials and Solid Waste Disposal

AAF would implement BMPs during construction and include special waste handling, dust control, and management and disposal of contaminated soil and ground water in order to prevent construction delays and to provide adequate protection to workers and any nearby sensitive receptors. All remedial action plans must ensure that any nearby or adjacent receptors are adequately protected and the assessment and management of contaminated media encountered during the Project will be handled in accordance with applicable federal, state, and local laws and regulations.

### 7.2.6 Surface and Groundwater

AAF will provide water quality measures in the form of stormwater treatment (retention, detention, and treatment) as part of the Project to mitigate for creating additional impervious surface area and converting vegetated areas to ballasted railbed. Some commenters requested how stormwater mitigation will specifically be addressed. Specific measures will be identified as the design of the project advances based on applicable federal, state, and local regulatory conditions (see Chapter 1, Table 1.4-2).

Temporary effects to surface waters and groundwater during construction activities will be minimized through the application by AAF of BMPs. The Florida Department of Environmental Protection (FDEP) is responsible for issuing and enforcing National Pollutant Discharge Elimination System (NPDES) permits. These permits identify activities during construction to assure an acceptable standard of water quality. The Clean Water Act (CWA) Section 404 permit program requires that construction stormwater management and construction practices be addressed, including erosion prevention, sediment control, and in-water work. Regulatory agencies will closely review these practices to minimize effects.

During construction, AAF will use sediment control BMPs, including installation of turbidity curtains and silt fencing, to protect surface waters. Accidental spills of material such as fuels, lubricants, solvents, or

other liquids that could harm surface waters will be cleaned up in a timely manner in accordance with a Spill Prevention, Control, and Countermeasures Plan and BMPs to be prepared by contractors and approved by AAF. These measures would minimize the potential for temporary effects.

AAF will provide water-quality mitigation for additional impervious and semi-impervious surface areas in the form of stormwater treatment (retention, detention, and treatment) as part of the Project. BMP measures would be determined by and in compliance with permit requirements.

### 7.2.7  Wetlands

As part of the Project, AAF will seek Environmental Resource Permits issued by the South Florida Water Management District and St. Johns River Water Management District, a Department of the Army permit from the U.S. Army Corps of Engineers (USACE) pursuant to CWA Section 404, and a Rivers and Harbors Act Section 10 and NPDES permits issued by the FDEP. Some of the State permits may be jointly covered under a Joint Environmental Resource Permit.

USACE will require AAF to avoid and minimize impacts to waters of the United States, including jurisdictional wetlands, to the greatest extent practicable as required by the CWA Section 404(b)(1) Guidelines. This analysis will be included in USACE's Record of Decision for AAF's application for CWA Section 404 authorization. AAF has proposed measures to avoid and minimize wetland losses through the use of retaining walls and increasing bridge length over rivers and associated riparian zones to the greatest extent practicable. AAF has proposed to avoid and minimize secondary impacts to wetlands with the use of staked hay bales, silt fencing, and re-vegetation of construction areas to protect water quality in adjacent wetlands and construction mats in wetlands to reduce disturbance of soils.

Section 404 of the CWA requires AAF to provide compensatory mitigation for all unavoidable impacts to waters of the United States, including jurisdictional wetlands and surface waters. Mitigation proposed by AAF would be completed in accordance with the U.S. Environmental Protection Agency and USACE's joint mitigation rule, 33 CFR Part 332. To address federal permit requirements, AAF has proposed to mitigate impacts to waters of the United States through the purchase of in-kind mitigation bank credits from federally approved mitigation banks whose service area covers the project. AAF will provide mitigation as necessary to satisfy state permit requirements.

USACE will complete its Section 404(b)(1) Guidelines analysis and public interest review in its record of decision following publication of the Final EIS.

### 7.2.8  Floodplains

AAF will mitigate all floodplain impacts in accordance with applicable state and local laws regarding appropriate compensation and permitting. The construction design would minimize potential harm to the floodplain by retaining existing elevations where feasible, constructing stormwater mitigation measures and retention ponds, and minimizing fill in sensitive areas.

