# 8  Summary of Public Involvement Process and Tribal Coordination

Public, agency, and tribal consultation and coordination on the Project was undertaken in accordance with Council on Environmental Quality (CEQ) National Environmental Policy Act (NEPA) regulations at 40 CFR parts 1500-1507 and U.S. Department of Transportation Order 5610.C. The public involvement process was conducted to obtain meaningful public input regarding the Project, which is described and analyzed in this Final Environmental Impact Statement (FEIS). Specifically, the public involvement process was undertaken to:

- Make diligent efforts to involve the public in preparing and implementing NEPA procedures;

- Hold or sponsor public information meetings or statutorily required public hearings;

- Provide public notice of NEPA-related hearings, public meetings, and the availability of environmental documents to inform individuals and agencies who may be interested or affected; and

- Solicit input from the public.

Federal Railroad Administration (FRA) is the lead agency for this EIS. Federal Aviation Administration (FAA), U.S. Army Corps of Engineers (USACE), and U.S. Coast Guard (USCG) are Cooperating Agencies on the DEIS, in accordance with NEPA and CEQ regulations (40 CFR part 1501.6). FRA and USACE have a Memorandum of Agreement (MOA) for this Project that establishes an agreement between FRA and USACE regarding the procedures to be followed in preparing this Environmental Impact Statement (EIS). USACE's role in the EIS has focused on its requirements under Section 404 of the Clean Water Act and Sections 10, 12, and 14 of the Rivers and Harbors Act. USACE has also taken the lead role with respect to Endangered Species Act Section 7 and Magnuson-Stevens Fishery Conservation and Management Act consultation with U.S. Fish and Wildlife Service (USFWS) and National Marines Fishery Service (NMFS). FAA's involvement in the EIS was focused on the effects at the Project's northern terminus at Orlando International Airport. USCG's role has focused on navigation and bridges requiring USCG Bridge Permits.

This chapter summarizes the consultation and coordination process through which federal, state, and local agencies, elected officials, members of the public, and other interested entities were involved in the NEPA process for this EIS. The scoping process is described in Section 8.1, agency coordination in Section 8.2, tribal coordination in Section 8.3, and public involvement in Section 8.4. Section 8.5 describes the public review of the DEIS, and Section 8.6 describes the FEIS distribution.

## 8.1  Scoping

Scoping is an early, open, and on-going part of the NEPA process used to determine the range of alternatives, issues, and effects that the EIS will address in detail. The process includes consultation with appropriate federal, state, regional, and local agencies and occurs early in the NEPA process before final decisions have been made on the types of studies to be conducted, the Project Study Area, or content of the EIS. Scoping provides agencies and the public with the opportunity to contribute to the technical

direction and analysis of the EIS, and to contribute information that could be relevant to evaluation of the effects of the Project.

FRA initiated the formal scoping process for the Project on April 15, 2013 by publishing a Notice of Intent (NOI) to prepare an EIS in the Federal Register. A copy of the NOI is included in Appendix 8.1-A. The NOI provided a description of the Project and outlined the environmental review process. The NOI also included an announcement of the FRA's intent to conduct public and agency scoping meetings. Comments were invited on the scope of the EIS, including the purpose and need, alternatives to be considered, effects to be evaluated, and methodologies to be used in the evaluation. Comments on the scope were requested by May 15, 2013.

### 8.1.1 Agency Scoping Meeting

Representatives of federal, state, regional, and county agencies, and Native American Sovereign Nations, were invited to participate in the scoping process and to participate in an agency/tribal scoping meeting on May 1, 2013 at the Renaissance Orlando Airport Hotel, in Orlando, Florida. Federal agencies invited to participate included the U.S. Departments of Agriculture, U.S. Department of Commerce, U.S. Department of Defense, U.S. Department of the Interior, U.S. Department of Transportation, and U.S. Environmental Protection Agency. State agencies invited included the Florida Department of Environmental Protection (FDEP), Fish and Wildlife Commission (FWC), and the State Historic Preservation Office (SHPO). Regional and county agencies invited to participate included the St. Johns River Water Management District (SJRWMD), South Florida Water Management District, Greater Orlando Aviation Authority (GOAA), and Broward, Miami-Dade, and Orange Counties. Representatives from USACE, U.S. Environmental Protection Agency, USFWS, FAA, FDEP, Federal Highways Administration (FHWA), FWC, SJRWMD, Miami-Dade and Orange Counties, SHPO, National Park Service (NPS), USCG, and GOAA attended the agency scoping meeting.

