# Appendix 3.3.3-A4

# N-S Corridor Track Chart

AAF-AR0049268



# TRACK CHART
# DRAFT UPDATE

EUGENE SKOROPOWSKI
AAF SR. VP, PASSENGER RAIL DEVELOPMENT

FRAN CHINNICI
FECR SR. VP, ENGINEERING AND PURCHASING

| NO. | REVISIONS | BY | DATE |
|-----|-----------|----|----|
| | | | |
| | | | |
| | | | |

**HNTB**
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 361-1173



| Designed | SBM | Drawn | CDL | Checked | JAB | Date | 10/13/14 |

**IMPROVEMENTS FOR PROPOSED
PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO.
58875

SHEET NO.
1 OF 28

AAF-AR0049269

## LEGEND

EXISTING TRACK

REHABILITATE

CONSTRUCT NEW

RELOCATE

REMOVE

FUTURE TRACK WORK

NEW BRIDGE WORK

EXISTING DEGREE OF CURVE

PROPOSED DEGREE OF CURVE



EXISTING PERCENT GRADE

EXISTING PROFILE GRADE LINE

## ABBREVIATIONS

AAF       ALL ABOARD FLORIDA
FECR      FLORIDA EAST COAST RAILWAY
FDOT      FLORIDA DEPARTMENT OF TRANSPORTATION
HB        HOT BOX DETECTOR
HW        HIGH/WIDE
WL        WIDE LOAD
DE        DRAGGING EQUIPMENT
LW        LOOSE WHEEL
R         RIGHT
L         LEFT
(CFLBG)   CANTILEVER,FLASHER,LIGHTS,BELL, GATES
CMP       CORRUGATED MEETAL PIPE
RND       ROUND
RCP       REINFORCED CONCRETE PIPE
OHH       OVERHEAD HIGHWAY
UGBR      UNDERGRADE BRIDGE

## SYMBOLS

AT GRADE ROAD CROSSING

CULVERT

EXISTING BRIDGE

| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |



**HNTB**  8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 361-1173



| Designed | SBM | Drawn | CBL | Checked | JMB | Date | 10/15/14 |

**IMPROVEMENTS FOR PROPOSED
PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO.
**58875**

SHEET NO.
**2** OF **28**

AAF-AR0049270



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB 8529 South Park Circle Suite 140 Orlando, FL 32819 (407) 391-1173

ALL ABOARD FLORIDA

Designed SBM Drawn CGL Checked JAB Date 10/15/14

# IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE
## TRACK CHART

PROJECT NO. 58875

SHEET NO. 3 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM Drawn CGL Checked JAB Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**
**TRACK CHART**

PROJECT NO. 58875
SHEET NO. 4 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 5 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**
**TRACK CHART**

PROJECT NO. 58875
SHEET NO. 6 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

**HNTB**
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

# IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE
# TRACK CHART

PROJECT NO. 58875

SHEET NO. 7 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

**HNTB**
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**
**TRACK CHART**

PROJECT NO. 58875
SHEET NO. 8 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 9 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

**HNTB**
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**
**TRACK CHART**

PROJECT NO. 58875
SHEET NO. 10 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 11 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 12 OF 28





| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

# IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE
# TRACK CHART

PROJECT NO. 58875

SHEET NO. 13 OF 28

TO JACKSONVILLE
TO MIAMI
248
249
250
251
252
253
254
255
256
EXISTING TIME TABLE SPEED
60 MPH
55 MPH
PROPOSED FREIGHT DESIGN SPEED
70 MPH
PROPOSED PASSENGER DESIGN SPEED
110 MPH
100 MPH
0-40-00 L
0-57-00 R
0-38-00 L
0-34-00 L
0-26-00 L
0-58-15 L
1-03-13 R
1-03-13 L
1-20-00 R
ANKONA
WALTON
EDEN
CONSTRUCT #24 UNIVERSAL CROSSOVERS
CONSTRUCT #24 TURNOUT
WALTON SCRUB
WALTON RD
RIVERVIEW DR
SAVANNAH PRESERVE STATE PARK
COUNTY LINE RD
SKYLINE DR
ST. LUCIE CO.
MARTIN CO.
MP 255+1608
(FLBG)
NO.
REVISIONS
BY
DATE
HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173
ALL ABOARD FLORIDA
Designed SBM
Drawn CGL
Checked JAB
Date 10/15/14
IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE
TRACK CHART
PROJECT NO.
58875
SHEET NO.
14 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 15 OF 28



