# Appendix 4.1.1

# Existing Land Use Maps

AAF-AR0049440



**Explanation of Features**

—— AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Palm Beach County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | | Figure |
|---|---|---|---|---|---|---|
| NMG | 06/11/2013 | N | | | amec | A2 |
| Checked | Date | | 1,500 | 3,000 | | |
| AB | 06/11/2013 | | | | | |

Path: F:\FEC\MEC_GDB\MXD\EA008 Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049441



## Explanation of Features

▬▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

| **Palm Beach County Landuse Map** | | | | |
|---|---|---|---|---|
| **All Aboard Florida Project Area Alignment Study** | | | | |
| Drawn | Date | | | Figure |
| NMG | 06/11/2013 | N |  | A3 |
| Checked | Date | 0    1,500    3,000 | | |
| AB | 06/11/2013 | Ft | | |

Path: F:\FEC\MEC_GDBM\XD.EA\001 Land Use Map.mxd    Project # 6063-12-0212

AAF-AR0049442



**Explanation of Features**

═══ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Palm Beach County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | | |
| Checked | Date | | amec | A4 |
| AB | 06/11/2013 | | | |



AAF-AR0049443



**Explanation of Features**

━━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Palm Beach County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|---|---|---|---|---|---|
| NMG | 06/11/2013 | | | amec | A5 |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\FEC_I_SDBMXD\EA\EIS Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049444



## Explanation of Features

▬▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



| | **Palm Beach County Landuse Map** | | |
|---|---|---|---|
| | **All Aboard Florida Project Area Alignment Study** | | |
| Drawn | Date | N | **Figure** |
| NMG | 06/11/2013 | 0    1,500    3,000 | **A6** |
| Checked | Date | ft | |
| AB | 06/11/2013 | | |

Path: F:\FEC\MEC_GDBMXD\EA\00\Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049445



AAF-AR0049446



**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Palm Beach County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | |
|---|---|---|---|---|
| NMG | 06/11/2013 | | **amec** | **Figure** |
| Checked | Date | | | **A7** |
| AB | 06/11/2013 | | | |



AAF-AR0049447



**Explanation of Features**

—— AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Martin County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | Figure |
|---|---|---|---|
| NMG | 06/11/2013 | | A8 |
| Checked | Date | | |
| AB | 06/11/2013 | | |



AAF-AR0049448



**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



| **Martin County Landuse Map** | | | |
|---|---|---|---|
| **All Aboard Florida Project Area Alignment Study** | | | |

| Drawn | Date | | |
|---|---|---|---|
| NMG | 06/11/2013 | | **Figure** |
| Checked | Date | | **A9** |
| AB | 06/11/2013 | | |



Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1



**Martin County Landuse Map**

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | | **amec** | A10 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

AAF-AR0049449



**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Martin County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | amec | A11 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

Path: F:\FEC\MEC1_GDBMXD.EA\005 Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049450



AAF-AR0049451



**Explanation of Features**

━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Martin County Landuse Map**

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date | | | **Figure** |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | | **A12** |
| Checked | Date | | amec | |
| AB | 06/11/2013 | | | |

Path: F:\FEC\MEC_\SDBM\XD\EA001\Land Use Map.mxd

Project # 6063-12-0212





**Explanation of Features**

━━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



| | | **St Lucie County Landuse Map** | | |
|---|---|---|---|---|
| | | **All Aboard Florida Project Area Alignment Study** | | |
| Drawn | Date | N | | **Figure** |
| NMG | 06/11/2013 | | **amec** | **A13** |
| Checked | Date | 0    1,500    3,000 | | |
| AB | 06/11/2013 | Ft | | |

Path: F:\FEC\MEC_\GDBM\XD\EA\EIS Land Use Map.mxd

AAF-AR0049452



**Explanation of Features**

━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012





## St Lucie County Landuse Map

### All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | | | A14 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

AAF-AR0049453



**Explanation of Features**

▬▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



## St Lucie County Landuse Map

### All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|-------|------|---|---|---|--------|
| NMG | 06/11/2013 | N | | amec | A15 |
| Checked | Date | | 0   1,500   3,000 | | |
| AB | 06/11/2013 | | Ft | | |

Path: F:\FEC\MEC_I_SDBMXD.EA00S Land Use Map.mxd

Project # 6063-12-0212



AAF-AR0049454



## Explanation of Features



— AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

## St Lucie County Landuse Map

### All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | | |
| Checked | Date | | amec | A16 |
| AB | 06/11/2013 | | | |

0    1,500    3,000
Ft

Path: F:\FEC\AMEC_\3DBM2\DEA\G03_Land Use Map.mxd1

Project # 6063-12-0212

AAF-AR0049455



AAF-AR0049456



**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**St Lucie/Indian River County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | | A17 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

Project # 6063-12-0212



**Explanation of Features**

━━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Indian River County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|-------|------|---|---|---|--------|
| NMG | 06/11/2013 | N | | amec | A18 |
| Checked | Date | | 1,500    3,000 | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\AMEC_ISDEM\DXD\AXIS\Land Use Map.mxd

Project # 6063-12-0212



AAF-AR0049457





**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Indian River County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | Figure |
|-------|------|---|--------|
| NMG | 06/11/2013 | | A19 |
| Checked | Date | | |
| AB | 06/11/2013 | | |

N

0    1,500    3,000
Ft

amec





Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Explanation of Features**



AAF Project Area

0000 = Landuse Code
Landuse Key - A1



**Indian River County Landuse Map**

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | | amec | A21 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