### 7.2.9  Biological Resources and Natural Ecological Systems

Impacts to biological resources and natural ecological systems have been minimized due to the fact that the E-W Corridor would be developed near an existing transportation corridor and would not

significantly increase fragmentation and noise impacts that do not already exist in this area. The same is true for the N-S Corridor as it will be developed on an existing rail corridor. No new at-grade crossings are proposed along the E-W Corridor that would have potential noise effects to wildlife related to warning horns typically utilized at at-grade crossings.

AAF would not change existing conditions along the existing FECR Corridor or exacerbate existing barriers to wildlife movement and therefore does not propose to construct any new wildlife passages along the N-S Corridor.

AAF will minimize effects to upland habitats and wildlife through implementation of standard construction BMPs and mitigation measures including:

- Designs to provide wildlife passage under bridges and through culverts in critical areas along the E-W Corridor; and

- Cleared areas may be revegetated when required by standard BMPs and applicable laws.

### 7.2.9.1 Wildlife Crossings

During final design of the railroad bridges and culverts crossing the Econlockhatchee River, its tributary, and Little Creek, AAF will consult with representatives of the USACE, SJRWMD, FWC, and the Orange County Environmental Protection Division to minimize potential impacts on wildlife habitat. Based on previous discussions with representatives of these organizations, AAF proposes to develop wildlife crossings at these overpasses. The migratory characteristics of three large mammals known to inhabit the corridor (Florida black bear, white-tail deer, and Florida panther) were evaluated. Due to the size and sensitivity of the Florida black bear it was used as the species in the development of corridor/bridge design. This enabled the needs of other species to be met as part of the design.

AAF plans to incorporate the following elements into the design of the railroad bridge crossings over the Econlockhatchee River and Little Creek to allow for dry wildlife passage:

- Creating a concrete ledge along the western wall of the bridge;

- Constructing an elevated shelf within the eastern most culvert to allow for dry passage during bank-full events; and

- Placing security fencing and potentially funnel fencing in select areas to encourage migration through the culvert and bridge.

AAF will also construct a new wildlife crossing approximately 4,100 feet east of Long Bluff Road, and will provide a passage with 8 to 10 feet of vertical clearance and approximately 50 feet of horizontal clearance. This wildlife crossing will match the wildlife crossing proposed by FDOT as part of the future SR 528 widening. The railroad wildlife crossing (along with the SR 528 crossing when constructed by FDOT) will enhance wildlife passage between the northern and southern sections of the Tosohatchee Preserve, and will function as part of the Florida Wildlife Corridor.

Some commenters requested that the FEIS identify commitments related to the minimization and avoidance of establishing and spreading invasive plant species during construction. The Project has the potential to increase invasive species occurrences in natural habitats, particularly along the E-W Corridor where new disturbance would occur adjacent to natural communities. However, this does not represent

a significant change, as the existing SR 528 corridor already provides opportunities for the spread of invasive species, and vegetation maintenance would be routinely conducted along the railroad corridor to allow for maintenance access. During construction, AAF will use imported soil as fill material that has been certified to be free of invasive plant seeds and rhizomes.

### 7.2.9.2 Essential Fish Habitat

AAF has completed Biological Assessments in accordance with National Marine Fisheries Service Habitat Conservation Division (NMFS, HCD) recommendations. These assessments quantified potential impacts to EFH and provided compensatory mitigation recommendations.

To minimize impacts to EFH, AAF will construct bridges over waterways in a manner to reduce erosion and sedimentation through implementation of BMPs (such as the use of silt fences and turbidity curtains) in accordance with an Erosion and Sedimentation Control Plan approved by NMFS to prevent further impacts to EFH. To mitigate impacts to EFH, AAF proposes to purchase in-kind federal credits from federally approved wetland mitigation banks (see Section 5.2.2).