At the meeting, FRA introduced the attendees, provided an overview of the Project with background information, and outlined the next steps in the NEPA process. Presentations by FRA and All Aboard Florida, LLC (AAF) provided the overview. The FRA also held a question-and-answer session, and solicited agency comments.

Agency comments on the DEIS scope were received from FAA, USCG, U.S. Department of Agriculture, NPS, Florida Department of Transportation (FDOT), and the Seminole Tribe of Florida Tribal Historic Preservation Office. The comments were reviewed by FRA. Comments from agencies pertained to land use and planning, Section 4(f) resources, surface transportation, and waterways.

### 8.1.2 Public Scoping Meetings

Following the publication of the NOI, in May 2013 five public scoping meetings were held in five different communities (Orlando, Miami, West Palm Beach, Fort Pierce, and Fort Lauderdale). Table 8.1-1 provides the locations, dates, number of attendees, and number of comments received at these public scoping meetings.

The first four public meetings were advertised in several newspapers and available in various locations near the Project Study Area, including *Florida Today, Orlando Sentinel, The Palm Beach Post, Sun Sentinel,*

*St. Lucie News Tribune, La Voz, El Nuevo Herald, Miami Herald, el Sentinel, El Latino Semanal,* and *Haiti en Marche*. The last public meeting was advertised in the *Sun Sentinel* and *el Sentinel*. Notices were published on several dates between April 17th and April 27, 2013. The notices were published in English, Spanish, and Haitian Creole.

**Table 8.1-1    Public Scoping Meetings**

| Public Scoping Meeting | Location | Date | Number of Attendees | Number of Comment Forms Received at the Meeting |
|---|---|---|---|---|
| Orlando | Renaissance Orlando Airport Hotel | May 1, 2013 | 135 | 61 |
| Miami | Culmer Center | May 6, 2013 | 125 | 63 |
| West Palm Beach | Gaines Park Community Center | May 7, 2013 | 138 | 67 |
| Fort Pierce | Havert L. Fenn Center | May 9, 2013 | 75 | 38 |
| Fort Lauderdale | Holiday Park Social Center | May 29, 2013 | 80 | 19 |
| Total | | | 553 | 248 |

Source: VHB, 2013.

Approximately 550 participants attended the five public scoping meetings. Attendees included elected officials, local government representatives, members of the business community, and residents from the communities in or near the Project Study Area. The meeting format was an open house style with attendees encouraged to view the various exhibits placed around the room. Questions were directed to representatives of FRA present at the meeting. A continuous loop visual presentation provided attendees with information about the Project, including the background and general information about NEPA and the scoping processes. Large aerial maps depicting the Project Study Area were also displayed at each scoping meeting.

Attendees wanting to submit a written comment were able to do so by filling out a comment form. Written comments could either be submitted during the public scoping meeting or mailed to the FRA. A total of 248 comment letters were received during the 30-day scoping period (April 15 to May 15, 2013). Each comment received was reviewed and analyzed, and was considered by the FRA during the preparation of this DEIS. Comments received from municipalities and the public pertained to alternatives, floodplains, hazardous materials, natural resources, noise and vibration, public outreach, safety, social, community, socio-economics, surface transportation, wetlands and waterways, wildlife, environmental justice, purpose and need, and water quality. Appendix 8.1-B, *Scoping Report*, provides a more detailed review of the scoping process and comments received.

### 8.1.3    Post-Scoping Comments

Numerous members of the public submitted comments to FRA following the scoping comment period. More than 160 comments were received between July 2013 and the publication of the DEIS. The vast majority of the concerns have focused on quality of life (including noise and safety) and potential impacts to the boating community as a result of increased bridge closures.

## 8.2     Agency Coordination

AAF initially coordinated with federal, state, regional, and county agencies regarding the Project from March 2012 through April 2013. These preliminary efforts focused on satisfying requirements for the submittal of environmental permit applications. Through this process AAF identified concerns of stakeholders and requirements of regulatory agencies that are relevant to the NEPA process.