TO JACKSONVILLE

TO MIAMI

264  265  266  267  268  269  270  271  272

EXISTING TIME TABLE SPEED   60 MPH   55 MPH   60 MPH

PROPOSED FREIGHT DESIGN SPEED   70 MPH   65 MPH   70 MPH

PROPOSED PASSENGER DESIGN SPEED   110 MPH   100 MPH   75 MPH   110 MPH

PORT SEWALL
EXTEND SIDING
CONSTRUCT #10 TURNOUT
REMOVE TURNOUT
CONSTRUCT #10 TURNOUT
RELOCATE TURNOUT

REMOVE #20 TURNOUT
SALERNO
REMOVE TURNOUT
CONSTRUCT #10 TURNOUT

HEAVILY SKEWED AAF/FEC/FDOT LOOK TO CLOSE AND REPLACE WITH OHH

FUTURE #24 UNIVERSAL CROSSOVERS

HNTB
8528 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE

TRACK CHART

PROJECT NO.
58875

SHEET NO.
16 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 17 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 18 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

**HNTB** 8529 South Park Circle, Suite 140, Orlando, FL 32819, (407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

# IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE
## TRACK CHART

PROJECT NO. 58875

SHEET NO. 19 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|

FRAN CHINNICI
EUGENE SKOROPOWSKI
VINAY MUDHOLKAR

HNTB 8529 South Park Circle Suite 140 Orlando, FL 32819 (407) 391-1173

ALL ABOARD FLORIDA

Designed SBM Drawn CGL Checked JAB Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 20 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 21 OF 28





| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 22 OF 28

| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

**HNTB**
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

# IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE

## TRACK CHART

PROJECT NO. 58875

SHEET NO. 23 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 24 OF 28



TO JACKSONVILLE
TO MIAMI
336
337
338
339
340
341
342
343
344
EXISTING TIME TABLE SPEED
45 MPH
30 MPH
45 MPH
(WILTON MANORS)
PROPOSED FECR PROJECT
PROPOSED FREIGHT DESIGN SPEED
70 MPH
40 MPH (TRACK 3)
50 MPH
40 MPH
70 MPH
45 MPH
PROPOSED PASSENGER DESIGN SPEED
79 MPH
50 MPH
40 MPH
79 MPH
45 MPH
OAKLAND PARK
RELOCATE TRACK
REMOVE #20 TURNOUT (132 RE)
RELOCATED #20 TURNOUT (136 RE)
CONSTRUCT STATION TRACK ON DF
PROPOSED 3RD TRACK (EARLY WORKS)
FT LAUDERDALE
RELOCATED #20 TURNOUT (136 RE)
FT LAUDERDALE YARD
CONSTRUCT #20 CROSSOVER
COMMERCIAL BLVD
NE 45th ST
NE 38th ST
NE 36th ST
NE 34th ST
OAKLAND PARK BLVD
MP 337.9 N. FORK MIDDLE RIVER
NE 26th ST
NE 24th ST
MP 338.52 S. FORK MIDDLE RIVER
NE 17th CT
NE 13th ST
SUNRISE BLVD
NE 3rd AVE
N ANDREWS AVE
W SISTRUNK BLVD
NW 4th ST
NW 2nd ST
CROSSING TO BE CLOSED
BROWARD BLVD
SW 2nd ST
RIVER WALK
MP 341.26 NEW RIVER OPEN DECK BASCULE
SW 5th ST
SW 6th ST
SW 7th ST
SW 9th ST
MP 342.0 TARPON RIVER BALLAST DECK TO REMAIN
SW 12th ST
SW 15th ST
SW 17TH ST
SW 22ND ST
SW 24TH ST
I-595
COMPLETE REPLACEMENT BALLAST DECK BRIDGE
COMPLETE REPLACEMENT BALLAST DECK BRIDGE
CONSTRUCT #24 UNIVERSAL CROSSOVERS
FORT LAUDERDALE STATION (NIC)
CONSTRUCT STATION TRACK ON DF
REMOVE #20 CROSSOVER (132 RE)
REMOVE TRACK
FRAN CHINNICI
EUGENE SKOROPOWSKI
VINAY MUDHOLKAR
HNTB
8529 South Park Circle Suite 140 Orlando, FL 32819 (407) 391-1173
ALL ABOARD FLORIDA
Designed SBM
Drawn CGL
Checked JAB
Date 10/15/14
IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE
TRACK CHART
PROJECT NO. 58875
SHEET NO. 25 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 26 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

**HNTB**
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**
**TRACK CHART**

PROJECT NO. 58875
SHEET NO. 27 OF 28



| NO. | REVISIONS | BY | DATE |
|---|---|---|---|
| | | | |

HNTB
8529 South Park Circle
Suite 140
Orlando, FL 32819
(407) 391-1173

ALL ABOARD FLORIDA

Designed SBM | Drawn CGL | Checked JAB | Date 10/15/14

**IMPROVEMENTS FOR PROPOSED PASSENGER SERVICE**

**TRACK CHART**

PROJECT NO. 58875

SHEET NO. 28 OF 28