AAF-AR0049460



AAF-AR0049461

## Explanation of Features



AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

| **Brevard County Landuse Map** | | | | |
|---|---|---|---|---|
| **All Aboard Florida Project Area Alignment Study** | | | | |
| Drawn | Date | | | **Figure** |
| NMG | 06/11/2013 | | | |
| Checked | Date |  | | **A22** |
| AB | 06/11/2013 | | | |



**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Brevard County Landuse Map**

**All Aboard Florida Project Area Alignment Study**



| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | | A23 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

Path: F:\FEC\AMEC_\SDBM\X\EXHIBIT\Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049462





**Explanation of Features**

▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Brevard County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|---|---|---|---|---|---|
| NMG | 06/11/2013 | N | 0  1,500  3,000 | amec | A24 |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\AMEC_\3DEM\XD\EA\001 Land Use Map.mxd                                              Project # 6063-12-0212

AAF-AR0049463





**Explanation of Features**

━━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



| **Brevard County Landuse Map** | | | |
|---|---|---|---|
| **All Aboard Florida Project Area Alignment Study** | | | |
| Drawn | Date | | |
| NMG | 06/11/2013 | N | **Figure** |
| Checked | Date | **amec** | **A25** |
| AB | 06/11/2013 | | |



## Explanation of Features

━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

### Brevard County Landuse Map

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date |
|-------|------|
| NMG | 06/11/2013 |
| Checked | Date |
| AB | 06/11/2013 |



Figure
A26

Project # 6063-12-0212

AAF-AR0049465



**Explanation of Features**

═══ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Brevard County Landuse Map**

**All Aboard Florida Project Area Alignment Study**



| Drawn | Date | | | | Figure |
|---|---|---|---|---|---|
| NMG | 06/11/2013 | N | 1,500   3,000 Ft | amec | A27 |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\MXD_GDBMXD.EAX03.Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049466



## Explanation of Features

— AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Brevard County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|-------|------|---|---|---|--------|
| NMG | 06/11/2013 | N |  | | A28 |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

AAF-AR0049467



**Explanation of Features**

━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

| **Brevard County Landuse Map** | | | | |
|---|---|---|---|---|
| **All Aboard Florida Project Area Alignment Study** | | | | |
| Drawn | Date | N | | **Figure** |
| NMG | 06/11/2013 | | amec | A29 |
| Checked | Date | 0   1,500   3,000 | | |
| AB | 06/11/2013 | Ft | | |

Path: F:\FEC\MEC_I_GDBM\XD.EА\003.Land Use Map.mxd

Project # 6063-12-0212

AAF-AR0049468



## Explanation of Features

AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Brevard County Landuse Map**

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date | | | | Figure |
|-------|------|---|---|---|--------|
| NMG | 06/11/2013 | N | 0    1,500    3,000 ft | amec | A30 |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\MXD_GDB\MXD\EA030 Land Use Map.mxd

Project # 6063-12-0212







**Explanation of Features**

— AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Brevard County Landuse Map**

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | | amec | A31 |
| Checked | Date | | | |
| AB | 06/11/2013 | | | |

AAF-AR0049470



Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Explanation of Features**

AAF Project Area

0000 = Landuse Code
Landuse Key - A1



**Brevard County Landuse Map**

**All Aboard Florida Project Area Alignment Study**

| Drawn | Date | | Figure |
|-------|------|--|--------|
| NMG | 06/11/2013 | | A32 |
| Checked | Date | | |
| AB | 06/11/2013 | | |

N

amec

AAF-AR0049471





## Explanation of Features

▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



### Orange County Landuse Map

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|-------|------|---|---|---|--------|
| NMG | 06/11/2013 | N | | amec | A33 |
| Checked | Date | ▲ 0    1,500    3,000 Ft | | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\MEC_L_GDB\MXD\EA\003 Land Use Map.mxd    Project # 6063-12-0212

AAF-AR0049472



**Explanation of Features**

━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012

**Orange County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|-------|------|---|---|--------|
| NMG | 06/11/2013 | | | A34 |
| Checked | Date | | amec | |
| AB | 06/11/2013 | | | |

Path: F:\FEC\AMEC_\GDB\MXD\EA01\3 Land Use Map.mxd    Project # 6063-12-0212



AAF-AR0049473





**Explanation of Features**

▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Orange County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|---|---|---|---|---|---|
| NMG | 06/11/2013 | | | **amec** | **A35** |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

Path: F:\FEC\FMEC_\_BDB\MXD\EA009 Land Use Map.mxd3

Project # 6063-12-0212





**Explanation of Features**

━━ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



## Orange County Landuse Map

### All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | Figure |
|---|---|---|---|---|
| NMG | 06/11/2013 | N | | |
| Checked | Date | | 1,500  3,000 | A36 |
| AB | 06/11/2013 | | Ft | |

AAF-AR0049475



AAF-AR0049476



AAF-AR0049477



**Explanation of Features**

▬ AAF Project Area

0000 = Landuse Code
Landuse Key - A1

Data Sources: ESRI Bing Maps 2012 Imagery,
SJRWMD 2009, SFWMD 2004, AAF 2012



**Orange County Landuse Map**

All Aboard Florida Project Area Alignment Study

| Drawn | Date | | | | Figure |
|---|---|---|---|---|---|
| NMG | 06/11/2013 | N | 1,500  3,000 | amec | A38 |
| Checked | Date | | | | |
| AB | 06/11/2013 | | | | |

Path: P:\FEC\FEC_L_SERMX\EXA00\Land Use Map.mxd

Project # 6063-12-0212