### 7.2.10 Threatened and Endangered Species and Other Protected Species

USACE has facilitated several discussions with U.S. Fish and Wildlife Service (USFWS) and NMFS Protected Resource Division (PRD) regarding Endangered Species Act (ESA) consultation for this project. These discussions have aided in clarification of the details required in the Biological Assessment (BA) that was prepared by AAF in accordance with the *Final ESA Section 7 Consultation Handbook* (USFWS 1998) and submitted in September 2013. Based on the BA, effect findings were determined for species found throughout the project corridor also in September 2013. Consultation with USFWS and NMFS PRD has also helped develop mitigation methods for minimizing effects to threatened and endangered species.

Specific measures will be implemented by AAF to mitigate for potential temporary and permanent impacts to the habitat of federally listed species, as described below. In addition to these measures, AAF has committed to conducting pre-construction surveys for the following species:

- Audubon's crested caracara
- Florida scrub-jay
- Red-cockaded woodpecker
- Sand skinks
- State-listed plant species

None of the alternatives considered for this analysis would be expected to result in significant adverse impacts to protected species, protected species habitat, or designated critical habitat. However, AAF is committed to these measures to address any significant, unmitigated impacts that may arise as a result of the Project.

As required by USFWS, AAF has purchased two scrub-jay credits within a USFWS approved scrub-jay mitigation bank (Appendix 5.3.6-B). As required by USFWS, AAF would also take "reasonable and prudent measures" to minimize the incidental take including the avoidance of potential of scrub-jays to be killed

or injured by heavy equipment including the "destruction of active nests, with or without eggs." To fulfill this requirement, AAF would restrict clearing of vegetation within and immediately adjacent to occupied territory or unoccupied but suitable habitat during the nesting season (typically March 1 through June 30) in order to remove the potential to destroy active nests and kill or injure nestlings.

AAF's initial surveys for listed plant species focused on the areas of disturbance, and did not survey the entire FECR corridor. AAF is coordinating and will continue to coordinate with federal and state agencies as well as land managers and biologists within public lands to conduct appropriate pre-construction surveys and develop a transplanting plan for affected individual plants.

### 7.2.10.1  West Indian Manatee Mitigation Measures

AAF will conduct construction activities in accordance with *Standard Manatee Construction Conditions for In-Water Work*, which shall include, but are not limited to, the following BMPs (USFWS 2011b):

- Siltation/turbidity barriers will be made of material that would not entrap/entangle the manatee, and would not impede manatee movement. Barriers would be properly secured and routinely monitored to ensure manatees are not entangled.

- Within the construction area, water vessels associated with construction will operate at no wake/idle speeds at all times and in water depths where the draft of the vessel provides less than a 4-foot clearance from the sediment. Vessels will follow routes of deep water when possible.

- All personnel associated with the construction and operational phases of the Project will be instructed in the potential presence of manatees in the water. Construction site personnel associated with operating water craft will be advised of the civil and criminal penalties for harming, harassing, or killing species that are protected under the Marine Mammal Protection Act, ESA, and the Florida Manatee Sanctuary Act.

- If a manatee comes within 50 feet of the construction area or barrier, activities would cease, including vessels being shutdown, until the animal has moved on its own volition beyond the 50-foot radius of the construction operation. The animals would not be herded away or harassed into leaving.

- Florida Fish and Wildlife Conservation Commission-approved (FWC) temporary signs regarding manatees will be posted before and during in-water construction activities.

As required for in-water work within Important Manatee Areas, additional protection measures may include limiting in-water work to daylight hours and using dedicated manatee observers. For in-water work within the Eau Gallie River, Crane Creek, Turkey Creek, and Sebastian River, manatee observers will be approved by USFWS and FWC prior to initiation of construction activities. In the event of a collision with a manatee, the on-site construction manager would immediately notify the FWC hotline (1-888-404-3922) and USFWS in Jacksonville for north Florida (1-904-731-3336) and Vero Beach for south Florida (1-772-563-3909).