As mentioned above, FRA initiated the NEPA process by publishing the NOI to prepare an EIS on April 15, 2013. The NOI provided a description of the Project and outlined the environmental review process. The NOI also announced FRA's intent to conduct public and agency scoping meetings (see Section 8.1). FRA coordinated with a range of Federal agencies throughout this process.

This coordination informed AAF and FRA regarding the regulatory requirements and critical environmental concerns of these agencies, as well as concerns of state and local authorities. Coordination included the agencies and entities listed below.

Federal agencies

- Federal Aviation Administration
- Federal Highway Administration
- Federal Railroad Administration
- National Marine Fisheries Service
- United States Army Corps of Engineers
- United States Coast Guard
- United States Fish and Wildlife Service

State government authorities, agencies, and elected officials

- Florida Department of Environmental Protection
- Florida Department of Transportation
- Florida Division of Historical Resources/State Historic Preservation Officer
- Florida Fish and Wildlife Conservation Commission
- Florida House of Representatives
- Florida Senate
- Florida Transportation Commission

Local government authorities, agencies, and elected officials

- Counties:
  - Orange
  - Osceola

- o   Brevard
- o   Indian River
- o   St. Lucie
- o   Martin
- o   Palm Beach
- o   Broward
- o   Miami/Dade
- Cities:
  - o   Aventura
  - o   Cocoa
  - o   Dania Beach
  - o   Fort Lauderdale
  - o   Fort Pierce
  - o   Jupiter
  - o   Lake Park
  - o   Lake Worth
  - o   Melbourne
  - o   Miami Gardens
  - o   North Miami Beach
  - o   Orlando
  - o   Palm Bay
  - o   Palm Beach Gardens
  - o   Pompano Beach
  - o   Port St. Lucie
  - o   Sebastian
  - o   Stuart
  - o   St. Lucie
  - o   El Portal
  - o   Vero Beach

- o  West Palm Beach
- Elected Officials:
  - o  District 4 Mayors/Managers
  - o  Miami-Dade City Managers
- Other Organizations:
  - o  East Central Florida Regional Planning Council
  - o  Greater Orlando Aviation Authority
  - o  Martin Metropolitan Planning Organization
  - o  Miami-Dade Metropolitan Planning Organization
  - o  Orlando-Orange County Expressway Authority
  - o  Palm Beach Metropolitan Planning Organization
  - o  Port of Palm Beach
  - o  South Florida Water Management District
  - o  Space Coast Transportation Planning Organization
  - o  St. Johns River Water Management District
  - o  St. Lucie Transportation Planning Organization

## 8.3    Tribal Coordination

Native American Sovereign Nations were invited to participate in the scoping process and participate in the scoping meeting on May 1, 2013 along with federal, state, and county agencies. The Native American Sovereign Nations invited to participate were the Miccosukee Tribe of Florida, Muscogee Creek Nation, Poarch Band of Creek Indians, Seminole Nation of Oklahoma, and Seminole Tribe of Florida. Comments from the Native American Sovereign Nations were received and reviewed by FRA, and were considered during development of the DEIS.

## 8.4    Public Involvement

Since AAF publicly announced the Project, it has employed a public outreach strategy including meetings, social media, and press releases to provide and solicit information relevant to the Project to and from agencies and the public. The public outreach strategy also served to keep local officials, community members, and other parties informed about the process and status of the EIS. AAF participated in numerous meetings with residents, businesses and community leaders, and public agencies throughout the state. Two websites (http://www.allaboardflorida.com/ and https://www.fra.dot.gov/Page/P0672), a Facebook page (https://www.facebook.com/AllAboardFlorida), a Twitter account (@AllAboardFlorida), and email distribution list have also been created to increase outreach efforts to the public. AAF's public

involvement effort has also included a series of press releases to Florida press outlets and over national wire services.