### 7.2.10.2  Wood Stork Mitigation Measures

All personnel associated with the construction and operational phases of the Project would be instructed about the potential presence of wood storks. The construction site personnel would also be informed of the civil and criminal penalties for harming, harassing, or killing species that are protected. Personnel

would avoid operating noise-making equipment unnecessarily if wood storks are present and wood storks would never be intentionally forced to fly.

AAF would minimize impacts to wood stork suitable foraging habitat (SFH), i.e., wetlands, to the greatest extent practicable during the final design process as required by the CWA Section 404(b)(1) Guidelines. The USFWS has reviewed the Project and determined the proposed work is not likely to adversely affect the wood stork. If required by the USFWS pursuant to the ESA, AAF will mitigate impacts through the purchase of in-kind mitigation bank credits.

### 7.2.10.3 Bald Eagle Mitigation Measures

In order to avoid a take under the Bald and Gold Eagle Protection Act, in constructing the Project AAF will comply with the FWC Bald Eagle Management Plan, which prescribes buffer areas around linear transportation projects and recommend that construction activities occur outside of breeding seasons (FWC 2008). AAF will also apply for a Bald Eagle Disturbance Permit, as required by FWC, in order to work within the buffer for nest OR-065.

### 7.2.10.4 Indigo Snake Mitigation Measures

AAF will construct the Project in accordance with *Standard Protection Measures for the Eastern Indigo Snake* (USFWS August 12 2013). Construction specifications will include the *Species Conservation Guidelines: Eastern Indigo Snake* (USFWS 2004b).

The appropriate field office will be notified at least 30 days prior to any land clearing or construction activities. All personnel associated with the construction and operational phases of the Project will be instructed in the potential presence of the eastern indigo snake. The construction site personnel will also be informed of the civil and criminal penalties for harming, harassing, or killing species that are protected.

AAF will develop a management plan for all construction personnel to follow. Informational signs shall be posted throughout the construction site and along any proposed access road to contain the following information:

- A description of the eastern indigo snake, its habits, and protection under federal law;
- Instructions not to inquire, harm, harass, or kill this species;
- Directions to cease activities and allow the eastern indigo snake sufficient time to move away from the site on its own before resuming; and
- Telephone numbers of pertinent agencies to be contacted if a dead eastern indigo snake is encountered.

AAF will submit an eastern indigo snake monitoring report to the appropriate USFWS and FWC field office within 60 days of the conclusion of the construction phases. The report will be submitted whether or not eastern indigo snakes are observed. The report should contain the following information:

- Any sightings of eastern indigo snakes; and
- Other obligations required by the USFWS, as stipulated in the permit.

### 7.2.10.5   Sea Turtle and Smalltooth Sawfish Mitigation Measures

AAF will construct the Project in accordance with Sea Turtle and Smalltooth Sawfish Construction Conditions (NMFS Revised March 23, 2006) which include, but are not limited to the following BMPs:

- Siltation barriers would be made of material that would not entrap/entangle sea turtle or smalltooth sawfish, and would not block sea turtle or smalltooth sawfish access from designated critical habitat. Barriers shall be properly secured and routinely monitored to ensure turtles or sawfish are not entangled.
- Water vessels associated with construction would operate at no wake/idle speeds at all times in the construction area, and in water depths where the draft of the vessel provides less than a 4-foot clearance from the sediment.

All personnel associated with the construction and operational phases of the Project in waters accessible to smalltooth sawfish and swimming sea turtles will be instructed in the potential presence of the species. Further, AAF will inform the construction site personnel and personnel associated with in-water work of the civil and criminal penalties for harming, harassing, or killing species that are protected.

Construction activities will occur during daylight hours only in areas that might be visible from any sea turtle nesting beach. No nighttime construction activities would be conducted in areas from which project lighting could be visible on a nesting beach.

Construction completed from the water will be done from a floating barge using floating turbidity barriers made of materials that would not allow sea turtles or smalltooth sawfish to become entangled. Spill response kits will be maintained on board during construction.