Meetings and/or presentations were held to ensure agencies, communities, and other representatives were informed about the Project and development, in addition to the NEPA public outreach activities. AAF met with representatives from the following organizations during the NEPA process:

- 1,000 Friends of Florida
- Admiral's Cove Homeowners Association
- Adrienne Arsht Performing Arts Center
- African American Chamber of Commerce, Orlando
- American Federation of Labor and Congress of Industrial Organizations Miami Chapter
- American Planning Association
- Amway Center
- Antilles Homeowners
- Associated Builders & Contractors
- Association of Florida Community Developers
- Audubon Florida – Central Florida
- Barefoot Bay Homeowners Association
- Barry University
- Biscayne Gardens Civic Association (Miami-Dade County)
- Black Archives
- Boynton Beach Chamber of Commerce
- Boys & Girls Club of Palm Beach County
- Bradford Marine
- Brevard County African American Community of Colors
- Brevard Tourist Development Council
- Broward County Marine Steering Committee/Advisory Board
- Broward County National Association for the Advancement of Colored People
- Broward League of Cities
- Canaveral Groves Homeowners Association
- Central Florida Congress of Regional Leaders
- Central Florida Hotel and Lodging Association
- Central Florida Minister's Alliance
- Chamber of Commerce of the Palm Beaches
- City of Boca Raton
- City of Boynton Beach
- City of Delray Beach
- City of Fellsmere
- City of Hallandale Beach
- City of Hollywood
- City of Oakland Park
- City of Orlando District 2 Neighborhood Leaders Council
- City of Rockledge
- City View Home Owners Association
- City View Townhomes Association
- Cocoa Beach Convention and Visitors Bureau
- Cocoa Beach Regional Chamber of Commerce
- Council of Fort Lauderdale Civic Associations
- Delray Beach Chamber of Commerce
- Delray Beach Pineapple Grove Arts District Board
- Delray Beach Tennis Center
- Developers Diversified Realty
- Downtown Fort Lauderdale Civic Association

- Downtown Fort Lauderdale Transportation Authority
- East Central Florida Corridor Task Force
- Eclipse Condo
- Economic Council of Martin County
- Efficient Transportation for the Community
- Federation of Boca Raton Homeowners Association
- Fellsmere Optimist Club
- Flagler Village Civic Association
- Flagler Village Improvement Association
- Flamingo Park Neighborhood Association
- Florida Council of 100
- Florida Huddle
- Florida Inland Navigation District
- Florida League of Mayors
- Florida Not All Aboard
- Florida Planning & Zoning Association
- Florida Restaurant & Lodging Association
- Florida Surety Association
- Florida Utilities Coordination Committee Conference
- Fort Lauderdale Economic Development Advisory Board
- Four Seasons Hotel - Owners Palm Beach
- General Motors Treasure Coast Salaried Retirees Club
- Gold Coast League of Cities
- Greater Fort Lauderdale Convention & Visitor's Burea
- Greater Miami Convention & Visitor's Bureau (GMCVB)
- Guardians of Martin County

- Gulfstream Park
- Havenwood Community Board of Directors Home Owners Association
- Hillsborough Metropolitan Planning Organization
- Hispanic Chamber of Commerce Orlando Florida Inland Navigation District
- History Broward – Historical Society of Broward County
- Human Power Delray
- Indian River Chamber of Commerce
- Indian River Freeholders Association
- Indian River Historical Society
- Indian River Maritime Company
- Indian River Neighborhood Association
- Indian River Republican Executive Committee
- Indian River Sheriff's Department
- Indian River Tax Collector
- Indian River Tea Party
- International Drive Chamber of Commerce
- IREM South Florida
- Jupiter Inlet District
- Jupiter Medical Center
- Kimley Horn
- Kiwanis Club of Davie
- Kiwanis Club of West Palm Beach
- Las Olas Merchants Association
- Latin Builders Association Board of Directors
- Lauderdale Isles Yacht Club
- Lauderdale Marine Center
- Leadership Broward
- Leadership Orlando

- Life Sciences South Florida Executive Committee
- Loxahatchee River Bridge working group
- Main Street Stuart
- Main Street Stuart/Downtown Business Association
- Marine Council Miami
- Marine Industries Association of South Florida
- Marine Industries Association of the Treasure Coast
- Martin County Boaters group
- Martin County Business Development Board
- Martin County Chamber of Commerce
- Martin County Hotel & Lodging Association
- Martin County Marine interests meeting
- Martin County Young Professionals
- Melbourne Airport
- Metro Orlando Economic Development Commission
- MetroPlan Orlando
- Miami Dade College & New World School of the Arts
- Miami Lighthouse for the Blind
- Miami Lighthouse Legislative Luncheon
- Miami Rotary Club
- Miami-Dade County Citizen's Independent Transportation Trust
- Model Railroad Association Melbourne
- NAIOP Central Florida Chapter
- New River Inn Museum & History
- Northern Palm Beach Chamber of Commerce
- Orange County Environmental Protection Division