In the unlikely event that a protected sea turtle or smalltooth sawfish approaches the Project during construction, work would immediately cease until the turtle moves at least 50 feet away on its own volition.

Noise from pile driving during construction could potentially affect federally managed species, and NMFS has recommended that bubble curtains be used when impacts could occur. AAF will use bubble curtains during pile driving, which will help to dampen noise by 5 to 22 dB depending on the pile type and other conditions (Howard 2013). Pile driving would be limited to three piles daily and would occur only during daylight hours. This would provide opportunities for sea turtle and smalltooth sawfish to traverse the construction area daily without exposure to high noise levels from pile driving.

### 7.2.10.6   Rare Plant Species Mitigation Measures

Staff biologists in Savanna Preserve State Park, Hobe Sound National Wildlife Refuge, and Jonathan Dickinson State Park have indicated fragrant prickly-apple and Lakela's mint are located within and adjacent to the FECR Corridor adjacent to boundaries of these protected areas. AAF will coordinate with USFWS and park biologists to conduct a survey within the FECR Corridor for protected plant species where the corridor intersects Savannas Preserve State Park, Hobe Sound National Wildlife Refuge, and Jonathan Dickinson State Park. Areas adjacent to the corridor will also be surveyed if ecological conditions meet the habitat requirements of listed species (fragrant prickly apple or Lakela's mint). If either plant species is observed within the area of construction, AAF will work with land managers and biologists from the adjacent conservation area to relocate the individual plants to an ecologically appropriate and safe

location within areas protected and managed for conservation purposes. Mitigation commitments include:

- Species specific survey would be conducted prior to the commencement of construction activities.
- A buffer of 20 feet would be established around individuals of each protected plant species during the survey period.
- Identified individuals would be relocated within protected areas of the above listed conservation areas.
- Proposed relocation areas would meet comparable ecological conditions to the area in which the individual was found.
- If possible, professional biologists would collect seeds for future propagation.
- If either of the endangered species is observed during the pre-construction surveys, AAF will advise FECR of the observation and recommend that FECR cease using herbicides to maintain the roadway within a buffer of 300 feet around the observed individual until after the plants have been relocated.

### 7.2.10.7  Johnson's Sea Grass Mitigation Measures

Bridge crossings that would require in-water work for bridge retrofits and/or construction of new bridges will be permitted individually through the USACE and the applicable state regional water management districts. Additionally, AAF will observe water quality protection measures at all of the in-water construction areas to protect manatees, swimming sea turtles, and smalltooth sawfish, and would also provide protection to downstream populations of seagrass and other submerged aquatic vegetation. AAF has surveyed for the presence of Johnson's sea grass and none was observed within the project limits.

### 7.2.10.8  Gopher Tortoise Mitigation Measures

Prior to commencement of any ground disturbing activities, AAF will complete FWC-compliant gopher tortoise surveys by a qualified gopher tortoise agent. If any tortoises, burrows, or other sign of tortoises are encountered within the Project footprint, AAF will obtain appropriate relocation permits, which would include specific mitigation measures to reduce the impacts to this species. If applicable, under the gopher tortoise relocation permit, gopher tortoises and commensals would be relocated to adjacent natural areas where possible in order to preserve the integrity of the local population.

### 7.2.11  Public Health and Safety

AAF has committed to developing a comprehensive safety program for the Project including guidelines and plans including: a passenger train emergency preparation plan, a safety and security certification plan, track safety standards, an operations system safety program plan, a right-of-way safety and security plan, and several FECR safety procedures, including, for example, FECR's Emergency Preparedness Plan (FECR 2012c).