- Orange County League of Women Voters
- Orange County League of Women Voters
- Orlando Business Journal Transportation Panel
- Orlando Magic
- Orlando Orange County Expressway Authority
- Orlando Sentinel Transportation Forum
- Palm Beach Atlantic University
- Palm Beach Business Forum
- Palm Beach County Business Development Board
- Palm Beach County Florida Engineering Society
- Palm Beach County League of Cities
- Palm Beach County Marine Industries Association
- Palm Beach County Realtors Association
- Palm Beach County Tourist Development Council
- Palm Beach Downtown Development Authority
- Palm Beach Economic Development Group
- Palm Beach Gardens Medical Center
- Palm City Chamber of Commerce
- Paso Metropolitan Planning Organization
- PGA Corridor Association
- Pinelllas Metropolitan Planning Organization
- Piper Aircraft Vero Beach
- Poinciana Park Civic Association
- Port Canaveral
- River Oaks Homeowners Association
- Riverside Park Home owners Association

- Riverwalk (Fort Lauderdale)
- Rotary Club of Orlando
- SAFE – Delray Beach
- Sant La
- SeaWorld Orlando
- Sierra Club
- South Andrews Business Association
- South End Neighborhood Association
- South Florida Office Broker's Association
- Space Coast Apartment Association
- Space Coast Audubon Society
- SR 528 Land Managers
- St. Cloud Chamber of Commerce
- St. Lucie County Chamber of Commerce
- St. Lucie Economic Development Council
- St. Lucie River Working Group
- Stuart/Martin Chamber of Commerce
- Tarpon River Civic Association
- The Historic Lyric Theater
- The Isles of Waterway Village Homeowners Association
- Tiger Bay Club of the Space Coast
- Titusville Model Railroad Club
- Town of Jupiter
- Town of Malabar Fire Dept Corals of Oakland Park Home owners Association
- Town Square Neighborhood Development Corporation

- Treasure Coast Business Summit
- Treasure Coast Joint Advisory Committee
- Treasure Coast Regional League of Cities
- Treasure Coast Regional Planning Council
- Unite Here
- United Way of Miami-Dade
- Universal Studios
- University Club
- University of Central Florida
- Urban Land Institute Orlando Chapter
- Urban League of Miami
- Vero Beach Chamber of Commerce
- Vero Beach High Speed Rail Advisory Board
- Vero Beach Main Street Organization
- Village of Biscayne Park
- Village of El Portal
- Visit Orlando
- Vista Lakes Homeowners Association
- Walt Disney World
- Wayne Huizenga School of Business
- West Palm Beach Downtown Development Authority
- West Palm Beach Historical Society
- Women in Transportation
- Worth Avenue Merchants Association
- Young Professionals in Yachting

## 8.5    DEIS Public Review

FRA released the DEIS for public review by posting it on FRA's website on September 19, 2014 and publishing a Notice of Availability in the Federal Register on September 26, 2014 (Federal Register Vol. 79, No. 187; Appendix 8.5-A). The DEIS was available to the public on the FRA's website (https://www.fra.dot.gov/Page/P0672) and at public libraries throughout the study area. Copies were sent to elected officials, federal and state agencies, and municipalities. FRA requested all comments be submitted by December 3, 2014, a 75-day comment period. Agency and public comments on the DEIS are included in this FEIS as Appendix 8.5-B1 through 8.5-B2.

During the comment period for the Draft Environmental Impact Statement, FRA received approximately 15,400 comments. The comments covered a wide range of issues and represented viewpoints from government agencies, organizations, business groups, businesses, residents and property owners. Comments were submitted in several formats:

- By email
- By US mail
- At public meetings (written)
- At public meetings (oral, transcribed by a court reporter).

FRA has reviewed all of the comments, many of which were form letters. More than 40 different form letters were received. Section 1.7 of this FEIS contains a summary of the public comments.

Comments fell into several broad categories:

- Support
- General opposition
- Opposition based on specific concerns
- Detailed and substantive comments concerning information provided in the DEIS.