### 7.2.12   Historic Properties

The Project would have an adverse effect on two bridges determined to be eligible for the National Register of Historic Places, the Eau Gallie River Bridge and the St. Sebastian River Bridge. Both bridges would be demolished in order to construct new bridges capable of carrying the proposed passenger trains. AAF will mitigate this adverse effect through the measures and commitments outlined in the draft *Memorandum of Agreement among the Federal Railroad Administration, the Florida State Historic Preservation Officer and All Aboard Florida – Operations, LLC for the Eau Gallie River and St. Sebastian River Bridges associated with the All Aboard Florida Intercity Passenger Rail Project Orlando to Miami, Florida (*Appendix 5.4.5). These measures include:

- Documentation (i.e., drawings, photographs, and written data) of current conditions in accordance with Historic American Engineering Record standards; and

- Development of a website that will focus on and highlight the contributions of Henry Morrison Flagler as well as the history of the Florida East Coast Railway and its passenger rail service along the corridor.

Other Project commitments include:

- Continue to consult with SHPO regarding appropriate design elements for the replacement of the two NRHP eligible bridges and the replacement of those bridges that are contributing elements to the FECR Historic District;

- Continue to consult with SHPO in the design and construction of replacement and updated crossing gates at grade crossings within historic districts abutting the FECR Historic District or in proximity to historic properties;

- Continue to consult with SHPO to assess and avoid any potential adverse effects to other historic properties as a result of changes to project design or APE;

- Place communications towers in locations that have been determined to contain no above or below ground historic properties;

- Implement alternative construction methods such as vibratory or sonic pile driving to reduce vibration impacts from pile driving at archaeological sites located within 135 feet of locations where pile driving occurs;

- Consult with SHPO concerning avoidance, minimization, and mitigation of adverse effects to any discoveries of significant archaeological resources inadvertently discovered during the Project in accordance with 36 CFR 800.13(b) and 36 CFR 79;

- Implement an Archaeological Monitoring Plan for all project work in the area of six identified archaeological sites (Hobe Sound National Wildlife Refuge #3 Site (8MT1287); the Fort Capron Site (8SL41); Vero Man/Vero Locality Site (8IRI/8IR9); Fort Pierce (8SL31); Railroad (8IR846); and Avenue A-Downtown Fort Pierce (8SL1772) and in any other areas designated by SHPO as stipulated in the MOA; and

- All architectural history work or archaeological work carried out shall be conducted by, or under the direct supervision of, a person or persons meeting the Secretary of the Interior's Professional Qualifications Standards for Architectural History (48 FR 44738-9).

As stipulated in the FONSI, AAF will continue to consult with SHPO and locally affected parties throughout the Phase I Station Design Process.

### 7.2.13 Public Parks, Recreation Areas, Wildlife and Waterfowl Refuges

During construction, two roads within Section 4(f) properties (the Tosohatchee Wildlife Management Area and Jonathan Dickinson State Park) would be temporarily affected by construction activities. These temporary effects will not constitute a use of these properties, based on AAF's commitments to construction methods and timing.

The E-W Corridor would be constructed as an overpass so as to not interrupt the intended use of Long Bluff Road within the Tosohatchee Wildlife Management Area. Construction of the overpass will not require use of the Tosohatchee Wildlife Management Area.

To ensure the safety of the users of Jonathan Dickinson State Park, AAF will implement at-grade crossing improvements where the N-S Corridor crosses Southeast Jonathan Dickinson Way. Safety improvements would include upgraded warning devices such as flashing lights, signage and pavement markings; median barriers; and a four-quadrant gate, which blocks both sides of each traffic lane. Electronic warning systems would be implemented, which would monitor and communicate train locations and speeds, and would stop the train if the crossing is not clear. Current safety measures at the existing at-grade crossing of the freight railway and Southeast Jonathan Dickinson Way include passive signage, flashing lights, and a two-quadrant gate. AAF will develop a construction management plan to reduce and minimize the effects of grade crossing reconstruction on park users. AAF, in association with FRA, will coordinate with the land managing agency.

### 7.2.14 Utilities and Energy Resources

During final design, AAF will coordinate with all of the affected utilities regarding the presence and potential relocation of underground and overhead utilities. Further, contractors would use phasing and hire professional utility locators to identify any potential conflicts in order to prevent or limit any interruptions in utility service.

**This page intentionally left blank.**