Approximately 5,960 of the submittals generally supported the Project, and 9,500 were generally opposed. Most comments came from individuals in the general public, living, working or having property interests in the Project area, particularly residents of Martin, St. Lucie and Indian River Counties. Most comments from the public indicated that individuals did not want passenger rail operating within the FECR Corridor along the Florida coast, and preferred that AAF select an alternative alignment further inland. A substantial number of people commented on the potential impacts on boaters associated with increased closures of the three moveable bridges along the corridor.

During the public comment period, FRA held eight public information meetings to provide the public with the opportunity to learn about the proposed project, ask questions, and obtain information about the project and the DEIS, and to comment on the DEIS. Comments were accepted at the meetings in writing or orally, with the assistance of a court stenographer. FRA provided information on display boards, handouts, a rolling PowerPoint presentation, and video simulations. Technical experts for most environmental categories (for example; alternatives, wetlands, navigation, noise and vibration, wildlife, cultural resources, and traffic) were present to answer questions. FRA chose this format, rather than a

series of public hearings, to enable members of the public to become informed about the DEIS and the project and to facilitate answering public questions. Representatives from USACE and USCG attended the majority of these meetings to answer questions from the public relevant to their areas of jurisdiction. Table 8.6-1 provides a list of the public meeting locations and attendance. Attendance numbers are based on the number of persons who registered on a sign-in sheet, and may therefore slightly underestimate the actual number of attendees. Based on this information, a total of 2,681 persons attended the public meetings and provided 1,565 comments at the meetings. Public notice of the meetings was posted on the FRA's website, AAF's website, and advertised in local newspapers (*Miami Herald, El Nuevo Herald, Sun Sentinel, Palm Beach Post, TC Palm, Orlando Sentinel, El Sentinel, Haiti en Marche*). Interpreters were present to translate Spanish and Haitian Creole.

| Table 8.6-1 DEIS Public Information Meetings | | | | |
|---|---|---|---|---|
| Public Meeting | Location | Date | Number of Attendees[1] | Number of Comments Received at the Meeting |
| Miami | Miami-Dade College | October 27 | 190 | 109 |
| Fort Lauderdale | Broward County Convention Center | October 28 | 271 | 151 |
| West Palm Beach | West Palm Beach Marriott | October 29 | 272 | 155 |
| Stuart | The Kane Center | October 30 | 784 | 555 |
| Vero Beach | Indian River State College | November 5 | 462 | 236 |
| Port St. Lucie | Port St. Lucie Civic Center | November 6 | 280 | 198 |
| Cocoa | Cocoa Civic Center | November 12 | 180 | 68 |
| Orlando | Wyndham Orlando Resort I-Drive | November 13 | 242 | 93 |
| Total | | | 2,681 | 1,565 |

1 Based on the number of individuals who registered on the sign-in sheets provided by FRA. Additional persons may have been present but did not choose to register.
Source: VHB, 2015

Table 8.6-2 provides a list of the government and non-government organizations that submitted comments on the DEIS. Copies of comment letters received are provided in Appendix 8.5-B1 through Appendix 8.5-B6.

Table 8.6-2 DEIS Comment Letters Received (Government and Non-Government Organizations)

| Author | Category |
|---|---|
| Broward County Board of County Commissioners | Government |
| Central Florida Expressway Authority | Government |
| City of Fort Pierce | Government |
| City of Melbourne | Government |
| City of Palm Beach Gardens | Government |
| City of Sebastian | Government |
| City of Stuart | Government |
| City of Vero Beach | Government |
| East Central Florida Regional Planning Council | Government |
| Federal Aviation Administration | Government |
| Florida Department of Environmental Protection | Government |
| Florida Department of State | Government |
| Florida Department of Transportation | Government |
| Florida Fish and Wildlife Conservation Commission | Government |
| Fort Pierce Historic Preservation Board | Government |
| Indian River County Board of County of Commissioners | Government |
| Martin County Board of County Commissioners | Government |
| Metroplan Orlando | Government |
| Miami Downtown Development Authority | Government |
| National Oceanic And Atmospheric Administration | Government |
| Orange County Environmental Protection Division | Government |
| Palm Beach County | Government |
| Representative Andrew Crenshaw | Elected Official |
| Representative Patrick E. Murphy | Elected Official |
| School Board of Martin County, Florida | Government |
| Seminole Tribe of Florida Tribal Historic Preservation Office | Government |
| South Florida Regional Planning Council | Government |
| St. Lucie County Board of County Commissioners | Government |
| St. Lucie County, Planning and Development Services | Government |
| The Jupiter Inlet Board of Commissioners | Government |
| Town of Jupiter Island | Government |
| Town of Orchid | Government |
| Town of St. Lucie Village | Government |
| Treasure Coast Legislative Delegation | Elected Officials |
| Treasure Coast Regional Planning Council | Government |
| United States Coast Guard | Government |
| United States Department of the Interior Fish and Wildlife Service South Florida Ecological Services Office | Government |
| United States Department of the Interior Fish and Wildlife Service Hobe Sound National Wildlife Refuge | Government |
| United States Department of the Interior Office of Environmental Policy and Compliance | Government |
| United States Environmental Protection Agency | Government |
| 1000 Friends of Florida | Non-Government Organization |
| American Boat Builders and Repairers Association | Non-Government Organization |
| Audubon Florida | Non-Government Organization |

**Table 8.6-2    DEIS Comment Letters Received (Government and Non-Government Organizations)**

| Author | Category |
|---|---|
| Barefoot Bay Recreation District | Non-Government Organization |
| Breezy Village Association Inc. | Non-Government Organization |
| Citizens Against Rail Expansion in Florida | Non-Government Organization |
| Citizens Against the Train | Non-Government Organization |
| Coalition of Concerned Ft. Lauderdale Area Property Owners, Boaters and Marine Industry Businesses | Non-Government Organization |
| Coral Gables Chamber of Commerce | Non-Government Organization |
| Crossroads Yacht Club, Inc. | Non-Government Organization |
| Cultural Council of Indian River County | Non-Government Organization |
| Fort Lauderdale Downtown Development Authority | Non-Government Organization |
| Friends of St. Sebastian River | Non-Government Organization |
| Greater Fort Lauderdale Alliance, Broward County | Non-Government Organization |
| Greater Fort Lauderdale Convention & Visitors Bureau | Non-Government Organization |
| Heritage Ridge North Property Owners Association, Inc. | Non-Government Organization |
| Indian River Chamber of Commerce | Non-Government Organization |
| Indian River County Chamber of Commerce | Non-Government Organization |
| Indian River County Historical Society, Inc. | Non-Government Organization |
| Indian River County Train Impact Coalition | Non-Government Organization |
| Indian River Neighborhood Association | Non-Government Organization |
| Marina Mile Yachting Center | Non-Government Organization |
| Marine Industries Association of South Florida | Non-Government Organization |
| Marine Industry Association of Palm Beach County | Non-Government Organization |
| Martin Health System | Non-Government Organization |
| National Marine Manufacturers Association | Non-Government Organization |
| North Beach Civic Association, Wabasso, FL | Non-Government Organization |
| Pelican Island Audubon Society, Indian River County | Non-Government Organization |
| Progressive Civic League of Gifford, Florida | Non-Government Organization |
| Rio Civic Club | Non-Government Organization |
| Sandhill Cover Residents Council | Non-Government Organization |
| Sebastian River Area Chamber of Commerce | Non-Government Organization |
| Stop the Train Task Force | Non-Government Organization |
| The Beacon Council | Non-Government Organization |
| The Guardians of Martin County | Non-Government Organization |
| The Moorings of Vero Property Owners' Association, Inc. | Non-Government Organization |
| Treasured Lands Foundation | Non-Government Organization |
| U.S. Superyacht Association | Non-Government Organization |
| Vista Gardens Association, Inc. | Non-Government Organization |
| Vista Villas Homeowner's Association, Inc. | Non-Government Organization |

Source: VHB; 2015

## 8.6   Distribution of the FEIS

This FEIS has been made available to the public by posting on FRA's website (https://www.fra.dot.gov/Page/P0672) and by publishing a Notice of Availability in the Federal Register. Copies of the FEIS were sent to public libraries throughout the study area, elected officials, federal and state agencies, and municipalities. Notice of availability was also sent by email to all parties who provided email addresses in their comments on the DEIS. Chapter 11, Distribution List, provides a list of all parties who received the FEIS and the format in which it was distributed.

**This page intentionally left blank.**